E-filing

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
George C. Young United States Courthouse
and Federal Building
Office of the Clerk
80 North Hughey Avenue
Orlando, Florida 32801
407-835-4200
www.flmd.uscourts.gov



FILED
JUN 25 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Sheryl L. Loesch
Clerk

Laura Barsamian
Orlando/Ocala Division Manager

June 21, 2007

**AUTHENTEC, INC.,**

**Plaintiff,**

-vs-

Case No. 6:07-cv-734-Orl-28UAM

**ATMEL CORPORATION, ATMEL SWITZERLAND, ATMEL FRANCE, ATMEL SARL,**

**Defendants.**

## TRANSMITTAL OF RECORD TO ANOTHER DISTRICT

The above-referenced case has been transferred to your District pursuant to an Order signed by United States District Judge John Antoon II on June 20, 2007.

Enclosed is the entire record, transfer Order, a certified copy of the docket sheet, and an extra copy of this letter. It is requested that you date stamp the copy, complete the portion below, and return it in the envelope provided.

SHERYL L. LOESCH, CLERK

By:   s/M. Taylor, Deputy Clerk

Receipt of the documents described above is hereby acknowledged.

New Case Number:   C07-03331 CW

Date of Receipt:   JUN 25 2007

By:   CYNTHIA LENAHAN