CLOSED

# U.S. District Court
## Middle District of Florida (Orlando)
## CIVIL DOCKET FOR CASE #: 6:07-cv-00734-JA-UAM
## Internal Use Only

Authentec, Inc. v. Atmel Corporation et al
Assigned to: Judge John Antoon II
Referred to: Magistrate Judge Unassigned Magistrate
Cause: 28:1338 Patent Infringement

Date Filed: 04/30/2007
Date Terminated: 06/20/2007
Jury Demand: Plaintiff
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

**Authentec, Inc.** represented by **Francis M. McDonald, Jr.**
Carlton Fields, P.A.
CNL Center at City Commons
450 S. Orange Ave., Suite 500
P.O. Box 1171
Orlando, FL 32802-1171
407/849-0300
Fax: 407/648-9099
Email: fmcdonald@carltonfields.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah A. Long**
Carlton Fields, P.A.
CNL Center at City Commons
450 S. Orange Ave., Suite 500
P.O. Box 1171
Orlando, FL 32765
407/849-0300
Fax: 407/648-9099
Email: slong@carltonfields.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Atmel Corporation**

**Defendant**

**Atmel Switzerland**

**Defendant**

**Atmel France**

**Defendant**

**Atmel Sarl**

| Date Filed | # | Docket Text |
|---|---|---|
| 04/30/2007 | 1 | COMPLAINT against all defendants ; Jury demand (Filing fee $ 350 receipt number 24433) filed by Authentec, Inc.. (Attachments: # 1 Civil Cover Sheet)(MJT) (Entered: 05/02/2007) |
| 05/02/2007 | 2 | AMENDED COMPLAINT against all defendants with Jury Demand filed by Authentec, Inc.. Related document: 1 Complaint filed by Authentec, Inc.. (Attachments: # 1 # 2)(McDonald, Francis) (Entered: 05/02/2007) |
| 05/10/2007 |  | Case Reassigned to Unassigned Magistrate. New case number: **6:07-cv-0734-ORL-JA-UAM.** Judge James G. Glazebrook no longer assigned to the case. (MJT) (Entered: 05/10/2007) |
| 05/15/2007 | 3 | RELATED CASE ORDER AND NOTICE of designation under Local Rule 3.05 - track 2. Notice of pendency of other actions due within 11 days from the date of this order. Signed by Judge John Antoon II on 5/15/2007. (DJD, ) (Entered: 05/15/2007) |
| 05/15/2007 | 4 | INTERESTED PERSONS ORDER. Certificate of interested persons and corporate disclosure statement due within 11 days from the date of this order. Signed by Judge John Antoon II on 5/15/2007. (DJD, ) (Entered: 05/15/2007) |
| 05/25/2007 | 5 | NOTICE of pendency of related cases re 3 order of compliance to Local Rule by Authentec, Inc. Related case(s): Yes (Long, Sarah) (Entered: 05/25/2007) |
| 05/25/2007 | 6 | CERTIFICATE of interested persons and corporate disclosure statement re 4 Interested persons order by Authentec, Inc.. (Long, Sarah) (Entered: 05/25/2007) |
| 06/20/2007 | 7 | ORDER transferring this case to the Northern District of California, Oakland Division, Case No. 4:06-cv-02138 CW. Signed by Judge John Antoon II on 6/20/2007. (BRS) (Entered: 06/20/2007) |
| 06/20/2007 | 8 | TRANSFER to the District of Northern District of California, Oakland Division. (MJT) Additional attachment(s) added on 6/21/2007 (MJT, ). Modified on 6/21/2007 (MJT). (Entered: 06/21/2007) |