UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**Case No. 6:07-cv-734-ORL-28-JGG**

AUTHENTEC, INC.,

    Plaintiff,

vs.

ATMEL CORPORATION,
ATMEL SWITZERLAND,
ATMEL FRANCE, ATMEL SARL,

    Defendants.
_____/

**PLAINTIFF, AUTHENTEC, INC.'S**
**NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(c), AuthenTec, Inc., by and through undersigned counsel, hereby certifies that the instant action:

    __X__    IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

    *Atmel Corporation, Atmel Switzerland, Atmel France, Atmel Sarl. v. AuthenTec, Inc.,* Case No. C-06-02138 CW (N.D. Calif.)

    _____    IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

ORL#748965.1      1

AuthenTec, Inc. further certifies that it will serve a copy of this Notice of Pendency of Other Actions upon each party no later than eleven days after appearance of the party.

Dated: May 25, 2007.

                        Respectfully submitted,

                        <u>s/ Francis M. McDonald, Jr.</u>
                        Francis M. McDonald, Jr., Esq.
                        Florida Bar No.  327093

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 25th, 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

                              s/ Sarah A. Long_____
**FRANCIS M. McDONALD JR., ESQ.**
Florida Bar No. 327093
**SARAH A. LONG, ESQ.**
Florida Bar No. 0080543
**CARLTON FIELDS, P.A.**
450 S. Orange Ave., Suite 500
Orlando, Florida 32801
Phone: (407) 849-0300
Fax:   (407) 648-9099
fmcdonald@carltonfields.com
slong@carltonfields.com

and

**HENRY C. BUNSOW**
SBN 60707)
**DENISE M. DEMORY**
SBN 168076)
**BRIAN A.E. SMITH**
SBN 188147)
**HOWREY LLP**
525 Market Street, Suite 3600
San Francisco, CA 91405
Phone: (415) 848-4900
Fax:   (415) 848-4999
bunsowh@howrey.com
demoryd@howrey.com
smithbrian@howrey.com

Attorneys for Plaintiff,
    AUTHENTEC, INC.