UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**Case No. 6:07-cv-734-ORL-28-JGG**

AUTHENTEC, INC.,

    Plaintiff,

vs.

ATMEL CORPORATION,
ATMEL SWITZERLAND,
ATMEL FRANCE, ATMEL SARL,

    Defendants.
_____/

### CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

I, Francis M. McDonald, Jr., hereby disclose the following pursuant to this Court's interested persons order:

1.) The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

    **FRANCIS M. McDONALD JR., ESQ.**
    Florida Bar No. 327093
    **SARAH A. LONG, ESQ.**
    Florida Bar No. 0080543

    *CARLTON FIELDS, P.A.*

        **and**

**HENRY C. BUNSOW**
SBN 60707)
**DENISE M. DEMORY**
SBN 168076)
**BRIAN A.E. SMITH**
SBN  188147)

*HOWREY, LLP*

**AUTHENTEC, INC.,**

**ATMEL CORPORATION, ATMEL SWITZERLAND, ATMEL FRANCE, and ATMEL SARL**

2.) the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

**N/A**

3.) the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

**N/A**

4.) the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

**AuthenTec, Inc., is seeking a declaratory judgment and damages as a result of tortuous interference by one or more of the Atmel defendants.**

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned

ORL#748964.1                                2

to this case, and will immediately notify the Court in writing on learning of any such conflict.

                                Respectfully submitted,

                                s/ Francis M. McDonald, Jr.
                                Francis M. McDonald, Jr., Esq.
                                Florida Bar No. 327093

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on May 25th, 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

s/ Sarah A. Long_____
**FRANCIS M. McDONALD, JR., ESQ.**
Florida Bar No. 327093
**SARAH A. LONG, ESQ.**
Florida Bar No. 0080543
**CARLTON FIELDS, P.A.**
450 S. Orange Ave., Suite
Orlando, Florida 32801
Phone:    (407) 849-0300
Fax:    (407) 648-9099
fmcdonald@carltonfields.com
slong@carltonfields.com

and

**HENRY C. BUNSOW**
 (SBN 60707)
**DENISE M. DEMORY**
 (SBN 168076)
**BRIAN A.E. SMITH**
 (SBN 188147)
**HOWREY LLP**
525 Market Street, Suite 3600
San Francisco, California
    94105
Phone:(415) 848-4900
Fax:  (415) 848-4999
bunsowh@howrey.com
demoryd@howrey.com
smithbrian@howrey.com
Attorneys for Plaintiff,
AUTHENTEC, INC.

ORL#748964.1                              4