UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

AUTHENTEC, INC.,

          **Plaintiff,**

-vs-                                      Case No. 6:07-cv-734-Orl-28UAM

ATMEL CORPORATION, ATMEL
SWITZERLAND, ATMEL FRANCE,
ATMEL SARL,

          **Defendants.**

## ORDER

In this action, Plaintiff seeks a declaratory judgment of non-infringement and invalidity of two U.S. Patents: 6,289,114 ("the '114 Patent") and 6,459,804 ("the '804 Patent), allegedly owned by the Defendants. This action was filed on April 30, 2007. On March 22, 2006, the Defendants in this action filed a lawsuit in the United States District Court in Northern California, Case No. 4:06-cv-02138 CW, for infringement of the '114 and '804 Patents by the Plaintiff in this action. Thus, the two cases are related as they have common questions of fact and law. It is therefore

**ORDERED** that the Clerk shall transfer this case to the Northern District of California, Oakland Division, Case No. 4:06-cv-02138 CW and the Honorable Claudia Wilken, with her consent.

DONE and ORDERED in Chambers, Orlando, Florida this 20 day of June, 2007.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Party