# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

George C. Young United States Courthouse
and Federal Building
Office of the Clerk
80 North Hughey Avenue
Orlando, Florida 32801
407-835-4200
www.flmd.uscourts.gov

Sheryl L. Loesch                                                           Laura Barsamian
Clerk                                                              Orlando/Ocala Division Manager

June 21, 2007

**AUTHENTEC, INC.,**

        **Plaintiff,**

-vs-                                              Case No.  6:07-cv-734-Orl-28UAM

**ATMEL CORPORATION, ATMEL SWITZERLAND, ATMEL FRANCE, ATMEL SARL,**

        **Defendants.**

_____

## TRANSMITTAL OF RECORD TO ANOTHER DISTRICT

The above-referenced case has been transferred to your District pursuant to an Order signed by United States District Judge John Antoon II on June 20, 2007.

Enclosed is the entire record, transfer Order, a certified copy of the docket sheet, and an extra copy of this letter.  It is requested that you date stamp the copy, complete the portion below, and return it in the envelope provided.

                                SHERYL L. LOESCH, CLERK

                    By:     s/M. Taylor, Deputy Clerk

Receipt of the documents described above is hereby acknowledged.

New Case Number:         _____

Date of Receipt:              _____

By:                                   _____