**UNITED STATES DISTRICT COURT**
**Northern District of California**
**1301 Clay Street**
**Oakland, California 94612**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3530

June 26, 2007

CASE TITLE:    AUTHENTEC, INC-v-ATMEL CORPORATION
RECEIVED FROM: Middle District of Florida - 6:07-cv-0734-JA-UAM

CASE NUMBER:    C- 07-03331 CW

TO COUNSEL OF RECORD:

    The above entitled action has been transferred to this District.  All future filings should reflect the above case number.

Sincerely,

RICHARD W. WIEKING, Clerk

by: Clara Pierce
Case Systems Administrator

o:\mrg\civil\transin.mrg