1  Edward G. Poplawski (SBN 113590)
   epoplawski@sidley.com
2  Denise L. McKenzie (SBN 193313)
   dmckenzie@sidley.com
3  Olivia M. Kim (SBN 228382)
   okim@sidley.com
4  SIDLEY AUSTIN LLP
   555 West Fifth Street, Suite 4000
5  Los Angeles, California  90013-1010
   Telephone:      (213) 896-6000
6  Facsimile:      (213) 896-6600

7  **Attorneys For Defendants/Counterclaimants**
   Atmel Corporation; Atmel Switzerland;
8  Atmel France; and Atmel SARL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| AUTHENTEC, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ATMEL CORPORATION, a Delaware corporation; ATMEL SWITZERLAND, a corporation; ATMEL FRANCE, a corporation; and ATMEL SARL, a corporation,<br><br>Defendants. | Case No.  C 07-03331 CW<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>**(Civil L.R. 3.16)** |
| ATMEL CORPORATION, a Delaware corporation; ATMEL SWITZERLAND, a corporation; ATMEL FRANCE, a corporation; and ATMEL SARL, a corporation,<br><br>Counterclaimants,<br><br>v.<br><br>AUTHENTEC, INC., a Delaware corporation,<br><br>Counterclaim-Defendants. | |

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**
**C 07-03331 CW**

LA1 951651v.1

1  TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

2      Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the
3  named parties, there is no such interest to report.

                                        Respectfully Submitted,

DATED: July 3, 2007                By:   *s/ Olivia M. Kim*

                                        Edward G. Poplawski
                                        Denise L. McKenzie
                                        Olivia M. Kim
                                        SIDLEY AUSTIN LLP
                                        555 West Fifth Street, Suite 4000
                                        Los Angeles, California 90013-1010
                                        Telephone: (213) 896-6000
                                        Facsimile: (213) 896-6600

                                        Attorneys for Defendants/Counterclaimants
                                        Atmel Corporation;
                                        Atmel Switzerland;
                                        Atmel France; and
                                        Atmel SARL

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**
**C 07-03331 CW**                        1

LA1 951651v.1