1
2
3
4
5
6
7               UNITED STATES DISTRICT COURT
8               NORTHERN DISTRICT OF CALIFORNIA
9                        OAKLAND DIVISION

| | |
|---|---|
| AUTHENTEC, INC., a Delaware corporation,<br><br>                    Plaintiff,<br><br>v.<br><br>ATMEL CORPORATION, a Delaware corporation; ATMEL SWITZERLAND, a corporation; ATMEL FRANCE, a corporation; and ATMEL SARL, a corporation,<br><br>                    Defendants. | Case No.  C 07-03331 CW<br><br>**[PROPOSED] ORDER DISMISSING PLAINTIFF AUTHENTEC, INC.'S UNENFORCEABILITY AND TORT CLAIMS** |
| ATMEL CORPORATION, a Delaware corporation; ATMEL SWITZERLAND, a corporation; ATMEL FRANCE, a corporation; and ATMEL SARL, a corporation,<br><br>                    Counterclaimants,<br><br>v.<br><br>AUTHENTEC, INC., a Delaware corporation,<br><br>                    Counterclaim-Defendants. | |

**[PROPOSED] ORDER**
**C 07-03331 CW**

LA1 948987v.1

1   This matter comes before the Court on the Motion of Defendants Atmel Corporation, Atmel
2   Switzerland, Atmel France and Atmel SARL (collectively "Atmel) to Dismiss Plaintiff AuthenTec,
3   Inc.'s unenforceability and tort claims (Counts 5-7) pursuant to FED. R. CIV. P. 12(b)(6).  The Court,
4   having reviewed and considered the parties' respective briefing and arguments in this matter and all
5   relevant factual statements therein, hereby GRANTS Plaintiffs' Motion to Dismiss.

6   Accordingly, it is hereby ORDERED that AuthenTec, Inc.'s unenforceability claim (Count 5)
7   and tort claims of Interference by Atmel with AuthenTec Business Relationship and Abuse of
8   Process (Counts 6 and 7) are dismissed with prejudice.

Dated: _____    _____

Claudia Wilken
U.S. District Judge

**[PROPOSED] ORDER**
**C 07-03331 CW**                              1

LA1 948987v.1