Edward G. Poplawski (SBN 113590)
epoplawski@sidley.com
Denise L. McKenzie (SBN 193313)
dmckenzie@sidley.com
Olivia M. Kim (SBN 228382)
okim@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013-1010
Telephone:     (213) 896-6000
Facsimile:     (213) 896-6600

**Attorneys For Defendants/Counterclaimants**
Atmel Corporation; Atmel Switzerland;
Atmel France; and Atmel SARL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| AUTHENTEC, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ATMEL CORPORATION, a Delaware corporation; ATMEL SWITZERLAND, a corporation; ATMEL FRANCE, a corporation; and ATMEL SARL, a corporation,<br><br>Defendants. | Case No. 4:07-cv-03331 CW<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |
| ATMEL CORPORATION, a Delaware corporation; ATMEL SWITZERLAND, a corporation; ATMEL FRANCE, a corporation; and ATMEL SARL, a corporation,<br><br>Counterclaimants,<br><br>v.<br><br>AUTHENTEC, INC., a Delaware corporation,<br><br>Counterclaim-Defendants. | |

DEFENDANTS' ANSWER
AND COUNTERCLAIMS
C 07-03331 CW

59417v.1

TO THE COURT AND TO ALL PARTIES HEREIN:

PLEASE TAKE NOTICE of the appearance of the undersigned, Denise L. McKenzie, as counsel on behalf of Attorneys for Defendants/Counterclaimants, Atmel Corporation; Atmel Switzerland; Atmel France; and Atmel SARL, in the above-captioned matter. In addition, the undersigned respectfully requests e-mail notification of all electronic filings in this action.

I certify that I am admitted to practice in the above-entitled Court.

Respectfully Submitted,

DATED: July 18, 2007

By: _s/ Denise L. McKenzie_

Edward G. Poplawski
Denise L. McKenzie
Olivia M. Kim
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

Attorneys for Defendants/Counterclaimants
Atmel Corporation;
Atmel Switzerland;
Atmel France; and
Atmel SARL

LA1 959417v.1

## PROOF OF SERVICE

STATE OF CALIFORNIA    )
                       ) ss
COUNTY OF LOS ANGELES  )

I, Carolyn L. Evans, declare I am over the age of 18 years, and not a party to this action. My place of employment and business address is 555 West Fifth Street, Suite 4000, Los Angeles, California, 90013-1010.

On July 18, 2007, I served copies of document(s) entitled:

**NOTICE OF APPEARANCE OF COUNSEL**

On the following individuals and entities, as addressed below, by the means indicated below:

| | |
|---|---|
| Francis M. McDonald, Jr., Esq.<br>Sarah A. Long, Esq.<br>CARLTON FIELDS, P.A.<br>450 S. Orange Avenue, Suite 500<br>Orlando, FL 32801<br>(407) 849-0300; Fax: (407) 648-9099 | Henry C. Bunsow, Esq.<br>Denise M. DeMory, Esq.<br>Brian A.E. Smith, Esq.<br>HOWREY LLP<br>525 Market Street, Suite 3600<br>San Francisco, CA 94105<br>(415) 848-4900; Fax: (415) 848-4999 |

☒ (VIA U.S. MAIL) I served the foregoing document by U.S. Mail, as follows: I placed true copies of the document in a sealed envelope addressed to each interested party as shown above. I placed each such envelope with postage thereon fully prepaid, for collection and mailing at Sidley Austin LLP, Los Angeles, California. Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business.

☒ (SERVICE BY ELECTRONIC MEANS) I caused the foregoing document to be served by sending an e-mail and attaching an image, in .pdf or other format, to each of the interested parties who agree to receive service in this manner at the following electronic mail address(es):

fmcdonald@carltonfields.com;   slong@carltonfields.com
bunsowh@howrey.com;   demoryd@howrey.com
smithbrian@howrey.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on July 18, 2007, at Los Angeles, California.

*Carolyn L. Evans*
Carolyn L. Evans

LA1 959417v.1