Henry C. Bunsow (SBN 60707)
bunsowh@howrey.com
Denise De Mory (SBN 168076)
demoryd@howrey.com
Brian A.E. Smith (SBN 188147)
smithbrian@howrey.com
Ethan B. Andelman (SBN 209101)
andelmane@howrey.com
HOWREY LLP
525 Market Street, Suite 3600
San Francisco California 94105
Telephone:  (415) 848-4900
Facsimile:  (415) 848-4999

Attorneys for Defendant/Counterdefendant
AuthenTec, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| AUTHENTEC, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>        v.<br><br>ATMEL CORPORATION, a Delaware corporation; ATMEL SWITZERLAND, a corporation;  ATMEL FRANCE, a corporation; and ATMEL SARL, a corporation,<br><br>        Defendants. | Case No. C 07-03331 CW<br><br>**DECLARATION OF ETHAN B. ANDELMAN IN SUPPORT OF AUTHENTEC'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS COUNTS 5-7**<br><br>Date:    August 16, 2007<br>Time:   2:00 p.m.<br>Location:    Courtroom 2, 4th Floor<br>Judge:  Hon. Claudia Wilken |
| ATMEL CORPORATION, a Delaware corporation; ATMEL SWITZERLAND, a corporation;  ATMEL FRANCE, a corporation; and ATMEL SARL, a corporation,<br><br>        Counterclaimants,<br><br>        v.<br><br>AUTHENTEC, INC., a Delaware corporation,<br><br>        Counterdefendant. | |

Case No.  C 07-03331 CW
ANDELMAN DECL. ISO OPPOSITION TO MOTION TO DISMISS

-1-

# **DECLARATION OF ETHAN B. ANDELMAN**

I, Ethan B. Andelman declare as follows:

1. I am an attorney at the law firm of Howrey LLP, counsel of record for AuthenTec, Inc. in the above-captioned action. I am a member in good standing of the State Bar of California and have been admitted to practice before this Court. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. Attached hereto as Exhibit 1 is a true and correct copy of a letter from Olivia M. Kim to Aaron Wainscoat, dated October 23, 2006.

3. Attached hereto as Exhibit 2 is a true and correct copy of a letter from Olivia M. Kim to Brian A.E. Smith, dated January 8, 2007.

4. Attached hereto as Exhibit 3 is a true and correct copy of a letter from Olivia M. Kim to Courtney Towle, dated January 30, 2007.

5. Attached hereto as Exhibit 4 is a true and correct copy of a letter from Olivia M. Kim to Courtney Towle, dated February 7, 2007.

6. Attached hereto as Exhibit 5 is a true and correct copy of a letter from Olivia M. Kim to Courtney Towle, dated March 30, 2007.

7. Attached hereto as Exhibit 6 is a true and correct copy of a letter from Olivia M. Kim to Courtney Towle, dated April 10, 2007.

Executed on July 26, 2007, at San Francisco, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Ethan B. Andelman
Ethan B. Andelman