



|  |  |  |
|---|---|---|
| **SIDLEY AUSTIN LLP**<br>555 WEST FIFTH STREET<br>LOS ANGELES, CA 90013<br>(213) 896 6000<br>(213) 896 6600 FAX<br><br>okim@sidley.com<br>(213) 896-6928 | BEIJING<br>BRUSSELS<br>CHICAGO<br>DALLAS<br>FRANKFURT<br><br>FOUNDED 1866 | GENEVA<br>HONG KONG<br>LONDON<br>LOS ANGELES<br>NEW YORK | SAN FRANCISCO<br>SHANGHAI<br>SINGAPORE<br>TOKYO<br>WASHINGTON, DC |

**SIDLEY AUSTIN LLP**
**SIDLEY**

October 23, 2006

**By Federal Express and Email (without enclosure)**

Aaron Wainscoat
DLA Piper US LLP
2000 University Avenue
East Palo Alto, California 94303

Re:   *Atmel Corp. v. AuthenTec, Inc.*
      N.D. Cal., Case No. 4:06-CV-2138-CW

Dear Mr. Wainscoat:

Enclosed please find a disc containing documents bates numbered AML000001-549. Documents that are designated "Attorneys Eyes Only" are to be treated as Confidential – Attorneys Eyes Only in accordance with Patent L.R. 2-2.

Pursuant to L.R. 3-2, Plaintiff Atmel produces the following documents:

- <u>Patent L.R. 3-2(a): Documents sufficient to evidence each discussion with, disclosure to, or other manner of providing to a third party, or sale of or offer to sell, the claimed invention prior to the date of application for the patent in suit.</u>

    Atmel is not aware of the existence of any such documents under this category of documents.

- <u>Patent L.R. 3-2(b): All documents evidencing the conception, reduction to practice, design, and development of each claimed invention, which were crated on or before the date of application for the patent in suit or the priority date identified pursuant to Patent L.R. 3-1(e), whichever is earlier.</u>

    Documents bates numbered AML0000415-500.

- <u>Patent L.R. 3-2(c): A copy of the file history for each patent in suit.</u>

    Documents bates numbered AML000024-414.



Aaron Wainscoat
October 23, 2006
Page 2


Sincerely,

Olivia M. Kim

LA1 844887v.1

