

| | |
|---|---|
| SIDLEY AUSTIN LLP<br>555 WEST FIFTH STREET<br>LOS ANGELES, CA 90013<br>(213) 896 6000<br>(213) 896 6600 FAX<br><br>okim@sidley.com<br>(213) 896-6928 | BEIJING    GENEVA    SAN FRANCISCO<br>BRUSSELS  HONG KONG SHANGHAI<br>CHICAGO   LONDON    SINGAPORE<br>DALLAS    LOS ANGELES TOKYO<br>FRANKFURT NEW YORK  WASHINGTON, DC<br><br>FOUNDED 1866 |

January 8, 2007

**By Federal Express and Email (w/o enclosure)**

Brian A.E. Smith
Howrey LLP
525 Market Street
Suite 3600
San Francisco, CA 941005-2708

Re:   Atmel Corp. v. AuthenTec, Inc.
      <u>Case No. C06-01238 CW</u>

Dear Mr. Smith:

I have not heard back from you regarding in what format AuthenTec would prefer Atmel to produce the documents. Nevertheless, enclosed please find a CD containing documents labeled AML000549A – AML001959 (in PDF format). Pursuant to the parties' interim agreement governing the confidential information (11/20/06 Ltr from O. Kim to A. Wainscoat & 11/20/06 e-mail from A. Wainscoat to O. Kim), please treat all the documents, regardless of their designation, ATTORNEYS EYES ONLY until a suitable protective order is entered.

I note that Atmel requested documents in electronic format (in PDF) in my January 8, 2007 letter. However, for the documents being produced in pursuant to Patent L.R. 3-4(a), please produce them in their native format.

Sincerely,

Olivia M. Kim