

SIDLEY AUSTIN LLP
555 WEST FIFTH STREET
LOS ANGELES, CA 90013
(213) 896 6000
(213) 896 6600 FAX

okim@sidley.com
(213) 896-6928

| BEIJING | GENEVA | SAN FRANCISCO |
| BRUSSELS | HONG KONG | SHANGHAI |
| CHICAGO | LONDON | SINGAPORE |
| DALLAS | LOS ANGELES | TOKYO |
| FRANKFURT | NEW YORK | WASHINGTON, DC |

FOUNDED 1866

January 30, 2007

**By Federal Express and E-mail (w/o enclosure)**

Courtney Towle
Howrey LLP
525 Market Street
Suite 3600
San Francisco, CA 941005-2708

Re:     Atmel Corp. et al. v. AuthenTec, Inc.
        Case No. 06-CV-2138 CW

Dear Ms. Towle:

Enclosed please find a CD containing documents labeled AML001960 – AML002882.  Pursuant to the parties' interim agreement governing the confidential information (11/20/06 Ltr from O. Kim to A. Wainscoat & 11/20/06 e-mail from A. Wainscoat to O. Kim), please treat all the documents, regardless of their designation, ATTORNEYS EYES ONLY until a suitable protective order is entered.

Sincerely,

Olivia M. Kim

Enclosure

cc:     Denise M. De Mory; Brian A.E. Smith (via e-mail w/o enclosure)