

| | | |
|---|---|---|
| SIDLEY AUSTIN LLP<br>555 WEST FIFTH STREET<br>LOS ANGELES, CA 90013<br>(213) 896 6000<br>(213) 896 6600 FAX<br><br>okim@sidley.com<br>(213) 896-6928 | BEIJING<br>BRUSSELS<br>CHICAGO<br>DALLAS<br>FRANKFURT<br><br>FOUNDED 1866 | GENEVA<br>HONG KONG<br>LONDON<br>LOS ANGELES<br>NEW YORK | SAN FRANCISCO<br>SHANGHAI<br>SINGAPORE<br>TOKYO<br>WASHINGTON, DC |

February 7, 2007

**By Federal Express and E-mail (w/o enclosure)**

Courtney Towle
Howrey LLP
525 Market Street
Suite 3600
San Francisco, CA 941005-2708

Re:   Atmel Corp. et al. v. AuthenTec, Inc.
      Case No. 06-CV-2138 CW

Dear Ms. Towle:

Enclosed please find a CD containing documents labeled AML002883 – AML003363. Pursuant to the parties' interim agreement governing the confidential information (11/20/06 Ltr from O. Kim to A. Wainscoat & 11/20/06 e-mail from A. Wainscoat to O. Kim), please treat all the documents, regardless of their designation, ATTORNEYS EYES ONLY until a suitable protective order is entered.

Sincerely,

Olivia M. Kim

Enclosure

cc:   Denise M. De Mory; Brian A.E. Smith (via e-mail w/o enclosure)