

| | |
|---|---|
| SIDLEY AUSTIN LLP<br>555 WEST FIFTH STREET<br>LOS ANGELES, CA 90013<br>(213) 896 6000<br>(213) 896 6600 FAX<br><br>okim@sidley.com<br>(213) 896-6928 | BEIJING      GENEVA         SAN FRANCISCO<br>BRUSSELS  HONG KONG  SHANGHAI<br>CHICAGO   LONDON         SINGAPORE<br>DALLAS       LOS ANGELES  TOKYO<br>FRANKFURT  NEW YORK    WASHINGTON, DC<br><br>FOUNDED 1866 |

March 30, 2007

**By Federal Express and E-mail (w/o enclosure)**

Courtney Towle
Howrey LLP
525 Market Street
Suite 3600
San Francisco, CA 94105-2708

Re:   Atmel Corp. et al. v. AuthenTec, Inc.
        Case No. 06-CV-2138 CW

Dear Ms. Towle:

Enclosed please find a CD containing documents labeled AML003364 – AML003858. Please note that certain documents are designated "ATTORNEYS' EYES ONLY" pursuant to the Protective Order.

Sincerely,

Olivia M. Kim

Enclosure

cc:   Denise M. De Mory; Brian A.E. Smith (via e-mail w/o enclosure)