

| | |
|---|---|
| SIDLEY AUSTIN LLP<br>555 WEST FIFTH STREET<br>LOS ANGELES, CA 90013<br>(213) 896 6000<br>(213) 896 6600 FAX<br><br>okim@sidley.com<br>(213) 896-6928 | BEIJING    GENEVA      SAN FRANCISCO<br>BRUSSELS   HONG KONG   SHANGHAI<br>CHICAGO    LONDON      SINGAPORE<br>DALLAS     LOS ANGELES TOKYO<br>FRANKFURT  NEW YORK    WASHINGTON, DC<br><br>FOUNDED 1866 |

April 10, 2007

**By Federal Express and E-mail (w/o enclosure)**

Courtney Towle
Howrey LLP
525 Market Street
Suite 3600
San Francisco, CA 94105-2708

Re:   Atmel Corp. et al. v. AuthenTec, Inc.
      Case No. 06-CV-2138 CW

Dear Ms. Towle:

Enclosed please find a CD containing documents labeled AML003859 – AML003871. The documents are designated "ATTORNEYS' EYES ONLY" pursuant to the Protective Order.

Sincerely,

Olivia M. Kim

Enclosure

cc:   Denise M. De Mory; Brian A.E. Smith (via e-mail w/o enclosure)