UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ATMEL CORPORATION, a Delaware corporation; ATMEL SWITZERLAND, a corporation; ATMEL FRANCE, a corporation; and ATMEL SARL, a corporation,<br><br>              Plaintiffs,<br><br>v.<br><br>AUTHENTEC, INC., a Delaware corporation,<br><br>              Defendant. | Case No. C 06-02138 CW |
| AUTHENTEC, INC., a Delaware corporation,<br><br>              Plaintiff,<br><br>v.<br><br>ATMEL CORPORATION, a Delaware corporation; ATMEL SWITZERLAND, a corporation; ATMEL FRANCE, a corporation; and ATMEL SARL, a corporation,<br><br>              Defendants. | Case No. C 07-03331 CW<br><br>**[PROPOSED] ORDER EXTENDING CASE SCHEDULE** |

**[PROPOSED] ORDER**
**EXTENDING CASE SCHEDULE**
**C 06-02138 CW; C 07-03331 CW**

LA1 972441v.1

This matter comes before the Court on the Motion of Plaintiffs-Defendants Atmel Corporation, Atmel Switzerland, Atmel France and Atmel SARL (collectively, "Atmel) to Extend Case Schedule. The Court hereby GRANTS Atmel's Motion to Extend Case Schedule.

Accordingly, it is hereby ORDERED that the case schedule is extended by 90 days as follows:

| Event | Date |
| --- | --- |
| Fact Discovery Cut-Off | December 17, 2007 |
| Completion of Claim Construction Discovery | January 7, 2008 |
| Claim Construction Opening Brief and Dispositive Motions | January 22, 2008 |
| Claim Construction Responsive Brief and Responses to Dispositive Motions | February 22, 2008 |
| Claim Construction Reply Brief and Reply re Dispositive Motions | March 7, 2008 |
| Claim Construction/Dispositive SurReply Brief | March 21, 2008 |
| **Claim Construction / Dispositive Motion Hearing And Case Management Conference** | *April 24, 2008 2:00 p.m.* |
| Opening Expert Reports | 21 Days After Claim Construction Ruling |
| Rebuttal Expert Reports | 21 Days After Opening Expert Reports |
| Completion of Expert Discovery | 21 Days After Rebuttal Report |

**[PROPOSED] ORDER EXTENDING CASE SCHEDULE C 06-02138 CW; C 07-03331 CW**

1

LA1 972441v.1

1   It is further ORDERED that the Claims Construction Hearing; Further Case Management
2   Conference; and Motion Hearing previously set for October 19, 2007 is hereby VACATED and is
3   re-scheduled for April 24, 2008 at 2:00 p.m.

6   Dated: _____    _____
                                                Claudia Wilken
7                                               U.S. District Judge

**[PROPOSED] ORDER
EXTENDING CASE SCHEDULE
C 06-02138 CW; C 07-03331 CW**

2

LA1 972441v.1