# EXHIBIT 1



SIDLEY AUSTIN LLP
555 WEST FIFTH STREET
LOS ANGELES, CA 90013
(213) 896 6000
(213) 896 6600 FAX

dmckenzie@sidley.com
(213) 896-6663

| BEIJING | LOS ANGELES |
|---|---|
| BRUSSELS | NEW YORK |
| CHICAGO | SAN FRANCISCO |
| DALLAS | SHANGHAI |
| FRANKFURT | SINGAPORE |
| GENEVA | SYDNEY |
| HONG KONG | TOKYO |
| LONDON | WASHINGTON, D.C. |

FOUNDED 1866

July 19, 2007

**By Email**

Denise M. DeMory, Esq.
demoryd@howrey.com
Brian A.E. Smith, Esq.
smithbrian@howrey.com
HOWREY LLP
525 Market St., Suite 3600
San Francisco, CA 94105-2708

> Re:   *Atmel Corporation v. AuthenTec, Inc., et al.*
> U.S.D.C., Northern District of California, Case No.: 4:06-cv-02138 CW

Dear Denise and Brian:

I am following up on our telephone call of yesterday concerning outstanding discovery and deposition scheduling. During our conversation, I explained that Atmel has continued searching for and uncovering documents that may be responsive to AuthenTec's broad range of document requests and that are potentially relevant to several of AuthenTec's noticed depositions. I further explained that Atmel recently learned of French laws that govern the transfer of documents to the United States. Therefore, in an abundance of caution, Atmel is refraining from producing further documents until it can confirm that such production will comply with the applicable French laws.

Regarding the deposition scheduling, I suggested that AuthenTec could take its noticed depositions without the benefit of reviewing the potentially relevant documents that have not yet been produced. However, Atmel would not allow any witness to be deposed twice. That is, AuthenTec could not take a deposition of a witness before the document production, and then take a second deposition of the same witness after the document production.

In the spirit of cooperation and accommodation, I suggested that AuthenTec's noticed depositions should occur in late August because we are hopeful that by August, Atmel will have assurances that its production of the potentially relevant documents will comply with French law.

Sidley Austin LLP is a limited liability partnership practicing in affiliation with other Sidley Austin partnerships

LA1 961400v.1



Denise M. DeMory, Esq.
Brian A.E. Smith, Esq.
July 19, 2007
Page 2


You requested that I provide the title of the relevant French laws, and as promised, the French rules applicable to data transfer are shown below:

1.  The Hague Convention

2.  The law of 26 July 1968 relating to the communication of documents and information of an economical, commercial, industrial, financial or technical nature to foreign individuals or companies

3.  The law of 6 January 1978 on Data Processing, Data Files and Individual Liberties (Amended by the Act of 6 August 2004 relating to the protection of individuals with regard to the processing of personal data)

If you have further questions or concerns about his issue, please feel free to contact me.

Sincerely,

Denise L. McKenzie

DLM:cle

cc:    Matthew Greinert, Esq.
       Olivia Kim, Esq.

LA1 961400v.1