# EXHIBIT 2

Case 4:07-cv-03331-CW   Document 14-4   Filed 08/03/2007   Page 1 of 3



| | | |
|---|---|---|
| SIDLEY AUSTIN LLP<br>555 WEST FIFTH STREET<br>LOS ANGELES, CA 90013<br>(213) 896 6000<br>(213) 896 6600 FAX | BEIJING<br>BRUSSELS<br>CHICAGO<br>DALLAS<br>FRANKFURT<br>GENEVA<br>HONG KONG<br>LONDON | LOS ANGELES<br>NEW YORK<br>SAN FRANCISCO<br>SHANGHAI<br>SINGAPORE<br>SYDNEY<br>TOKYO<br>WASHINGTON, D.C. |
| okim@sidley.com<br>(213) 896-6928 | FOUNDED 1866 | |

July 31, 2007

**By Email**

Denise De Mory
Howry LLP
525 Market Street
Suite 3600
San Francisco, CA 94105-2708

    Re:    Atmel Corp. et al. v. AuthenTec, Inc.
           Case No. 06-CV-2138 CW

Dear Denise:

This confirms our meet and confer of today.

**Documents from France**

    We explained that we are planning to do a rolling production of documents from France, with the first production to commence next week (Thursday or Friday). We will endeavor to produce all documents from France by end of August.

    As we stated during the call, our preliminary understanding of the nature of the documents is as follows:

- There are documents relating to, *inter alia*, description, development and marketing of the Atmel products.

- There are both French and English documents, but most likely more French documents than English.

- We estimate the production to be about 10-15 boxes total, but this is just a rough estimation.

**Case Schedule**

    We again wanted you to consider stipulating to a 90-day extension of the case schedule. As you know, fact discovery closes on September 17, 2007 under the current schedule.

Sidley Austin LLP is a limited liability partnership practicing in affiliation with other Sidley Austin partnerships

LA1 970014v.1



Denise De Mory
July 31, 2007
Page 2

Although Atmel's unfortunate circumstances with the documents from France affected some delay in the case, we are also awaiting more document production from AuthenTec. Moreover, AuthenTec had canceled the Rule 30(b)(6) source code deposition, which was scheduled for the week of July 23, 2007 because AuthenTec believed that discovery should be a 2-way street. AuthenTec has now scheduled this deposition for September.

Consequently, we so far have only two depositions scheduled for *September* - Atmel's Rule 30(b)(6) source code deposition and AuthenTec's deposition of Ms. Julie Mar-Spinola. Atmel had also provided available dates for Mr. Larry Hara's deposition (last week of August), which has not yet been confirmed by AuthenTec. In light of such circumstances, we believe that an extension of the case schedule is both reasonable and necessary.

You have indicated that you will talk to your client and get back to us by end of this week regarding the schedule. We look forward to your response.

### Stipulation re Atmel's Motion to Dismiss

You indicated that you will prepare a Stipulation for our review. We have agreed to file the Stipulation on or before this Thursday so that Atmel does not have to unnecessarily file its Reply.

Please let us know if you recall anything different from the above.

Sincerely,

Olivia M. Kim

cc: Brian A.E. Smith
Matthew F. Greinert