# EXHIBIT 4



SIDLEY AUSTIN LLP
555 WEST FIFTH STREET
LOS ANGELES, CA 90013
(213) 896 6000
(213) 896 6600 FAX

BEIJING
BRUSSELS
CHICAGO
DALLAS
FRANKFURT
GENEVA
HONG KONG
LONDON

LOS ANGELES
NEW YORK
SAN FRANCISCO
SHANGHAI
SINGAPORE
SYDNEY
TOKYO
WASHINGTON, D.C.

okim@sidley.com
(213) 896-6928

FOUNDED 1866

July 10, 2007

**By Email**

Denise De Mory
Howry LLP
525 Market Street
Suite 3600
San Francisco, CA 94105-2708

Re:  Atmel Corp. et al. v. AuthenTec, Inc.
     Case No. 06-CV-2138 CW

Dear Denise:

It came to our attention that there are more documents that may need to be produced in response to AuthenTec's document requests after Atmel's supplemental document search. We are in process of reviewing these documents for relevance and privilege; however, it is most likely that these documents will be relevant to some of the depositions coming up, namely Jean-Francois Mainguet and other Rule 30(b)(6) witnesses. To avoid producing the same witnesses for multiple depositions, we will produce Mr. Mainguet and other Rule 30(b)(6) witnesses after the documents are produced and AuthenTec had a reasonable time to review the documents. We are endeavoring to produce the documents as soon as possible.

Similarly, we are concerned that AuthenTec has not produced all responsive documents to Atmel's requests for production. For example, we have not received any documents responsive to Atmel's Fourth Set of requests for production or any documents that we have raised in our meet and confers. We are concerned that Mr. Dale Setlak would be knowledgeable about the documents that have not yet been produced. In order to avoid taking Mr. Setlak's deposition multiple times, we would like to postpone Mr. Setlak's deposition until AuthenTec produces all responsive documents.

As to the deposition of Mr. John Harris, Sidley Austin will be representing him. We are currently trying to obtain Mr. Harris' available dates for the deposition. We will inform you as soon as we have the information.

Lastly, please explain why AuthenTec is pursuing the deposition of Cynthia Bright. Ms. Bright is currently an in-house counsel for Atmel and is involved in this litigation matter.

Sidley Austin LLP is a limited liability partnership practicing in affiliation with other Sidley Austin partnerships



Denise De Mory
July 10, 2007
Page 2

Consequently, most of her testimony will be barred by attorney-client privilege and/or attorney-work product.

                                      Sincerely,

                                      Olivia M. Kim

cc:    Brian A.E. Smith
        Matthew F. Greinert

LA1 953218v.1