United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATMEL CORPORATION, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>AUTHENTEC, INC.,<br><br>    Defendant.<br>_____ | No. C 06-02138 CW |
| AUTHENTEC, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>ATMEL CORPORATION, et al.,<br><br>    Defendants.<br>_____/ | No. C 07-03331 CW<br><br>ORDER OF REFERENCE TO MAGISTRATE JUDGE |

    Pursuant to Local Rule 72-1, IT IS HEREBY ORDERED that Atmel's Motion to Extend Case Schedule filed in the above-captioned case are referred to Magistrate Judge Elizabeth D. Laporte. This motion is referred to the discovery Magistrate Judge because the motion and the opposition refer to discovery-related conduct.  For the Magistrate Judge's guidance, the Court prefers to adjudicate this case as expeditiously as possible consistent with the rights of the

1  parties.  The proposed continued date is agreeable to the Court's
2  calendar, provided the extension is justified.  The Magistrate
3  Judge is asked to consider whether the extension should be granted
4  only subject to the conditions proposed by Defendant, and to the
5  condition that the parties comply with the Court's order for
6  mediation.

8  Dated: 8/9/07

                         CLAUDIA WILKEN
                         United States District Judge

11  cc: Wings; EDL w/mo.

**United States District Court**
For the Northern District of California