# Exhibit A

## CLAIM CONSTRUCTIONS AS BRIEFED

| contact sensitive elements/sensing elements[1] ||
|---|---|
| **AuthenTec's Proposed Construction** | **Atmel's Proposed Construction** |
| "elements of the sensor that directly read the fingerprint and are individually sensitive to patterns of pressure or temperature caused by physical contact between a finger and the sensing surface"<br><br>The phrase "sensing surface" should be construed as described below. The term "sensor" should be construed as described below. | "[t]wo or more component parts that are responsive to contact between a finger and the sensing surface of the sensor wherein the sensor is integrated onto a semiconductor substrate and is not an optical sensor" |

| sensing surface ||
|---|---|
| **AuthenTec's Proposed Construction** | **Atmel's Proposed Construction** |
| "a surface of the sensor coupled to the matrix of contact sensitive elements that when pressed on by the finger transmits patterns of temperature and pressure without modification to the contact sensitive elements" | "[a] surface of the sensor that detects finger contact wherein the sensor is integrated onto a semiconductor substrate and is not an optical sensor" |

---

[1] Similar terms in other claims should be interpreted in the same way, for example, "sensitive elements," "sensing elements," "the sensitive elements" etc. The terms "total" and "global" should likewise be interpreted in the same way. Atmel agrees that any such like terms should be interpreted in the same way. *See* Dkt. No. 398 at 5 & n.20; 12 & n.59.

| | |
|---|---|
| The phrase "contact sensitive elements" should be construed as described above.  The term "sensor" should be construed as described below. | |

| sensor ||
|---|---|
| **AuthenTec's Proposed Construction** | **Atmel's Proposed Construction** |
| "a matrix of contact sensitive elements coupled to a sensing surface"<br><br>The phrase "contact sensitive elements" should be construed as described above.  The phrase "sensing surface" should be construed as described above. | "[a]ny device that can detect or measure something" |

| means for reading a fingerprint ||
|---|---|
| **AuthenTec's Proposed Construction** | **Atmel's Proposed Construction** |
| This element is a means-plus-function element governed by 35 U.S.C. §112, ¶6.<br><br>The claimed function is reading a fingerprint and generating a series of partial images.<br><br>Proposed construction:<br>The "sensor" defined above and an analog to digital converter 51 integrated into the same substrate, and equivalents thereof.  *See* Figures 3 & 4; 4:4-19; 6:29; 7:26; 36-39. | "[a] sensor including a sensing surface" |

|  |  |
|---|---|
| The term "sensor" should be construed as described above. |  |

| AuthenTec: total image/global image | Atmel: a total image of the fingerprint from said partial images |
|---|---|
| **AuthenTec's Proposed Construction** | **Atmel's Proposed Construction** |
| "a complete image of the fingerprint created by correlating and superimposing partial images I0 to In collected during periods t0 to tn" | "[t]he complete image of each fingerprint part that has been obtained from a series of partial images" |

| reconstructing a global image of said fingerprint ||
|---|---|
| **AuthenTec's Proposed Construction** | **Atmel's Proposed Construction** |
| "creating a complete image of a fingerprint from all available partial images" | "reconstructing or constituting again the complete image of each fingerprint part that has been obtained from the series of partial images" |
| means for reconstituting ||
| **AuthenTec's Proposed Construction** | **Atmel's Proposed Construction** |
| The parties agree that this element is a means-plus-function element governed by 35 U.S.C. §112, ¶6.<br><br>The claimed function is reconstituting a total image of the fingerprint from said partial images.<br><br><u>Proposed construction:</u> | "reconstruct or constitute again the complete image of each fingerprint part that has been obtained from the series of partial images" |

| | |
|---|---|
| The corresponding structure is microprocessor 60, random-access memory 61, and read-only memory 63 (8:11-14; 7:36-47) containing a correlation algorithm that enables reconstruction of the complete image of the fingerprint of the finger from overlapping partial images obtained by the means for reading as specifically described at 8:31-65 or 9:31-41, and equivalents thereof.<br><br>The phrase "means for reading" should be construed as described above. | |

| correlation of overlapping partial images ||
|---|---|
| **AuthenTec's Proposed Construction** | **Atmel's Proposed Construction** |
| "finding a position of optimal overlap between successive partial images and combining the images according to the determined optimal overlap" *See* Figure 12; 8:5-67. | "[a] mutual relationship between overlapping partial images" |

| active layer ||
|---|---|
| **AuthenTec's Proposed Construction** | **Atmel's Proposed Construction** |
| A surface layer of the sensor that directly obtains a partial image of a fingerprint during physical contact with a finger and the sensing surface by directly measuring patterns of pressure and/or temperature.<br><br>The phrase "sensing surface" should be construed as described | "[a] layer containing the sensing surface" |

| above. | |

| active surface | |
|---|---|
| **AuthenTec's Proposed Construction** | **Atmel's Proposed Construction** |
| "a surface both rigid enough and flexible enough to transmit, vertically and without modification the pattern of pressures exerted by a finger pressed directly on the layer" | "surface of the sensor that detects finger contact" |

| capacitive elements | |
|---|---|
| **AuthenTec's Proposed Construction** | **Atmel's Proposed Construction** |
| "contact sensitive elements that detect capacitance caused by the matrix of ridges and hollows on the surface of the sensor"<br><br>The phrase "contact sensitive elements" should be construed as described above. | "[e]lements that store an electric charge" |