


**HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY**　　　　AUTH-A 016055