


HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

AUTH-A 016054