1  Henry C. Bunsow (SBN 60707)
   bunsowh@howrey.com
2  Denise De Mory (SBN 168076)
   demoryd@howrey.com
3  Brian A.E. Smith (SBN 188147)
   smithbrian@howrey.com
4  HOWREY LLP
   525 Market Street, Suite 3600
5  San Francisco California 94105
   Telephone: (415) 848-4900
6  Facsimile: (415) 848-4999

7

   Attorneys for Defendant
8  AuthenTec, Inc.

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                          OAKLAND DIVISION

12

13 | ATMEL CORPORATION, a Delaware      | Case No. 06 CV 2138 CW
   | corporation; ATMEL SWITZERLAND, a  |
14 | corporation; ATMEL FRANCE, a       | **DECLARATION OF DALE SETLAK**
   | corporation; and ATMEL SARL, a     |
15 | corporation,                       | Date:     May 1, 2008
   |                                    | Time:     2:00 p.m.
16 |         Plaintiffs,                | Location: Courtroom 2, 4th Floor
   |                                    | Judge:    Hon. Claudia Wilken
17 |     v.                             |
18 | AUTHENTEC, INC., a Delaware        |
   | corporation,                       |
19 |         Defendant.                 |

---

Case No. 06 CV 2138 CW
DECLARATION OF DALE SETLAK

-1-

I, Dale Setlak, declare as follows:

1. I am the Chief Technology Officer and co-founder of AuthenTec, Inc. I have worked at AuthenTec, Inc. since 1998, and worked on development of the AuthenTec products at Harris Corporation before 1998. I make this declaration of my personal knowledge, and if called as a witness, I could and would testify competently to the statements contained herein.

2. All AuthenTec products use the same basic RF technology. The AFS2 was our first commercial TruePrint(TM) product. The AFS2 is much larger than the products accused in this case, but like the products in this case has both a drive ring for energizing the finger and an array of passive pixel antenna plates (referred to as the detection matrix or pixel sensor array in datasheets) that receive the RF signal. I have used all AuthenTec products, including the AFS2 product. A sample card with samples of all the AuthenTec sensors is attached hereto as Exhibit 1. The detection matrix is beneath what appears to be the center mirrored portion of the device. The drive ring is the metal or white (conductive epoxy) ring surrounding and adjacent to the detection matrix portion of the product.

3. I have installed and used our AFS2 products. In the course of using the AFS2 products, I have activated the sensor, and then pressed my finger on the detection matrix portion of the AFS2 while keeping my finger away from the adjacent drive ring. When I pressed my finger on the detection matrix of the AFS2 with the finger held upright and away from the drive ring, no fingerprint image was captured. The AFS2 did not work. Pressing on the detection matrix of the AFS2 product, produces no output if the finger drive signal is not coupled to the finger via the drive ring. The detection matrix does not respond to finger contact.

4. With regard to the aspects of the detection matrix described above, the detection matrix of each of the accused products in this case operates in the same manner as the detection matrix of the AFS2. The detection matrix in the accused products, however, is very small, so it is difficult to place the finger on the detection matrix area of the device without also contacting the drive ring.

Executed at Melbourne, Florida on February 29, 2008.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*/s/ Dale R. Setlak*

Dale Setlak