| | |
|---|---|
| 1 | Henry C. Bunsow (SBN 60707) |
| | bunsowh@howrey.com |
| 2 | Denise De Mory (SBN 168076) |
| | demoryd@howrey.com |
| 3 | Brian A.E. Smith (SBN 188147) |
| | smithbrian@howrey.com |
| 4 | HOWREY LLP |
| | 525 Market Street, Suite 3600 |
| 5 | San Francisco California 94105 |
| | Telephone: (415) 848-4900 |
| 6 | Facsimile: (415) 848-4999 |

Attorneys for Defendant
AUTHENTEC, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATMEL CORPORATION, a Delaware corporation; ATMEL SWITZERLAND, a corporation; ATMEL FRANCE, a corporation; and ATMEL SARL, a corporation,<br><br>Plaintiffs,<br><br>v.<br><br>AUTHENTEC, INC., a Delaware corporation,<br><br>Defendant. | Case No. 06 CV 2138 CW (EDL)<br><br>**NOTICE OF MANUAL FILING OF EXHIBIT 1 TO THE DECLARATION OF DALE SETLAK**<br><br>Date: March 18, 2008<br>Time: 9:00 a.m.<br>Courtroom: E, 15th Floor<br>Judge: Hon. Elizabeth D. Laporte |

**HOWREY LLP**

Case No. 4:06 CV-2138 CW (EDL)
NOTICE OF MANUAL FILING

DM_US:21058255_1

## MANUAL FILING NOTIFICATION

Regarding:    Exhibit 1 to the Declaration of Dale Setlak

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

____    Voluminous Document (PDF file size larger than efiling system allowance).

____    Unable to Scan Documents.

_X_    Physical Object (description):  AuthenTec Product Portfolio (see attached photocopy)    .

____    Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media.

____    Item Under Seal.

____    Conformance with the Judicial Conference Privacy Policy (General Order 53).

____    Other (description): _____.

-1-

Case No. 4:06 CV-2138 CW (EDL)
NOTICE OF MANUAL FILING

DM_US:21058255_1