Summary vita for Dr. Roger McWilliams

Ph.D. - Princeton University, 1980          B.A. - University of California, 1975

Professor McWilliams is Professor of Physics & Astronomy and Director of the Campuswide Honors Program at the University of California, Irvine. He is an experimental physicist with research and teaching responsibilities. His projects involve management of about 10 scientists and students and leadership of a 7,000 square foot laboratory. Dr. McWilliams is responsible for defining physics research projects, obtaining research funding, and research performance.

Prof. McWilliams' research encompasses experimental electricity & magnetism (including electromagnetic fields propagating in conductive media) with emphasis in plasma physics, lasers, and methods of transmission and detection of electromagnetic fields. With an international reputation, he is invited frequently to lecture worldwide. He has been asked to present numerous Invited Talks including three to the American Physical Society and an IEEE mini-course. More than $200 million has been spent worldwide on radio frequency current drive experiments since his experimental discovery of lower hybrid current drive.

Since 1983 Dr. McWilliams has consulted and acted as an expert witness for patent and litigation issues. Understanding and delineation of science and engineering questions at hand along with clear, but accurate, communication of these issues to others is central to his contributions. Prof. McWilliams has helped numerous firms address issues in electromagnetism, optics and lasers, plasma physics, and develop (or analyze) new instrumentation, and create technically advanced products. He was one of the two scientific experts for Litton in the Litton v Honeywell patent cases heard by the US Supreme Court and settled in Litton's favor. Law firms Dr. McWilliams has aided include Howrey; Knobbe, Martens, Olson & Bear; Lyon & Lyon; Lord, Bissell & Brook; Quinn, Emanuel, Urquhart, Oliver & Hedges; Rutan & Tucker; and Bright & Lorig.

Prof. McWilliams is a member of the American Physical Society, the American Geophysical Union, the Optical Society of America, and the IEEE and has been elected to Phi Beta Kappa, Sigma Xi, and Sigma Pi Sigma. He is a Fellow of the American Physical Society and has served on the Society's program and prize committees. Some of his over 50 refereed publications and technical reports are listed on his laboratory web page at http://HAL9000.ps.uci.edu .