ROGER D. McWILLIAMS
Updated 7 Feb 08

**Papers Published in Journals, Refereed Conference Proceedings, Articles in Books.**

1.  Penetration of Slow Waves into an Overdense Plasma (with R. W. Motley, S. Bernabei, W. M. Hooke, and L. Olson ), Plasma Physics 21, 567 (1979).

2.  Steady-State Currents Driven by Collisionally Damped Lower-Hybrid Waves (with E. J. Valeo, R. W. Motley, W. M. Hooke, and L. Olson), Phys. Rev. Lett. 44, 245 (1980).

3.  Lower-Hybrid Heating and Current Drive in Tokamaks and Related Experiments (with M. Porkolab, J. J. Schuss, T. Takase, S. Knowlton, S. C. Luckhardt, R. E. Slusher, C. M. Surko, N. Fisch, W. M. Hooke, C. Karney, R. Motley, M. Ono, F. Perkins, T. H. Stix, E. Valeo, R. Wilson and K. L. Wong), 8th Int. Conf. on Plasma Phys. and Controlled Nucl. Res., Brusssels, 1980.

4.  Currents Generated by Lower Hybrid Waves (with R. W. Motley), Phys. Fluids 24, 2022 (1981).

5.  Nonlocal Plasma Edge Density Reduction Due to Lower Hybrid Waves (with N. W. Wolf), Phys. Rev. A 25, 1247 (1982).

6.  Cross-Field Ion Transport and Heating Due to Parametric Decay of Lower Hybrid Waves (with D. N. Hill, N. S. Wolf, and N. Rynn), Phys. Rev. Lett. 50, 836 (1983).

7.  Coupling to the Fast Wave Via a Phased Waveguide Array (with L. Olson, J. Glanz, and R. W. Motley), Nucl. Fusion 24 (8), 1085 (1984).

8.  Formation of a 100-kA Tokamak Discharge in the Princeton Large Torus by Lower Hybrid Waves (with F. Jobes, J. Stevens, et al), Phys. Rev. Lett. 52, 1005 (1984).

9.  Current Ramp-Up and Plasma Formation in the PLT Tokamak by Lower Hybrid Waves (with T. K. Chu, et al), *Fourth International Symposium on Heating of Toroidal Plasmas*, 21 March 1984, Rome, Italy.

10. The Production of Highly Unidirectional Lower Hybrid Waves (with M. Okubo, R. C. Platt, and D. P. Sheehan), Physics of Fluids 28, 11 (1985).

11. Coupling to Fast Waves near the Lower Hybrid Frequency (with Y. Mok), Invited Paper, Nuclear Technology/Fusion 7, 283 (1985).

12. Ion Heating Due to Modulated Parametric Decay (with M. Okubo, R. Platt, D. Sheehan and N. S. Wolf), Physics Letts. 108A, 252 (1985).

13.  Conference Review of *Fourth International Symposium on Heating in Toroidal Plasmas*, Nuclear Technology/Fusion, January 1986.

14.  Laboratory Simulation of Ion Acceleration in the Presence of Lower Hybrid Waves (with H. Boehmer, R. Koslover, and N. Rynn), *AGU Monograph on Ion Acceleration in the Magnetosphere and Ionosphere*, 1986, Tom Chang, Editor, p. 245.

15.  Fast-Wave Current Drive in the Irvine Torus (with R. C. Platt), Phys. Rev. Lett. 56, 835 (1986).

16.  Experimental Measurements of Phase Space (with D. Sheehan), Phys. Rev. Lett. 56, 2485 (1986).

17.  Electrostatic Ion Cyclotron Instability Near Threshold (with M.K. Okubo and N. S. Wolf), Phys. of Fluids 29, 3031 (1986).

18.  Measurement of Multidimensional Ion Velocity Distributions by Optical Tomography (with R. Koslover), Rev. of Sci. Instrum. 57, 2441 (1986).

19.  Excitation of Fast Waves Near the Mean Gyrofrequency (with R. C. Platt), Phys. Rev. Lett. 57, 2276 (1986).

20.  Laboratory Observation of Ion Conics Using Velocity-Space Tomography of a Plasma (with R. Koslover), Phys. Rev. Lett. 58, 37 (1987).

21.  The Transport of Test Ions in a Quiet Plasma (with M. Okubo), Phys. Fluids 30, 2849 (1987).

22.  Experimental Measurements of Phase Space (with D. Sheehan), in *The Physics of Phase Space*, Ed. Y. S. Kim and W. W. Zachary, Springer Verlag, (1987).

23.  Fast Wave Dispersion, Damping, and Electron Current Drive in the Irvine Torus (with R. C. Platt), *Applications of Radio Frequency Power to Plasmas*, Kissimmee, Florida, Ed. S. Bernabei and R. W. Motley, American Institute of Physics, (1987).

24.  Laser-Aided Measurement of Plasma Transport (with M. Okubo), Invited Talk, *3rd International Symposium on Laser-Aided Plasma Diagnostics*, Los Angeles, 28-30 October 1987.

