# EXHIBIT 12



# FORM 10-K

## ATMEL CORP - ATML

Exhibit:

**Filed: June 08, 2007 (period: December 31, 2006)**

Annual report which provides a comprehensive overview of the company for the past year

## PART I

| | |
|---|---|
| **ITEM 1.** | BUSINESS 6 |
| **ITEM 1.** | BUSINESS |
| **ITEM 1A.** | RISK FACTORS |
| **ITEM 1B.** | UNRESOLVED STAFF COMMENTS |
| **ITEM 2.** | PROPERTIES |
| **ITEM 3.** | LEGAL PROCEEDINGS |
| **ITEM 4.** | SUBMISSION OF MATTERS TO A VOTE OF SECURITY HOLDERS |

## PART II

| | |
|---|---|
| **ITEM 5.** | MARKET FOR THE REGISTRANT S COMMON EQUITY, RELATED STOCKHOLDER MATTERS AND ISSUER PURCHASES |
| **ITEM 6.** | SELECTED FINANCIAL DATA |
| **ITEM 7.** | MANAGEMENT S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS |
| **ITEM 7A.** | QUANTITATIVE AND QUALITATIVE DISCLOSURES ABOUT MARKET RISK |
| **ITEM 8.** | CONSOLIDATED FINANCIAL STATEMENTS AND SUPPLEMENTARY DATA |
| **ITEM 9.** | CHANGES IN AND DISAGREEMENTS WITH ACCOUNTANTS ON ACCOUNTING AND FINANCIAL DISCLOSURE |
| **ITEM 9A.** | CONTROLS AND PROCEDURES |
| **ITEM 9B.** | OTHER INFORMATION |

## PART III

| | |
|---|---|
| **ITEM 10.** | DIRECTORS, EXECUTIVE OFFICERS OF THE REGISTRANT AND CORPORATE GOVERNANCE MATTERS |
| **ITEM 11.** | EXECUTIVE COMPENSATION |
| **ITEM 12.** | SECURITY OWNERSHIP OF CERTAIN BENEFICIAL OWNERS AND MANAGEMENT AND RELATED STOCKHOLDER MATT |
| **ITEM 13.** | CERTAIN RELATIONSHIPS AND RELATED TRANSACTIONS AND DIRECTOR INDEPENDENCE |
| **ITEM 14.** | PRINCIPAL ACCOUNTING FEES AND SERVICES |

## PART IV

| | |
|---|---|
| **ITEM 15.** | EXHIBITS AND FINANCIAL STATEMENT SCHEDULES |

SIGNATURES
EXHIBIT INDEX
EX-21.1 (EXHIBIT 21.1)

EX-31.1 (EXHIBIT 31.1)

EX-31.2 (EXHIBIT 31.2)

EX-32.1 (EXHIBIT 32.1)

EX-32.2 (EXHIBIT 32.2)

N.D.Cal. 06-cv-2138                                                                                                          AML045878

## ITEM 6. *SELECTED FINANCIAL DATA*

The following tables include selected summary financial data for each of our last five fiscal years and includes adjustments to reflect the classification of the results of our Grenoble, France, subsidiary as Discontinued Operations. See Note 18 to Notes to Consolidated Financial Statements. As discussed in Note 2, "Restatements of Consolidated Financial Statements," to Consolidated Financial Statements, our selected financial data as of and for our fiscal years ended December 31, 2005, 2004, 2003 and 2002, have been restated to correct our past accounting for stock options and other accounting adjustments. This data should be read in conjunction with Item 8, "Financial Statements and Supplementary Data," and Item 7, "Management's Discussion and Analysis of Financial Condition and Results of Operations" in this Annual Report on Form 10-K.

