# EXHIBIT 17

Case 4:07-cv-03331-CW     Document 24-13     Filed 02/29/2008     Page 1 of 3

# AuthenTec
## In the News



Home

| About Us | Products | | Sales | News/Events | Support |

### AuthenTec Ships One Millionth Fingerprint Sensor
*- Shipment is an Industry First, Highlighting Growing Activity in Biometrics -*
*- Sensors are Deployed in More Than a Dozen Vertical Markets -*

**July 14, 2003**

AuthenTec, Inc., the leading semiconductor provider of fingerprint sensors, announced today that the Company has shipped its one millionth TruePrint®-technology based sensor. AuthenTec is the first company to have shipped one million fingerprint sensors. The Company's millionth sensor was shipped to Targus Group International, a leading global provider of mobile lifestyle solutions, and will be embedded into the DEFCON™ Authenticator suite of notebook security products.

"AuthenTec has been named the industry leader in the Silicon Chip Fingerprint Market by Frost & Sullivan for two years running due to their innovative products, strong partner network and top-tier customers," said Prianka Chopra, Senior Industry Analyst, Frost and Sullivan. "It is no surprise that they have also achieved this industry first."

"We believe that this milestone shipment signals not only our leadership within the fingerprint sensor industry, but also a growing interest in the benefits that biometrics can provide, as evidenced by our list of partners and customers, who have made this achievement possible," said Scott Moody, president and CEO of AuthenTec. "Companies are seeking convenient, reliable security for their products and applications. AuthenTec's TruePrint technology-based sensors are able to meet the accuracy, as well as size, power and cost, requirements of multiple end-use applications. We are making fingerprint biometrics a truly viable alternative to passwords, PINs and tokens."

Through its broad partner and customer base, AuthenTec has fingerprint sensors in use in numerous end-market applications, such as finance/banking, healthcare, consumer, education, and government. AuthenTec's fingerprint sensors are integrated into dozens of products including notebook PCs, desktop peripheral products (mice, keyboards, PC cards, etc.), PDAs, physical access control products, and time and attendance equipment. The Company's sensors are also embedded within the first biometrically enabled production mobile phone, recently launched in Asia. AuthenTec's fingerprint sensors are deployed in a multitude of countries worldwide, including the United States, Taiwan, Japan, China, France, Singapore, South Africa and Germany, amongst others.

"AuthenTec has reached a significant milestone in the maturation of the biometrics industry," said Samir Nanavati, Partner, International Biometric Group. "It reflects a growing confidence in biometrics that presages the widespread deployment of these technologies."

"Our collaboration with AuthenTec has enabled us to provide our customers with easy-to-use biometric products that facilitate secure mobile computing," said Brett Johnson, President of Targus. "Our companies have been aggressively working together to create widespread adoption of biometrics in the retail marketplace. We congratulate AuthenTec in reaching this important industry milestone."

Award-Winning TruePrint® Technology

Within the past year, AuthenTec's fingerprint sensors have been honored with numerous prestigious awards, including: the 2003 Innovative Housing Technology Award; the 2003 Florida Governor's New Product Award; the Wireless Systems Design 2002 Reader's Choice Award; the 2002 BiometriTech Product of the Year; and the SC Magazine Best of 2002 Award.

Used to replace PINs, passwords, physical access cards and keys, AuthenTec's TruePrint-based sensors provide the most convenient and reliable fingerprint security solutions available today for the PC, wireless, access control and automotive markets. AuthenTec's patented TruePrint technology allows fingerprints to be read below the surface of the skin to the live layer -- or true fingerprint. As such, TruePrint is not affected by common skin surface conditions including dry, worn, calloused, dirty or oily skin that can affect other sensors' ability to acquire accurate fingerprint images for user authentication purposes. Uniquely, TruePrint is the only fingerprint sensor technology capable of acquiring anyone's fingerprint under virtually any condition.

TruePrint technology is the driver behind AuthenTec's ability to provide the broadest range of form factors and the lowest cost fingerprint sensors available on the market today.

About AuthenTec, Inc.

With more than one million sensors deployed worldwide, AuthenTec is the leading semiconductor provider of fingerprint sensors to the PC, wireless, PDA, access control and automotive markets. AuthenTec's FingerLoc® and EntréPad® product families utilize the Company's patented TruePrint® technology, the first technology to make fingerprint biometrics viable for mass-market adoption. AuthenTec is an AO100 Top Private Global Company. The Company's network of partners, solution providers and customers include Texas Instruments, Microsoft, IBM, Targus, Delphi, Acer, Synaptics, Samsung, Harris Corporation, Bioscrypt and SCM Microsystems. For more information, visit www.authentec.com.

Return to Articles listing

Trademark Information   Privacy   Contact AuthenTec, Inc.   Copyright 2003