# EXHIBIT 18



SEARCH

HOME    ABOUT US    PRODUCTS    TECHNOLOGY    CUSTOMERS    FOR INVESTORS    NEWS & ME



News and Media

Press R

Recent

Events

Press K

Press F

**Press Release**

Award:

AuthenTec is First Provider to Ship Two Million Fingerprint Sensors

COMP/

AuthenTec, Inc., the leading semiconductor provider of fingerprint sensors to the global market, today announced that the Company has shipped its two millionth TruePrint® technology based fingerprint sensor--a new volume shipment record for the global biometrics industry. In July of 2003, AuthenTec was the first company to reach the one million milestone after four and a half years in business. Sales for the Company's second million fingerprint sensors took just over six months. "Security remains the number one concern for corporate buyers of technology, and fingerprint readers are the most cost-effective solution", said Rob Enderle, Principal Analyst for the Enderle Group. "AuthenTec's shipment numbers confirm two trends - namely, that OEMs continue to have growing confidence in biometrically-enabled applications and that security conscious buyers in need of practical solutions make for a receptive audience." "AuthenTec has aggressively pursued its leadership position by creating the best technology and the broadest range of fingerprint-enabled sensors available for the global marketplace," said Scott Moody, president and CEO of AuthenTec. "By delivering viable products to our customers, the core ROI benefits of our technology -- enhanced security, user convenience, and increased productivity -- are being realized today in numerous end-market applications such as banking, consumer, healthcare, education, and government." Specifically, the Company's fingerprint sensors have been integrated into dozens of products including notebook PCs, desktop peripheral products (mice, keyboards, PC cards, memory keys etc.), PDAs, physical access control products, and time and attendance equipment. AuthenTec also embedded its products into the first biometrically-enabled production mobile phones in Asia. AuthenTec's fingerprint sensors are deployed in a multitude of countries worldwide, including the United States, Taiwan, Japan, Korea, China, France, Singapore, South Africa and Germany, amongst many others. Award-Winning TruePrint® Technology Recent recognition of AuthenTec's fingerprint sensors and patented technology have included numerous prestigious awards, such as: the 2004 Fast Company Disrupter Award; the 2003 Innovative Housing Technology Award; the 2003 BiometriTech Best of Show Product Award; the 2003 Florida Governor's New Product Award; the Wireless Systems Design 2002 Reader's Choice Award; and the SC Magazine Best of 2002 Award. Used to replace PINs, passwords, physical access cards and keys, AuthenTec's TruePrint®-based sensors provide the most convenient and reliable fingerprint security solutions available today for

02/25/20
AuthenTe
Most Sec
more »

02/21/20
AuthenTe
Raymonc
Institutior
Conferen
more »

02/20/20
AuthenTe
Security 1
Terabyte
more »

the PC, wireless, access control and automotive markets. AuthenTec's patented TruePrint technology allows fingerprints to be read below the surface of the skin to the live layer -- or true fingerprint. As such, TruePrint is not affected by common skin surface conditions including dry, worn, calloused, dirty or oily skin that can affect other sensors' ability to acquire accurate fingerprint images for user authentication purposes. Uniquely, TruePrint is the only fingerprint sensor technology capable of acquiring everyone's fingerprint under virtually any condition. TruePrint technology is the driver behind AuthenTec's ability to provide the broadest range of form factors and the lowest cost fingerprint sensors available on the market today. About AuthenTec, Inc. With more than two million sensors deployed worldwide, AuthenTec is the leading semiconductor provider of fingerprint sensors to the PC, wireless, PDA, access control and automotive markets. AuthenTec's FingerLoc® and EntréPad® product families utilize the Company's patented TruePrint® technology, the first technology to make fingerprint biometrics viable for mass-market adoption. AuthenTec is an AO100 Top Private Global Company, as well as a two-time winner of Frost & Sullivan's Market Leadership Award. The Company's network of partners, solution providers and customers include American Power Conversion, Analog Devices, Bioscrypt, Citigroup, Computer Associates, Delphi, Fellowes, Harris Corporation, IBM, Microsoft, Samsung, SCM Microsystems, Targus and Texas Instruments. For more information, visit www.authentec.com. All trademarks or registered trademarks are the property of the respective holders.

**North America Headquarters**
709 South Harbor City Blvd.
Melbourne, Florida 32901 USA
321-308-1300 info@authentec.com

**Asia Headquarters**
4000 Wen Xiang Road
Songjiang Shanghai 201616
86-21-5776-3300

Home | About Us | Legal |

©2007 AuthenTec