# EXHIBIT 19





SEARCH

HOME   ABOUT US   PRODUCTS   TECHNOLOGY   CUSTOMERS   FOR INVESTORS   NEWS & M[E]

Press F

Recent

Events

Press I

Press F

**Press Release**

Awards

AuthenTec Sets Global Record with Shipment of 25 Millionth Fingerprint Sensor

COMP/

- *Milestone Kicks Off International Big Ideas Contest for Best New Product
or Application to Leverage the Power of Touch®*

02/25/20
AuthenTe
Most Sec
more »

MELBOURNE, Fla., November 14, 2007 – AuthenTec (NASDAQ: AUTH), the world's leading provider of fingerprint sensors and solutions, established a global record today with the shipment of its 25 millionth sensor. AuthenTec has shipped over 15 million sensors in the past 16 months, compared to the prior 10 million sensors shipped since the Company's founding in 1998. AuthenTec's fingerprint sensors, based on the Company's patented TruePrint® technology, bring Power of Touch® features including security, convenience, personalization and navigation to over 17 million PCs and more than 7 million cell phones worldwide.

02/21/20
AuthenTe
Raymond
Institution
Conferen
more »

To celebrate this milestone, AuthenTec is sponsoring an international Big Ideas contest for the 25 best application ideas that take advantage of AuthenTec's award-winning fingerprint sensors. Millions of people each day draw upon the Power of Touch to eliminate passwords, protect their phones and laptops from theft, shop online, or open their front door. The uses and applications in which fingerprint sensors can make life better are almost endless. The 25 winning ideas will be selected by a panel of technology enthusiasts, and winners will be awarded prizes which include the first place prize of an AuthenTec-enabled laptop PC and a $25 gift card for the 24 runners up. Big Ideas may be submitted until November 30, 2007 at the contest Web site, www.25Mandcounting.com.

02/20/20
AuthenTe
Security t
Terabyte
more »

"AuthenTec has once again demonstrated its market traction and technology leadership in fingerprint biometrics through this achievement. If you own a fingerprint-enabled laptop or cell phone today, or see someone using one, there is a good chance that it uses an AuthenTec fingerprint sensor," said Allen Nogee, In-Stat Principal Analyst - Wireless Technology & Infrastructure.

"This milestone is another significant indication of AuthenTec's strengthening position as a major

player in silicon-based fingerprint biometrics, serving PC, cell phone and access control markets," said Frost & Sullivan's Sapna Capoor, Global Program Manager – Biometrics.

"The 25 millionth sensor shipment milestone is evidence of the rapid adoption of fingerprint sensors in millions of today's enterprise and consumer electronic products. Our success has been driven primarily by the capabilities of our TruePrint technology and the hard work and dedication of our entire team," said AuthenTec Chairman & CEO Scott Moody. "Although we're proud of this accomplishment, we remain focused on continually improving our products by enhancing functionality and performance while driving down sensor size and overall cost."

AuthenTec created the first fingerprint technology capable of being used by virtually anyone, anywhere. Nine years later,
AuthenTec's TruePrint® fingerprint sensors are now enabling a new generation of electronic devices and applications that leverage the Power of Touch® for the added benefits of security, convenience, navigation, and unique personalization features. More than 220 models of PCs and mobile devices from the world's foremost brands feature AuthenTec sensors.

AuthenTec's sensors are based on the Company's patented TruePrint technology, which reads below the surface of the skin to the live layer where the true fingerprint resides. This unique subsurface approach enables AuthenTec sensors to read virtually every fingerprint, every time.

**About AuthenTec**
With 25 million sensors in use worldwide, AuthenTec is the world leader in providing fingerprint authentication sensors and solutions to the high-volume PC, wireless device, and access control markets. AuthenTec's award-winning sensors take full advantage of The Power of Touch® by utilizing the Company's patented TruePrint® technology to deliver the most convenient, reliable and cost-effective means available for enabling touch-powered features that extend beyond user authentication. The Company's customers include: Acer, ASUSTeK, Fujitsu, HP, Hitachi, HTC, Lenovo, LG Electronics, Samsung, and Toshiba, among others.

# # #

**Contact:**

Brent Dietz
AuthenTec
brent.dietz@authentec.com
321-308-1320

Nicole Loring
Zer0 to 5ive
nicole@0to5.com
978-475-5198

**North America Headquarters**
709 South Harbor City Blvd.
Melbourne, Florida 32901 USA
321-308-1300 info@authentec.com

**Asia Headquarters**
4000 Wen Xiang Road
Songjiang Shanghai 201616
86-21-5776-3300

Home | About Us | Legal |

©2007 AuthenTec