# EXHIBIT 22



Company | Products | Technology | Investors | Press | Careers | Contact Us

Home
White Paper
Contact Us

## Advances in Biometric Fingerprint Technology are Driving Rapid Adoption in Consumer Marketplace

by Dale R. Setlak; Vice President, Chief Technical Officer, AuthenTec

Security is a major concern in many facets of life today. Computer security, personal security, and homeland security have taken center stage with many people turning to technology to help protect themselves, their information, and their possessions. Biometrics has emerged as one of the most convenient, accurate, and cost-effective forms of security.

By far the most popular form of biometrics is fingerprint biometrics, which reads the identifying marks on a person's finger to authenticate them and control access to information, a device, or a physical location. In the past, this technology was limited by cost and size -- but not any more. Fingerprint sensors that were once the size of a silver dollar and cost $50 each are today tiny slivers of silicon costing under $5 with projections for still lower costs in the near future. The market for fingerprint biometrics has been growing rapidly over the last few years and is estimated to reach $2.6 billion by 2006.

AuthenTec has emerged as the recognized number one semiconductor provider of fingerprint sensors to the global market with more than 3 million sensors already in use in a wide variety of PC, wireless, and access control devices.

What has elevated AuthenTec into its leadership position is its patented TruePrint® technology, which makes its family of sensors truly practical for nearly any device and capable of reading virtually any finger. AuthenTec was founded based on the principal that in order for biometrics to become a widely used tool for personal identification, it must work well for everyone. The wide variety of finger and skin conditions seen in the population, combined with the wide variety of environments in which a ubiquitous sensor must operate, make this an important requirement.

During the past decade, researchers worldwide have introduced a variety of technologies for reading real-time (or □live scan□) fingerprint patterns. In the 1990s fingerprint scanners were developed using optical imaging, ultrasonics, infrared gauging, mechanical force, temperature, and electrical capacitance to detect the patterns on the surface of the finger and convert those patterns into electrical signals. Practical products came to market based on optics, temperature, and electrical capacitance.

While some of these technologies are able to acquire useful fingerprint images from young healthy adults, all of these devices fail to acquire useful fingerprint pattern data from significant other segments of the population as a whole. Optical scanners, thermal scanners, and capacitance sensors often cannot acquire useful data from people with finger skin that is dry, thickly callused, or worn smooth by mechanical or chemical means. These devices are also ineffective in situations where finger surfaces are contaminated with dirt, oil, or other substances; or those dried out from exposure to chemicals or other environmental factors.

That is why AuthenTec developed a family of fingerprint sensors based on its patented TruePrint® technology, which is

specifically designed to be able to read fingerprint patterns from everyone, under a wide variety of conditions. These semiconductor-based sensors use small RF signals to detect an image of the fingerprint ridge and valley pattern. Its pattern detection technologies can capture useful fingerprint images by reading the patterns from just beneath the skin surface. This is in marked contrast with all other fingerprint sensors, which read the patterns at the actual skin surface.

There are several types of silicon-based fingerprint sensors are on the market today. Surface-reading sensors are available that use either the electrical or thermal properties of the skin surface to detect the fingerprint ridge and valley pattern. AuthenTec sensors are the only silicon sensors available today that that read beneath the skin surface.

Electrical surface-reading sensors typically use a matrix of small metal plates to detect the difference in electrical capacitance between the dead skin cells of the fingerprint ridges and the air space in the valleys. Thermal surface reading devices detect the heat flow difference between the skin of the ridges (in thermal contact with the sensor) and the air space in the valleys. Both of these technologies depend on very close physical contact between the sensing pixels and the fingerprint ridges.

In contrast, AuthenTec sensors have unique ways of using coherent RF electric fields to capture sharp, clear fingerprint patterns, from the live layer of skin just beneath the surface. This approach gives AuthenTec sensors significant advantages in image quality, (especially on difficult-to-image fingers) and in the protective coatings that the sensor can image through.

