# EXHIBIT 23

# Reducing Silicon Fingerprint Sensor Area

Jean-François Mainguet[1], Wei Gong[2], and Anne Wang[2]

[1] Atmel
Avenue de Rochepleine, BP 123, 38521 Saint-Egrève Cedex, France
jean-françois.mainguet@gfo.atmel.com
[2] Cogent Systems, Inc.
209 Fair Oaks Avenue, South Pasadena, California 91030, USA
{weigong,annewang}@cogentsystems.com

**Abstract.** Silicon fingerprint sensor cost is proportional to the area of silicon. Sweep sensors have been proposed to replace square sensors in order to reduce the cost, but are still quite large. This paper describes a simulation to determine what could be a reasonable minimum width of a sweep sensor. A database acquired with the FingerChip® is used as a reference, and FAR/FRR curves are computed using cropped images against full and reduced images.

## 1  Introduction

Silicon fingerprint sensors are now commonly offered on the market for authentication/identification purposes. They are replacing optical fingerprint sensors, mainly to reduce the cost and the size as they are flat. Most of the silicon fingerprint sensors are "touch" sensors: you just need to press your finger on the sensor surface, exactly like optical sensors. As a result, the sensor area has the same range as a finger, a few cm$^2$. Unfortunately, the cost of the silicon is directly proportional to the area, and such an area is big for silicon manufacturers.

To reduce the cost, sweep sensors have been proposed [1]. The main advantage is a much smaller silicon area, which reduces the cost, but also the footprint that is also an important feature for portable devices. At the moment, the width of such sensors is roughly the width of a finger, about 1.0 to 1.5cm.

Is it possible to reduce this width, to reduce again the cost? This is the topic of the present paper. After presenting the current sensor sizes offered in the industry today, a method to simulate a smaller sensor will be presented, FAR/FRR curves will be computed and results will be discussed.

## 2  Area of Silicon Fingerprint Sensors

Table 1 lists most of the silicon fingerprint sensors and some others. Only the sensing area is taken into consideration. Fig. 1 shows the sensors, width for X-axis, height for Y-axis. All the points above the diagonal are rectangular sensor, on the diagonal, you find the exactly square sensors, and below the diagonal, the sweep sensors.

It is obvious that the larger area sensor will produce a larger fingerprint image, and so will contain more information for matching. This will enhance the recognition rate

D. Zhang and A.K. Jain (Eds.): ICBA 2004, LNCS 3072, pp. 301-308, 2004.
© Springer-Verlag Berlin Heidelberg 2004

HIGHLY CONFIDENTIAL-ATTORNEYS EYES ONLY                                AUTH-A 044289

302  Jean-François Mainguet et al.

up to a certain point, depending on the finger size, acquisition accuracy and authentication software performance. All these sensors are generally using different physical effects to capture the fingerprint, and different authentication software, but generally based on minutiae extraction. It is interesting to note most of sensors have a width comprised between 9.8mm and 15mm, with a peak near 10 to 12mm, showing the cost pressure to reduce the area of silicon. The largest one is not a silicon sensor, and so has less incentive to reduce its size.

**Table 1.** List of fingerprint sensors / sensing area

| Company | Part number | Type | Res. dpi | x pixels | y pixels | x mm | y mm |
|---|---|---|---|---|---|---|---|
| Atmel | AT77C101B | thermal | 508 | 280 | 8 | 14.0 | 0.4 |
| STM | TCS1AD | capacitive | 508 | 256 | 360 | 12.8 | 18.0 |
|  | TCS2AF | capacitive | 508 | 208 | 288 | 10.4 | 14.4 |
|  | TCS3A | capacitive | 508 | 256 | 4 | 12.8 | 0.2 |
| Authentec | AF-S2 | modulation | 250 | 128 | 128 | 13.0 | 13.0 |
|  | AES4000 | modulation | 250 | 96 | 96 | 9.8 | 9.8 |
|  | AES3500 | modulation | 500 | 128 | 128 | 6.5 | 6.5 |
|  | AES2500 | modulation | 500 | 192 | 16 | 9.8 | 0.8 |
| Infineon | FTF 1100 | capacitive | 513 | 224 | 288 | 11.1 | 14.3 |
| Fujitsu | MBF110 | capacitive | 500 | 300 | 300 | 15.0 | 15.0 |
|  | MBF200 | capacitive | 500 | 256 | 300 | 12.8 | 15.0 |
|  | MBF300 | capacitive | 500 | 256 | 32 | 12.8 | 1.7 |
| Sony | CXA3271AGE | capacitive | 317 | 128 | 192 | 10.3 | 15.4 |
|  | FIU900 | capacitive | 317 | 128 | 128 | 10.2 | 10.2 |
| Fingerprint Cards | FPC1010 | capacitive | 363 | 152 | 200 | 10.6 | 14.0 |
|  | FPC1030 | capacitive | 363 | 152 | 32 | 10.6 | 2.2 |
| Ethentica | T-FPM | polymer | 403 | 306 | 225 | 14.2 | 19.3 |
| NTT [2] |  | capacitive | 311 | 124 | 166 | 10.1 | 13.5 |
| BMF | BLP-100 | pressure | 406 | 256 | 384 | 16.0 | 23.4 |
| Fidelica | FIS-3001 | pressure | 508 | 256 | 256 | 12.8 | 12.8 |
| KAIST |  | capacitive | 508 | 210 | 100 | 10.5 | 5.0 |
| Seoul university[3] |  | capacitive | 600 | 256 | 64 | 10.8 | 2.7 |



