# EXHIBIT 25

Case 4:07-cv-03331-CW    Document 24-19    Filed 02/29/2008    Page 1 of 13

Edward G. Poplawski (SBN 113590)
*epoplawski@sidley.com*
Denise L. McKenzie (SBN 193313)
*dmckenzie@sidley.com*
Olivia M. Kim (SBN 228382)
*okim@sidley.com*
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California  90013-1010
Telephone:        (213) 896-6000
Facsimile:         (213) 896-6600

**Attorneys For Plaintiffs**
Atmel Corporation;
Atmel Switzerland;
Atmel France; and
Atmel SARL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ATMEL CORPORATION, a Delaware corporation; ATMEL SWITZERLAND, a corporation; ATMEL FRANCE, a corporation; and ATMEL SARL, a corporation,<br><br>Plaintiffs,<br><br>v.<br><br>AUTHENTEC, INC., a Delaware corporation,<br><br>Defendant | Case No.  C 06-02138 CW (EDL)<br><br>**ATMEL'S CERTIFICATION REGARDING ATMEL'S DOCUMENT PRODUCTION IN RESPONSE TO AUTHENTEC'S FIRST, SECOND, AND THIRD SETS OF REQUESTS FOR PRODUCTION** |

LA1 1004551v.1

1 | Pursuant to the Court's order at the September 11, 2007 hearing, Sidley Austin LLP, on behalf of Plaintiffs Atmel Corporation, Atmel Switzerland, Atmel France and Atmel SARL (collectively, "Atmel"), hereby certifies as follows:

To the best of Atmel's knowledge after a diligent search, Atmel has fully complied with the Court's order at the September 11, 2007 hearing by producing all non-privileged documents responsive to AuthenTec's First, Second, and Third Requests for Production of Documents subject to Atmel's objections.

DATED: September 25, 2007

**SIDLEY AUSTIN LLP**

By: _____
Edward G. Poplawski
Denise L. McKenzie
Olivia M. Kim
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

Attorneys for Plaintiffs
Atmel Corporation;
Atmel Switzerland;
Atmel France; and
Atmel SARL

Atmel's Certification re Document Production
C 06-02138 CW (EDL)

1

LA1 1004551v.1

## CERTIFICATE OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Sidley Austin LLP, 555 West Fifth Street, Suite 4000, Los Angeles, California 90013-1010.

On September 25, 2007, I served the foregoing document described as **ATMEL'S CERTIFICATION REGARDING ATMEL'S DOCUMENT PRODUCTION IN RESPONSE TO AUTHENTEC'S FIRST, SECOND, AND THIRD SETS OF REQUESTS FOR PRODUCTION** on all interested parties in this action as follows:

**PLEASE SEE ATTACHED SERVICE LIST**

☒ (VIA OVERNIGHT COURIER) I caused each such document to be sent by Quick International Courier for priority overnight delivery with all charges paid.

☒ (VIA E-MAIL) I caused the foregoing document to be served by email from my desktop to each interested party as shown in the attached list. Each delivery was reported as complete and without error. A delivery receipt was properly issued for each interested party served.

I declare that I am employed in the office of a member of the bar of this court whose direction the service was made.

Executed on September 25, 2007, at Los Angeles, California.

_Olivia M. Kim_

LA1 1004551v.1

**SERVICE LIST**

**VIA U.S. MAIL and EMAIL:**

Matthew Greinert
GreinertM@howrey.com
Howrey LLP
525 Market Street, Suite 3600
San Francisco, CA 94105-2708
Tel: (415) 848-4936

