# EXHIBIT 35

**Table of Contents**

As filed with the Securities and Exchange Commission on March 16, 2007

Registration No. 333-

# SECURITIES AND EXCHANGE COMMISSION
## Washington, DC 20549
## Form S-1
### Registration Statement
### Under
### The Securities Act of 1933

# AuthenTec, Inc.
*(Exact name of Registrant as specified in its charter)*

| Delaware | 3674 | 59-3521332 |
|---|---|---|
| *(State or other jurisdiction of incorporation or organization)* | *(Primary Standard Industrial Classification Code number)* | *(I.R.S. Employer Identification No.)* |

**100 Rialto Road, Suite 400**
**Melbourne, FL 32901**
**(321) 308-1300**

*(Address, including zip code, and telephone number, including area code, of Registrant's principal executive offices)*

**F. Scott Moody**
**Chief Executive Officer**
**AuthenTec, Inc.**
**100 Rialto Road, Suite 400**
**Melbourne, FL 32901**
**(321) 308-1300**

*(Name, address, including zip code, and telephone number, including area code, of agent for service)*

*Copies to:*

| Nancy A. Spangler, Esq. | David J. Goldschmidt, Esq. |
|---|---|
| John E. Depke, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP |
| Tony Saur, Esq. | Four Times Square |
| DLA Piper US LLP | New York, NY 10036 |
| 1251 Avenue of the Americas | (212) 735-3000 |
| New York, NY 10020 | |
| (212) 335-4500 | |

**Approximate date of commencement of proposed sale to the public:** As soon as practicable after the Registration Statement becomes effective.

If any of the securities being registered on this Form are to be offered on a delayed or continuous basis pursuant to Rule 415 under the Securities Act, check the following box. ☐

If this Form is filed to register additional securities for an offering pursuant to Rule 462(b) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

If this Form is a post-effective amendment filed pursuant to Rule 462(c) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement number for the same offering. ☐

If this Form is a post-effective amendment filed pursuant to Rule 462(d) under the Securities Act, check the

following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

## CALCULATION OF REGISTRATION FEE

| Title of Each Class of Securities to be Registered | Proposed Maximum Aggregate Offering Price (1)(2) | Amount of Registration Fee |
|---|---|---|
| Common Stock, par value $0.01 per share | $86,250,000 | $2,648 |

(1) Includes amount attributable to shares that may be purchased by the underwriters under an option to purchase additional shares of common stock.

(2) Estimated solely for the purposes of calculating the registration fee pursuant to Rule 457(o) under the Securities Act of 1933, as amended.

    The Registrant hereby amends this Registration Statement on such date or dates as may be necessary to delay its effective date until the Registrant shall file a further amendment which specifically states that this Registration Statement shall thereafter become effective in accordance with Section 8(a) of the Securities Act of 1933, as amended, or until the Registration Statement shall become effective on such date as the Commission, acting pursuant to said Section 8(a), may determine.

**Table of Contents**

### Results of Operations

The following table sets forth selected statement of operations data for the periods indicated expressed as a percentage of revenue:

|  | Fiscal Year Ended | | |
|---|---|---|---|
|  | December 31, 2004 | December 31, 2005 | December 29, 2006 |
| Revenue | 100.0% | 100.0% | 100.0% |
| Cost of revenue | 53.7 | 58.8 | 58.1 |
| Gross margin | 46.3 | 41.2 | 41.9 |
| Operating expenses: | | | |
|    Research and development | 43.4 | 38.2 | 29.0 |
|    Selling and marketing | 28.8 | 28.2 | 21.3 |
|    General and administrative | 9.1 | 6.7 | 15.3 |
| Total operating expenses | 81.3 | 73.1 | 65.6 |
| Loss from operations | (35.0) | (31.9) | (23.7) |
| Total other income (expense), net | 1.4 | (2.6) | (5.8) |
| Net loss before cumulative effect of change in accounting principle | (33.6) | (34.5) | (29.5) |
| Cumulative effect of change in accounting principle | — | (23.2) | — |
| Net loss | (33.6)% | (57.7)% | (29.5)% |

**Fiscal 2006 Compared to Fiscal 2005**

*Revenue.* Our revenue was $33.2 million in 2006 as compared to $19.2 million in 2005, an increase of $14.0 million, or 72.9%. Our higher revenue was primarily due to increased shipments to customers in the PC market. The growth reflects new design-wins reaching commercial production, as well as platform expansions at existing customers, driven by increased demand by consumers and businesses for fingerprint sensors on their PCs. Revenue was also favorably impacted by increased demand in 2006 for our products for use in cell phones sold in Japan.

*Cost of revenue and gross margin.* Our cost of revenue was $19.3 million in 2006 as compared to $11.3 million in 2005, resulting in a gross profit of $13.9 million in 2006 as compared to $7.9 million in 2005, an increase of $6.0 million, or 75.9%. Our gross margin was 41.9% in 2006 as compared to 41.2% in 2005. The increase in gross margin in 2006 was primarily due to improved manufacturing yields, partly offset by a net $0.5 million change in the inventory provision. Gross margins in 2005 and most of 2006 were negatively impacted by lower than anticipated yields resulting from the significant production increase of a high volume sensor in the second quarter of 2005.

