# EXHIBIT 36

```
                                          PAGES 1 - 29

               UNITED STATES DISTRICT COURT

             NORTHERN DISTRICT OF CALIFORNIA

    BEFORE THE HONORABLE ELIZABETH D. LAPORTE, JUDGE

    ATMEL CORPORATION,        )
                              )
           PLAINTIFF,          )
                              )
    VS.                        )     NO. C 06-2138 EDL
                              )
    AUTHENTEC, INC.            )
                              )
           DEFENDANT.          )
    _____)

                              SAN FRANCISCO, CALIFORNIA
                              TUESDAY, OCTOBER 23, 2007

                TRANSCRIPT OF PROCEEDINGS
```

**APPEARANCES:**

FOR PLAINTIFF:          SIDLEY AUSTIN LLP
                        555 WEST FIFTH STREET
                        40TH FLOOR
                        LOS ANGELES, CA 90013
                  BY:   **DENISE L. MC KENZIE**
                        **OLIVIA M. KIM**
                        **ATTORNEYS AT LAW**

FOR DEFENDANT:          HOWREY LLP
                        525 MARKET STREET
                        SUITE 3600
                        SAN FRANCISCO, CA 94105
                  BY:   **DENISE M. DE MORY**
                        **BRIAN A.E. SMITH**
                        **ATTORNEYS AT LAW**


REPORTED BY:            JAMES YEOMANS, CSR 4039, RPR
                        OFFICIAL REPORTER

              COMPUTERIZED TRANSCRIPTION BY ECLIPSE

JAMES YEOMANS - OFFICIAL REPORTER - (415)863-5179

```
 1   PRODUCED AND THAT CERTIFICATION, WE GO BACK AND FORTH ON.
 2         THERE'S SOME INTERROGATORY ISSUES REMAIN, WE'LL RAISE
 3   IN PAPERS UNFORTUNATELY.  I THINK, THE CERTIFICATIONS STILL
 4   SAYS SUBJECT TO THEIR OBJECTIONS.
 5         THE COURT:  WHOSE CERTIFICATION?
 6         MS. DE MORY:  ATMEL'S CERTIFICATION SUBJECT TO
 7   OBJECTION.
 8         THE COURT:  THAT'S NOT SATISFACTORY.  THE WHOLE POINT,
 9   THIS IS A LOOPHOLE IN DISCOVERY LAWS WHICH I HAVE TRIED TO
10   CLOSE WITH MY STANDING ORDER AND THEN MY SECOND ORDER, WHICH IS
11   THAT IT HAS TO BE CLEAR WHETHER ANYTHING BEEN WITHHELD OR NOT.
12   SO IT'S NOT A QUESTION OF SUBJECT TO OBJECTIONS.
13         MS. MC KENZIE:  WE'LL SUPPLEMENT.
14         THE COURT:  THAT CREATES AMBIGUITY AND I DON'T ALLOW
15   THAT.
16         MR. SMITH:  THE ISSUE IS THEY'VE GIVEN US TWO
17   DIFFERENT CERTIFICATION.  THE FIRST CERTIFICATION DIDN'T
18   CERTIFY THEY PRODUCED EVERY DOCUMENT ACCORDING TO THE PATENT
19   LOCAL RULES, WHICH YOUR ORDER SPECIFICALLY TOLD THEM TO DO, AND
20   WAS ALSO SUBJECT TO THEIR OBJECTIONS THE SECOND TIME, AND THEN
21   THEY PRODUCED DOCUMENTS EVEN AFTER THE CERTIFICATION.
22         THEN THEY CERTIFIED AGAIN AFTER WE MET AND CONFERRED
23   WITH THEM ON THE PATENT LOCAL RULES, THEY ADDED THEY PRODUCED
24   EVERYTHING IN THE PATENT LOCAL RULES.  THEN THEY PRODUCED
25   HUNDREDS OF PAGES DOCUMENTS AFTER THE SECOND CERTIFICATION.
```

