1   Henry C. Bunsow (SBN 60707)
    bunsowh@howrey.com
2   Denise De Mory (SBN 168076)
    demoryd@howrey.com
3   Brian A.E. Smith (SBN 188147)
    smithbrian@howrey.com
4   HOWREY LLP
    525 Market Street, Suite 3600
5   San Francisco California 94105
    Telephone: (415) 848-4900
6   Facsimile: (415) 848-4999

7   Attorneys for Defendant
    AUTHENTEC, INC.

8

9                   UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                       OAKLAND DIVISION

12

13   ATMEL CORPORATION, a Delaware          Case No. 06 CV 2138 CW
     corporation; ATMEL SWITZERLAND, a      Case No. 07 CV 3331 CW
     corporation;  ATMEL FRANCE, a corporation;
14   and ATMEL SARL, a corporation,

15                  Plaintiffs,             **ADMINISTRATIVE MOTION FOR AN
                                            ORDER PLACING DOCUMENT UNDER
                                            SEAL (CIVIL L.R. 79-5(d))**
16          v.

17   AUTHENTEC, INC., a Delaware corporation,

18                  Defendant.             Date:       May 1, 2008
                                           Time:       2:00 p.m.
                                           Location:   Courtroom 2, 4th Floor
19                                         Judge:      Hon. Claudia Wilken

20

21

22

23

24

25

26

27

28

HOWREY LLP

Case No. 06 CV 2138 CW
ADM MTN FOR AN ORDER PLACING DOCUMENTS
UNDER SEAL (Civil L.R. 79-5(d))
DM_US: 21058127

Pursuant to Civil L.R. 7-11, Defendant AuthenTec, Inc. ("AuthenTec") hereby brings this administrative motion for an order to file under seal the following documents being lodged with the Clerk of the Court on February 29, 2008:

1.    Defendant AuthenTec, Inc.'s Opening Markman Brief, Opposition to Motion for Partial Summary Judgment, and Motion for Summary Judgment of Noninfringement and For An Exceptional Case Finding (a Redacted Public Version is filed concurrently herewith).

2.    Exhibits 20, 21, and 28-31 attached to Declaration of Denise M. De Mory In Support of Defendant AuthenTec's, Inc.'s Opening Markman Brief, Opposition to Motion for Partial Summary Judgment, and Motion for Summary Judgment of Noninfringement and For An Exceptional Case Finding ("De Mory Declaration").

3.    Exhibits 20, 21, and 28-31 are documents containing AuthenTec's nonpublic technical, business, or financial information that could cause AuthenTec competitive harm were it to become publicly known.

4.    Exhibits 1-3, 13-16, 37, and 38 attached to De Mory Declaration.

5.    Exhibits 1-3, 13-16, 37, and 38  are documents designated highly confidential by plaintiffs Atmel Corporation, Atmel Switzerland, Atmel France, and Atmel SARL ("Atmel").

6.    The only allegedly confidential information contained within Defendant AuthenTec, Inc.'s Opening Markman Brief, Opposition to Motion for Partial Summary Judgment, and Motion for Summary Judgment of Noninfringement and For An Exceptional Case Finding and Exhibits1-3, 13-16, 37, and 38 is information designated as such by Atmel.  Thus, pursuant to Civil L.R. 79-5(d), Atmel is to file, within five court days, (i) a declaration establishing that the above information is sealable and (ii) a proposed order.

1  Dated:  February 29, 2008                    Respectfully submitted,

2                                               HOWREY LLP

3

4                                               By:  _____*/s/Denise M. De Mory*_____

5                                                        Denise M. De Mory
                                                       Attorneys for Defendant
6                                                      AUTHENTEC, INC.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No.  06 CV 2138 CW                         -2-
ADM MTN FOR AN ORDER PLACING DOCUMENTS
UNDER SEAL (CIVIL L.R. 79-5(d))

DM_US:20974221_1