**EXHIBIT 2**:

**AUTHENTEC SUBSTANTIALLY CHANGED ALL OF ITS PROPOSED CLAIM CONSTRUCTIONS**

| contact sensitive elements/sensing elements ||
|---|---|
| **AuthenTec's Old Claim Construction** | **AuthenTec's Changes** |
| Elements of the sensor that are individually sensitive to patterns of pressure and/or temperature caused by physical contact with the active surface of the sensor, or directly measures the capacitance created by ridges and hollows of the finger on the surface of the sensor, wherein the capacitance is a direct result of physical contact of the finger on the active surface of the sensor. | "elements of the sensor that <ins>directly read the fingerprint and</ins> are individually sensitive to patterns of pressure or temperature caused by physical contact <del>with the active surface of the sensor, or directly measures the capacitance created by ridges and hollows of the finger on the surface of the sensor, wherein the capacitance is a direct result of physical contact of the finger on the active surface of the sensor</del> between a finger and the sensing surface" <br><br> <ins>The phrase "sensing surface" should be construed as described below. The term "sensor" should be construed as described below</ins> |

| sensing surface ||
|---|---|
| **AuthenTec's Old Claim Construction** | **AuthenTec's Changes** |
| An active surface that is physically connected to the sensor and directly measures patterns of pressure and/or temperature caused by physical contact with the active surface of the sensor, or directly measures the capacitance created by ridges and hollows of the finger on the surface of the sensor, wherein the capacitance is a direct result of physical contact of the finger on the active surface of the sensor. | "<del>An active surface that is physically connected to the sensor and directly measures patterns of pressure and/or temperature caused by physical contact with the active surface of the sensor, or directly measures the capacitance created by ridges and hollows of the finger on the surface of the sensor, wherein the capacitance is a direct result of physical contact of the finger on the active surface of the sensor.</del> <ins>a surface of the sensor coupled to the matrix of contact sensitive elements that when pressed on by the finger transmits patterns of temperature and pressure without modification to the contact sensitive elements</ins>" <br><br> <ins>The phrase "contact sensitive elements" should be construed as described above.  The term</ins> |

| sensing surface |
|---|
| | "sensor" should be construed as described below. |

| sensor ||
|---|---|
| **AuthenTec's Old Claim Construction** | **AuthenTec's Changes** |
| A semiconductor device that detects and directly measures patterns of pressure and/or temperature caused by physical contact with the active surface of the sensor, or directly measures the capacitance created by ridges and hollows of the finger on the surface of the sensor, wherein the capacitance is a direct result of physical contact of the finger on the active surface of the sensor. | "~~A semiconductor device that detects and directly measures patterns of pressure and/or temperature caused by physical contact with the active surface of the sensor, or directly measures the capacitance created by ridges and hollows of the finger on the surface of the sensor, wherein the capacitance is a direct result of physical contact of the finger on the active surface of the sensor.~~ a matrix of contact sensitive elements coupled to a sensing surface" <br><br> The phrase "contact sensitive elements" should be construed as described above. The phrase "sensing surface" should be construed as described above. |

| means for reading a fingerprint ||
|---|---|
| **AuthenTec's Old Claim Construction** | **AuthenTec's Changes** |
| This element is a means-plus-function element governed by 35 U.S.C. §112, ¶6. | This element is a means-plus-function element governed by 35 U.S.C. §112, ¶6. |
| The claimed function is reading a fingerprint and generating a series of partial images. | The claimed function is reading a fingerprint and generating a series of partial images. |
| The corresponding structure is: an integrated circuit consisting of an active layer of pyroelectric/piezoeletrical material placed between an upper electrode and a matrix array of lower electrodes or capacitive elements connected to external connection pins which can transmit electrical signals in response to physical contact with the surface of the sensor, and an analog to digital converter 51 integrated into the same substrate, as depicted in Figure 3 | Proposed construction: <br><br> ~~an integrated circuit consisting of an active layer of pyroelectric/piezoeletrical material placed between an upper electrode and a matrix array of lower electrodes or capacitive elements connected to external connection pins which can transmit electrical signals in response to physical contact with the surface of the sensor, and an analog to digital converter~~ |

2

| means for reading a fingerprint ||
|---|---|
| and Figure 4 and as described in col. 4, ll. 4-19; col. 6, l. 29, col. 7, l. 26; col. 7, ll. 36-39 and equivalents thereof. | ~~51 integrated into the same substrate, as depicted in Figure 3 and Figure 4 and as described in col. 4, ll. 4-19; col. 6, l. 29, col. 7, l. 26; col. 7, ll. 36-39 and equivalents thereof.~~ The "sensor" defined above and an analog to digital converter 51 integrated into the same substrate, and equivalents thereof. *See* Figures 3 & 4; 4:4-19; 6:29; 7:26; 36-39.<br><br>The term "sensor" should be construed as described above. |

