1  Edward G. Poplawski (SBN 113590)
   *epoplawski@sidley.com*
2  Denise L. McKenzie (SBN 193313)
   *dmckenzie@sidley.com*
3  Olivia M. Kim (SBN 228382)
   *okim@sidley.com*
4  SIDLEY AUSTIN LLP
   555 West Fifth Street, Suite 4000
5  Los Angeles, California 90013-1010
   Telephone:     (213) 896-6000
6  Facsimile:     (213) 896-6600

7  **Attorneys For Plaintiffs**
   ATMEL CORPORATION;
8  ATMEL SWITZERLAND;
   ATMEL FRANCE; AND
9  ATMEL SARL

10                       UNITED STATES DISTRICT COURT

11                      NORTHERN DISTRICT OF CALIFORNIA

12                              OAKLAND DIVISION

13 
   ATMEL CORPORATION, a Delaware           ) Case No. 06-CV-2138 CW (EDL)
14 corporation; ATMEL SWITZERLAND, a       ) Case No. 07-CV-3331 CW
   corporation; ATMEL FRANCE, a corporation; )
15 and ATMEL SARL, a corporation,          ) **DECLARATION OF DENISE L.**
                                           ) **McKENZIE IN SUPPORT OF PLAINTIFFS'**
16                        Plaintiffs,      ) **RESPONSIVE BRIEF ON ITS COMBINED**
                                           ) **MOTION FOR PARTIAL SUMMARY**
17 v.                                      ) **JUDGMENT OF INFRINGEMENT AND**
                                           ) **OPENING *MARKMAN* BRIEF AND ITS**
18                                         ) **OPPOSITION TO DEFENDANT'S**
   AUTHENTEC, INC., a Delaware corporation,) **MOTION FOR SUMMARY JUDGMENT**
19                                         ) **OF NONINFRINGEMENT, CLAIM**
                          Defendant        ) **CONSTRUCTION AND EXCEPTIONAL**
20                                         ) **CASE FINDING**
                                           )
21                                         ) Hearing:
                                           )
22                                         ) Date:       May 1, 2008
                                           ) Time:       2 PM
23                                         ) Location:   Courtroom 2, 4th Floor
                                           ) Judge:      Hon. Claudia Wilken
24 ─────────────────────────────────────────)

25

26

27

28

LA1 1151694v.1

I, Denise L. McKenzie, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am a partner of the law firm of Sidley Austin LLP, attorneys of record for Plaintiffs Atmel Corporation, Atmel Switzerland, Atmel France and Atmel SARL (collectively, "Atmel"). If called as a witness, I could and would competently testify to all facts within my personal knowledge except where stated upon information and belief. I submit this declaration is support of *Plaintiffs' Responsive Brief on Its Combined Motion for Partial Summary Judgment of Infringement and Opening* Markman *Brief and Its Opposition to Defendant's Motion for Summary Judgment of Noninfringement, Claim Construction and Exceptional Case Finding*.

2. A true and correct copy of relevant pages (AUTH-A 017213 & AUTH-A 017223) from AuthenTec's PowerPoint presentation dated September 13, 2001 (bates-labeled AUTH-A 017169-223, used as Deposition Exhibit 16) is attached hereto as Exhibit O (FILED UNDER SEAL).

3. A true and correct copy of Derwent World Patents Reports is attached hereto as Exhibit P.

4. A true and correct copy of *Atmel's First Supplemental Responses to Defendant AuthenTec, Inc.'s Requests for Admissions Approved By January 31, 2008 Court Order* served on February 29, 2008 is attached hereto as Exhibit Q.

5. A true and correct copy of U.S. Patent No. 6,259,804 is attached hereto as Exhibit R.

6. A true and correct copy relevant pages from *USPTO Today*, Vol. 1, No. 11, Nov. 2000 is attached hereto as Exhibit S.

7. A true and correct copy of relevant pages (pp. 15-16) from the transcript of the deposition of Jean-Francois Mainguet taken on October 25-26, 2007 is attached hereto as Exhibit T (FILED UNDER SEAL).

