1  Edward G. Poplawski (SBN 113590)
   *epoplawski@sidley.com*
2  Denise L. McKenzie (SBN 193313)
   *dmckenzie@sidley.com*
3  Olivia M. Kim (SBN 228382)
   *okim@sidley.com*
4  SIDLEY AUSTIN LLP
   555 West Fifth Street, Suite 4000
5  Los Angeles, California  90013-1010
   Telephone:       (213) 896-6000
6  Facsimile:        (213) 896-6600

7  **Attorneys For Plaintiffs**
   Atmel Corporation;
8  Atmel Switzerland;
   Atmel France; and
9  Atmel SARL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ATMEL CORPORATION, a Delaware corporation; ATMEL SWITZERLAND, a corporation; ATMEL FRANCE, a corporation; and ATMEL SARL, a corporation, <br><br> Plaintiffs, <br><br> v. <br><br> AUTHENTEC, INC., a Delaware corporation, <br><br> Defendant | Case No.  C 06-02138 CW (EDL) <br> Case No. 07-CV-3331 CW <br><br> **EXHIBIT O: DOCUMENT PRODUCED BY AUTHENTEC** |

**MANUAL FILING NOTIFICATION**

Regarding:   EXHIBIT O TO DECLARATION OF DENISE L. McKENZIE IN SUPPORT OF PLAINTIFFS' RESPONSIVE BRIEF ON ITS COMBINED MOTION FOR PARTIAL SUMMARY JUDGMENT OF INFRINGEMENT AND OPENING *MARKMAN* BRIEF AND ITS OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OF NONINFRINGEMENT, CLAIM CONSTRUCTION AND EXCEPTIONAL CASE FINDING

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant on this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason:

    ITEM FILED UNDER SEAL

                                Respectfully Submitted,

DATED: March 21, 2008          By:  *s/ Olivia M. Kim*
                                        Edward G. Poplawski
                                        Denise L. McKenzie
                                        Franklin D. Kang
                                        Olivia M. Kim
                                        SIDLEY AUSTIN LLP
                                        555 West Fifth Street, Suite 4000
                                        Los Angeles, California 90013-1010
                                        Telephone: (213) 896-6000
                                        Facsimile: (213) 896-6600

                                        Attorneys for Plaintiffs,
                                        Atmel Corporation;
                                        Atmel Switzerland;
                                        Atmel France; and
                                        Atmel SARL