# EXHIBIT S

**Volume 1, No. 11**
**November 2000**
*Patents Special Edition*

# USPTO TODAY ONLINE



Office of Public Affairs
Washington, DC 20231
703/305-8341

Q. Todd Dickinson
Under Secretary of Commerce
for Intellectual Property and
Director of the United States
Patent and Trademark Office

Richard Maulsby
Director
Office of Public Affairs

Brigid Quinn
Deputy Director
Office of Public Affairs

Ruth Ann Nyblod
Managing Editor

The USPTO TODAY online is published monthly by the United States Patent and Trademark Office for its customers. The magazine is intended to inform and bring into focus the views and actions of the USPTO. Any product or service names that appear in the magazine are for informational purposes only and do not in any way constitute an endorsement by the USPTO.

Comments and suggestions are welcome by e-mail to ruth.nyblod@uspto.gov.

## Inside:

**Cover Story**
5    One Organization's Vision: The Patent Strategic Plan for Fiscal Years 2002- 2006

**Features**
4    A Foreword from the Commissioner for Patents

10   Point. Click. Patent Pending.... File Your Next Patent Application Online

12   Technology Center 2700 Splits to Accommodate Growth in Computer-Related Applications

14   Simplifying Patent Practice for the Independent Inventor and Small Business Owner... Final Rules Published

18   Patent Public Advisory Committee Holds First Meetings

20   The Patent Business: A Conversation with Nick Godici, Commissioner for Patents

26   USPTO Holds 3rd Annual Open House in Partnership with BIO

32   American Inventors Protection Act in Summary

**Departments**
2    In Touch with the Under Secretary for IP

29   Faces of the USPTO

31   Helpful Hints for Inventors

39   To the Editor

40   USPTO Customer Outreach

**The Magazine of the United States Patent and Trademark Office**

# Faces of the USPTO

The American Intellectual Property Law Association recognized the outstanding contributions of these patent examiners "to the integrity of intellectual property law while in distinguished service with the United States Patent and Trademark Office." AIPLA president, Lou Pirkey, and commissioner for patents, Nick Godici, presented certificates at the association's annual conference in October.



*AIPLA president, Louis T. Pirkey*



**Charles Cooley**
Technology Center 1700
10 years of service

**William Kamm**
Technology Center 3700
39 years of service



**Yon Couso**
Technology Center 2700
12 years of service

**Huy K. Mai**
Technology Center 2800
13 years of service



**Daniel Crane**
Technology Center 3700
28 years of service

**Dhirajlal Nakarani**
Technology Center 1700
10 years of service



**Fritz M. Fleming**
Technology Center 2800
15 years of service

**David P. Porta**
Technology Center 2800
15 years of service



**David Fox**
Technology Center 1600
16 years of service

**Chris Rodee**
Technology Center 1700
12 years of service



**Thomas R. Hannon**
Technology Center 3600
18 years of service

**Alan Rotman**
Technology Center 1600
38 years of service

**Harold J. Tudor**
Technology Center 3600
30 years of service



**Edward Urban**
Technology Center 2700
12 years of service



**William P. Watkins**
Technology Center 1700
12 years of service



**Steven A. Bratlie**
(photo not available)
Technology Center 3600
28 years of service

**Noah Kamen**
(photo not available)
Technology Center 3700
19 years of service

**Chris Low**
(photo not available)
Technology Center 1600
12 years of service

**Robert Weinhardt**
(photo not available)
Technology Center 2700
15 years of service

---

# Helpful Hints
## for Patent Applicants

Correspondence by Mail and Facsimiles

The USPTO is constantly striving to improve the proper routing and delivery of papers. As the largest recipient of mail in the Washington, D.C. area, the USPTO receives an average of 46,000 pieces of mail daily in our Mail Center including 6,000 pieces of