# EXHIBIT X



# AuthenTec, Inc.
Personal Security for the Real World™

# Product Specification
## …for the AES4000 Fingerprint Sensor



# Hardware Reference

2089 Rev 1.2a
December 5, 2000



AuthenTec, Inc.
Post Office Box 2719
Melbourne, Florida 32902-2719
321-308-1300
www.authentec.com

**AuthenTec, Inc.**

2089 R 1.2a (04DEC00)

AuthenTec welcomes your suggestions. We try to make our publications useful, interesting, and informative, and we hope you will take the time to help us improve them. Please send any comments or suggestions by mail or e-mail.

**Disclaimer of Warranty**

AUTHENTEC SOFTWARE, INCLUDING INSTRUCTIONS FOR ITS USE, IS PROVIDED "AS IS" WITHOUT WARRANTY OF ANY KIND. AUTHENTEC FURTHER DISCLAIMS ALL IMPLIED WARRANTIES INCLUDING WITHOUT LIMITATION ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR OF FITNESS FOR A PARTICULAR PURPOSE. THE ENTIRE RISK ARISING OUT OF THE USE OR PERFORMANCE OF THE SOFTWARE AND DOCUMENTATION REMAINS WITH YOU.

IN NO EVENT SHALL AUTHENTEC, ITS AUTHORS, OR ANYONE ELSE INVOLVED IN THE CREATION, PRODUCTION, OR DELIVERY OF THE SOFTWARE BE LIABLE FOR ANY DAMAGES WHATSOEVER (INCLUDING, WITHOUT LIMITATION, DAMAGE FOR LOSS OF BUSINESS PROFITS, BUSINESS INTERRUPTION, LOSS OF BUSINESS INFORMATION, OR OTHER PECUNIARY LOSS) ARISING OUT OF THE USE OF OR INABILITY TO USE THE SOFTWARE OR DOCUMENTATION, EVEN IF AUTHENTEC HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. BECAUSE SOME STATES OR COUNTRIES DO NOT ALLOW THE EXCLUSION OR LIMITATION OF LIABILITY FOR CONSEQUENTIAL OR INCIDENTAL DAMAGES, THE ABOVE LIMITATION MAY NOT APPLY TO YOU.

**U.S. Government Restricted Rights**

AuthenTec software and documentation are provided with RESTRICTED RIGHTS. Use, duplication, or disclosure by the government is subject to restrictions as set forth in subparagraph (c)(1)(ii) of the Rights in Technical Data and Computer Software clause at DFARS 252.227-7013 or subparagraph (c)(1) and (2) of the Commercial Computer Software – Restricted Rights 48 CFR 52.227-19, as applicable. Manufacturer is AuthenTec, Inc., Melbourne, Florida 32901-2719. This Agreement is governed by the laws of the State of Florida.

**AuthenTec, Inc.**
**Post Office Box 2719**
**Melbourne, Florida 32902-2719**
**321-308-1300**
**www.authentec.com**
**apps@authentec.com**

AuthenTec, FingerLoc, EntréPad, Aware, AES4000, AF-S2, ISX, TruePrint, the AuthenTec colophons and logotypes, and the phrase "Personal Security for the Real World" are trademarks of AuthenTec, Inc. Microsoft and Windows 98 are registered trademarks of Microsoft Corp. Microwire™ is a trademark of National Semiconductor Corp. All other trademarks are the property of their respective owners.

**Product Specification for the AES4000 Fingerprint Sensor**
**2089 Rev 1.2a (05DEC00)**

Copyright ©2000 by AuthenTec, Inc. No part of this publication may be reproduced in any form or by any means without prior written permission. Printed in the United States of America.



 AuthenTec, Inc.

2089 R 1.2a (04DEC00)

# OVERVIEW

## Form Factor

The AES4000 sensor is packaged in a JEDEC-standard 144-pin LQFP (Low-profile Quad Flat Package). Physical dimensions (in millimeters) are shown in the following illustration.

