# EXHIBIT AA

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

**United States Patent and Trademark Office**

Reg. No. 3,105,183
Registered June 13, 2006

## TRADEMARK
### PRINCIPAL REGISTER

## THE POWER OF TOUCH

AUTHENTEC, INC. (DELAWARE CORPORATION)
SUITE 400
709 S. HARBOR CITY BLVD
MELBOURNE, FL 32901

FOR: AUTHENTICATION AND IDENTIFICATION PRODUCTS, NAMELY, COMPUTER SOFTWARE, BIOMETRIC MATCHING SOFTWARE, BIOMETRIC INDEXING SOFTWARE, AND CRYPTOGRAPHIC PROTECTION SOFTWARE, AND RELATED HARDWARE, NAMELY, FINGERPRINT SENSORS AND ASSOCIATED COMPUTER CHIPS AND ELECTRONIC CIRCUITRY FOR USE IN DETERMINING THE IDENTITY OF UNKNOWN PERSONS AND TO VERIFY THE CLAIMED IDENTITY OF PERSONS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 8-0-2005; IN COMMERCE 8-0-2005.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 78-535,432, FILED 12-20-2004.

ALAIN LAPTER, EXAMINING ATTORNEY