1  Edward G. Poplawski (SBN 113590)
   *epoplawski@sidley.com*
2  Denise L. McKenzie (SBN 193313)
   *dmckenzie@sidley.com*
3  Olivia M. Kim (SBN 228382)
   *okim@sidley.com*
4  SIDLEY AUSTIN LLP
   555 West Fifth Street, Suite 4000
5  Los Angeles, California  90013-1010
   Telephone:        (213) 896-6000
6  Facsimile:        (213) 896-6600

7  **Attorneys For Plaintiffs**
   Atmel Corporation;
8  Atmel Switzerland;
   Atmel France; and
9  Atmel SARL

10                     UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                         OAKLAND DIVISION

13
   ATMEL CORPORATION, a Delaware          )  Case No.  C 06-02138 CW (EDL)
14 corporation; ATMEL SWITZERLAND, a      )  Case No. 07-CV-3331 CW
   corporation; ATMEL FRANCE, a corporation; )
15 and ATMEL SARL, a corporation,         )  **EXHIBIT CC: CD OF VIDEO CLIPS**
                                          )  **PRODUCED BY AUTHENTEC**
16                        Plaintiffs,     )
                                          )
17 v.                                     )
                                          )
18                                        )
   AUTHENTEC, INC., a Delaware corporation, )
19                                        )
                          Defendant       )
20 _____    )

21

22              **MANUAL FILING NOTIFICATION**

23
   Regarding:    EXHIBIT CC TO DECLARATION OF DENISE L. McKENZIE IN SUPPORT OF
24             PLAINTIFFS' RESPONSIVE BRIEF ON ITS COMBINED MOTION FOR
              PARTIAL SUMMARY JUDGMENT OF INFRINGEMENT AND OPENING
25             *MARKMAN* BRIEF AND ITS OPPOSITION TO DEFENDANT'S MOTION FOR
              SUMMARY JUDGMENT OF NONINFRINGEMENT, CLAIM CONSTRUCTION
26             AND EXCEPTIONAL CASE FINDING

27

28

1    This filing is in paper or physical form only, and is being maintained in the case file in the

2  Clerk's office.

3
      If you are a participant on this case, this filing will be served in hard-copy shortly.
4

5    For information on retrieving this filing directly from the court, please see the court's main

6  web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

7
      This filing was not e-filed for the following reason:
8
            ITEM FILED UNDER SEAL; and
9
            PHYSICAL OBJECT (CD OF VIDEO CLIPS)
10

11                                          Respectfully Submitted,

12
  DATED: March 21, 2008                By:    *s/ Olivia M. Kim*
13                                              Edward G. Poplawski
                                                Denise L. McKenzie
14                                              Franklin D. Kang
                                                Olivia M. Kim
15                                              SIDLEY AUSTIN LLP
                                                555 West Fifth Street, Suite 4000
16                                              Los Angeles, California 90013-1010
                                                Telephone: (213) 896-6000
17                                              Facsimile: (213) 896-6600

18
                                                Attorneys for Plaintiffs,
19                                              Atmel Corporation;
                                                Atmel Switzerland;
20                                              Atmel France; and
                                                Atmel SARL
21

22

23

24

25

26

27

28

                                     2