Edward G. Poplawski (SBN 113590)
epoplawski@sidley.com
Denise L. McKenzie (SBN 193313)
dmckenzie@sidley.com
Olivia M. Kim (SBN 228382)
okim@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

**Attorneys For Plaintiffs**
Atmel Corporation;
Atmel Switzerland;
Atmel France; and
Atmel SARL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ATMEL CORPORATION, a Delaware corporation; ATMEL SWITZERLAND, a corporation; ATMEL FRANCE, a corporation; and ATMEL SARL, a corporation,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>AUTHENTEC, INC., a Delaware corporation,<br><br>　　　　　　　Defendant | Case No. C 06-02138 CW (EDL)<br>Case No. 07-CV-3331 CW<br><br>**EXHIBIT DD: EXCERPTS FROM TRANSCRIPT OF DEPOSITION OF LARRY CIACCIA** |

**MANUAL FILING NOTIFICATION**

Regarding: EXHIBIT DD TO DECLARATION OF DENISE L. McKENZIE IN SUPPORT OF PLAINTIFFS' RESPONSIVE BRIEF ON ITS COMBINED MOTION FOR PARTIAL SUMMARY JUDGMENT OF INFRINGEMENT AND OPENING *MARKMAN* BRIEF AND ITS OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OF NONINFRINGEMENT, CLAIM CONSTRUCTION AND EXCEPTIONAL CASE FINDING

1   This filing is in paper or physical form only, and is being maintained in the case file in the
2   Clerk's office.

3   If you are a participant on this case, this filing will be served in hard-copy shortly.
4

5   For information on retrieving this filing directly from the court, please see the court's main
6   web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

7   This filing was not e-filed for the following reason:
8       ITEM FILED UNDER SEAL
9

10             Respectfully Submitted,

11  DATED: March 21, 2008        By:   *s/ Olivia M. Kim*
12             Edward G. Poplawski
               Denise L. McKenzie
13             Franklin D. Kang
               Olivia M. Kim
14             SIDLEY AUSTIN LLP
15             555 West Fifth Street, Suite 4000
               Los Angeles, California 90013-1010
16             Telephone: (213) 896-6000
               Facsimile: (213) 896-6600
17
18             Attorneys for Plaintiffs,
               Atmel Corporation;
19             Atmel Switzerland;
               Atmel France; and
20             Atmel SARL
21
22
23
24
25
26
27
28