1 | Edward G. Poplawski (SBN 113590)
  | *epoplawski@sidley.com*
2 | Denise L. McKenzie (SBN 193313)
  | *dmckenzie@sidley.com*
3 | Olivia M. Kim (SBN 228382)
  | *okim@sidley.com*
4 | SIDLEY AUSTIN LLP
  | 555 West Fifth Street, Suite 4000
5 | Los Angeles, California  90013-1010
  | Telephone:        (213) 896-6000
6 | Facsimile:        (213) 896-6600

7 | **Attorneys For Plaintiffs**
  | Atmel Corporation;
8 | Atmel Switzerland;
  | Atmel France; and
9 | Atmel SARL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ATMEL CORPORATION, a Delaware corporation; ATMEL SWITZERLAND, a corporation; ATMEL FRANCE, a corporation; and ATMEL SARL, a corporation,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>AUTHENTEC, INC., a Delaware corporation,<br><br>　　　　　　　　Defendant | Case No.  C 06-02138 CW (EDL)<br>Case No. 07-CV-3331 CW<br><br>**EXHIBIT HH: DOCUMENT PRODUCED BY AUTHENTEC** |

**MANUAL FILING NOTIFICATION**

Regarding:    EXHIBIT HH TO DECLARATION OF DENISE L. McKENZIE IN SUPPORT OF PLAINTIFFS' RESPONSIVE BRIEF ON ITS COMBINED MOTION FOR PARTIAL SUMMARY JUDGMENT OF INFRINGEMENT AND OPENING *MARKMAN* BRIEF AND ITS OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OF NONINFRINGEMENT, CLAIM CONSTRUCTION AND EXCEPTIONAL CASE FINDING

1  This filing is in paper or physical form only, and is being maintained in the case file in the
2  Clerk's office.

3  If you are a participant on this case, this filing will be served in hard-copy shortly.
4

5  For information on retrieving this filing directly from the court, please see the court's main
6  web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

7  This filing was not e-filed for the following reason:
8      ITEM FILED UNDER SEAL
9

10      Respectfully Submitted,

11  DATED: March 21, 2008    By: *s/ Olivia M. Kim*
12      Edward G. Poplawski
       Denise L. McKenzie
13      Franklin D. Kang
       Olivia M. Kim
14      SIDLEY AUSTIN LLP
       555 West Fifth Street, Suite 4000
15      Los Angeles, California 90013-1010
       Telephone: (213) 896-6000
16      Facsimile: (213) 896-6600

17
       Attorneys for Plaintiffs,
18      Atmel Corporation;
       Atmel Switzerland;
19      Atmel France; and
       Atmel SARL
20