# EXHIBIT JJ



SEARCH [       ] GO





Press Release

## AuthenTec's AES1610 Sensor Selected by HP for 2007 Windows Vista™-Compliant Notebook

LAS VEGAS, NV/MELBOURNE, FL, January 8, 2007 – AuthenTec, the world leader in fingerprint sensor security, innovation and sales, today announced that its AES1610 fingerprint sensor – the world's smallest fingerprint sensor that provides enhanced security and trusted PC protection – has been selected by HP for its new HP Pavilion tx1000 Entertainment Notebook PC.

The AES1610 fingerprint sensor allows authorized users to simply slide their finger across the integrated sensor to log on, access personal online banking and financial transactions, email and other password-protected Web sites, and to quickly switch applications – eliminating the need to remember cumbersome passwords and PINs. In addition to making the HP notebook easier to use, the sensor reduces the risk of theft and fraud by restricting access to the computer and its files – including purchased media and entertainment content – to only those individuals who are enrolled.

The HP Pavilion tx1000 Entertainment Notebook PC is the first Windows Vista™-compliant[1] notebook to offer an integrated fingerprint sensor from AuthenTec. It is also the first HP model to use the AES1610, which is the newest and smallest advanced sensor for the PC market. The notebook will be featured this week in the HP booth at the 2007 International Consumer Electronics Show (CES) and will be widely available for purchase in February.

"We are extremely pleased that HP continues to leverage AuthenTec's TruePrint technology and to lead the way in integrating fingerprint biometrics into a comprehensive line of consumer and commercial PCs," said Scott Moody, Chairman and CEO of AuthenTec. "The move by HP signals the demand for biometrics at the consumer level."

HP introduced its first biometrically-enabled PC with an AuthenTec sensor, the HP Compaq nx6125 Notebook PC, in June 2005. Based on the success of this initial model, HP has since included AuthenTec fingerprint sensors across its commercial notebook line, shipping millions of notebooks across multiple models. Building on that momentum, HP is now expanding the feature into its latest consumer notebook model.

"HP embraced fingerprint biometrics early on with our commercial notebooks and our customers have

### COMPANY NEWS

02/25/2008
AuthenTec Introduces World's Most Secure Fingerprint Sensor
more »

02/21/2008
AuthenTec to Present at the Raymond James Annual Institutional Investors Conference
more »

02/20/2008
AuthenTec Brings Convenient Security to World's First Terabyte Notebooks
more »

responded positively to the new feature," said Mark Sanchez, vice president, Consumer Computing – North America, HP. "We are pleased to offer AuthenTec's technology on our new HP Pavilion tx1000 Entertainment Notebooks to provide our customers with additional security and help them avoid the inconveniences of forgotten passwords."

During the 2007 International CES, being held at the Las Vegas Convention Center, in the Sands Expo and Convention Center and the Venetian in Las Vegas from January 8-11, demonstrations of the HP Pavilion tx1000 Entertainment Notebook PC will be offered at the HP booth (#31112 at the Las Vegas Convention Center, South Hall), the AMD booth, and Microsoft booth during show floor hours. For more information about AuthenTec, please visit the company's CES booth #70628 located in the NFC (Near Field Communications) TechZone in the Sands Expo and Convention Center.

The HP Pavilion tx1000 Entertainment Notebook PC is expected to be available on February 28, via www.hpshopping.com or by calling 1-888-345-5409.

AuthenTec sensors are used in 150 different models of notebook and tablet PCs, including those made by 7 of the world's top 10 PC manufacturers. This makes AuthenTec TruePrint-enabled sensors the most popular sensor for notebook and tablet PCs worldwide. The sensor features AuthenTec's extremely accurate TruePrint and TrueMatch technologies, the only solution in production that reads fingerprints below the surface of the skin – enabling the sensor to read virtually every fingerprint, anywhere.

