1  Edward G. Poplawski (SBN 113590)
   *epoplawski@sidley.com*
2  Denise L. McKenzie (SBN 193313)
   *dmckenzie@sidley.com*
3  Olivia M. Kim (SBN 228382)
   *okim@sidley.com*
4  SIDLEY AUSTIN LLP
   555 West Fifth Street, Suite 4000
5  Los Angeles, California 90013-1010
   Telephone:      (213) 896-6000
6  Facsimile:      (213) 896-6600

7  **Attorneys For Plaintiffs**
   Atmel Corporation;
8  Atmel Switzerland;
   Atmel France; and
9  Atmel SARL

10                     UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                           OAKLAND DIVISION

13 
   ATMEL CORPORATION, a Delaware         )  Case No. C 06-02138 CW (EDL)
14 corporation; ATMEL SWITZERLAND, a     )  Case No. 07-CV-3331 CW
   corporation; ATMEL FRANCE, a corporation; )
15 and ATMEL SARL, a corporation,        )  **EXHIBIT KK: DOCUMENT PRODUCED**
                                         )  **BY AUTHENTEC**
16                    Plaintiffs,        )
                                         )
17 v.                                    )
                                         )
18                                       )
   AUTHENTEC, INC., a Delaware corporation, )
19                                       )
                      Defendant          )
20 _____)

21

22               **MANUAL FILING NOTIFICATION**

23
   Regarding:   EXHIBIT KK TO DECLARATION OF DENISE L. McKENZIE IN SUPPORT OF
24              PLAINTIFFS' RESPONSIVE BRIEF ON ITS COMBINED MOTION FOR
                PARTIAL SUMMARY JUDGMENT OF INFRINGEMENT AND OPENING
25              *MARKMAN* BRIEF AND ITS OPPOSITION TO DEFENDANT'S MOTION FOR
                SUMMARY JUDGMENT OF NONINFRINGEMENT, CLAIM CONSTRUCTION
26              AND EXCEPTIONAL CASE FINDING

27

28

1  This filing is in paper or physical form only, and is being maintained in the case file in the
2  Clerk's office.

3
4  If you are a participant on this case, this filing will be served in hard-copy shortly.

5  For information on retrieving this filing directly from the court, please see the court's main
6  web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

7
8  This filing was not e-filed for the following reason:
   ITEM FILED UNDER SEAL
9

10                                              Respectfully Submitted,

11 DATED: March 21, 2008            By:   *s/ Olivia M. Kim*
12                                        Edward G. Poplawski
                                          Denise L. McKenzie
13                                        Franklin D. Kang
                                          Olivia M. Kim
14                                        SIDLEY AUSTIN LLP
                                          555 West Fifth Street, Suite 4000
15                                        Los Angeles, California 90013-1010
                                          Telephone: (213) 896-6000
16                                        Facsimile: (213) 896-6600
17
                                          Attorneys for Plaintiffs,
18                                        Atmel Corporation;
                                          Atmel Switzerland;
19                                        Atmel France; and
                                          Atmel SARL
20
21
22
23
24
25
26
27
28

2