# EXHIBIT MM

# RANDOM HOUSE UNABRIDGED DICTIONARY

## NEWLY REVISED AND UPDATED

*Dedicated to the memory of*
*Jess Stein*

COPYRIGHT © 1993, 1987, BY RANDOM HOUSE, INC.

First Edition: Copyright © 1983, 1981, 1979, 1973, 1971, 1970, 1969, 1967, 1966, by Random House, Inc.

All rights reserved under International and Pan-American Copyright Conventions. No part of this book may be reproduced in any form or by any means, electronic or mechanical, including photocopying, without permission in writing from the publisher. All inquiries should be addressed to Reference Department, Random House, Inc., 201 E. 50th Street, New York, N.Y. 10022. Published in the United States by Random House, Inc., and simultaneously in Canada by Random House of Canada Limited, Toronto

The *Random House Unabridged Dictionary, Second Edition,* is a revised and updated edition of *The Random House Dictionary of the English Language, Second Edition, Unabridged.*

*Random House Unabridged Dictionary, The Random House Dictionary of the English Language,* and the abbreviations RHD, RHDEL, RHD-I, and RHD-II are trademarks of Random House, Inc.

Library of Congress Cataloging-in-Publication Data
Random House unabridged dictionary.
(Random House dictionaries)
1. English language—Dictionaries. I. Flexner,
Stuart Berg. II. Series.
PE1625.R3   1987     423     93-84591
ISBN 0-679-42917-4; 0-679-42441-5 (with CD-ROM)

A number of entered words which we have reason to believe constitute trademarks have been designated as such. However, no attempt has been made to designate as trademarks or service marks all words or terms in which proprietary rights may exist. The inclusion, exclusion, or definition of a word or term is not intended to affect, or to express a judgment on, the validity or legal status of the word or term as a trademark, service mark, or other proprietary term.

*The Concise French Dictionary,* edited by Francesca L. V. Langbaum, Copyright © 1983, 1954, by Random House, Inc.

*The Concise German Dictionary,* edited by Jenni Karding Moulton, Copyright © 1983, 1959, by Random House, Inc.

*The Concise Italian Dictionary,* edited by Robert A. Hall, Jr., Copyright © 1983, 1957, by Random House, Inc.

*The Concise Spanish Dictionary,* edited by Donald F. Solá, Copyright © 1983, 1954, by Random House, Inc.

*International Phonetic Alphabet,* courtesy International Phonetic Association.

Manufactured in the United States of America

d.s./sn

New York    Toronto    London    Sydney    Auckland

**Coyo′te State′,** South Dakota (used as a nickname).
**coy•pu** (koi′pōō), *n., pl.* **-pus,** (*esp. collectively*) **-pu.** a large, South American, aquatic rodent, *Myocastor* (or *Myopotamus*) *coypus*, yielding the fur nutria. [1785–95; < AmerSp *coipú* < Araucanian *coipu*]


coypu,
*Myocastor coypus*;
head and body
2 ft. (0.6 m);
tail to
16 in. (41 cm)

**coz** (kuz), *n. Informal.* cousin. [short form]
**coze** (kōz), *v.,* **cozed, coz•ing,** *n.* —*v.i.* **1.** to converse in a friendly way; chat. —*n.* **2.** a friendly talk; a chat. Also, **cose.** [1820–30; < F *causer* to chat, OF: to reason, expound < L *causārī* to plead a cause, plead as an excuse, deriv. of *causa* CAUSE]
**coz•en** (kuz′ən), *v.t., v.i.* to cheat, deceive, or trick. [1565–75; perh. < ONF *coçonner* to resell, v. deriv. of *coçon* retailer (< L *coctiōnem*, acc. of *coctiō, cōciō* dealer), influenced by MF *cousin* dupe, lit., COUSIN] —**coz′en•er,** *n.* —**coz′en•ing•ly,** *adv.*
**coz•en•age** (kuz′ə nij), *n.* **1.** the practice of cozening. **2.** the condition of being cozened. [1555–65; COZEN + -AGE]
**co•zey** (kō′zē), *adj.,* **-zi•er, -zi•est,** *n., pl.* **-zeys,** *v.,* **-zied, -zy•ing.** cozy.



