1  Edward G. Poplawski (SBN 113590)
   *epoplawski@sidley.com*
2  Denise L. McKenzie (SBN 193313)
   *dmckenzie@sidley.com*
3  Olivia M. Kim (SBN 228382)
   *okim@sidley.com*
4  SIDLEY AUSTIN LLP
   555 West Fifth Street, Suite 4000
5  Los Angeles, California  90013-1010
   Telephone:        (213) 896-6000
6  Facsimile:         (213) 896-6600

7  **Attorneys For Plaintiffs**
   Atmel Corporation;
8  Atmel Switzerland;
   Atmel France; and
9  Atmel SARL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ATMEL CORPORATION, a Delaware corporation; ATMEL SWITZERLAND, a corporation; ATMEL FRANCE, a corporation; and ATMEL SARL, a corporation,<br><br>Plaintiffs,<br><br>v.<br><br>AUTHENTEC, INC., a Delaware corporation,<br><br>Defendant | Case No.  C 06-02138 CW (EDL)<br>Case No. 07-CV-3331 CW<br><br>**EXHIBIT OO: DOCUMENT PRODUCED BY AUTHENTEC** |

**MANUAL FILING NOTIFICATION**

Regarding:   EXHIBIT OO TO DECLARATION OF DENISE L. McKENZIE IN SUPPORT OF PLAINTIFFS' RESPONSIVE BRIEF ON ITS COMBINED MOTION FOR PARTIAL SUMMARY JUDGMENT OF INFRINGEMENT AND OPENING *MARKMAN* BRIEF AND ITS OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OF NONINFRINGEMENT, CLAIM CONSTRUCTION AND EXCEPTIONAL CASE FINDING

v.

1  This filing is in paper or physical form only, and is being maintained in the case file in the
2  Clerk's office.

3  If you are a participant on this case, this filing will be served in hard-copy shortly.
4

5  For information on retrieving this filing directly from the court, please see the court's main
6  web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

7  This filing was not e-filed for the following reason:
8      ITEM FILED UNDER SEAL
9

10         Respectfully Submitted,
11 DATED: March 21, 2008    By:  *s/ Olivia M. Kim*
12         Edward G. Poplawski
        Denise L. McKenzie
13         Franklin D. Kang
        Olivia M. Kim
14         SIDLEY AUSTIN LLP
15         555 West Fifth Street, Suite 4000
        Los Angeles, California 90013-1010
16         Telephone: (213) 896-6000
        Facsimile: (213) 896-6600
17
18         Attorneys for Plaintiffs,
        Atmel Corporation;
19         Atmel Switzerland;
        Atmel France; and
20         Atmel SARL

21

22

23

24

25

26

27

28

v.