1  Edward G. Poplawski (SBN 113590)
   *epoplawski@sidley.com*
2  Denise L. McKenzie (SBN 193313)
   *dmckenzie@sidley.com*
3  Olivia M. Kim (SBN 228382)
   *okim@sidley.com*
4  SIDLEY AUSTIN LLP
   555 West Fifth Street, Suite 4000
5  Los Angeles, California  90013-1010
   Telephone:       (213) 896-6000
6  Facsimile:       (213) 896-6600

7  **Attorneys For Plaintiffs**
   Atmel Corporation;
8  Atmel Switzerland;
   Atmel France; and
9  Atmel SARL

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                            OAKLAND DIVISION

13
   ATMEL CORPORATION, a Delaware      )   Case No.  C 06-02138 CW (EDL)
14 corporation; ATMEL SWITZERLAND, a  )   Case No. 07-CV-3331 CW
   corporation; ATMEL FRANCE, a corporation; )
15 and ATMEL SARL, a corporation,     )   **EXHIBIT PP:  EXCERPTS FROM**
                                      )   **TRANSCRIPT OF DEPOSITION OF JULIE**
16                  Plaintiffs,       )   **MAR-SPINOLA**
                                      )
17                                    )
   v.                                 )
18                                    )
   AUTHENTEC, INC., a Delaware corporation, )
19                                    )
                    Defendant         )
20                                    )

21

22                        **MANUAL FILING NOTIFICATION**

23
   Regarding:   EXHIBIT PP TO DECLARATION OF DENISE L. McKENZIE IN SUPPORT OF
24              PLAINTIFFS' RESPONSIVE BRIEF ON ITS COMBINED MOTION FOR
                PARTIAL SUMMARY JUDGMENT OF INFRINGEMENT AND OPENING
25              *MARKMAN* BRIEF AND ITS OPPOSITION TO DEFENDANT'S MOTION FOR
                SUMMARY JUDGMENT OF NONINFRINGEMENT, CLAIM CONSTRUCTION
26              AND EXCEPTIONAL CASE FINDING

27

28

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant on this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason:

ITEM FILED UNDER SEAL

Respectfully Submitted,

DATED: March 21, 2008          By:   *s/ Olivia M. Kim*
                                     Edward G. Poplawski
                                     Denise L. McKenzie
                                     Franklin D. Kang
                                     Olivia M. Kim
                                     SIDLEY AUSTIN LLP
                                     555 West Fifth Street, Suite 4000
                                     Los Angeles, California 90013-1010
                                     Telephone: (213) 896-6000
                                     Facsimile: (213) 896-6600

                                     Attorneys for Plaintiffs,
                                     Atmel Corporation;
                                     Atmel Switzerland;
                                     Atmel France; and
                                     Atmel SARL

2