# EXHIBIT A

# Dirk Colbry, Ph.D.

Mail:   827 W 14th St.  
        Tempe, AZ 85281

Phone:   (517) 281-9899  
Email:   dirk@colbry.com  
Web:   http://www.dirk.colbry.com/

## AREAS OF RESEARCH INTEREST

Machine Vision, Biometrics, Robotics, Pattern Recognition, Artificial Intelligence, Cognitive Science

## EDUCATION

Michigan State University, East Lansing, Michigan
- **2002-2006   Ph.D. in Computer Science and Engineering**
  - Dissertation Title: Human Face Verification by Robust 3D Surface Alignment.
  - Interdepartmental Graduate Specialization in Cognitive Science.
  - Dissertation Committee: Drs. George Stockman (Advisor), Anil Jain, Hayder Radha, Frank Biocca.

University of Michigan, Ann Arbor, Michigan
- **1999-2001   Master of Science in Engineering in Computer Science and Engineering**

Georgia Institute of Technology, Atlanta, Georgia
- **1992-1997   Bachelor in Mechanical Engineering**

## RESEARCH EXPERIENCE

Arizona State University, Tempe, Arizona
- **2007-Present   Assistant Research Professor**
  - Center for Cognitive Ubiquitous Computing (CUbiC).
  - Research focus on pattern recognition and machine vision techniques used to develop assistive technologies.

Michigan State University, East Lansing, Michigan
- **2006-Present   Adjunct Faculty in Computer Science and Engineering**
  - Image Processing and Pattern Recognition Lab (PRIP).
  - Developed a prototype, real time, 3D, frontal face recognition algorithm for commercial applications.

- **2006-2007   Visiting Assistant Professor in Cognitive Science**
  - Developing medical image feature fusion techniques between fMRI, 3D shape and color surface images.
  - Explored machine vision techniques for data collection applications in zoology research.

- **2003-2006   NSF IGERT Research Associate**
  - Participated in an interdepartmental cognitive science research group studying human navigation.

University of Michigan, Ann Arbor, Michigan

**2001-2003**    **Graduate Research Assistant**
- Developed a wireless system that allowed PDA access to an advanced planning and scheduling system.
- Worked on the joint Carnegie Mellon University and University of Michigan Nursebot project, which provided intelligent robotic assistance for the elderly.
- Developed a Static/Dynamic Bayesian model in Java that was used for client plan recognition and plan execution monitoring.

**2002**    **Summer Graduate Research Fellow**
- Developed a simulator to model distributed multiagent robotic manipulators.
- Designed a distributed vision algorithm for identifying the location and orientation of packages on a distributed robotic manipulator.

## TEACHING EXPERIENCE

Course Instructor

**Fall 2006**    **Programming and mathematical concepts in MATLAB for research scientists**.
*PSY 992, Michigan State University*
- Developed a class to teach mathematical and programming concepts to graduate research students in statistics, psychology, zoology, telecommunications and computer science.

**Summer 2003**    **Introduction to Algorithms**.
*CSE 331, Michigan State University*
- Accelerated nine week summer class. Three, two-hour lectures periods per week in a nine-week summer semester.

Laboratory Instructor

**Spring 2003**    **Translation of Programming Languages**.
*CSE 450, Michigan State University*
- Helped design project assignments and designed and presented weekly lab lectures to help students understand the material presented in class.

**Fall 2002**    **Artificial Intelligence**.
*CSE 441, Michigan State University*
- Designed an entirely new lab curriculum written in Java to augment the material presented in class.

**1999-2000**    **Embedded System Design**.
*EECS 373, University of Michigan*
- Guided students in the design of advanced embedded systems using the Xilinx FPGA and the Motorola MPC823 microprocessor.

**1993-1997**    **Freshman Seminar**.
*PSY 1010, Georgia Institute of Technology*
- Course designed to introduce freshman students to college life. Topics included: time management skills, study methods, university culture, interpersonal communications, leadership initiative, and major/career development.

## ADVISING AND MENTORING EXPERIENCE

Arizona State University

**Fall 2007**   **Fulton Undergraduate Research Adviser**.
- Advising a student who is researching real time anchor point detection algorithms on face images.

**Fall 2007**   **Senior Design Capstone Group Advisor**.
- Advising a team of undergraduate students to develop a portable image processing platform for the blind.

