**EXHIBIT B**

**DOCUMENTS RECEIVED AND/OR REVIEWED**

1. U.S. Patent No. 6,289,114;

2. U.S. Patent No. 6,459.804;

3. Joint Claim Construction and Pre-Hearing Statement dated March 15, 2007;

4. Transcript and exhibits of deposition of Michael Boshra taken on October 18, 2007 (which includes AuthenTec's source file entitled stitchm4.c (Bates No. AUTH-A 004217-004313) used as a deposition exhibit);

5. Transcript and exhibits of deposition of Eric Kraemer taken on October 19, 2007;

6. Transcript and exhibits of deposition of Kuntal Sengupta taken on December 20, 2007;

7. Defendant AuthenTec, Inc.'s Opening Markman Brief Opposition to Motion for Partial Summary Judgment, and Motion for Summary Judgment of Noninfringement and for an Exceptional Case Finding dated February 29, 2008; and

8. Declaration of Eric Kraemer dated February 29, 2008.