Edward G. Poplawski (SBN 113590)
*epoplawski@sidley.com*
Denise L. McKenzie (SBN 193313)
*dmckenzie@sidley.com*
Olivia M. Kim (SBN 228382)
*okim@sidley.com*
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California  90013-1010
Telephone:         (213) 896-6000
Facsimile:          (213) 896-6600

**Attorneys For Plaintiffs**
Atmel Corporation;
Atmel Switzerland;
Atmel France; and
Atmel SARL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ATMEL CORPORATION, a Delaware corporation; ATMEL SWITZERLAND, a corporation; ATMEL FRANCE, a corporation; and ATMEL SARL, a corporation,<br><br>Plaintiffs,<br><br>v.<br><br>AUTHENTEC, INC., a Delaware corporation,<br><br>Defendant | Case No.  C 06-02138 CW (EDL)<br>Case No. 07-CV-3331 CW<br><br>**EXHIBIT C:  DOCUMENT PRODUCED BY AUTHENTEC** |

**MANUAL FILING NOTIFICATION**

Regarding:    EXHIBIT C TO DECLARATION OF DR. DIRK COLBRY

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant on this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason:

    ITEM FILED UNDER SEAL

                                      Respectfully Submitted,

DATED: March 21, 2008            By:  *s/ Olivia M. Kim*
                                             Edward G. Poplawski
                                             Denise L. McKenzie
                                             Franklin D. Kang
                                             Olivia M. Kim
                                             SIDLEY AUSTIN LLP
                                             555 West Fifth Street, Suite 4000
                                             Los Angeles, California 90013-1010
                                             Telephone: (213) 896-6000
                                             Facsimile: (213) 896-6600

                                             Attorneys for Plaintiffs,
                                             Atmel Corporation;
                                             Atmel Switzerland;
                                             Atmel France; and
                                             Atmel SARL