25.  Laser-Aided Measurements of Plasma Transport (with D. Sheehan), Invited Talk, Rev. Sci Instrum. 59, 1536 (1988).

26.  *Radio Frequency Power in Plasmas,* Editor Roger McWilliams, American Institute of Physics, 1989.

27.  The Transport of Ions in a Turbulent Plasma (with M. K. Okubo and N. S. Wolf), Phys. Fluids B 2(3), 523 (1990).

28.    Fast-Wave Current Drive Above the Slow-Wave Density Limit (with D. P. Sheehan, N. S. Wolf and D. Edrich), Phys. Rev. Lett. $\underline{64}$(11), 1258 (1990).

29.    Laboratory Simulation of Magnetospheric Ion Transport, in *Physics of Space Plasmas* (1989), Invited Talk, Ed. T. Chang, G. B. Crew, and J. R. Jasperse, p. 301, Scientific Publishers, Inc. (1990).

30.    Simple Overdense RF Plasma Source (with D. Edrich, R. C. Platt, and D. P. Sheehan), Rev. Sci. Instrum. $\underline{61}$, 3460 (1990).

31.    A Confinement Scaling Law, Comments on Plasma Phys. and Cont. Fusion $\underline{14}$(1), 27 (1991).

32.    Laboratory Simulations of Supraural Mechanisms Leading to Perpendicular Ion Heating & Conic Formation (with D. P. Sheehan and R. Koslover), J. Geophys. Res. $\underline{96}$(A8), 14107 (1991).

33.    Direct Measurement of Velocity-Space Transport in a Fully Ionized Plasma (with J. Bowles and N. Rynn), Phys. Rev. Lett. $\underline{68}$(8), 1144 (1992).

34.    Fast and Slow Waves Launched from a Fast-Wave Waveguide Array (with D. Edrich, N. S. Wolf and M. Brusati), Nucl. Fusion $\underline{32}$(4), 687 (1992).

35.    Velocity Space Diffusion in Q-Machine Plasmas (with J. Bowles and N. Rynn), IEEE Trans. on Plasma Science $\underline{20}$(6), 651 (1992).

36.    Adjustable Levels of Strong Turbulence in a Positive/Negative Ion Plasma (with D. P. Sheehan and N. Rynn), Phys. Fluids B $\underline{5}$(5), 1523 (1993).

37.    Improved Optical Tomography Device (with M. Zintl), Rev. Sci. Instrum. $\underline{65}$(8), 2574 (1994).

38.    Transverse Ion Acceleration and Ion Conic Formation in a Divergent-Field Laboratory Plasma (with M. Zintl and N. Wolf), Phys. Plasmas $\underline{2}$(12), 4432 (1995).

39.    Single Beam Laser Induced Fluorescence Technique for Plasma Transport Measurements (with D. Edrich and N. Wolf), Rev. Sci. Instrum. $\underline{67}$(8), 2812 (1996).

40.    Ion Acceleration and Anomalous Transport in the Near Wake of a Plasma Limiter (with D. P. Sheehan and J. Bowles), Phys. Plasmas $\underline{4}$, 3177 (1997).

41.    Argon Ion Laser-Induced Fluorescence with Diode Lasers (with G. D. Severn and D. A. Edrich), Rev. Sci. Instrum. $\underline{69}$(1), 10 (1998).

42.    Laser-Induced Fluorescence Diagnosis of Plasma Processing Sources, R. McWilliams and D. Edrich, Invited Paper, Thin Solid Films $\underline{435}$, 1 (2003).

43.    Operation of a 0.2-1.1 keV Ion Source Within a Magnetized Laboratory Plasma, H. Boehmer, D. Edrich, W.W. Heidbrink, D. Leneman, R. McWilliams, and L. Zhao, Review of Scientific Instruments, 75, 1013 (2004).

44.    Measurements of Classical Transport of Fast Ions, L. Zhao, W.W. Heidbrink, H. Boehmer, R. McWilliams, D. Leneman, and S. Vincena, Physics of Plasmas, 12, 052108 (2005).

45.    Two-dimensional Ion Velocity Distribution Functions in Inductively Coupled Argon Plasma, D. Zimmerman, R. McWilliams, and D. Edrich, Plasma Sources Science & Technology 14, 581 (2005).

46.    Laser-Induced Fluorescence Measurements for Plasma Processing, R. McWilliams, H. Boehmer, D. Edrich, W. Heidbrink, L. Zhao, and D. Zimmerman, Thin Solid Films, 506-507, 665 (2006).

47.    Ion Flow and Sheath Physics Studies in Multiple Ion Species Plasmas Using Diode Laser Based Laser-induced Fluorescence, G.D. Severn, Xu Wang, Eunsuk Ko, N. Hershkowitz, M.M. Turner, and R. McWilliams, Thin Solid Films, 506-507, 674 (2006).

48.    Sheared Zonal Flow ExB Drifts Predicted from Emissive Probes and Measured by Laser-Induced Fluorescence, R. McWilliams and D. Edrich, Contributions to Plasma Physics, 46, 411 (2006).