|  | Year Ended December 31, | | | | |
|---|---|---|---|---|---|
| (In thousands, except per share data) | 2006 | 2005 As previously reported | 2004 As previously reported | 2003 As previously reported | 2002 As previously reported |
| Net revenues | $ 1,670,887 | $ 1,561,107 | $ 1,552,440 | $ 1,237,095 | $ 1,102,454 |
| Income (loss) from continuing operations before income taxes | $ (73,702) | $ (63,358) | $ 13,804 | $ (116,263) | $ (566,024) |
| Loss from continuing operations | $ (98,651) | $ (49,174) | $ (13,207) | $ (125,521) | $ (653,065) |
| Income from discontinued operations, net of taxes | 12,969 | 16,276 | 10,773 | 7,525 | 11,269 |
| Gain on sale of discontinued operations, net of taxes | 100,332 | — | — | — | — |
| Net income (loss) | $ 14,650 | $ (32,898) | $ (2,434) | $ (117,996) | $ (641,796) |
| **Basic and diluted income (loss) per common share:** | | | | | |
| Loss from continuing operations | $ (0.20) | $ (0.10) | $ (0.03) | $ (0.27) | $ (1.40) |
| Income from discontinued operations, net of taxes | 0.02 | 0.03 | 0.02 | 0.02 | 0.03 |
| Gain on sale of discontinued operations, net of taxes | 0.21 | — | — | — | — |
| Net income (loss) per common share — basic and diluted | $ 0.03 | $ (0.07) | $ (0.01) | $ (0.25) | $ (1.37) |
| Weighted-average shares used in computing basic and diluted net income (loss) per share | 487,413 | 481,534 | 476,063 | 469,869 | 466,949 |

37

Source: ATMEL CORP, 10-K, June 08, 2007

N.D.Cal. 06-cv-2138                                                                                                                                                                 AML045916

| (In thousands, except per share data) | 2006 | 2005 Adjustments(1) | 2004 Adjustments(1) | 2003 Adjustments(1) | 2002 Adjustments(1) |
|---|---|---|---|---|---|
| Net revenues(1) | $ — | $ — | $ — | $ (800) | $ (1,900) |
| Income (loss) from continuing operations before income taxes(1) | $ — | $ 668 | $ 5,038 | $ (10,532) | $ (13,257) |
| Income (loss) from continuing operations(1) | $ — | $ (453) | $ 7,705 | $ (2,487) | $ (36,486) |
| Income from discontinued operations, net of taxes(1) | — | — | 1,101 | (100) | (900) |
| Gain on sale of discontinued operations, net of taxes | — | — | — | — | — |
| Net income (loss)(1) | $ — | $ (453) | $ 8,806 | $ (2,587) | $ (37,386) |
| *Basic and diluted income (loss) per common share:* | | | | | |
| Loss from continuing operations | $ — | $ (0.00) | $ 0.02 | $ (0.00) | $ (0.08) |
| Income from discontinued operations, net of taxes | — | — | 0.00 | (0.00) | (0.00) |
| Gain on sale of discontinued operations, net of taxes | — | — | — | — | — |
| Net income (loss) per common share — basic and diluted | $ — | $ (0.00) | $ 0.02 | $ (0.00) | $ (0.08) |
| Weighted-average shares used in computing basic and diluted net income (loss) per share | 487,413 | 481,534 | 476,063 | 469,869 | 466,949 |

38

Source: ATMEL CORP, 10-K, June 08, 2007

N.D.Cal. 06-cv-2138                                    AML045917

Exhibit 31.2

## CERTIFICATIONS

I, Robert Avery, certify that:

1. I have reviewed this Annual Report on Form 10-K of Atmel Corporation;

2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3. Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4. The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)), for the registrant and have:

a) designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

b) designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

c) evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

d) disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5. The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

a) all significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

b) any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: June 8, 2007

/s/ ROBERT AVERY
Robert Avery
Vice President Finance and Chief Financial Officer

Source: ATMEL CORP, 10-K, June 08, 2007

N.D.Cal. 06-cv-2138                                         AML046057