TruePrint fingerprint-sensing technology starts from the principle that the electric potential field in a dielectric region follows the shape of nearby conductive surfaces. An array of sensors placed in the dielectric can remotely measure the shape of the conducting surfaces. When sensing fingerprints, the shaped conductor is the highly conductive live layer of cells buried just beneath the surface of the skin. A silicon integrated circuit placed next to the skin contains the second conductive boundary as well as an array of sensors.

In practice, a small RF signal is applied between a conductive layer buried inside a silicon chip and the electrically conductive layer just beneath the surface of the finger skin. The electric fields formed between these conductive surfaces replicate the shape of the conductive skin layer in the amplitude of the RF field.

Tiny RF sensor plates inserted just beneath the surface of the semiconductor, and above the continuous conductive layer, measure the field potential contours. Ultra high-input impedance amplifiers buried directly beneath each pixel sensor plate, convert the potentials on the plates to voltages representing the fingerprint pattern. These signals are further conditioned then multiplexed out of the sensor array.

TruePrint antenna array devices do not depend on an air gap between the sensor and the fingerprint valley to detect that valley. As a result, many types of fingers that are difficult or impossible to image adequately using simple capacitive sensors (see previous discussion of difficult fingers), can be successfully imaged using TruePrint technology.

In contrast to traditional capacitive sensors, TruePrint antenna array devices detect the ridges and valleys in the live layer of skin cells located just beneath the dead cells that make up the skin surface. The antenna array measures these subsurface features by generating and detecting linear electric field geometries. These fields penetrate the skin surface -- in fact the fields originate from the conductive live layer of skin cells beneath the skin surface. This is in contrast to the spherical field geometries, generated by simple capacitive sensors that only fringe the very top surface of the skin.

The TruePrint antenna array devices have other advantages as well. For rugged real-world applications, the penetrating linear field geometry allows these devices to have much thicker protective coatings without loss of sensitivity than capacitive sensors. As a result, sensors based on the TruePrint technology can be more mechanically robust, and more tolerant of electrostatic discharge.

Crosstalk between pixels in classic capacitive sensors typically reduces the effective spatial resolution of these sensors by a factor of 2 below the physical pixel density. In contrast, the TruePrint planar field geometry and coherent signals,

when used with appropriate under pixel circuitry have the effect of minimizing cross talk between the sensors. In practice, these sensors deliver spatial information densities equal to their physical pixel densities. As a result, AuthenTec FingerLoc sensors, with 250 physical pixels per inch, produce images with useful information densities equal to or exceeding that of images produced by capacitive sensors having 500 physical pixels per inch.

The TruePrint sensing mechanism is very adaptable. The sensor's operating points (such as operating frequencies, demodulator phase shifts, transducer response curves, etc.) can be dynamically varied by real-time controls, to optimize detection of various types of fingerprint features and to reject noise and undesired artifacts.

The unique TruePrint fingerprint sensing mechanism embodied in the AuthenTec sensors is capable of producing high quality, information rich images of a much wider range of fingers than ever before possible with economical, live-scan equipment. This imaging ability is the basis for the reliable personal identification capabilities that AuthenTec TruePrint technology can supply to PCs, wireless, and access control devices.

**About the author**
Dale Setlak co-founded the Company and is now the Vice President and Chief Technical Officer. In this role, Mr. Setlak is focused on the research for future AuthenTec products. Mr. Setlak was the original Chief Systems Architect for FingerLoc and is the source of many of the concepts underlying the Company's patents. Mr. Setlak brings 25 years of research and development experience to AuthenTec. Prior to joining the original FingerLoc team in 1996, Mr. Setlak served as Senior Principle Engineer with Harris' Electronic Systems Sector. Prior to joining Harris in 1990, Mr. Setlak was Senior Systems Architect for factory automation at CTG-Scientific Systems Services and was the Senior Instrumentation Engineer on research and advanced power plant control systems at Babcock and Wilcox. Mr. Setlak holds a BS in Electrical Engineering from Ohio State University and a MS in Computer Engineering from Florida Institute of Technology.

Home | Site Map | Contact Us

AUTH-A 000435