**Fig. 1.** Size of fingerprint sensors

HIGHLY CONFIDENTIAL-ATTORNEYS EYES ONLY                                        AUTH-A 044290

One sensor is well below the 10mm width, with only 6.5mm. This is obvious for reducing the cost, and the recognition accuracy is certainly an issue. For this sensor, it is recommended to acquire several images, while moving the finger, to obtain a patch of small images.

No sweep sensor is below 9.8mm width. Is it possible to reduce this width without degrading the recognition rates, taking advantage that more data will be collected in the vertical direction? It is less expensive to simulate a lower width by cropping images in a database than manufacturing a new sensor and perform tests: this is the method proposed in the present paper.

## 3  Proposed Method

A database has been collected, using the FingerChip® from Atmel which is 280 pixels (14mm) wide, 508dpi. With this database, False Acceptance Rate (FAR) vs. False Rejection Rate (FRR) curves are computed, using the method defined for the FVC2002 competition [4] excepted for FRR: only comparisons between the current image and the first of each finger is taken into account, because later, we need to compare a cropped and shifted image with the original image, acting as the "enrolment" image. The FVC2002 competition is using all possible combination of images of the same finger, except for symmetrical pairs.

The database contains 4029 images from 410 fingers of 228 persons leading 3619 FRR pairs for each test. Not all FAR pairs have been used, only a random subset (always the same) because of too large number of tests to perform: 326,223 FAR pairs (instead of 1,564,016), but enough to get an accurate FAR/FRR curve for FAR $\sim 10^{-4}$.

The database is a challenging database: voluntary changing conditions (such as different acquisition device, temperature of the device) have been used in order to produce all possible kind of images. In the real world, this will not happen as the device will be used in the same configuration for the same user (same ergonomics, same host processor…). Moreover, only USB has been used, and some artifacts happen only in that configuration, such as stop and go in images that happens from time to time because of the operating system which stops the acquisition if a more important task occurs (PCs are not true real time systems).

As a result, the FRR is not as good as observed in a real world system, but it is necessary to have such a challenging database in order to increase the sensitivity to parameter variations, and to obtain clear results.

Only minutiae ( ending points and bifurcations ) are used to describe a fingerprint. Each minutia features a triplet of its x, y coordinates and its orientation. This means only localized information on a fingerprint is required, which is interesting for our purpose of reducing the sensor size. Comparison of fingerprints is based on minutia only. The comparison has no restriction on underlying relative translation and rotation between matched fingerprints.

To simulate smaller device, we need to study two parameters:

1. Simulate a sweep sensor that has less pixels (width).
2. Simulate a shift, as the user may not sweep his/her finger exactly at the same place.

HIGHLY CONFIDENTIAL-ATTORNEYS EYES ONLY    AUTH-A 044291

304  Jean-François Mainguet et al.

Studied widths are between 200 and 60 pixels (i.e. between 10 and 3mm). Above 200 pixels, there are no significant losses, which confirms the fact that most of the sensors are above 10mm width. Studied shifts are between -100 and 100 pixels (i.e. between -5 and 5mm). Obviously, when the width is smaller than the shift, there is no overlapping of data, and FRR must fall to 100%. Note that fingerprint height is variable and limited by the reconstruction software to 500 pixels (25mm) in maximum. The mean value of fingerprint height is 400 pixels (20mm).