**VIA EMAIL:**

Denise De Mory
demoryd@howrey.com

Brian Smith
smithbrian@howrey.com

**Attorneys for Defendant AuthenTec, Inc.**

LA1 1004551v.1

1  Edward G. Poplawski (SBN 113590)
   epoplawski@sidley.com
2  Denise L. McKenzie (SBN 193313)
   dmckenzie@sidley.com
3  Olivia M. Kim (SBN 228382)
   okim@sidley.com
4  SIDLEY AUSTIN LLP
   555 West Fifth Street, Suite 4000
5  Los Angeles, California 90013-1010
   Telephone:    (213) 896-6000
6  Facsimile:    (213) 896-6600

7  **Attorneys For Plaintiffs**
   Atmel Corporation;
8  Atmel Switzerland;
   Atmel France; and
9  Atmel SARL

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                        OAKLAND DIVISION

13 | ATMEL CORPORATION, a Delaware | ) Case No. C 06-02138 CW (EDL)
14 | corporation; ATMEL SWITZERLAND, a | )
   | corporation; ATMEL FRANCE, a corporation; | ) **ATMEL'S FIRST AMENDED**
15 | and ATMEL SARL, a corporation, | ) **CERTIFICATION REGARDING ATMEL'S**
   | | ) **DOCUMENT PRODUCTION IN RESPONSE**
16 |                          Plaintiffs, | ) **TO AUTHENTEC'S FIRST, SECOND, AND**
   | | ) **THIRD SETS OF REQUESTS FOR**
17 | v. | ) **PRODUCTION**
18 | |  )
   | AUTHENTEC, INC., a Delaware corporation, | )
19 | |  )
   |                          Defendant | )
20 | |  )
21
22
23

LA1 1018642v.1

1  Pursuant to the September 28, 2007 Order (Dkt. No. 162), Sidley Austin LLP, on behalf of Plaintiffs Atmel Corporation, Atmel Switzerland, Atmel France and Atmel SARL (collectively, "Atmel"), hereby certifies as follows:

To the best of Atmel's knowledge after a diligent search, Atmel has fully complied with the September 28, 2007 Order by producing all non-privileged documents pursuant to the Patent Local Rules and responsive to AuthenTec's First, Second, and Third Requests for Production of Documents subject to Atmel's objections.

DATED: October 12, 2007

SIDLEY AUSTIN LLP

By: _____
Edward G. Poplawski
Denise L. McKenzie
Olivia M. Kim
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

Attorneys for Plaintiffs
Atmel Corporation;
Atmel Switzerland;
Atmel France; and
Atmel SARL

**CERTIFICATE OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Sidley Austin LLP, 555 West Fifth Street, Suite 4000, Los Angeles, California 90013-1010.

On October 12, 2007, I served the foregoing document described as **ATMEL'S FIRST AMENDED CERTIFICATION REGARDING ATMEL'S DOCUMENT PRODUCTION IN RESPONSE TO AUTHENTEC'S FIRST, SECOND, AND THIRD SETS OF REQUESTS FOR PRODUCTION** on all interested parties in this action as follows:

**PLEASE SEE ATTACHED SERVICE LIST**

☒ (VIA U.S. MAIL) I served the foregoing document by U.S. Mail, as follows: I placed true copies of the document in a sealed envelope addressed to each interested party as shown above. I placed each such envelope with postage thereon fully prepaid, for collection and mailing at Sidley Austin LLP, Los Angeles, California. Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business.

☒ (VIA E-MAIL) I caused the foregoing document to be served by email from my desktop to each interested party as shown in the attached list. Each delivery was reported as complete and without error. A delivery receipt was properly issued for each interested party served.

I declare that I am employed in the office of a member of the bar of this court whose direction the service was made.

Executed on October 12, 2007, at Los Angeles, California.