*Research and development expenses.* Research and development expenses were $9.6 million in 2006 as compared to $7.4 million in 2005, an increase of $2.2, million or 29.7%. Research and development expenses were 29.0% and 38.2% of revenue for 2006 and 2005, respectively. The increase in 2006 was primarily due to $1.5 million in higher compensation costs resulting from the growth in the number of research and development personnel related to expanded research and development initiatives. The most significant elements of the remaining variance were due to $0.2 million of higher travel expense to support new design in opportunities at our customers' facilities and $0.4 million of higher costs of fabrication masks and other materials related to an increased number of new products under development.

*Selling and marketing expenses.* Selling and marketing expenses were $7.1 million in 2006 as compared to $5.4 million in 2005, an increase of $1.7 million, or 31.5%. Selling and marketing expenses were 21.3% and 28.2% of revenue for 2006 and 2005, respectively. The increase in selling and marketing expenses in 2006 resulted from $0.9 million of higher compensation expense due to additional headcount, and higher internal commissions related to the increased revenue. In addition, commissions paid to outside sales representatives increased by $0.4 million due to higher revenue, and travel expenses increased $0.2 million to support our selling efforts in Asia and Europe.

**Table of Contents**

our products. We sell our products with standard warranty provisions for defects in materials, workmanship and product performance. At our option, defective products may be returned for their purchase price or for replacement.

**Manufacturing**

We do not own or operate semiconductor fabrication, wafer bumping, assembly or test facilities. We depend on third-party subcontractors to fabricate, assemble and test our fingerprint sensor products. By outsourcing manufacturing, we are able to avoid the cost associated with owning and operating our own manufacturing facility. This allows us to focus our efforts on the design and marketing of our products.

*Semiconductor Fabrication.* We currently outsource most of our semiconductor fabrication to TSMC. With our AuthenTec (Shanghai) Company Limited subsidiary co-located within TSMC's Shanghai, China fabrication facility, our customer service, production, planning and engineering teams are able to work closely with TSMC personnel to forecast on a weekly basis our manufacturing capacity requirements. Our fingerprint sensors are currently fabricated in several advanced sub-micron manufacturing processes in TSMC fabrication facilities located in Taiwan and China which allows for significant capacity along with geographic diversity. Because finer manufacturing processes lead to enhanced performance, smaller silicon chip size and lower power requirements, we continually evaluate the benefits and feasibility of migrating to smaller geometry process technologies in order to reduce cost and improve performance. Our engineers work closely with TSMC to increase yields, lower manufacturing costs and improve quality. We may eventually qualify and retain additional foundries to manufacture our products in the future.

*Wafer Bumping.* Our products are shipped from TSMC to a third-party wafer bumping facility. Bumping is the application of a thin layer of metal to hermetically seal the bond pads on the wafer and to add the drive ring on our sensors. We outsource all wafer gold bumping of our products to subcontractors, principally Chipbond in Taiwan, which is one of the largest providers of such subcontract services in the world. We have also qualified the STATS-ChipPac's facility in Shanghai, China, for additional capacity as required.

*Assembly and Test.* We outsource all assembly and testing of our products to subcontractors, principally Signetics in South Korea. Our products are designed to use low cost packages and to be tested with widely available test equipment. We intend to qualify and retain additional assembly and test subcontractors in the future to meet our capacity and diversity requirements.

*Quality Assurance.* We are committed to maintaining the highest level of quality in our fingerprint sensors. We have designed and implemented a quality management system that we believe provides the framework for continual improvement of products, processes and customer service. We also rely on in-depth simulation studies, testing and practical application testing to validate and verify our semiconductors. To help ensure consistent product quality, reliability and yield, we work closely with our manufacturing logistics partners to monitor the production cycle by reviewing manufacturing process data from each wafer foundry and assembly subcontractor. All of our supply chain subcontractors hold ISO 9000/14000 in addition to Sony Green Partner quality certifications.

**Research and Development**

We devote substantial resources to the research and development of new products that enhance our competitive position and provide increased value. We continue to increase our product performance by driving improvements in all aspects of our technologies and products. Such improvements include the development of cost effective sensors that maintain strong biometric accuracy as well as the incorporation of security capabilities that support end-to-end system security. Our developments also include efforts to substantially improve the usability and convenience of our products by making them simple and easy to use. In 2004, 2005 and 2006, we had research and development expenses of $6.0 million, $7.4 million and $9.6 million, respectively. As of December 29, 2006, we had 57 employees in our research and development group.

**Intellectual Property**

We seek to protect our intellectual property rights with a combination of patents, trademarks,

copyrights, trade secret laws and disclosure restrictions. We rely primarily on trade secrets, technical know-how and other unpatented proprietary information relating to our design and product development activities. We have 32 issued patents and 29 pending patent applications in the U.S. We have also applied for patents for many of our key technologies in regions such as Asia and the European Union. The laws of other countries in which we market our products, such as some

46