1     WE HAVE THESE DEPOSITIONS THAT ARE ONGOING AND WHILE
2  WE FLY TO FLORIDA AND FLY THESE PLACES FOR THESE DEPOSITIONS,
3  YOU KNOW, I'LL GET THE E-MAIL THAT MS. KIM OR OTHERS ARE
4  PRODUCING DOCUMENTS BACK IN OUR OFFICE IN SAN FRANCISCO, AND WE
5  JUST WANT TO MAKE SURE, WE THOUGHT IT WAS CLEAR LAST TIME WE
6  WERE HERE, THAT THEY WERE GOING TO CERTIFY THEY PRODUCED
7  EVERYTHING AND THEN WE CAN GO FORWARD WITH THE DEPOSITION.
8           **THE COURT:** SO WHAT IS IT YOU'RE ASKING ME TO DO?
9           **MS. MC KENZIE:** WE HAVE CERTIFIED --
10          **THE COURT:** IF IT HAS THE LOOPHOLE LIKE SUBJECT TO
11 OBJECTION THAT'S NO GOOD. IF IT'S INACCURATE CERTIFICATION
12 BECAUSE THINGS ARE LATER DISCOVERED, I MEAN, THAT MAY OR MAY
13 NOT BE SANCTIONABLE, I DON'T KNOW.
14          **MR. SMITH:** LIKE WE SAID, IT'S NOT BEFORE YOU TODAY.
15 WE'RE TRYING TO AVOID COMING HERE WITH MOTION PRACTICE.
16          **THE COURT:** THAT WOULD BE NICE.
17          **MR. SMITH:** BUT, YOU KNOW, IF THEY'RE GOING TO KEEP
18 PRODUCING DOCUMENTS AFTER FLAWED CERTIFICATION, ONE WE -- LIKE
19 CERTIFICATION THEY PRODUCED EVERYTHING NOT SUBJECT TO THEIR
20 OBJECTION.
21          **THE COURT:** I ORDERED THAT. OR CLARIFY THAT IF ANY
22 CLARIFICATION IS NECESSARY.
23          **MR. SMITH:** THANK YOU.
24          **THE COURT:** NO SUBJECT TO OBJECTION, THAT SHOULD BE
25 CORRECTED.

```
 1        ALL RIGHT.  THEN ON YOUR MOTION, WILL YOU PREPARE THE
 2   ORDER OF YOUR MOTIONS AND RUN IT BY THE OTHER SIDE AND
 3   HOPEFULLY GET TO ME BY THE END OF THE WEEK AS SOON AS POSSIBLE.
 4   THANK YOU.
 5        MS. MC KENZIE:  THANK YOU.
 6        MS. DE MORY:  THANK YOU.
 7
 8              (PROCEEDINGS ADJOURNED.)
```

CERTIFICATE OF REPORTER

I, THE UNDERSIGNED, HEREBY CERTIFY THAT THE FOREGOING PROCEEDINGS WERE REPORTED BY ME, A CERTIFIED SHORTHAND REPORTER, AND WERE THEREAFTER TRANSCRIBED UNDER MY DIRECTION INTO TYPEWRITING; THAT THE FOREGOING IS A FULL, COMPLETE AND TRUE RECORD OF SAID PROCEEDINGS.

I FURTHER CERTIFY THAT I AM NOT OF COUNSEL OR ATTORNEY FOR EITHER OR ANY OF THE PARTIES IN THE FOREGOING PROCEEDINGS AND CAPTION NAMED, OR IN ANY WAY INTERESTED IN THE OUTCOME OF THE CAUSE NAMED IN SAID CAPTION.

THE FEE CHARGED AND THE PAGE FORMAT FOR THE TRANSCRIPT CONFORM TO THE REGULATIONS OF THE JUDICIAL CONFERENCE.

FURTHERMORE, I CERTIFY THE INVOICE DOES NOT CONTAIN CHARGES FOR THE SALARIED COURT REPORTER'S CERTIFICATION PAGE.

IN WITNESS WHEREOF, I HAVE HEREUNTO SET MY HAND THIS 25TH DAY OF OCTOBER, 2007.

_____
JAMES YEOMANS, CSR, RPR