| total image/global image ||
|---|---|
| **AuthenTec's Old Claim Construction** | **AuthenTec's Changes** |
| A complete image of the fingerprint created from all fingerprint information directly obtained during the relative sliding contact of the finger on the sensing surface and reconstituted from the sequential overlapping partial images. | "a complete image of the fingerprint created ~~from all fingerprint information directly obtained during the relative sliding contact of the finger on the sensing surface and reconstituted from the sequential overlapping partial images~~ by correlating and superimposing partial images I0 to In collected during periods t0 to tn" |

| reconstructing a global image of said fingerprint ||
|---|---|
| **AuthenTec's Old Claim Construction** | **AuthenTec's Changes** |
| Matching the overlapping portions of sequential partial overlapping images along the width (at both the top and bottom of the image in the case of all but the first and last acquired partial images) of each partial image and overlaying said overlapping portions along the width of the acquired images for purposes of creating a global image of the fingerprint. | "~~Matching the overlapping portions of sequential partial overlapping images along the width (at both the top and bottom of the image in the case of all but the first and last acquired partial images) of each partial image and overlaying said overlapping portions along the width of the acquired images for purposes of creating a global image of the fingerprint~~ creating a complete image of a fingerprint from all available partial images" |

3

| means for reconstituting ||
|---|---|
| **AuthenTec's Old Claim Construction** | **AuthenTec's Changes** |
| The parties agree that this element is a means-plus-function element governed by 35 U.S.C. §112, ¶6.  The claimed function is reconstituting a total image of the fingerprint from said partial images.<br><br>The corresponding structure is microprocessor 60 containing a correlation algorithm that enables reconstruction of the complete image of the fingerprint of the finger from overlapping partial images obtained by the means for reading as specifically described in col. 8, ll. 31-65 or col. 9, ll. 31-41, and equivalents thereof. | The parties agree that this element is a means-plus-function element governed by 35 U.S.C. § 112, ¶6.<br><br>The claimed function is reconstituting a total image of the fingerprint from said partial images.<br><br><u>Proposed construction:</u><br><br>The corresponding structure is microprocessor 60, <span style="color:red;text-decoration:underline">random-access memory 61, and read-only memory 63 (8:11-14; 7:36-47)</span> containing a correlation algorithm that enables reconstruction of the complete image of the fingerprint of the finger from overlapping partial images obtained by the means for reading as specifically described at 8:31-65 or 9:31-41, and equivalents thereof.<br><br><span style="color:red;text-decoration:underline">The phrase "means for reading" should be construed as described above.</span> |

| correlation of overlapping partial images ||
|---|---|
| **AuthenTec's Old Claim Construction** | **AuthenTec's Changes** |
| Matching by correlation the overlapping portions of sequential partial overlapping images along the width (at both the top and bottom of the image in the case of all but the first and last acquired partial images) of each partial image and overlaying said overlapping portions along the width of the acquired images for purposes of creating a global image of the fingerprint. | "~~Matching by correlation the overlapping portions of sequential partial overlapping images along the width (at both the top and bottom of the image in the case of all but the first and last acquired partial images) of each partial image and overlaying said overlapping portions along the width of the acquired images for purposes of creating a global image of the fingerprint~~ <span style="color:red;text-decoration:underline">finding a position of optimal overlap between successive partial images and combining the images according to the determined optimal overlap</span>"  *See* Figure 12; 8:5-67. |

| active layer ||
|---|---|
| **AuthenTec's Old Claim Construction** | **AuthenTec's Changes** |
| A surface layer of the sensor that directly obtains a partial image of a fingerprint during physical contact with a finger and the sensing surface by directly measuring patterns of pressure and/or temperature, or by directly measuring the capacitance created by ridges and hollows of the finger on the surface of the sensor, wherein the capacitance is a direct a result of physical contact of the finger on the active surface of the sensor. | A surface layer of the sensor that directly obtains a partial image of a fingerprint during physical contact with a finger and the sensing surface by directly measuring patterns of pressure and/or temperature ~~or by directly measuring the capacitance created by ridges and hollows of the finger on the surface of the sensor, wherein the capacitance is a direct a result of physical contact of the finger on the active surface of the sensor~~.<br><br>The phrase "sensing surface" should be construed as described above. |

| active surface ||
|---|---|
| **AuthenTec's Old Claim Construction** | **AuthenTec's Changes** |
| AuthenTec did not propose a construction for this term. | "a surface both rigid enough and flexible enough to transmit, vertically and without modification the pattern of pressures exerted by a finger pressed directly on the layer" |

| capacitive elements ||
|---|---|
| **AuthenTec's Old Claim Construction** | **AuthenTec's Changes** |
| AuthenTec did not propose a construction for this term. | "contact sensitive elements that detect capacitance caused by the matrix of ridges and hollows on the surface of the sensor"<br><br>The phrase "contact sensitive elements" should be construed as described above. |

LA1 1152560v.1