**McKenzie Declaration In Support Of Plaintiffs'
Responsive Markman Brief & SJ Motion**
**06-CV-2138 CW (EDL); 07-CV-3331 CW**                    - 1 -
LA1 1151694v.1

8.   A true and correct copy of relevant page (AML034245) from Jean-Francois Mainguet's March 2002 Presentation (bates-labeled AML034241-279) is attached hereto as Exhibit U (FILED UNDER SEAL).

9.   A true and copy of relevant pages (pp. 49-50, 204-205, 215-219 and 329-330) from the transcript of the deposition of Peter Sherlock taken on November 7, 2008 is attached hereto as Exhibit V (FILED UNDER SEAL).

10.   True and correct copies of the following AuthenTec documents are attached hereto as Exhibit W (FILED UNDER SEAL):

    A.   Relevant pages (AUTH-A 005737) from *EN 55024, EN61000-4-2 ESD Test Plan & Procedure For The AES25XX Sensor* (bates-labeled AUTH-A 005733-749);

    B.   Relevant page (AUTH-A 021631) from *Aware Authentication Application; User's Guide* (bates-labeled AUTH-A 021628-646); and

    C.   Relevant pages (AUTH-A 050054-055) from *Idaho[AES2550] Design Specification* (bates-labeled AUTH-A 050001-100).

11.   A true and correct copy of relevant pages (pp. 8-10) from *Product Specification for the AES4000 Fingerprint Sensor; Hardware Reference* dated December 5, 2000 is attached hereto as Exhibit X.

12.   A true and correct copy of relevant pages (pp. 33-37, 44-47, 54-88, 93 and 113-119) from the transcript of the deposition of Art Stewart taken on November 28, 2007 is attached hereto as Exhibit Y (FILED UNDER SEAL).

13.   True and correct copies of the following AuthenTec documents are attached hereto as Exhibit Z (FILED UNDER SEAL):

    D.   Relevant pages (AUTH-A 005897-898) from *Industrial Design Guidelines For AES16xx Sensor Integration In USB Applications* dated March 8, 2006 (bates-labeled AUTH-A 005893-911);

   E. *Housing Guidelines for the AES2500 Sensor* (bates-labeled AUTH-A 006008-009);

   F. Relevant pages (AUTH-A 017764-765) from *AuthenTec Embedded Developer's Kit Sample Application User's Guide* dated May 17, 2006 (bates-labeled AUTH-A 017751-847);

   G. Relevant pages (AUTH-A 018350-351) from *Industrial Design Guidelines For AES15xx Sensor Integration In Mobile and Wireless Applications* dated January 13, 2006 (bates-labeled AUTH-A 018346-364);

   H. Relevant pages (AUTH-A 018407, 018434-436) from *AES1610 Sensor Hardware Integration Guide For USB Applications* dated July 19, 2006 (bates-labeled AUTH-A 018389-476);

   I. Relevant pages (AUTH-A 018764, 018788-790) from *AES2501B Sensor Hardware Integration Guide For USB Applications* dated July 11, 2006 (bates-labeled AUTH-A 018749-827);

   J. Relevant pages (AUTH-A 052648-649) from an e-mail from Jens Paetau (AuthenTec's Western Regional Sales Manager) to Microsoft dated December 13, 2006 (bates-labeled AUTH-A 052642-650); and

   K. E-mail from Jim Neil to Peter Sherlock et al. dated October 3, 2006 (bates-labeled AUTH-A 052651-653).

  14. A true and correct copy of U.S. Trademark Registration No. 3, 105,183 is attached hereto as Exhibit AA.

  15. A true and correct copy of U.S. Patent No. 5,963,679 is attached hereto as Exhibit BB.

16. A true and correct copy of a CD containing various media clips produced by AuthenTec (AUTH-A 050807, 053504, 053505, 053506, 053508-509, 053525, 053545, and 053547) is attached hereto as Exhibit CC (FILED UNDER SEAL).

17. A true and correct copy of relevant pages (pp. 132-134, 158-163 and 246-248) from the transcript of the deposition of Larry Ciaccia taken on November 9, 2007 is attached hereto as Exhibit DD (FILED UNDER SEAL).