Figure - AES4000 Dimensions



1.4 mm body thickness

## Functional Summary

The AES4000 sensor is comprised of a **sensor matrix**, a **drive ring**, and supporting electronics. The purpose of these elements is to detect the presence of a finger placed on the surface of the sensor matrix, and to reliably produce a digital image of the fingerprint. This image must be suitable for processing through AuthenTec, AuthenTec Solution Provider, or third-party software for the purpose of identifying (authenticating) the person associated with the image.

### The Sensor Matrix

A fingerprint detection platen, the *sensor matrix*, occupies the center of the chip. This area is 11.43mm (0.45 in) square, and is the actual surface of the integrated circuit die.

The surface of the *sensor matrix* is treated with a proprietary, advanced ceramic coating, having a Mohs hardness rating of 7+. The purpose of this layer is to protect the exposed IC and to generally resist abrasion and wear.

The *sensor matrix* is comprised of 9,216 individual elements arranged in a 96 x 96 square pattern. It is further organized into six rectangular rows or "sub-arrays"





2089 R 1.2a (04DEC00)

(numbered 0 through 5), each containing 96 columns of 16 pixels (1,536 elements). With the notched corner of the IC on the lower right (when viewed from the *sensor matrix* side) the sub-array rows are oriented in horizontal bands across the surface with row 0 at the bottom as illustrated below.

Each element in the *sensor matrix* is provided with an under-pixel amplifier, a synchronous demodulator, and a spatial filter node. The image is digitized by scanning each column within an enabled sub-array. The active column is selected by a 16 channel multiplexer. From the multiplexer each of the 16 pixels in the column of the enabled sub-array is sampled and digitized.

The AES4000 has three pin-selectable interfaces: Parallel, Serial, and USB. For each configuration, the designer must be careful to appropriately tie unused inputs on the package.



## The Drive Ring

The *sensor matrix* is surrounded by a rectangular, annular *drive ring*. The *drive ring* is lighter in color than the adjacent chip body and sensor matrix.

The *drive ring* is excited by on-chip direct digital synthesis components that generate a sinusoidal signal. The phase, frequency, and amplitude of this signal are programmatically controlled through the use of the sensor control registers.

**AuthenTec, Inc.**

2089 R 1.2a (04DEC00)

## Operation

The *sensor matrix* is in effect an array of active antennas that receives the very small signal transmitted by the drive ring. The *drive ring* signal is coupled to the user's finger and is modulated by its passage through the subdermal structure of the finger. The finger must make simultaneous contact with both the sensor matrix <u>and</u> the drive ring (see the preceding illustration) to create a pattern that accurately mimics the configuration of this living skin layer.

A fingerprint image is created by digitizing the multiplexed outputs from one sensor row at a time, in a user-specified programmatic sequence. The default is from Row 0 through Row 6, wrapping back from Row 6 to Row 0, starting at the rightmost column. The AES4000 offers the capability of starting and stopping the scan at a user-selectable sub-array. This allows the programmer to establish a strategy for which portion of the fingerprint is to be scanned. A shorter scan can result in quicker settling of Automatic Gain Control (AGC) software and thus a consequent saving in real time.

During imaging, power is applied to a selected column in a selected row, enabling the column to drive an analog channel bus. The analog channel is amplified, integrated, and presented to *sample* and *hold* circuits. The sample and hold outputs are digitized and are then at the selected interface.

## Functional Features

Here is a high-level feature list for the AES4000 fingerprint sensor:

- Programmable finger-on detection rate. The sensor IC remains in idle mode between the 128µs-long finger detection periods. (Register 83h).

- Independent control of stimulus frequency and amplitude for Detection mode. (Register 86h and 87h).

- Independent control of stimulus frequency and amplitude for Measurement mode. (Register 89h and 8Ah).

- Programmable settling delay period to minimize transition to Measurement mode due to noise (Register 83h).

- Automatic transition to Measurement mode after detecting a finger. This feature can be over-ridden so that the AES4000 remains permanently in Measurement mode (Register 81h).

- Adjustable bias for the under-pixel amplifiers (Register 8Ah).

- Adjustable phase of the demodulation signal relative to the stimulus (Register 8Ch and 8Dh).

- Settable Column Scan period. (Register 88h).