## About AuthenTec

With more than 14 million sensors in use worldwide, AuthenTec is the world leader in fingerprint sensor security, innovation and sales to the PC, wireless, and access control markets. AuthenTec's award-winning FingerLoc® and EntréPad® sensors take full advantage of the "Power of Touch" by utilizing the company's patented TruePrint® technology to deliver the most convenient, reliable and cost-effective means available for enabling touch-powered features that extend beyond user authentication. The company's network of partners, solution providers and customers include: Analog Devices, APC, ASUSTek, Cherry, Compal, Computer Associates, Fujitsu Computer, HP, IBM, Lenovo, LG Electronics, Microsoft, Motion Computing, MPC Computers, NEC Packard Bell, Pantech, Quanta, Samsung, Tatung, Texas Instruments, Toshiba, and Wistron, among others. Visit www.authentec.com

[1] Certain Windows Vista product features require advanced or additional hardware. See www.microsoft.com/windowsvista/getready/hardwarereqs.mspx and www.microsoft.com/windowsvista/getready/capable.mspx for details. Windows Vista Upgrade Advisor can help you determine which features of Windows Vista will run on your computer. To download the tool, visit www.windowsvista.com/upgradeadvisor.

\#    \#    \#

**Contacts**

| | |
|---|---|
| Larry Ciaccia | Erika Freed |
| AuthenTec | Zer0 to 5ive |
| larry.ciaccia@authentec.com | erika@0to5.com |
| 321.917.4010 | 917.359.7974 |

**North America Headquarters**
709 South Harbor City Blvd.
Melbourne, Florida 32901 USA
321-308-1300 info@authentec.com

**Asia Headquarters**
4000 Wen Xiang Road
Songjiang Shanghai 201616
86-21-5776-3300

© 2007 AuthenTec. All Rights Reserved.

United States - English

» HP Home | » Products & Services | » Support & Drivers | » Solutions | » How to Buy

» Contact HP

Search:   Product (optional): [HP Pavilion tx1000 CTO N] (e.g. Deskjet 990cse)

Question or keywords: [                    ]

⦿ HP Customer Care   ○ All of HP United States

HP Customer Care | HP Pavilion tx1000 CTO Notebook PC | Product information



# HP Pavilion tx1000 CTO Notebook PC: Manuals

» HP Customer Care

🛒 **Shopping cart**
Your cart is empty

» HP Pavilion tx1000 CTO Notebook PC
  » Solve a problem
  » Software & Driver downloads
  » Setup and install
  » How to
  » Product information
    » Manuals
  » FAQs

» Register your product
» HP Total Care
» Parts ordering
» Repair order status
» Contact HP

Recently Browsed Products
» HP Pavilion tx1000 CTO Notebook PC

Learn more
» Home & Home Office
» Online classes
» Learn and use
» Activity Center

Browse & Buy
» Online store
» Supplies & Accessories
» Offers & rebates

**About these files:**
These manuals are provided as a courtesy to our customers for printing only. For online browsing please click the back button on your computer and select another category from the technical support options.

**Manuals in PDF format**

PDF manuals require the Adobe Acrobat Reader for viewing and printing.
**Note:** Use the most current version of the reader for viewing these PDF manuals by clicking the "Adobe" link below. You will be taken to the Adobe site for download of the reader.

Choose your language
[English] ▶

| Title | Date | Size |
|---|---|---|
| » HP Pavilion tx1000 Entertainment PC - Maintenance and Service Guide | N/A | 3.48M |
| » Power Management - Windows Vista | N/A | 333.02k |
| » Notebook Tour - Windows Vista | N/A | 734.46k |
| » Pointing Devices and Keyboard - Windows Vista | N/A | 377.79k |
| » Bluetooth Wireless Technology Basics | N/A | 305.98k |
| » Setup Utility - Windows Vista and XP | N/A | 135.67k |
| » Wireless (Select Models Only) - Windows Vista | N/A | 173.03k |
| » External Media Cards - Windows Vista | N/A | 158.07k |
| » Memory Modules - Windows Vista | N/A | 195.55k |

| | | | |
|---|---|---|---|
| » Extended service plans | » External Devices - Windows Vista | N/A | 122.89k |
| | » Hard Drive White Paper | N/A | 188.95k |
| | » Drives - Windows Vista | N/A | 318.93k |
| | » Getting Started: Compaq Notebook Series | N/A | 5.14M |
| | » Security - Windows Vista | N/A | 192.06k |
| | » Remote Control (Select Models Only) - Windows Vista | N/A | 224.43k |
| | » Multimedia - Windows Vista | N/A | 421.4k |
| | » Software Update, Backup, and Recovery - Windows Vista | N/A | 189.78k |
| | » HP USB Digital Drive | N/A | 4.18M |
| | » Modem and Local Area Network - Windows Vista | N/A | 222.83k |

Get Adobe Reader » Download Adobe® Acrobat® Reader now

Adobe the Adobe logo and Adobe Acrobat Reader are trademarks of Adobe Systems Incorporated.