**Co•zu•mel** (kō′zə mel′; *Sp.* kô′sōō mel′), *n.* an island off NE Quintana Roo state, on the Yucatán Peninsula, in SE Mexico: tourist resort.
**co•zy** (kō′zē), *adj.,* **-zi•er, -zi•est,** *n., pl.* **-zies,** *v.,* **-zied, -zy•ing.** —*adj.* **1.** snugly warm and comfortable: *a cozy little house.* **2.** convenient or beneficial, usually as a result of dishonesty or connivance: *a very cozy agreement between competing firms.* **3.** suggesting opportunistic or conspiratorial intimacy: *a cozy relationship between lobbyists and some politicians.* **4.** discreetly reticent or noncommittal: *The administrators are remaining cozy about which policy they plan to adopt.* —*n.* **5.** a padded covering for a teapot, chocolate pot, etc., to retain the heat. —*v.t.* **6.** to make more cozy (often fol. by *up*) *New curtains would cozy the room up a bit.* —*v.i.* **7. cozy up** or **up to,** *Informal.* **a.** to move closer for comfort or affection: *Come over to the fire and cozy up a bit.* **b.** to try to become friendly or intimate in order to further one's own ends; attempt to ingratiate oneself: *He's always cozying up to the boss.* Also, **cosy, cozey, co′zie.** [1700–10; orig. Scots; perh. < Scand; cf. Norw *koselig* cozy, *kose seg* to enjoy oneself] —**co′zi•ly,** *adv.* —**co′zi•ness,** *n.*
—**Syn. 1.** snug, comfy, homey, sheltered.
**Coz•zens** (kuz′ənz), *n.* **James Gould,** 1903–78, U.S. novelist.
**CP,** candlepower.
**cP,** centipoise. Also, **cp**
**cp.,** compare.
**C.P., 1.** Chief Patriarch. **2.** command post. **3.** Common Prayer. **4.** Communist Party.
**c.p., 1.** chemically pure. **2.** circular pitch. **3.** command post. **4.** common pleas.
**C.P.A., 1.** See **certified public accountant. 2.** chartered public accountant.
**CPB,** Corporation for Public Broadcasting. Also, **C.P.B.**
**CPCU,** *Insurance.* Chartered Property and Casualty Underwriter. Also, **C.P.C.U.**
**cpd.,** compound.
**CPI,** See **consumer price index.**
**cpi,** characters per inch.
**cpl.,** corporal.
**CPM, 1. *Com.*** cost per thousand. **2.** Critical Path Method.
**cpm,** *Com.* cost per thousand.
**CP/M,** *Trademark.* Control Program/Microprocessors: a microcomputer operating system.
**c.p.m., 1.** *Music.* common particular meter. **2.** cycles per minute.
**CPO,** See **chief petty officer.** Also, **C.P.O., c.p.o.**
**C power supply,** *Electronics.* See **C supply.**
**CPR,** See **cardiopulmonary resuscitation.**
**CPS,** See **certified professional secretary.**

CONCISE ETYMOLOGY KEY: <, descended or borrowed from; >, whence; b., blend of, blended; c., cognate with; cf., compare; deriv.,

**cps, 1.** *Computers.* characters per second. **2.** cycles per second.
**CPSC,** See **Consumer Product Safety Commission.** Also, **C.P.S.C.**
**cpt.,** counterpoint.
**CPT theorem,** the proposition that all the laws of physics are unchanged by the combined operations of charge conjugation (C), space inversion (P), and time reversal (T). Also called **PCT theorem, TCP theorem.**
**CPU,** *Computers.* central processing unit: the key component of a computer system, which contains the circuitry necessary to interpret and execute program instructions. Also called **central processor, microprocessor.** [1965–70]
**CQ, 1.** *Radio.* a signal sent at the beginning of radiograms conveying general information or sent by an amateur as an invitation for any other amateur to reply. **2.** *Mil.* charge of quarters.
**c quark,** *Physics.* See **charmed quark.**
**CR, 1.** conditioned reflex; conditioned response. **2.** consciousness-raising. **3.** critical ratio.
**Cr,** *Symbol, Chem.* chromium.
**cr., 1.** credit. **2.** creditor. **3.** crown.
**C.R., 1.** Costa Rica. **2.** *Banking.* credit report.
**craal** (kräl), *n.* kraal.
**crab**[1] (krab), *n., v.,* **crabbed, crab•bing.** —*n.* **1.** any decapod crustacean of the suborder Brachyura, having the eyes on short stalks and a short, broad, more or less flattened body, the abdomen being small and folded under the thorax. **2.** any of various other crustaceans, as the hermit crab, or other animals, as the horseshoe crab, resembling the true crabs. **3.** (*cap.*) *Astron., Astrol.* the zodiacal constellation or sign Cancer. **4.** (*cap.*) *Astron.* the Crab Nebula. **5.** any of various mechanical contrivances for hoisting or pulling. **6.** *Aeron.* the maneuver of crabbing. **7.** *Informal.* the crab louse. See under **louse** (def. 1). **8. crabs, a.** (*used with a singular v.*) a losing throw, as two aces, in the game of hazard. **b.** pediculosis. **9. catch a crab,** to make a faulty stroke in rowing, so that the oar strikes the water forcibly on the backstroke. —*v.i.* **10.** to catch or attempt to catch crabs. **11.** to move sideways, diagonally, or obliquely, esp. with short, abrupt bursts of speed; scuttle. **12.** *Aeron.* (of an aircraft) to head partly into the wind to compensate for drift. **13.** *Naut.* to drift or advance with some movement sideways, esp. when under tow. —*v.t.* **14.** to move (a vehicle or object) sideways, diagonally, or obliquely, esp. with short, abrupt movements. **15.** *Aeron.* to head (an aircraft) partly into the wind to compensate for drift. [bef. 1000; ME *crabbe,* OE *crabba;* c. D *krab,* ON *krabbi;* akin to G *Krebs*] —**crab′like′,** *adj.*


crab[1],
*Callinectes sapidus;*
length 3 in. (8 cm)