Michigan State University

**Winter 2007**   **Engineering Senior Design Project Technical Adviser**.
- Mentored a team of undergraduate students to develop an automatic, 3D terrain mapping system for a NASA sponsored, student designed robotics platform.

**Summer 2006**   **McNair/SROP Research Mentor**.
- Mentored an undergraduate student on a weekly basis to guide research in computer graphics. Research resulted in a poster and demonstration entitled "**3D Animation: Data Translation and Formatting**" presented to the University community.

**2003 and 2006**   **University Undergraduate Research and Arts Forum Mentor**.
- Supported an undergraduate student in developing a program to have a camera watch a game of checkers and suggest the next move. The student presented this work to the University community in a research poster entitled "**A Computer Interface for Playing Checkers**."
- Supported an undergraduate student in conducting performance experiments on a large dataset of 3D faces using the High Performance Computing system. This work resulted in research poster entitled "**High Performance Three-Dimensional Face Recognition**" that was presented to the University community.

**2003 - 2006**   **Undergraduate Summer Research Programs**.
- Supervised an undergraduate student in the study of multi-model face biometric integration methods. The student presented his work to the University engineering community in a research poster entitled "**Depth, Intensity, and Curvature Based Face Verification**."
- Supported two undergraduate students in testing and debugging an automatic 3D face verification system. This work resulted in a research poster entitled "**Face Analysis and Verification**" presented to the University community. This work also lead to a journal article entitled "**Pose Tolerant Surface Alignment for 3D Face Verification**" that was co-authored by the students.
- Supported an undergraduate student in testing and debugging of an automatic 3D face verification system. This work resulted in research poster entitled "**Fully Automatic 3D Surface Alignment for Face Matching**" presented to the Computer Science Department.

## ENGINEERING EXPERIENCE

Professional Consulting
- **2006-Present  Cooper Tire and Rubber Company**
  - Consulted with Cooper Tire and Rubber company on computer vision and pattern recognition methods for tire engineering.
- **Winter 2007  CSTAT**
  - Taught a three hour class on "An Introduction to using MATLAB as a research tool" for the Michigan State University Center for Statistical Training and Consulting.

FANUC Robotics North America, Rochester Hills, Michigan
- **1997-1999  Robotics Engineer**
  - Supervised the installation of 6-7 axis robots in automotive plants, including robot assembly, programming and system design and debug.
  - Extensive international travel as an on-site systems specialist focusing on projects with unique applications, new prototypes, and those requiring large-scale programming, testing and debugging.

Delta Air Lines, Atlanta, Georgia
- **1993-1996  Liaison Engineering, Co-op**
  - Authored hundreds of unique Aerospace and Mechanical Engineering reports and analyses for airline structural repairs.
  - Incorporated specially designed repairs into the maintenance manual.
  - Developed and Maintained database to keep track of engineering requests.

## HONORS, AWARDS AND SERVICE

- Tau Beta Pi Engineering Futures Facilitator, 2006-present.
- Program Committee Member for the Workshop on Applications of Computer Vision (WACV 2008).
- Most Outstanding Graduate Student Award, selected by MSU computer science faculty, 2006.
- Graduate Student Representative to MSU Engineering College Hearing Board, 2005-2006.
- National Science Foundation IGERT Student Fellowship, 2004-2006.
- Member of Tau Beta Pi Engineering Honor Society, since 2004.
- Michigan Mars Society, Rover Design Team, Robotics Advisor, 2002-2003.
- State of Michigan Botball Advisor, 2002-2003.
- Michigan Botball Championship Judge, 2002.
- Botball National Championship Volunteer, 2001.
- IJCAI Student Merit Scholarship, 2001.
- University of Michigan Summer Research Fellowship, 2000.

# INVITED TALKS AND WORKSHOPS

- Invited Talk, Arizona State University Introduction to Informatics (CPI 101) "Biometrics - Measuring and Analyzing Human Body Characteristics for Recognition," Nov. 15, 2007.
- Invited Talk, University of Notre Dame Computer Science and Engineering Seminar, "Person Verification by 3D Surface Alignment," Feb. 27, 2007.
- Invited Talk, Wright State University Computer Science Seminar, "Live Demonstration of the 3DID System," Feb. 2, 2007.
- Invited Talk, Freshman and Senior Seminars at Michigan State University (CSE 291 and 491), "Self evaluation using Myers-Briggs Temperament," Oct. 20, 2006.
- Invited Participant, Face Recognition Advanced Study Workshop, Nov. 11-13, 2005.
- Invited Talk, Hope College Student Colloquium, "Analysis of 3D Face Alignment," Oct. 13, 2005.
- Invited Talk, Tire Society Conference, "Pattern Recognition for Classification and Matching of Car Tires," September, 2003.