49.    Effect of Supersonic Ion Beams on the Triple Probe Measurement, H.J. Woo, K.S. Chung, Y.S. Choi, M.J. Lee, D. Zimmerman, and R. McWilliams, Contributions to Plasma Physics, 46, 451 (2006).

50.    Determination of Plasma Flow Velocity by Mach Probe and Triple Probe with Correction by Laser-Induced Fluorescence in Unmagnetized Plasmas, Y.S. Choi, H.J. Woo, M.Y. Lee, D. Zimmerman, and R. McWilliams, Japanese Journal of Applied Physics, 45, 5945 (2006).

51.    A Newly Calibrated Laser-Induced Fluorescence (LIF) System for Ar Ions with a Single Tunable Diode Laser, H.J. Woo, K.S. Chung, T. Lho, R. McWilliams, Journal of the Korean Physical Society 48, 260 (2006).

52.    Diode Laser-Induced Fluorescence Measurements of Metastable Argon Ions in Magnetized Inductively Coupled Plasma, S. Jun, H.Y Chang, and R. McWilliams, Physics of Plasmas 13, 052512 (2006).

53.    Lithium Ion Sources for Investigations of Fast Ion Transport in Magnetized Plasmas, Y. Zhang, H. Boehmer, W.W. Heidbrink, R. McWilliams, D. Leneman, and S. Vincena, Review of Scientific Instruments 78, 013302 (2007).

54.    Convective Flow Zones in Filament-Discharge Plasma Sources, M.J. Brown and R. McWilliams, Journal of Instrumentation 2, P01008 (2007).

55.    Laser-Induced Fluorescence Ion Diagnostics in Light of Plasma Processing, R. McWilliams, J.P. Booth, E.A. Hudson, J. Thomas, and D. Zimmerman, Thin Solid Films 515, 4860 (2007).

**Conference Proceedings / Other Published Writings**

56.  Current Ramp-Up and Plasma Formation in the PLT Tokamak by Lower Hybrid Waves (with T. K. Chu, et al), Fourth International Symposium on Heating of Toroidal Plasmas, 21 March 1984, Rome, Italy.

57.  Coupling to Fast Waves Near the Lower Hybrid Frequency (with Y. Mok), Invited Paper, Nuclear Technology/Fusion 7, 283 (1985).

58.  Fast Wave Current Drive on Irvine Torus, IAEA Advanced Current Drive Workshop, Kyoto, Japan (1986).

59.  Plasma Ion Phase Space Measurements, American Physical Society, San Diego (1987).

60.  Laser-Aided Measurements of Plasma Transport (with M. Okubo), International Symposium on Laser-Aided Plasma Diagnostics, Los Angeles (1988).

61.  Laser-Aided Measurements of Plasma Transport (with D. Sheehan), Conference on High Temperature Plasma Diagnostics, Napa, CA (1988).

62.  Laboratory Simulation of Magnetospheric Ion Transport, Cambridge Workshop in Theoretical Geoplasma Physics, Cambridge, MA (1989).

63.  Transport Due to Electrostatic Fluctuations, Transport Task Force Workshop, San Diego (1989).

64.  Basic Experiments in Ion Transport, American Physical Society, Cincinnati (1990).

65.  The Transport of Test Ions in Laboratory Plasmas, International Workshop on Plasma Experiments in the Laboratory and in Space, Alpbach, Austria (1991).

66.  Laser-Induced Fluorescence Plasma Ion Diagnostics, Invited Talk, American Physical Society (1999).

67.  Ion Transport and Fluctuation Suppression in Sheared Zonal Flow, Invited Talk, US DoE Transport Task Force, 2002.

68.  LIF in the Nanotechnology Production Environment, Invited Talk, Workshop on Nanotechnology, Korean Institute for Advanced Study, 2002.

69.  Laser-Induced Fluorescence Diagnosis of Plasma Processing Sources, Invited Talk, Asian Pacific Conference on Plasma Science and Technology, South Korea, 2002.

70.  LIF Design and Diagnosis Capability for Plasma Processing, Invited Talk, Lam Research Corporation, 2002.

71.    LIF Diagnosis of Plasma Processing Sources, Invited Talk, Ulsan Plasma Physics Conference, South Korea, 2003.

72.    Laser-Induced Fluorescence Plasma Ion Diagnostics, Invited Course for IEEE taught at International Conference on Plasma Science, 2003.

73.    Laser-Induced Fluorescence Measurements for Plasma Processing, Invited Talk, Asian Pacific Conference on Plasma Science and Technology, Japan, 2004.

74.    Effect of Supersonic Ion Beams on the Triple Probe Measurement, H.J. Woo, K.S. Chung, Y.S. Choi, M.J. Lee, D. Zimmerman, and R. McWilliams, Contributions to Plasma Physics, 6th International Workshop of Electrical Probes in Magnetized Plasmas, Seoul, Korea, 2005.