When simulating the enrollment, two main cases may happen:

1. The enrollment and recognition are done using the same device. To simulate for this, comparison is done between the first image, which is cropped but never shifted, and the challenging image, which is cropped and shifted.
2. The enrollment is done using a large sensor, and recognition with a small sensor, which may be the case if an enrollment station exists, or if a special enrollment method requires several shifted sweeps to reconstruct a large image.

These two cases are evaluated in this study.

We used a step of 20 pixels for width and shift, leading to 177 FAR/FRR curves to compute. The total number of FRR pairs is >600.000 while the total number of FAR pairs is >57millions. Fortunately, the matching algorithm we used is one of the fastest and gives reasonable computing time on a 2 GHz PC.

## 4  Cropping and Shifting Fingerprints

Special care has been taken to generate images as close as possible to a real sweep with a smaller device. The fingerprint images are not simply cut on each side, because users are not forced to sweep vertically. Fingerprints are reduced, using the particular fact that the section that contains information has the width of the sensor, here 280 pixels.

Fig. 2 shows an original image. The sweep is not vertical, and the sensor edges are clearly visible. A software routine exactly removes the right amount of pixels on each edge, depending on the desired width and shift.

Fig. 3 shows a smaller width, yet still centered (no shift). This is the image that will be kept as the "enrollment image" for future comparison. Fig. 4 & 5 shows the same width, but with an additional shift. This simulates a shifted sweep.



**Fig. 2., 3., 4. & 5.** Original image / no shift 100 width pixels, / +80 pixels , -80 pixels shift

HIGHLY CONFIDENTIAL-ATTORNEYS EYES ONLY                                                                              AUTH-A 044292

## 5   Performance Measurement

When the width is reduced, without shift, performances are degraded: the FRR increases a lot, because recognition is becoming more and more difficult. Fig. 6 shows the degradation: the FAR/FRR curves are shifting to the right, toward high FRR values.

As the curves are slightly parallel, we will use the FRR value for a FAR equals to $10^{-4}$, normalized to the reference FRR value when the full fingerprint is used. We will always speak now of a percentage of the original performance.

We consider that 75% of the original performance is the limit to get an acceptable result. This value has been empirically defined using several different fingerprint programs over the database with known performances.

## 6   Results

Fig. 6 shows the degradation of the FAR/FRR, from 100% of the original performance when using full images. Only cropped images are used, without computed shift.

There is almost no significant loss up to 200-pixel width, this is why no computation has been performed between 280 and 200 pixels (10mm). It is interesting to note that practically all sensor manufacturers are making devices larger than this.

Fig. 7 displays the same information, but normalized to the original performance.

Two curves are displayed: the dotted curve corresponds to the matching with the full original fingerprint, as if the enrollment was done with a large sensor: this is the best result, which is normal if considering the fact that the reference image contains the maximum data.



**Fig. 6.** FAR/FRR curves using semilog diagram. FAR uses log scale whereas FRR uses linear scale, giving almost linear curves. The original FRR value is quite high because of the database which is voluntary challenging. The curve shape is a good clue to indicate if there are enough samples; here, for FAR=$10^{-4}$, there are about 32 false accepted pairs, and below $10^{-5}$, results are less reliable. Below 80 pixels, the recognition rate is too poor and the curves are stuck to the edge (not displayed)

**HIGHLY CONFIDENTIAL-ATTORNEYS EYES ONLY**                                    AUTH-A 044293

306    Jean-François Mainguet et al.



**Fig. 7.** Cropped but non-shifted images. Normalized FRR to the original FRR @ FAR=$10^{-4}$. 75% of the original performance is considered as a limit for acceptable results. The two curves are similar, showing that very few shifts exist in the database: people are sweeping always the same, without stringent finger guide

The plain curve shows the matching with a cropped image, as if the enrollment was done with the same small sensor (data identical to Fig. 6). It is interesting to note that there is only a small difference between the two curves, especially with small widths: we may expect that any shift during the acquisition will make a larger difference, because there is less data overlapping, and that below a certain width, the two curves will separate more than that.

When the fingerprints were acquired, no special incentive was done to center the finger on the sensor during the sweep, and a small and not stringent guide was existing. Even if the restriction was set to this low level, from this result, we may still conclude that most fingerprints are centered in the database. This is beyond our expectation.

Similar curves are computed using a fixed shift, compared to the full original image and the cropped image without shift. This is resulting in a grid of values, displayed in fig. 9 (full original image) and fig. 11 (cropped unshifted image).