Melody Gutierrez

LA1 1018642v.1

# SERVICE LIST

**VIA U.S. MAIL and EMAIL:**

Matthew Greinert
GreinertM@howrey.com
Howrey LLP
525 Market Street, Suite 3600
San Francisco, CA 94105-2708
Tel: (415) 848-4936

**VIA EMAIL:**

Denise De Mory
demoryd@howrey.com

Brian Smith
smithbrian@howrey.com

**Attorneys for Defendant AuthenTec, Inc.**

Edward G. Poplawski (SBN 113590)
epoplawski@sidley.com
Denise L. McKenzie (SBN 193313)
dmckenzie@sidley.com
Olivia M. Kim (SBN 228382)
okim@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013-1010
Telephone:       (213) 896-6000
Facsimile:        (213) 896-6600

**Attorneys For Plaintiffs**
Atmel Corporation;
Atmel Switzerland;
Atmel France; and
Atmel SARL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ATMEL CORPORATION, a Delaware corporation; ATMEL SWITZERLAND, a corporation; ATMEL FRANCE, a corporation; and ATMEL SARL, a corporation,<br><br>Plaintiffs,<br><br>v.<br><br>AUTHENTEC, INC., a Delaware corporation,<br><br>Defendant | Case No. C 06-02138 CW (EDL)<br><br>**ATMEL'S SECOND AMENDED CERTIFICATION REGARDING ATMEL'S DOCUMENT PRODUCTION IN RESPONSE TO AUTHENTEC'S FIRST, SECOND, AND THIRD SETS OF REQUESTS FOR PRODUCTION** |

Pursuant to the September 28, 2007 Order (Dkt. No. 162) and the Court's Order at the October 23, 2007 hearing, Sidley Austin LLP, on behalf of Plaintiffs Atmel Corporation, Atmel Switzerland, Atmel France and Atmel SARL (collectively, "Atmel"), hereby certifies as follows:

To the best of Atmel's knowledge after a diligent search, Atmel has fully complied with the September 28, 2007 Order by producing all non-privileged documents pursuant to the Patent Local Rules and responsive to AuthenTec's First, Second, and Third Requests for Production of Documents.

DATED: November 2, 2007

**SIDLEY AUSTIN LLP**

By: _____

Edward G. Poplawski
Denise L. McKenzie
Olivia M. Kim
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

Attorneys for Plaintiffs
Atmel Corporation;
Atmel Switzerland;
Atmel France; and
Atmel SARL

Atmel's Second Amended Certification
re Document Production
C 06-02138 CW (EDL)

1

LA1 1087575v1

## CERTIFICATE OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Sidley Austin LLP, 555 West Fifth Street, Suite 4000, Los Angeles, California 90013-1010.

On November 2, 2007, I served the foregoing document described as **ATMEL'S SECOND AMENDED CERTIFICATION REGARDING ATMEL'S DOCUMENT PRODUCTION IN RESPONSE TO AUTHENTEC'S FIRST, SECOND, AND THIRD SETS OF REQUESTS FOR PRODUCTION** on all interested parties in this action as follows:

**PLEASE SEE ATTACHED SERVICE LIST**

☒ (VIA U.S. MAIL) I served the foregoing document by U.S. Mail, as follows: I placed true copies of the document in a sealed envelope addressed to each interested party as shown above. I placed each such envelope with postage thereon fully prepaid, for collection and mailing at Sidley Austin LLP, Los Angeles, California. Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business.

☒ (VIA E-MAIL) I caused the foregoing document to be served by email from my desktop to each interested party as shown in the attached list. Each delivery was reported as complete and without error. A delivery receipt was properly issued for each interested party served.

I declare that I am employed in the office of a member of the bar of this court whose direction the service was made.

Executed on November 2, 2007, at Los Angeles, California.

_____
Melody Gutierrez

LA1 1087575v.1

**SERVICE LIST**

**VIA U.S. MAIL and EMAIL:**

Matthew Greinert
GreinertM@howrey.com
Howrey LLP
525 Market Street, Suite 3600
San Francisco, CA 94105-2708
Tel: (415) 848-4936

**VIA EMAIL:**

Denise De Mory
demoryd@howrey.com

Brian Smith
smithbrian@howrey.com

**Attorneys for Defendant AuthenTec, Inc.**