18. A true and correct copy of relevant pages (AUTH-A 001491 & 001526) from PowerPoint Presentation entitled *Update and Overview* dated September 2006 by Larry Ciaccia (bates-labeled AUTH-A 001487-533) is attached hereto as Exhibit EE (FILED UNDER SEAL).

19. A true and correct copy of relevant pages from Manual of Patent Examining Procedure (MPEP) dated July 1998 is attached hereto as Exhibit FF.

20. A true and correct copy of AuthenTec's "Dollar Sheet" (bates-labeled AUTH-A 028161-165, used as Deposition Exhibit 158A) is attached hereto as Exhibit GG (FILED UNDER SEAL).

21. A true and correct copy of *HP Confidential Component Supplier Agreement* (bates-labeled AUTH-A 006282-288, used as Deposition Exhibit 89) is attached hereto as Exhibit HH (FILED UNDER SEAL).

22. A true and correct copy of relevant pages (pp. 24-29 and 40-43) from the transcript of deposition of Katy Recob taken on November 5, 2007 is attached hereto as Exhibit II (FILED UNDER SEAL).

23. True and correct copies of following documents are attached hereto as Exhibit JJ:

    A. AuthenTec's Press Release, *AuthenTec's AES1610 Sensor Selected by HP for 2007 Windows Vista™-Compliant Notebook*, January 8, 2007, stating that HP Paviliion tx1000 Notebook will be containing AuthenTec's AES1610;

    B. *HP Pavilion tx1000 CTO Notebook PC: Manual* from HP's website;

**McKenzie Declaration In Support Of Plaintiffs'**
**Responsive Markman Brief & SJ Motion**
**06-CV-2138 CW (EDL); 07-CV-3331 CW**      - 4 -
LA1 1151694v.1

C. AuthenTec's Press Release, *AuthenTec's Newest Biometric Fingerprint Sensor Selected by Lenovo*, June 12, 2006, stating that Lenovo 3000 V100 will be containing AuthenTec's EntrePad 1610; and

D. Lenovo's sales brochure on Lenovo 3000 V100.

24. A true and correct copy of *Fujitsu Global Procurement Agreement* (bates-labeled AUTH-A 005313-333, used as Deposition Exhibit 88) is attached hereto as Exhibit KK (FILED UNDER SEAL).

25. A true and correct copy of PowerPoint Presentation, *Nokia Visit*, dated August 31, 2005 (bates-labeled AUTH-A 001946-967, used as Deposition Exhibit 27) is attached hereto as Exhibit LL (FILED UNDER SEAL).

26. A true and correct copy of relevant pages (pp. 468 ("CPU") and 1215 ("microprocessor")) from RANDOM HOUSE UNABRIDGED DICTIONARY (2d ed. 1993) is attached hereto as Exhibit MM.

27. A true and correct copy of transcript of deposition of Roger D. McWilliams taken on March 13, 2008 is attached hereto as Exhibit NN (FILED UNDER SEAL).

28. A true and correct copy of documents bates-labeled RDW 0011-29 is attached hereto as Exhibit OO (FILED UNDER SEAL).

29. A true and correct copy of relevant pages (pp. 28-40) from the transcript of deposition of Julie Mar-Spinola taken on December 20, 2007 is attached hereto as Exhibit PP (FILED UNDER SEAL).

**McKenzie Declaration In Support Of Plaintiffs'**
**Responsive Markman Brief & SJ Motion**
**06-CV-2138 CW (EDL); 07-CV-3331 CW**
LA1 1151694v.1

- 5 -

1  I declare under penalty of perjury of the laws of the United States of America that the
2  foregoing is true and correct and that this Declaration is executed this 21st day of March, 2008, at
3  Los Angeles, California.

4
5
6
  *s/ Denise L. McKenzie*
  Denise L. McKenzie

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**McKenzie Declaration In Support Of Plaintiffs'**
**Responsive Markman Brief & SJ Motion**
**06-CV-2138 CW (EDL); 07-CV-3331 CW**                  - 6 -
LA1 1151694v.1