**Still not finding what you're looking for?**

Search »   Contact HP »

**Printable version**

---

Privacy statement        Using this site means you agree to its terms        Feedback to Webmaster

© 2008 Hewlett-Packard Development Company, L.P.









Press Release

AuthenTec's Newest Biometric Fingerprint Sensor Selected by Lenovo

MELBOURNE, FL, June 12, 2006 -- AuthenTec today announced that Lenovo has introduced its first notebook computer featuring the company's new EntréPad 1610 -- the world's smallest fingerprint sensor for PCs. The introduction marks the third Lenovo notebook that includes an AuthenTec sensor.

Lenovo integrated the EntréPad 1610 into the Lenovo V100, a new ultraportable widescreen notebook PC. AuthenTec's sensor, combined with password management software, is part of the Lenovo 3000 notebook s security system -- from initial authentication to web and application access.

Launched in January 2006, the EntréPad 1610 is based on AuthenTec's patented TruePrint and TrueMatch technologies, which provide the highest quality fingerprint imaging and matching -- enabling the company's extremely small sensors to provide higher accuracy and reliability than much larger competitive sensors.

The EntréPad 1610 also is the first sensor architected to leverage the breadth of existing industry security platforms -- including the Trusted Computing Group's (TCG) version 1.2 Trusted Platform Module (TPM) specifications and Microsoft Vista Secure Startup -- and future platforms such as Intel's LaGrande technology. Leveraging these platforms provides the most trusted security and helps ensure that the sensor meets future industry standards.

The EntréPad 1610 replaces the need to remember passwords -- allowing authorized users to easily and quickly access their favorite computer applications or internet web sites by simply sliding their finger across the sensor surface. At the same time, the sensor restricts access to the computer and its files to only those enrolled -- reducing the risk of theft or fraud.

With AuthenTec's EntréPad, the Lenovo notebook computer also helps protect the user's vital biometric information by storing encrypted fingerprint pattern data directly on the computer itself, rather than actual fingerprint images that are sent over the internet or stored on a central database.

We are excited that Lenovo, one of the leading notebook computer manufacturers, is helping to

### COMPANY NEWS

02/25/2008
AuthenTec Introduces World's Most Secure Fingerprint Sensor
more »

02/21/2008
AuthenTec to Present at the Raymond James Annual Institutional Investors Conference
more »

02/20/2008
AuthenTec Brings Convenient Security to World's First Terabyte Notebooks
more »

pioneer the use of small, trusted fingerprint sensors to provide advanced security for their newest PCs. The EntréPad 1610's small size and extreme security are perfect additions to notebook, tablet and desktop PCs, said Tom Aebli, director of PC segment marketing for AuthenTec.

AuthenTec is the recognized volume supplier leader of fingerprint sensors -- shipping nearly two thirds of all sensors sold in the PC, wireless and access control markets during the past five years. The company's sensors are used in more than 150 different notebook and tablet computers, portable hard drives, mice, keyboards, memory keys, cell phones and other devices.

## About AuthenTec

With more than nine million sensors in use worldwide, AuthenTec is the world leader in fingerprint sensor security, innovation and sales to the PC, wireless, and access control markets. AuthenTec's award-winning FingerLoc® and EntréPad® sensors take full advantage of The Power of Touch" by utilizing the company's patented TruePrint® technology to deliver the most convenient, reliable and cost-effective means available for enabling touch-powered features that extend beyond user authentication. The company's network of partners, solution providers and customers include: Analog Devices, APC, ASUSTek, Compal, Cherry, Fujitsu Computer, Computer Associates, HP, IBM, Lenovo, LG Electronics, Microsoft, Motion Computing, MPC Computers, NEC Packard Bell, Pantech, Quanta, Samsung, Tatung, Texas Instruments, Toshiba, and Wistron, among others. Visit www.authentec.com.