**crab**[2] (krab), *n.* a crab apple fruit or tree. [1300–50; ME *crabbe;* perh. special use of CRAB[1]]
**crab**[3] (krab), *n., v.,* **crabbed, crab•bing.** —*n.* **1.** *Informal.* an ill-tempered or grouchy person. —*v.i.* **2.** *Informal.* to find fault; complain. **3.** (of hawks) to claw each other. —*v.t.* **4.** *Informal.* to find fault with. **5.** to make ill-tempered or grouchy; embitter. **6.** (of a hawk) to claw (another hawk). **7.** *Slang.* to spoil. [1350–1400; ME; back formation from CRABBED] —**crab′ber,** *n.*
**crab′ ap′ple, 1.** a small, sour, wild apple. **2.** any of various small, tart, cultivated varieties of apple, used for making jelly and preserves. **3.** any tree bearing such fruit. [1705–15]
**Crabb** (krab), *n.* **George,** 1778–1851, English author and philologist.
**Crabbe** (krab), *n.* **George,** 1754–1832, English poet.
**crab•bed** (krab′id), *adj.* **1.** grouchy; ill-natured; irritable; churlish. **2.** perverse; contrary; obstinate. **3.** hard to understand; intricate and obscure. **4.** difficult to read or decipher, as handwriting. [1250–1300; ME; see CRAB[1], -ED[3]] —**crab′bed•ly,** *adv.* —**crab′bed•ness,** *n.*
—**Syn. 1.** cross, peevish, cantankerous.
**crab•ber** (krab′ər), *n.* **1.** a person who catches crabs. **2.** a boat used in catching crabs. [1840–50; CRAB[1] + -ER[1]]
**crab•bing** (krab′ing), *n.* **1.** the activity or occupation of fishing for crabs. **2.** a finishing process for reducing shrinkage and creasing of woolens and worsteds by stretching the fabric on a rotating cylinder and immersing in hot or, sometimes, cold water. **3.** *Aeron.* the maneuver of heading partly into the wind to compensate for drift. [1870–75; CRAB[1] + -ING[1]]
**crab•by** (krab′ē), *adj.,* **-bi•er, -bi•est.** *Informal.* grouchy; ill-natured; irritable; peevish. [1540–50; CRAB[3] + -Y[1]] —**crab′bi•ly,** *adv.* —**crab′bi•ness,** *n.*
**crab′ cac′tus,** a cactus, *Schlumbergera truncata* (or *Zygocactus truncatus*), native to Brazil, having stems with leaflike segments and showy red flowers and often cultivated as a houseplant. Also called **Thanksgiving cactus.** [1895–1900, *Amer.*]
**crab′ can′on,** *Music.* a canon in which the imitating voice is the theme in retrograde motion.
**crab•eat•er** (krab′ē′tər), *n.* any of various animals that feed on crabs, as the cobia. [1805–15, *Amer.*; CRAB[1] + EATER] —**crab′eat′ing,** *n., adj.*
**crab′ grass′,** an annual grass, *Digitaria sanguinalis.*