# PUBLICATIONS

## Journal Articles

George Stockman, Jayson Payne, Jermil Sadler, and Dirk Colbry. Error analysis of sensor input variations in a 3D face surfacematching system. *Sensor Review Journal*, 26(2):116–121, 2006.

Xiaoguang Lu, Anil K. Jain, and Dirk Colbry. Matching 2.5D face scans to 3D models. *IEEE Transactions on PAMI*, 28(1):31–43, 2006.

Dirk Colbry, David Cherba, and John Luchini. Pattern recognition for classification and matching of car tires. *Journal of Tire Science and Technology*, 33(1):2–17, 2005.

Martha E. Pollack, Colleen E. McCarthy, Sailesh Ramakrishnan, Ioannis Tsamardinos, Laura Brown, Steve Carrion, Dirk Colbry, Cheryl Orosz, and Bart Peintner. Autominder: An intelligent cognitive orthotic system for people with memory impairment. *Robotics and Autonomous Systems*, 2003.

## Patents

David Zhu and Dirk Colbry. Automatic methods for combining human facial information with 3D magnetic resonance brain images. Provisional Patent Number 07161, 2007.

## Conference Proceedings

Dirk Colbry, Folarin Oki, and George Stockman. 3D face identification - experiments towards a large gallery. *Accepted to SPIE Conference on Defense and Security*, 2008.

Dirk Colbry and George Stockman. Canonical face depth map: A robust 3D representation for face verification. In *Proceedings of the Conference on Computer Vision and Pattern Recognition (CVPR)*, 2007.

Xiaoguang Lu, Dirk Colbry, and Anil K. Jain. Three-dimensional model based face recognition. In *17th International Conference on Pattern Recognition (2004)*, volume 1, pages 362–365, Cambridge, United Kingdom, 2004. IEEE Computer Society.

Xiaoguang Lu, Dirk Colbry, and Anil K. Jain. Matching 2.5D scans for face recognition. In *International Conference on Biometric Authentication, LNCS 3072*, pages 30–36, Hong Kong, 2004.

Dirk Colbry, Bart Peinter, and Martha E. Pollack. Execution monitoring with quantitative temporal dynamic bayesian networks. In *Sixth International Conference on AI Planning & Scheduling (AIPS-02)*, 2002.

Martha E. Pollack, Colleen E. McCarthy, Sailesh Ramakrishnan, Ioannis Tsamardinos, Laura Brown, Steven Carrion, Dirk Colbry, Cheryl Orosz, and Bart Peintner. Autominder: A planning, monitoring, and reminding assistive agent. In *7th International Conf. on Intelligent Autonomous Systems*, 2002.

## Workshops and Symposiums

Dirk Colbry and George Stockman. Identity verification via the 3DID face alignment system. *Proceedings of the IEEE Workshop on Applications of Computer Vision (WACV)*, 2007.

Dirk Colbry, George Stockman, and Anil Jain. Detection of anchor points for 3D face verification. In *IEEE Workshop on Advanced 3D Imaging for Safety and Security A3DISS*, San Diego California, 2005.

Dirk Colbry, Bart Peinter, and Martha E. Pollack. Quantitative temporal relationships in dynamic bayesian models. In *AAAI Spring Symposium*, 2002.

Martha E. Pollack, Sandra Engberg, Sebastian Thrun, Laura Brown, Dirk Colbry, Cheryl Orosz, Bart Peintner, Sailesh Ramakrishnan, Judith T. Matthews, Jacqueline Dunbar-Jacob, Colleen E. McCarthy, Michael Montemerlo, Joelle Pineau, and Nicholas Roy. Pearl: A mobile robotic assistant for the elderly. In *AAAI Workshop on Automation as Caregiver*, 2002.

## Technical Reports

Dirk Colbry, Xiaoguang Lu, Anil Jain, and George Stockman. 3D face feature extraction for recognition. Technical Report MSU-CSE-04-39, Michigan State University, Sept 2004.