75.    Sheared Zonal Flow ExB Drifts Predicted from Emissive Probes and Measured by Laser-Induced Fluorescence, R. McWilliams and D. Edrich, 6th International Workshop of Electrical Probes in Magnetized Plasmas, Seoul, Korea, 2005.

76.    Development of a New LIZ-MeVVA Source, J. Sprunck, E.P. Garate, A. Hershcovitch, B.M. Johnson, R. McWilliams, N. Rostoker, and A. Van Drie, International Conference on Ion Sources, 2005.

77.    Laser-Induced Fluorescence in Light of Plasma Processing, Invited Talk, R. McWilliams, E. Hudson, and J.P. Booth, 27th International Symposium on Dry Process, Jeju, Korea, 2005.

78.    Further Development of a Low Inductance Metal Vapor Vacuum Arc (LIZ-MEVVA) Ion Source, B. Johnson, A. Hershcovitch, E.P. Garate, R. McWilliams, J. Sprunck, and A. Van Drie, European Particle Accelerator Conference, Edinburgh, Scotland, TUPLS103 2006.

**Papers Published in Topical Conferences**

79. Demonstration of Accessibility and Inaccessibility of Slow Plasma Waves (with R. W. Motley, S. Bernabei, W. M. Hooke, and L. Olson), *Third Topical Conference on Radio Frequency Plasma Heating*, Pasadena, California 1978

80. Observation of Currents Driven by Collisionless Damping of Lower Hybrid Waves (with R. W. Motley), *Fourth Topical Conference on Radio Frequency Plasma Heating*, Austin, Texas 1981, paper B8.

81. Ion Heating and Enhanced Diffusion Due to Parametric Decay of Lower Hybrid Waves (with D. N. Hill, N. S. Wolf, and N. Rynn), *Fifth Topical Conference on Radio Frequency Plasma Heating*, Univ. of Wisconsin, Madison, Feb. 1983.

82. Laboratory Simulation of Ion Acceleration in the Presence of Lower Hybrid Waves (with H. Boehmer, R. Koslover, and N. Rynn), *Chapman Conference on Ion Acceleration in the Magnetosphere and Ionosphere*, Wellesley College, June 3-7, 1985.

83. Ion Conics Produced by RF Waves in Laboratory Experiments, First Workshop on RF Interactions with Laboratory and Space Plasmas, UCLA, April 1-3, 1986.

84. Fast Wave Dispersion, Damping, and Electron Current Drive in the Irvine Torus (with R. C. Platt), *Applications of Radio Frequency Power to Plasmas*, Kissimmee, Florida, Ed. S. Bernabei and R. W. Motley, American Institute of Physics, 1987.

85. Fast Wave Current Drive Above the Slow Wave Density Limit (with D. Sheehan, N. Wolf, and D. Edrich), *Proceedings of the 8th Topical Conference on RF Power in Plasmas,* Irvine, California, 1-3 May 1989.

86. Direct Measurement of Velocity Space Transport in a Fully Ionized Plasma (with N. Rynn and J. Bowles), *1992 International Conference on Plasma Physics,* Innsbruck, Austria, June 29- July 3, 1992.

**Abstracts in the APS and Similar Publications**

87. Radio Frequency Driven Direct Currents in a Linear Plasma I (with L. Olson, R. W. Motley, and W. M. Hooke), Bull. Am. Phys. Soc. <u>23</u>, 765 (1978).

88. Radio Frequency Driven Direct Currents in a Linear Plasma II (with L. Olson, R. W. Motley, and W. M. Hooke), Bull. Am. Phys. Soc. <u>23</u>, 765 (1978).

89. Steady State Currents Driven by Collisionally Damped Lower Hybrid Waves (with E. J. Valeo, R. W. Motley, W. M. Hooke, and L. B. Olson), Bull. Am. Phys. Soc. <u>24</u>, 1029 (1979).

90. Damping of Finite Amplitude Lower Hybrid Waves (with R. W. Motley and W. M. Hooke), Bull. Am. Phys. Soc. <u>25</u>, 1002 (1980).

91. Effects of Lower Hybrid Waves on the Electron Distribution Function, Bull. Am. Phys. Soc. <u>26</u>, 1032 (1981).

92. Ion Distributions Associated with Parametric Decay of Lower Hybrid Waves (with D. N. Hill, N. S. Wolf, and N. Rynn), Bull. Am. Phys. Soc. <u>27</u>, 1102 (1982).

93. Cross-field Ion Motion Associated with the Parametric Decay of Lower Hybrid Waves (with N. S. Wolf, D. N. Hill, and N. Rynn), Bull. Am. Phys. Soc. <u>27</u>, 1102 (1982).

94. ICRF Heating on an Optically Diagnosed Barium Plasma (with T.N. Good, G. Vandergrift, R. A. Noel, M. K. Okubo, and N. Rynn), Bull. Am. Phys. Soc. <u>28</u>, 1041 (1983).