The no shift curve in the center is the same as in fig. 7. The surface is symmetrical, which shows that there is no significant difference existing between left or right side shift. This was an expected result, and a kind of check that the cropping routine is correct.

It is extremely interesting to note that the performance result is directly linked to the overlap of images. Fig. 8 & 10 display the overlap with the reference image (original image & cropped but unshifted image). It is clearly visible that the performance is directly correlated to the overlap. Fig. 9 shows that in the center, there is always the necessary data overlap as the full image is used as reference.

To get 75% of the original performance, we need to have about 140 pixels (7mm) overlapping between two images, with a mean height of 400 pixels (20mm).

HIGHLY CONFIDENTIAL-ATTORNEYS EYES ONLY                                                             AUTH-A 044294

Reducing Silicon Fingerprint Sensor Area    307

 

**Fig. 8. & 9.** Overlap with original image. Normalized performance depending on width and shift, compared to the original image (enrollment with a large sensor). Notice the correlation between performance and overlap

 

**Fig. 10. & 11.** Overlap with cropped unshifted image. Same as fig. 8 & 9, but compared to the cropped unshifted image (enrollment with the same sensor)

## 7   Conclusion and Remarks

7mm is the minimum width for a sweep type fingerprint sensor to perform recognition with acceptable accuracy using a state-of-the-art minutiae-based authentication software. To take advantage of this, it is mandatory to have a special enrollment procedure to take the full fingerprint image to compensate for shift, or use a finger guide to force the user to always show the same finger area.

To get a full fingerprint image in enrollment, using a full size sensor to enroll finger is an obvious solution. But this configuration will not be always available in real application. As a possible alternative, an interesting idea is to use in enrollment a reduced sensor to capture different parts of a fingerprint, in other words, to capture a

HIGHLY CONFIDENTIAL-ATTORNEYS EYES ONLY                                                AUTH-A 044295

308    Jean-François Mainguet et al.

fingerprint at different shifts, and then use an elaborated algorithm to reconstruct the full fingerprint image from these partial fingerprint images.

Reconstruction of full image from multiple partial images is not new in industry. For a sweep sensor, a necessary technique is to reconstruct the image from image slices captured when the finger is swept over the sensor [3]. Also, a similar approach has already been used in optical (flat) sensors to capture a rolled fingerprint image that was thought in the past to be obtainable only through scanning fingerprint card. The basic idea behind reconstruction is to find common (i.e. overlapping) areas between partial images. For above-mentioned applications, the partial images are consecutive captures of movement (sweeping or rolling) of a finger on the sensor in a very short time interval. So a very close correlation among the partial images can be expected and the common areas in different images can be reliably assumed to be spatially consistent.

To reconstruct full image from multiple captures of a shifted finger on a reduced sensor, however, brings about new challenges. Because the partial images represent independent sweeping on the sensor, following problems are introduced: (1) Distortions of the images along the sweeping direction (in vertical) differs from image to image. Depending on the factors such as sweeping speed and pressure, the vertical dimensions of the images of the common areas may show significant difference. (2) Since user's finger may undergo different horizontal (orthogonal to sweeping direction) movement in different sweeping, the same common areas in different captures may skew in different way. Consequently, common areas between different partial images will differ in size and shape, which makes it harder to find them reliably. Our future work will be investigating into this issue and find out a usable strategy and solution.

## References

[1]   J.F. Mainguet, M. Pegulu and J.B. Harris, "Fingerprint recognition based on silicon chips" Future Generation of Computer Systems 16 (2000), Elsevier, pp. 403-415.
[2]   S. Shigematsu, H. Morimura, Y.Tanabe, T. Adachi, K.Machida1, "A Single-Chip Fingerprint Sensor and Identifier" in IEEE Journal Of Solid-State Circuits, Vol. 34, No. 12, pp. 1852-1859, December 1999.
[3]   J.-W. Lee, D.-J. Min, J. Kim, W. Kim, "A 600-dpi Capacitive Fingerprint Sensor Chip and Image-Synthesis Technique" in IEEE Journal Of Solid-State Circuits, Vol. 34, No. 4, pp. 469-475 April 1999.
[4]   D. Maio, D. Maltoni, R. Cappelli, J. Wayman, and A. Jain "FVC2002: Second Fingerprint Verification Competition" in ICPR 2002
      http://bias.csr.unibo.it/fvc2002/default.asp.

HIGHLY CONFIDENTIAL-ATTORNEYS EYES ONLY                                      AUTH-A 044296