**North America Headquarters**
709 South Harbor City Blvd.
Melbourne, Florida 32901 USA
321-308-1300 info@authentec.com

**Asia Headquarters**
4000 Wen Xiang Road
Songjiang Shanghai 201616
86-21-5776-3300

Home | About Us | Legal | Contact Us | Sitemap

© 2007 AuthenTec. All Rights Reserved

**Lenovo recommends Windows Vista™ Business.**

# THINK YOU CAN'T AFFORD TO LIGHTEN UP?
# THINK AGAIN.



Being the boss can mean carrying a heavy load at times. Your widescreen computer shouldn't add to it. That's why we developed the Lenovo 3000 V100. It proves good things come in small packages—a wide, beautiful screen, integrated optical drive, multimedia features and ultraportability. It's all about worry-free computing—easy on your mind and easy on your budget.

**The Lenovo 3000 V100 notebook**

It's stylish and compact.

It has a 12.1" VibrantView display.

It's loaded with multimedia features.

It has Genuine Windows Vista™

It's available with the Intel® Core™ 2 Duo Processor.

It's got a full-size keyboard.[1]

It's brought to you by the innovators behind ThinkPad® notebooks.

It's an incredible value.

It's easy to buy: **lenovo.com** or 1.866.426.1316

It's a new kind of computer for a new kind of world. From a new kind of company.

**New World. New Thinking.™**

lenovo.com



**Lenovo recommends Windows Vista™ Business.**

We developed the V100 notebook to help you do more amazing things. From system recovery to simplified management, it's packed with tools that help you stay focused on what you do best.

### Everything you need. Including help.

It's ultraportable—starting at just 1.8kg (4 lb)[2] with an integrated optical drive.

It offers great multimedia with InterVideo InstantON and Multimedia Center.

It has an integrated camera and fingerprint reader on select models.

It comes with integrated Wireless LAN.

It's backed by an outstanding warranty.[3]

It offers service around the clock and around the world.[4]

### Introducing Lenovo Care[SM] tools.

They help recover from a crash with the push of a button.

They make connecting to available networks easy.

They streamline maintenance tasks.

### Innovation for all.

We're the world's third-largest PC company.

We employ 27,000 people in 66 countries.

We're passionate about small business.

We refuse to stop innovating.

### Lenovo 3000 V100 specifications
Machine type: 0763

**Processor[5]**
Intel® Core™ 2 Duo Processor T7200, T5600, T5500, or T5200 (up to 2.0GHz, 4MB, 667 MHz)
Intel® Core™ Duo Processor T2250 (1.73GHz, 2MB, 533MHz)

**Preloaded operating system[6]**
Genuine Windows Vista™ Business 32
Genuine Windows Vista Home Premium 32
Genuine Windows Vista Home Basic 32

**Display/resolution**
12.1" widescreen WXGA VibrantView (1280x800)

**Hard disk drive[7]**
Serial ATA 40, 60, 80, 100 or 120GB 5400rpm

**Memory[8]**
Up to 2GB PC2-5300 667MHz DDR2 or up to 4GB PC2-4200 533MHz DDR2

**Optical drive**
CD-RW/DVD-ROM Combo or DVD Recordable (Dual Layer)

**Camera**
1.3 megapixel Integrated Camera (select models)

**Integrated communications**
Modem, 10/100 Ethernet
Lenovo 11a/b/g/n[9] Wireless LAN Mini-PCI Express Adapter (select models)
Intel PRO/Wireless 3945ABG (select models)
Bluetooth™,[10]

**Security**
Fingerprint reader (select models)

**Li-Ion battery life[11]**
Up to 4.4hr (with Lenovo V100 Series 6 Cell Li-Ion Battery)

**Expansion**
3 USB 2.0 ports, IEEE 1394 (4 pin), VGA, 5-in-1 Multicard Reader, Express Card/54

**Weight[2]**
Starting at 1.81kg (4 lb) with 3-cell battery

**Thinness[12]**
Approximately 31.75mm (1.25")

**Limited warranty[3]**
1yr with 3yr upgrade available

**Included software[13]**
Lenovo Care[SM] tools, Adobe Reader; Diskeeper Lite; Corel Small Business Center, featuring WordPerfect Office 12 (includes full versions of WordPerfect and Photo Album 6 Starter); Google: Google Toolbar, Google Desktop, Picasa from Google; InterVideo InstantON, InterVideo WinDVD (DVD, DVD/CD-RW & DVD-RW models), InterVideo WinDVD Creator (DVD-RW models only), Roxio DigitalMedia LE (DVD/CD-RW & DVD-RW models), Norton Internet Security 2005 Antispyware Edition (90 days of virus definitions), PC Doctor