**crab•meat** (krab′mēt′), *n.* the parts of a crab used for food. [CRAB[1] + MEAT]
**Crab′ Neb′ula,** *Astron.* the remnant of a supernova explosion, observed in 1054 A.D., in the constellation Taurus. [1885–90]
**crab-plov•er** (krab′pluv′ər, -plō′vər), *n.* a black and white wading bird, *Dromas ardeola,* of the western and southern shores of the Indian Ocean. [so called from its diet]
**crab's′ eye′.** See **Indian licorice.** [1875–80, *Amer.*]
**crab′ spi′der,** any crab-shaped spider of the family Thomisidae, characterized by its sideways manner of moving. [1860–65]
**crab•stick** (krab′stik′), *n.* **1.** a stick, cane, or club made of wood, esp. of the crab tree. **2.** an ill-tempered, grouchy person; crosspatch. [1695–1705; CRAB[2] + STICK[1]]
**crab′ tree′,** a tree bearing crab apples. [1300–50; ME]
**crab•wise** (krab′wīz′), *adv.* sideways: *patrons edging crabwise along the crowded row of theater seats.* [1900–05; CRAB + -WISE]
**crab•wood** (krab′wōōd′), *n.* carapa. [1840–50; CRAB[2] + WOOD[1]]
**crack** (krak), *v.i.* **1.** to break without complete separation of parts; become fissured: *The plate cracked when I dropped it, but it was still usable.* **2.** to break with a sudden, sharp sound: *The branch cracked under the weight of the snow.* **3.** to make a sudden, sharp sound in or as if in breaking; snap: *The whip cracked.* **4.** (of the voice) to break abruptly and discordantly, esp. into an upper register, as because of weariness or emotion. **5.** to fail; give way: *His confidence cracked under the strain.* **6.** to succumb or break down, esp. under severe psychological pressure, torture, or the like: *They questioned him steadily for 24 hours before he finally cracked.* **7.** *Chem.* to decompose as a result of being subjected to heat. **8.** *Chiefly South Midland and Southern U.S.* to brag; boast. **9.** *Chiefly Scot.* to chat; gossip. —*v.t.* **10.** to cause to make a sudden sharp sound: *The driver cracked the whip.* **11.** to break without complete separation of parts; break into fissures. **12.** to break with a sudden, sharp sound: *to crack walnuts.* **13.** to strike and thereby make a sharp noise: *The boxer cracked his opponent on the jaw.* **14.** to induce or cause to be stricken with sorrow or emotion; affect deeply. **15.** to utter or tell: *to crack jokes.* **16.** to cause to make a cracking sound: *to crack one's knuckles.* **17.** to damage, weaken, etc.: *The new evidence against him cracked his composure.* **18.** to make mentally unsound. **19.** to make (the voice) harsh or unmanageable. **20.** to solve; decipher: *to crack a murder case.* **21.** *Informal.* to break into (a safe, vault, etc.). **22.** *Chem.* to subject to the process of cracking, as in the distillation of petroleum. **23.** *Informal.* to open and drink (a bottle of wine, liquor, beer, etc.). **24. crack a book,** *Informal.* to open a book in order to study or read: *He hardly ever cracked a book.* **25. crack a smile,** *Informal.* to smile. **26. crack down,** to take severe or stern measures, esp. in enforcing obedience to laws or regulations: *The police are starting to crack down on local drug dealers.* **27. crack off,** to cause (a piece of hot glass) to fall from a blowpipe or punty. **28. crack on,** *Naut.* **a.** (of a sailing vessel) to sail in high winds under sails that would normally be furled. **b.** (of a power vessel) to advance at full speed in heavy weather. **29. crack up,** *Informal.* **a.** to suffer a mental or emotional breakdown. **b.** to crash, as in an automobile or airplane: *He skidded into the telephone pole and cracked up.* **c.** to wreck an automobile, airplane, or other vehicle. **d.** to laugh or to cause to laugh unrestrainedly: *That story about the revolving door really cracked me up. Ed cracked up, too, when he heard it.* **30. crack wise,** *Slang.* to wisecrack: *We tried to be serious, but he was always cracking wise.* **31. get cracking,** *Informal.* **a.** to begin moving or working; start: *Let's get cracking on these dirty dishes!* **b.** to work or move more quickly. —*n.* **32.** a break without complete separation of parts; fissure. **33.** a slight opening, as between boards in a floor or wall, or between a door and its doorpost. **34.** a sudden, sharp noise, as of something breaking. **35.** the snap of or as of a whip. **36.** a resounding blow: *He received a terrific crack on the head when the branch fell.* **37.** *Informal.* a witty or cutting remark; wisecrack. **38.** a break or change in the flow or tone of the voice. **39.** *Informal.* opportunity; chance; try: *Give him first crack at the new job.* **40.** a flaw or defect. **41.** Also called **rock.** *Slang.* pellet-size pieces of highly purified cocaine, prepared with other ingredients for smoking, and known to be especially potent and addicting. **42.** *Masonry.* check[1] (def. 46). **43.** a mental defect or deficiency. **44.** a shot, as with a rifle: *At the first crack, the deer fell.* **45.** a moment; instant: *He was on his feet again in a crack.* **46.** *Slang.* a burglary, esp. an instance of housebreaking. **47.** *Chiefly Brit.* a person or thing that excels in some respect. **48.** *Slang* (*vulgar*). the vulva. **49.** *Chiefly Scot.* conversation; chat. **50.** *Brit. Dial.* boasting; braggadocio. **51.** *Archaic.* a burglar. **52. fall through the cracks,** to be overlooked, missed, or neglected: *In any inspection process some defective materials will fall through the cracks.* Also, **slip between the cracks.**
—*adj.* **53.** first-rate; excellent: *a crack shot.*
—*adv.* **54.** with a cracking sound. [bef. 1000; ME *crak(k)en* (v.), *crak* (n.), OE *cracian* to resound; akin to G *krachen,* D *kraken* (v.), and G *Krach,* D *krak* (n.)] —**crack′a•ble,** *adj.* —**crack′less,** *adj.*
**crack•a•jack** (krak′ə jak′), *n., adj.* crackerjack.
**crack-brain** (krak′brān′), *n.* a foolish, senseless, or insane person. [1560–70; CRACK(ED) + BRAIN]
**crack•brained** (krak′brānd′), *adj.* foolish, senseless, or insane. [1625–35; CRACKBRAIN + -ED[3]]
**crack•down** (krak′doun′), *n.* the severe or stern enforcement of regulations, laws, etc., as to root out abuses