95. The U.C. Irvine Torus (with R. C. Platt and D. Sheehan), Bull. Am. Phys. Soc. <u>28</u>, 1205 (1983).

96. Fast Waves Near the Lower Hybrid Frequency (with Y. Mok, Bull. Am. Phys. Soc. <u>28</u>, 1236 (1983).

97. Ion Heating Due to Modulated Lower Hybrid (with N. W. Wolf, M. Okubo, R. Platt and D. Sheehan), Bull. Am. Phys. Soc. <u>29</u>(8), 1249 (1984).

98. Unidirectional Lower Hybrid Wave Propagation (with M. Okubo, R. Platt, D. Sheehan. and N. S. Wolf), Bull. Am. Phys. Soc. <u>29</u>(8), 1249 (1984).

99. Excitation of Fast Waves Near the LH Frequency in a Mirror Plasma (with R. Duvall, C. Fortang, P. Colestock, and D. Hwang), Bull. Am. Phys. Soc. <u>29</u>(8), 1335 (1984).

100. Turbulent Diffusion and Cross-Field Transport due to Parametric Decay of Lower Hybrid Waves (with M. K. Okubo, Bull. Am. Phys. Soc. <u>30</u>(9), 1391 (1985).

101.    Observation of Two Regimes of the Electrostatic Ion-Cyclotron Instability (with N. S. Wolf and M. K. Okubo), Bull. Am. Phys. Soc. 30(9), 1395 (1985).

102.    Ion Velocity Distributions Determined by Optical Tomography (with R. Koslover), Bull. Am. Phys. Soc. 30(9), 1416 (1985).

103.    Laboratory Simulation of Ion Acceleration in the Presence of Lower Hybrid Waves (with H. Boehmer, R. Karim, R. Koslover and N. Rynn), Bull. Am. Phys. Soc. 30(9), 1467 (1985).

104.    Heavy Negative Ion Plasma Source (with D. P. Sheehan and N. Rynn), Bull. Am. Phys. Soc. 30(9), 1471 (1985).

105.    Current Drive by Fast Waves in the U.C. Irvine Torus (with R. C. Platt), Bull. Am. Phys. Soc. 30(9), 1624 (1985).

106.    Laboratory Simulation of Lower Magnetosphere Ion Acceleration (with R. Koslover, H. Boehmer, T. Good, R. Karim, and N. Rynn), EOS Transactions, AGU 66(46), 1046 (1985).

107.    Laboratory Observation of Ion Conics (with R. Koslover), EOS Transactions, AGU 67(16), 346 (1986).

108.    Excitation of Fast Waves Near the Mean Gyrofrequency (with R. C. Platt), Bull. Am. Phys. Soc. 31(9), 1422 (1986).

109.    The Diffusion of Test Particles in a Plasma (with M. Okubo), Bull. Am. Phys. Soc. 31(9), 1520 (1986).

110.    Experimental Measurements of Phase Space (with D. P. Sheehan), Bull. Am. Phys. Soc. 31(9), 1530 (1986).

111.    Laboratory Observation of Ion Conics Using Velocity-Space Optical Tomography (with R. Koslover), Bull. Am. Phys. Soc. 31(9), 1531 (1986).

112.    Laboratory Simulation of Suprauroral Ion Acceleration in the Presence of Nonlinear Lower Hybrid Waves (with R. Koslover, D. P. Sheehan, H. Boehmer, and N. Rynn), EOS, Transactions American Geophysical Union 67, 1168 (1986).

113.    Laboratory Observation of Ion Conics (with R. Koslover), URSI-National Radio Science Meeting, National Academy of Sciences, p. 50 (1987).

114.    Anomalous Diffusion in the Near Wake of a Magnetoplasma-Obstacle System (with D. P. Sheehan and J. Bowles), Bull. Am. Phys. Soc. 32(9), 1822 (1987).

115.    Plasma Ion Phase Space Measurements, Bull. Am. Phys. Soc. 32(9), 1876 (1987).

116.  Slow Waves and Electron Current Drive in the Irvine Torus (with N. S. Wolf) Bull. Am. Phys. Soc. 32(9), 1792 (1987).

117.  Fast Waves and Electron Current Drive in the Irvine Torus (with R. C. Platt), Bull. Am. Phys. Soc. 32(9), 1792 (1987).

118.  Anomalous Ion Transport in the Near Wake of a Magnetoplasma-Obstacle System (with D. Sheehan), IEEE Int. Conf. on Plasma Science, Seattle, Wash., 6-8 June (1988).

119.  Confinement and Diffusion in Tokamaks, Bull. Am. Phys. Soc. 33, 1974 (1988).

120.  Interaction of the Lower Hybrid Pump Wave with FT Edge Plasma (with R. Cesario and V. Pericoli-Ridolfini), European Phys. Soc. 12B, 896 (1988).

121.  RF Current Drive in the Presence of Low Frequency Turbulence (with D. Sheehan, N. S. Wolf, and K. Lee), Bull. Am. Phys. Soc. 33, 1932 (1988).

122.  Confinement and Turbulence in Tokamaks, Bull. Am. Phys. Soc. 34, 1982 (1989).

123.  Fast Wave Current Drive Above the Slow Wave Density Limit (with D. P. Sheehan and N. S. Wolf), Bull. Am. Phys. Soc. 34, 2134 (1989).