**Accessories**
Lenovo Carrying Case – Messenger (40Y8598)
Lenovo V100 Series 3 Cell Li-Ion Battery (40Y8319)
Lenovo V100 Series 6 Cell Li-Ion Battery (40Y8321)



Shown with optional
Lenovo Carrying Case – Messenger



Protect your notebook in style with Lenovo 3000 Carrying Cases. Designed to fit your needs with convenient backpack, messenger bag and top-load styles.



© 2007 Lenovo. Produced in the USA, 01-07. All rights reserved. **Availability:** All offers subject to availability. Lenovo reserves the right to alter product offerings and specifications at any time without notice. Lenovo is not responsible for photographic or typographic errors. **Warranty Information:** For a copy of applicable product warranties, write to: Warranty Information, P.O. Box 12195, RTP, NC 27709, Attn: Dept. ZPYA/B676. Lenovo makes no representation or warranty regarding third-party products or services. **Footnotes: [1] Full-size keyboard:** As defined by ISO/IEC 15412. **[2] Weight:** includes 3-cell battery and standard optical drive; weight may vary due to vendor components, manufacturing process and options. **[3] Limited warranty:** Support unrelated to a warranty issue may be subject to additional charges. **[4] International Warranty Service:** is available for most models in any country in which this product is sold and serviced. Service delivery methods and parts availability vary by country, may be different from that in the country of purchase, and are subject to change without notice. Fees and restrictions may apply in some countries. **[5] Mobile Processors:** Power management reduces processor speed when in battery mode. **[6] Operating system:** Level of support varies by operating system. Operating systems not preloaded on the system may not provide full feature functionality. Refer to lenovo.com/pc/support and enter your machine type and model number for more information. **[7] Hard disk drive:** GB=1,000,000,000 bytes. Accessible capacity is less; up to 4GB is service partition. **[8] Memory:** For PCs without a separate video card, memory supports both system and video. Accessible system memory is up to 64MB less than the amount stated, depending on video mode. **[9] 11a, 11b, and 11g wireless:** are based on IEEE 802.11a, 802.11b, and 802.11g respectively. The IEEE 802.11n specification has not been finalized and is currently in draft release. The Lenovo and ThinkPad 11a/b/g/n Wireless LAN Mini-PCI Express Adapters are based on the Draft Release, Version 1.0, of the IEEE 802.11n specification. An adapter with 11a/b, 11a/b/g, or 11a/b/g/n can communicate on any of its supported formats; the actual connection will be based on the access point to which it connects. **[10] The Bluetooth word mark and logos:** are owned by Bluetooth SIG, Inc. and any use of such marks by Lenovo is under license. **[11] Battery:** These model numbers achieved Battery Rundown Time of at least the time shown during testing. A description of the testing is available at lenovo.com/pc/ww/thinkpad/batterylife. Battery life (and recharge times) will vary based on many factors including screen brightness, applications, features, power management, battery conditioning and other customer preferences. **[12] Thinness:** may vary at certain points on the system. **[13] Included Software:** may differ from its retail version (if available) and may not include user manuals or all program functionality. License agreements may apply. **Trademarks:** The following are trademarks or service marks of Lenovo: Lenovo and the Lenovo logo, Lenovo Care and ThinkPad. IBM and the IBM logo are trademarks of IBM Corporation and are used under license. Intel and Intel Core are trademarks of Intel Corporation. Microsoft,® Vista and Windows are registered trademarks of Microsoft Corporation. Other company, product and service names may be trademarks or service marks of others.

Visit *lenovo.com/safecomputing* periodically for the latest information on safe and effective computing.                                                                                                                                                      LVD01737-USEN-02