**mi·cro·lec·i·thal** (mī′krə les′i thəl), *adj. Embryol.* having a small amount of yolk, as certain eggs or ova. [MICRO- + LECITHAL]

**mi·cro·lite** (mī′krə līt′), *n. Mineral.* **1.** any microscopic crystal. **2.** a mineral, principally calcium pyrotantalate, Ca$_2$Ta$_2$O$_7$, occurring in cubic crystals. [1825–35; MICRO- + -LITE]

**mi·cro·lith** (mī′krə lith), *n. Archaeol.* a tiny stone tool, often of geometric shape, made from a bladelet and mounted singly or in series as the working part of a composite tool or weapon. Cf. **macrolith, tranchet.** [1875–80; MICRO- + -LITH]

**mi·cro·lith·ic** (mī′krə lith′ik), *adj.* **1.** pertaining to or characterized by the use of microliths, as a people or culture. **2.** of the nature of or resembling a microlith, as a tool. [1870–75; MICROLITH + -IC]

**mi·cro·lit·ic** (mī′krə lit′ik), *adj. Petrog.* of or pertaining to the texture of a porphyry whose groundmass consists of microlites in a glassy matrix. [1875–80; MICROLITE + -IC]

**mi·crol·o·gy** (mī krol′ə jē), *n.* excessive attention to petty details or distinctions. [1650–60; < Gk *mikrología* minute discussion, frivolity. See MICRO-, -LOGY] —**mi·cro·log·i·cal** (mī′krə loj′i kəl), **mi′cro·log′ic,** *adj.* —**mi·crol′o·gist,** *n.*

**mi·cro·man·age** (mī′krō man′ij), *v.t.* **-aged, -ag·ing.** to manage or control with excessive attention to minor details. [1985–90] —**mi′cro·man′age·ment,** *n.*

**mi·cro·ma·nip·u·la·tion** (mī′krō mə nip′yə lā′shən), *n.* the technique of performing mechanical operations under high magnification through the use of specialized tools. [1920–25; MICRO- + MANIPULATION]

**mi·cro·mere** (mī′krə mēr′), *n.* a small blastomere, as one of those that form toward the animal pole in embryos that undergo unequal cleavage or those that occur in the embryo of mammals. [1875–80; MICRO- + -MERE]

**mi·cro·me·te·or·ol·o·gy** (mī′krō mē′tē ə rol′ə jē), *n.* the study of local and small-scale atmospheric phenomena, usually confined to the physical and dynamic occurrences within a shallow stratum of air adjacent to the ground. Cf. **macrometeorology, mesometeorology, microclimatology.** [1925–30; MICRO- + METEOROLOGY] —**mi·cro·me·te·or·o·log·i·cal** (mī′krō mē′tē ər ə loj′i kəl), *adj.*

**mi·crom·e·ter**[1] (mī krom′i tər), *n.* **1.** any of various devices for measuring minute distances, angles, etc., as in connection with a telescope or microscope. **2.** Also called **mike, microm′eter cal′iper.** a precision instrument with a spindle moved by a finely threaded screw, for the measurement of thicknesses and short lengths, commonly used by machinists for turning shafts or boring holes. Also, *esp. Brit.,* **mi·crom′e·tre.** [1660–70; MICRO- + -METER]

**mi·cro·me·ter**[2] (mī′krō mē′tər), *n.* micron (def. 1). [MICRO- + METER[1]]

**mi·cro·meth·od** (mī′krə meth′əd), *n.* **1.** the use of magnification, usually by using a microscope, for studying or for performing mechanical operations on a very small scale. **2.** the use of much smaller quantities for achieving test results than is standard for the procedure. [1915–20; MICRO- + METHOD]

**mi·crom·e·try** (mī krom′i trē), *n.* the act or process of taking measurements with a micrometer. [1850–55; MICRO- + -METRY] —**mi·cro·met·ri·cal** (mī′krō me′tri kəl), **mi′cro·met′ric,** *adj.* —**mi′cro·met′ri·cal·ly,** *adv.*

**micromicro-,** *pico-.*

**mi·cro·mi·cro·far·ad** (mī′krō mī′krō far′əd, -ad), *n. Elect.* picofarad. *Symbol:* μμF [1905–10; MICRO- + MICROFARAD]

**mi·cro·min·i** (mī′krō min′ē), *adj., n., pl.* **-min·is.** *Informal.* —*adj.* **1.** microminiature. —*n.* **2.** something of a microminiature size: *Among rosebushes, the microminis are just 6 inches tall.* **3.** an extremely short miniskirt. [1965–70; MICRO- + MINI]

**mi·cro·min·i·a·ture** (mī′krō min′ē ə chər, -choŏr′, -mīn′ə-), *adj.* built on an extremely small scale, smaller than subminiature, esp. of electronic equipment with small solid-state components in the place of vacuum tubes. [1955–60; MICRO- + MINIATURE]

**mi·cro·min·i·a·tur·i·za·tion** (mī′krō min′ē ə chər ə zā′shən, -mīn′ə-), *n.* extreme miniaturization, esp. of electronic equipment, with extensive use of integrated circuits. [1950–55; MICRO- + MINIATURIZATION]