124.  Laboratory Simulation of Magnetospheric Ion Transport, Transactions American Geophysical Union 70, 1274 (1989).

125.  800 MHz Fast or Slow Waves? (with D. Edrich, S. Gingrich, D. Sheehan and N. S. Wolf), Bull. Am. Phys. Soc. 35, 1986 (1990).

126.  Basic Experiments in Ion Transport, Bull. Am. Phys. Soc. 35, 2107 (1990).

127.  Ion Dynamics of a Weakly Collisional Plasma in a Flaring Magnetic Field (with M. Zintl), Transactions American Geophysical Union 71, 1550 (1990).

128.  Fast and Slow Waves Launched from a Fast-Wave Waveguide Array (with D. Edrich and N. S. Wolf, Bull. Am. Phys. Soc. 36, 2340 (1991).

129.  Direct Measurement of Transport Coefficients (with J. Bowles and N. Rynn), Bull. Am. Phys. Soc. 36, 2413 (1991).

130.  Laser Induced Fluorescence on the Irvine Torus (with D. Edrich and N. S. Wolf), Bull. Am. Phys. Soc. 37, 1393 (1992).

131.  Laboratory Simulation of Ion Conic Formation in the Earth's Magnetosphere (with M. Zintl), Bull. Am. Phys. Soc. 37, 1401 (1992).

132.  Direct Measurements of Plasma Transport (with J. Bowles, D. Newsham, T. Ross, and N. Rynn), Bull. Am. Phys. Soc. 37, 1545 (1992).

133.    Early Stages of Ion Conic Formation in a Laboratory Plasma (with M. Zintl), Transactions American Geophysical Union 73, 477 (1992).

134.    Averaged velocity-space diffusion in a laboratory plasma measured perpendicular to the confining magnetic field (with M. Zintl), Bull. Am. Phys. Soc. 38, 1890 (1993).

135.    Direct observation of ion conics in a divergent-field laboratory plasma (with M. Zintl and N. Wolf), Bull. Am. Phys. Soc. 38, 1966 (1993).

136.    Optical Tagging and Ion Transport on the Irvine Torus (with D. Edrich), Bull. Am. Phys. Soc. 38, 2112 (1993).

137.    LIF Transport Measurements in Argon Plasmas (with D. Edrich and N. S. Wolf), Bull. Am. Phys. Soc. 40, 1820 (1995).

138.    Macroscopic Parameters of Laboratory Ion Conics: Experiment, Theory and Applications (with M. Zintl), Bull. Am. Phys. Soc. 40, 1840 (1995).

139.    Diode Lasers for Ion Transport Measurements (with G. D. Severn and D. Edrich), Bull. Am. Phys. Soc. 41, 1458 (1996).

140.    Ion Diffusion Due to Electrostatic Turbulence (with D. Edrich, G. D. Severn, and N. Wolf), Bull. Am. Phys. Soc. 41, 1459 (1996).

141.    Diffusion of Beam Electrons in a Beam Discharge (with F. Albert and D. Edrich), Bull. Am. Phys. Soc. 42, 2032 (1997).

142.    Diode Lasers for Ion Velocity Distribution Functions (with D. Edrich and G. D. Severn), Bull. Am. Phys. Soc. 42, 2033 (1997).

143.    Ion Transport in Low-Level Electrostatic Turbulence (with D. Edrich and M. Zintl), Bull. Am. Phys. Soc. 42, 1856 (1998).

144.    Diagnosis of Plasma Processing Sources, R. McWilliams and D. Edrich, Bull. Am. Phys. Soc. 44, 234 (1999).

145.    Zonal Ion Flow with ExB-Driven Shear, R. McWilliams, D. Edrich, and L. Chen, Bull. Am. Phys. Soc. 45, 196 (2000).

146.    Fast Ion Transport Caused by Fluctuations, L. Zhao, H. Boehmer, D. Edrich, W.W. Heidbrink, R. McWilliams, Bull. Am. Phys. Soc. 45, 47 (2000).

147.    Ion Transport in a Sheared-Flow Zone, R. McWilliams and D. Edrich, Bull. Am. Phys. Soc. 46, 241 (2001).

148.  A Fast-Ion Source for Ion Transport Measurements, L. Zhao, H. Boehmer, D. Edrich, W.W. Heidbrink, C. Hill, R. McWilliams, Bull. Am. Phys. Soc. <u>46</u>, 240 (2001).

149.  Ion and Electron Transport in Sheared ExB Zonal Flow, R. McWilliams, S. Catanzariti, and D. Edrich, Bull. Am. Phys. Soc. <u>47</u>, 74 (2002).

150.  A Fast-Ion Source for LAPD, L. Zhao, H. Boehmer, D. Edrich, W.W. Heidbrink, and R. McWilliams, Bull. Am. Phys. Soc. <u>47</u>, 166 (2002).