**mi·cro·min·i·a·tur·ize** (mī′krō min′ē ə chə rīz′, -mīn′ə-), *v.t.* **-ized, -iz·ing.** (esp. of electronic equipment) to make extremely small; subject to microminiaturization. Also, *esp. Brit.,* **mi·cro·min′i·a·tur·ise′.** [1955–60; MICRO- + MINIATURIZE]

**mi·cro·mo·tion** (mī′krō mō′shən), *n.* **1.** a motion, esp. a periodic one, of very short duration or length. **2.** (in time and motion study) the analysis of the time of a work performance in its basic subdivisions with the aid of a timing apparatus, motion-picture equipment, etc. [1910–15; MICRO- + MOTION]

**mi·cro·mount** (mī′krə mount′), *n.* a mineralogical specimen displayed in such a way as to facilitate viewing it under a binocular microscope. [MICRO- + MOUNT[1]]

**mi·cron** (mī′kron), *n., pl.* **-crons, -cra** (-krə). **1.** Also called **micrometer.** the millionth part of a meter. *Symbol:* μ, mu **2.** *Physical Chem.* a colloidal particle whose diameter is between 0.2 and 10 microns. **3.** *Physics.* a very small unit of pressure, equal to that exerted by a column of mercury 1μ high. Also, **mikron.** [1880–85; < Gk *mikrón* a little, n. use of neut. sing. of *mikrós* small; see -ON[1]]

**Mi·cro·ne·sia** (mī′krə nē′zhə, -shə), *n.* **1.** one of the three principal divisions of Oceania, comprising the small Pacific islands N of the equator and E of the Phil-

Ponape, Truk, Yap, and Kosrae: part of the Trust Territory of the Pacific Islands.

**Mi·cro·ne·sian** (mī′krə nē′zhən, -shən), *adj.* **1.** of or pertaining to Micronesia, its inhabitants, or their languages. —*n.* **2.** a native of Micronesia. **3.** the Malayo-Polynesian languages of Micronesia, taken collectively. [MICRONESI(A) + -AN]

**mi·cro·nu·cle·ate** (mī′krō noō′klē it, -āt′, -nyoō′-), *adj. Biol.* having a micronucleus. [1955–60; MICRONUCLE(US) + -ATE[1]]

**mi·cro·nu·cle·us** (mī′krō noō′klē əs, -nyoō′-), *n., pl.* **-cle·i** (-klē ī′). *Biol.* the smaller of the two types of nuclei occurring in ciliate protozoans. Cf. **macronucleus.** [1890–95; MICRO- + NUCLEUS] —**mi′cro·nu′cle·ar,** *adj.*

**mi·cro·nu·tri·ent** (mī′krō noō′trē ənt, -nyoō′-), *n. Biochem.* an essential nutrient, as a trace mineral or vitamin, that is required by an organism in minute amounts. [1935–40; MICRO- + NUTRIENT]

**mi·cro·or·gan·ism** (mī′krō ôr′gə niz′əm), *n.* any organism too small to be viewed by the unaided eye, as bacteria, protozoa, and some fungi and algae. [1875–80; MICRO- + ORGANISM] —**mi·cro·or·gan·ic** (mī′krō ôr gan′ik), **mi′cro·or·gan·is′mal,** *adj.*

**mi·cro·pa·le·on·tol·o·gy** (mī′krō pā′lē ən tol′ə jē, -pal′ē-), *n.* the branch of paleontology dealing with the study of microscopic fossils. [1880–85; MICRO- + PALEONTOLOGY] —**mi·cro·pa·le·on·to·log·i·cal** (mī′krō pā′lē on′tl oj′i kəl, -pal′ē-), **mi′cro·pa′le·on′to·log′ic,** *adj.* —**mi·cro·pa′le·on·tol′o·gist,** *n.*

**mi·cro·par·a·site** (mī′krō par′ə sīt′), *n.* a parasitic microorganism. [1880–85; MICRO- + PARASITE] —**mi·cro·par·a·sit·ic** (mī′krō par′ə sit′ik), *adj.*

**mi·cro·pa·thol·o·gy** (mī′krō pə thol′ə jē), *n.* the branch of pathology dealing with the microscopic study of changes that occur in tissues and cells during disease. [MICRO- + PATHOLOGY]

**mi·cro·phage** (mī′krə fāj′), *n. Immunol.* a small phagocytic cell in blood or lymph, esp. a polymorphonuclear leukocyte. [1885–90; MICRO- + -PHAGE]

**mi·cro·phone** (mī′krə fōn′), *n.* an instrument capable of transforming sound waves into changes in electric currents or voltage, used in recording or transmitting sound. [1875–80; MICRO-, in sense "enlarging" (extracted from MICROSCOPE) + -PHONE]