151.  Interaction of Processing Ion Beams with Background Plasmas and Neutrals, H. Boehmer, D. Edrich, W. Heidbrink, R. McWilliams, and L. Zhao, IEEE International Conference on Plasma Science, Conference Record-Abstracts, p. 422 (2003).

152.  Laser-Induced Fluorescence in Plasmas at UC Irvine, R. McWilliams, Bull. Am. Phys. Soc. <u>48</u>, 210 (2003).

153.  Characterization of an RF Ion Beam Source with Laser-Induced Fluorescence, R. McWilliams, H. Boehmer, D. Edrich, W. Heidbrink, L. Zhao, and D. Zimmerman, Bull. Am. Phys. Soc. <u>48</u>, 285 (2003).

154.  Fast Ion Measurements in LAPD, L. Zhao, H. Boehmer, D. Edrich, W. Heidbrink, D. Leneman, R. McWilliams, and D. Zimmerman, Bull. Am. Phys. Soc. <u>48</u>, 286 (2003).

155.  Measurements of Classical Transport of Fast Ions in the LAPD, L. Zhao, H. Boehmer, D. Edrich, W.W. Heidbrink, R. McWilliams, D. Zimmerman, D. Leneman, S. Vincena, Bull. Am. Phys. Soc. <u>49</u>, 84 (2004).

156.  Measurements of Turbulent Transport of Fast Ions in the LAPD, Y. Zhang, H. Boehmer, W.W. Heidbrink, R. McWilliams, L. Zhao, T. Carter, D. Leneman, S. Vincena, Bull. Am. Phys. Soc. <u>49</u>, 84 (2004).

157.  Laser-Induced Fluorescence in Plasma Processing, R. McWilliams, H. Boehmer, D. Edrich, W. Heidbrink, L. Zhao, D. Zimmerman, Bull. Am. Phys. Soc. 49, 129 (2004).

158.  Low-Inductance Z-discharge Metal Vapor (LIZ-MeV) Source for High Charge State Ion Production, J. Sprunck, E. Garate, R. McWilliams, A. Van Drie, A. Hershcovitch, B. Johnson, Bull. Am. Phys. Soc. <u>50</u>, 46 (2005).

159.  Transport of Fast Ions Modulated by Shear Alfven Waves, Y. Zhang, H. Boehmer, W. Heidbrink, R. McWilliams, L. Zhao, T. Carter, D. Leneman, S. Vincena, Bull. Am. Phys. Soc. <u>50</u>, 129 (2005).

160.  Mirror-Induced Alfven Eigenmodes (MAE) in Periodic Magnetic Mirror Geometry, Y. Zhang, H. Boehmer, W. Heidbrink, R. McWilliams, T. Carter, S. Vincena, B. Brugman, B. Breizman, Bull. Am. Phys. Soc. <u>51</u>, 88 (2006).

161.   Spectral Diagnostics of Plasma Confined within a Field Reversed Configuation, J.M Little, W.W. Heidbrink, E.P. Garate, R. McWilliams, E. Trask, W.S. Harris, Bull. Am. Phys. Soc. <u>51</u>, 149 (2006).

162.   Lithium Ion Sources for Investigations of Fast Ion Transport in Magnetized Plasmas, H. Boehmer, Y. Zhang, W. Heidbrink, R. McWilliams, D. Leneman, S. Vincenca, Bull. Am. Phys. Soc. <u>51</u>, 164 (2006).

163.   Development of a Low Inductance Metal Vapor Vacuum Arc (LIZ-MEVVA) Ion Source, E. Garate, R. McWilliams, J. Sprunck, A. Van Drie, A. Hershcovitch, B. Johnson, Bull. Am. Phys. Soc. <u>51</u>, 204 (2006).

164.   Transport of Fast Ions Modulated by Shear Alfven Waves, Y. Zhang, H. Boehmer, W. Heidbrink, R. McWilliams, T. Carter, D. Leneman, S. Vincena, B. Brugman, W. Gekelman, Bull. Am. Phys. Soc. <u>52</u>, 164 (2007).

165.   Spectral Gap of Shear Alfven Waves in a Periodic Array of Magnetic Mirrors, R. McWilliams, Y. Zhang, W. Heidbrink, H. Boehmer, G. Chen, B. Breizman, S. Vincena, T. Carter, D. Leneman, W. Gekelman, B. Brugman, Bull. Am. Phys. Soc. <u>52</u>, 201 (2007).

166.   Spectroscopic Diagnostics of the Irvine FRC, J.M. Little, E.P. Garate, W. Harris, W. Heidbrink, R. McWilliams, T. Roche, E. Trask, Bull. Am. Phys. Soc. 52, 258 (2007).

167.   Triple Probe Array on Irvine FRC, E. Trask, E.P. Garate, W. Harris, W. Heidbrink, R. McWilliams, T. Roche, Bull. Am. Phys. Soc. 52, 258 (2007).

168.   Ion Energy Distribution Function Measurements in the Irvine FRC, W. Harris, E.P. Garate, W. Heidbrink, R. McWilliams, T. Roche, E. Trask, Y. Zhang, Bull. Am. Phys. Soc. 52, 258 (2007).