**mi·cro·phon·ic** (mī′krə fon′ik), *adj.* **1.** of, pertaining to, or in the nature of a microphone. **2.** *Electronics.* tending to or capable of exhibiting microphonism. [1840–50; MICROPHONE + -IC]

**mi·cro·phon·ism** (mī′krə fō′niz əm), *n. Electronics.* a usually undesirable property of some electronic circuits or components in which mechanical vibrations of a component affect the signal being transmitted through the circuit. [1945–50; MICROPHONE + -ISM]

**mi·cro·pho·to·graph** (mī′krə fō′tə graf′, -gräf′), *n.* **1.** microfilm (def. 1). **2.** a small photograph requiring optical enlargement to render it visible in detail. **3.** a photomicrograph. [1855–60; MICRO- + PHOTOGRAPH] —**mi·cro·pho·to·graph·ic** (mī′krə fō′tə graf′ik), *adj.* —**mi·cro·pho·tog·ra·phy** (mī′krə fə tog′rə fē), *n.*

**mi·cro·pho·tom·e·ter** (mī′krō fō tom′i tər), *n. Optics.* a photometer adapted for measuring the intensity of light emitted, transmitted, or reflected by minute objects. [1895–1900; MICRO- + PHOTOMETER] —**mi·cro·pho·to·met·ric** (mī′krō fō′tə me′trik), *adj.* —**mi′cro·pho′to·met′ri·cal·ly,** *adv.* —**mi′cro·pho·tom′e·try,** *n.*

**mi·cro·phys·ics** (mī′krə fiz′iks), *n.* (*used with a singular v.*) the branch of physics dealing with physical objects that are not large enough to be observed and treated directly, as elementary particles, atoms, and molecules. Cf. **particle physics.** [1880–85; MICRO- + PHYSICS] —**mi′cro·phys′i·cal,** *adj.*

**mi·cro·phyte** (mī′krə fīt′), *n.* a microscopic plant. [1860–65; MICRO- + -PHYTE] —**mi·cro·phyt·ic** (mī′krə fit′ik), *adj.*

**mi·cro·pi·pette** (mī′krō pī pet′, -pi-), *n.* a very slender pipette for transferring or measuring minute amounts of fluid, microorganisms, etc. Also, **mi′cro·pi·pet′.** [1915–20; MICRO- + PIPETTE]

**mi·cro·plank·ton** (mī′krō plangk′tən), *n.* plankton visible as individual organisms only with the aid of a microscope, which excludes most animal plankton. Cf. **nannoplankton.** [1900–05; MICRO- + PLANKTON]

**mi·cro·pore** (mī′krə pôr′, -pōr′), *n.* a tiny opening, as in specialized biological filters or in the shells of some animals. [1880–85; MICRO- + PORE[2]]

**mi·cro·po·rous** (mī′krə pôr′əs, -pōr′-), *adj.* composed of or having extremely small pores. [1885–90; MICRO- + POROUS]

**mi·cro·print** (mī′krə print′), *n.* a microphotograph reproduced in print for reading by a magnifying device. [1930–35; MICRO- + PRINT]

**mi·cro·probe** (mī′krō prōb′), *n.* **1.** *Chem., Spectroscopy.* a device used to excite radiation by a material in order to determine chemical or elemental composition from the emission spectrum produced. **2.** *Surg.* a miniature probe for use in microsurgery. [MICRO- + PROBE]

**mi·cro·pro·ces·sor** (mī′krō pros′es ər, -ə sər *or, esp. Brit.,* -prō′ses ər, -sə sər), *n. Computers.* an integrated circuit that performs all the functions of a CPU. [1965–70; MICRO- + PROCESSOR] —**mi′cro·proc′es·sing,** *n.*

**mi·cro·pro·gram** (mī′krō prō′gram, -grəm), *n. Computers.* a set of microinstructions that defines the individual operations that a computer carries out in response to a machine-language instruction. [1950–55; MICRO- + PROGRAM] —**mi′cro·pro′gram·ma·ble,** *adj.*

**mi·cro·pro·gram·ming** (mī′krə prō′gram ing, -grə ming), *n. Computers.* the use or preparation of micro-

greatly magnified image of a microscopic slide onto a distant screen. [1930–35; MICRO- + PROJECTOR]

**mi·crop·si·a** (mī krop′sē ə), *n. Ophthalm.* a defect of vision in which objects appear to be smaller than their actual size. Also, **mi·cro·pi·a** (mī krō′pē ə), **mi·crop·sy** (mī′krop sē). Cf. **macropsia.** [1895–1900; MICR- + -OPSIA] —**mi·crop·tic** (mī krop′tik), *adj.*

**mi·cro·pub·lish** (mī′krō pub′lish), *v.t.* to publish on microfilm or microfiche. [1970–75; as back formation from *micropublication*; see MICRO-, PUBLISH] —**mi·cro·pub·li·ca·tion** (mī′krō pub′li kā′shən), *n.* —**mi′cro·pub′lish·er,** *n.*