169.   Irvine FRC Magnetic Field Structure, T. Roche, E.P. Garate, W. Harris, W. Heidbrink, R. McWilliams, E. Trask, Bull. Am. Phys. Soc. 52, 259 (2007).

**Technical Reports**

170. Penetration of Slow Waves into an Overdense Plasma (with R. Motley, S. Bernabei, W. M. Hooke, and L. Olson), PPPL-1449, Princeton University, Plasma Physics Laboratory.

171. Steady-State Currents Driven by Collisionally Damped Lower Hybrid Waves (with E. J. Valeo, R. W. Motley, W. M. Hooke, and L. Olson), PPPL-1584, Princeton University, Plasma Physics Laboratory 1979.

172. Currents Generated by Lower Hybrid Waves (with R. W. Motley), UCI Physics Department Report #81-1.

173. Currents Generated by Lower Hybrid Waves (with R. W. Motley), PPPL-1774, Princeton University, Plasma Physics Laboratory 1981.

174. Nonlocal Plasma Edge Density Reduction Due to Tokamak Discharge in the Princeton Large Torus by Lower Hybrid Waves (with F. Jobes, J. Stevens, et al), Phys. Rev. Lett. 52, 1005 (1984).

175. Formation of a 100-kA Tokamak Discharge in the Princeton Large Torus by Lower Hybrid Waves (with F. Jobes, J. Stevens, et al), PPPL-2084, Princeton University, Plasma Physics Laboratory.

176. Coupling to the Fast Wave Via a Phased Waveguide Array (with L. Olson, J. Glanz, and R. W Motley), PPPL-2093, Princeton University, Plasma Physics Laboratory 1984.

177. Current Ramp-Up and Plasma Formation in the PLT Tokamak by Lower Hybrid Waves (with T. K. Chu, et al), Fourth International Symposium on Heating of Toroidal Plasmas, 21 March 1984, Rome, Italy.

178. On the Production of Highly Unidirectional Lower Hybrid Waves (with M. Okubo, R. C. Platt, and D. P. Sheehan), Physics of Fluids 28, 11 (1985).

179. Coupling to Fast Waves Near the Lower Hybrid Frequency (with Y. Mok), Invited Paper, Nuclear Technology/Fusion 7, 283 (1985).

180. Ion Heating Due to Modulated Parametric Decay (with M. Okubo, R. Platt, D. Sheehan, and N. S. Wolf), Phys. Letts. 108A, 252 (1985).

181. The Electrostatic Ion Cyclotron Instability (with M. K. Okubo and N. S. Wolf), UCI Technical Report #85-44, November 1985.

182. Fast-Wave Current Drive in the Irvine Torus (with R. C. Platt), UCI Technical Report #85-45, November 1985.

183.  Conference Review of Fourth International Symposium on Heating in Toroidal Plasmas, Nuclear Technology/Fusion, January 1986.

184.  Experimental Measurements of Phase Space (with D. Sheehan), UCI Technical Report #86-4, February 1986.

185.  Observation of Ion Conics Using Velocity-Space Tomography (with R. Koslover), UCI Technical Report #86-6, February 1986.

186.  Measurement of Multidimensional Ion Velocity Distributions by Optical Tomography (with R. Koslover), UCI Technical Report #86-18, April 1986.

187.  Excitation of Fast Waves Near the Mean Gyrofrequency (with R. C. Platt), UCI Technical Report #86-21, April 1986.

188.  The Diffusion of Test Ions in a Quiet Plasma (with M. Okubo), UCI Technical Report #87-4, February 1987.

189.  Fast Waves and Electron Current Drive in the Irvine Torus (with R. Platt), UCI Technical Report #87-23, May 1987.

190.  Confinement and Diffusion in Tokamaks, ENEA-Frascati Technical Report and UCI Technical Report #88-22, May 1988.

191.  A Confinement Scaling Law for Tokamaks, UCI Technical Report #88-31, June 1988.

192.  The Transport of Ions in a Turbulent Plasma (with M. K. Okubo and N. S. Wolf), UCI Technical Report #88-44, July 1988.

193.  Near Wake Ion Acceleration and Anomalous Transport in a Magnetoplasma-Obstacle System (with D. P. Sheehan), UCI Technical Report #88-58, September 1988.

194.  Simple Overdense RF Plasma Source (with D. Edrich, R. C. Platt and D. P. Sheehan), UCI Technical Report #90-16, March 1990.

195.  A Confinement Scaling Law, UCI Technical Report #90-19, March 1990.

196.  Novel Electron Beam Cathode, K. J. Hendricks, et al., PL-TR-93-1024, Phillips Laboratory, Kirtland Air Force Base, Albuquerque, New Mexico, 1993.

197.  Development of High Current Cathodes Without A-K Gap Closure, D. E. Voss, C. E. Courtney, E. P. Garate, R. McWilliams, R. J. Adler, PL-TR-93-1072, Phillips Laboratory, Kirtland Air Force Base, Albuquerque, New Mexico, 1994.