**mi·cro·pump** (mī′krə pump′), *n.* a tiny pump implanted under the skin for the timed administration of medication. Cf. **solion.** [MICRO- + PUMP[1]]

**mi·cro·pyle** (mī′krə pīl′), *n.* **1.** *Zool.* any minute opening in an ovum through which a spermatozoon can enter, as in many insects. **2.** *Bot.* the minute orifice or opening in the integuments of an ovule. See diag. under **orthotropous.** [1815–25; MICRO- + Gk *pylē* gate] —**mi′cro·py′lar,** *adj.*

**mi·cro·py·rom·e·ter** (mī′krō pī rom′i tər), *n.* an optical pyrometer used to measure the temperature of small glowing bodies. [MICRO- + PYROMETER]

**mi·cro·read·er** (mī′krō rē′dər), *n.* a device for projecting an enlarged image of a microfilm or microphotograph, esp. on a ground-glass screen. [1945–50; MICRO- + READER]

**mi·cro·re·lief** (mī′krō ri lēf′), *n.* surface features of the earth of small dimensions, commonly less than 50 ft. (15 m). Also called **microtopography.** [1930–35; MICRO- + RELIEF[2]]

**mi·cro·re·pro·duc·tion** (mī′krō rē′prə duk′shən), *n.* **1.** a photographic image too small to be read by the unaided eye. **2.** the technique of producing such images. [1935–40; MICRO- + REPRODUCTION]

**micros.,** microscopy.

**mi·cro·scope** (mī′krə skōp′), *n.* **1.** an optical instrument having a magnifying lens or a combination of lenses for inspecting objects too small to be seen or too small to be seen distinctly and in detail by the unaided eye. **2.** (*cap.*) *Astron.* the constellation Microscopium. [1650–60; < NL *microscopium*. See MICRO-, -SCOPE]



**microscope**
(def. 1)
(monocular)
A, eyepiece;
B, adjusting screws;
C, arm; D, tube;
E, revolving nosepiece;
F, objectives;
G, stage;
H, illuminating mirror; I, stand

**mi·cro·scop·ic** (mī′krə skop′ik), *adj.* **1.** so small as to be invisible or indistinct without the use of the microscope: *microscopic organisms.* Cf. **macroscopic. 2.** very small; tiny. **3.** of, pertaining to, or involving a microscope: *microscopic investigation.* **4.** very detailed; meticulous: *a microscopic view of society.* **5.** suggestive of the precise use of the microscope; minute: *microscopic exactness.* Also, **mi′cro·scop′i·cal.** [1670–80; MICROSCOPE + -IC] —**mi′cro·scop′i·cal·ly,** *adv.*

**Mi·cro·sco·pi·um** (mī′krə skō′pē əm), *n., gen.* **-pi·i** (-pē ī′). *Astron.* the Microscope, a small southern constellation south of Capricorn. [< NL]

**mi·cros·co·py** (mī kros′kə pē, mī′krə skō′pē), *n.* **1.** the use of the microscope. **2.** microscopic investigation. [1655–65; MICROSCOPE + -Y[3]] —**mi·cros·co·pist** (mī kros′kə pist, mī′krə skō′pist), *n.*

**mi·cro·sec·ond** (mī′krō sek′ənd), *n.* a unit of time equal to one millionth of a second. *Symbol:* μsec [1905–10; MICRO- + SECOND[2]]

**mi·cro·seg·ment** (mī′krə seg′mənt), *n.* a stretch of speech preceded and followed but not interrupted by juncture. Cf. **macrosegment.** [1955–60; MICRO- + SEGMENT]

**mi·cro·seism** (mī′krō sī′zəm, -səm), *n. Geol.* a feeble, recurrent vibration of the ground recorded by seismographs and believed to be due to an earthquake or a storm at sea. [1885–90; MICRO- + SEISM] —**mi·cro·seis′mic, mi′cro·seis′mi·cal,** *adj.*

**mi·cro·sleep** (mī′krō slēp′), *n. Psychol.* a moment of sleep followed by disorientation, experienced esp. by persons suffering from narcolepsy or sleep deprivation. [1940–45; MICRO- + SLEEP]

**mi·cro·so·ci·ol·o·gy** (mī′krō sō′sē ol′ə jē, -sō′shē-), *n.* the sociological study of small groups and social units within a larger social system. Cf. **macrosociology.** [1940–45; MICRO- + SOCIOLOGY]

**mi·cro·some** (mī′krə sōm′), *n. Cell Biol.* a small inclusion, consisting of ribosomes and fragments of the endoplasmic reticulum and mitochondria, in the cytoplasm of a cell. [1880–85; MICRO- + -SOME[3]] —**mi′cro·so′mal, mi·cro·so′mi·al, mi′cro·so′mic,** *adj.*

CONCISE PRONUNCIATION KEY: act, cāpe, dâre, pärt; set, ēqual; if, ice; ox, ōver, ôrder, oil, boŏk, boōt, out; up, ûrge; child; sing; shoe; thin, that; zh as in treasure. ə = a as in alone, e as in system, i as in