1  Edward G. Poplawski (SBN 113590)
   *epoplawski@sidley.com*
2  Denise L. McKenzie (SBN 193313)
   *dmckenzie@sidley.com*
3  Olivia M. Kim (SBN 228382)
   *okim@sidley.com*
4  SIDLEY AUSTIN LLP
   555 West Fifth Street, Suite 4000
5  Los Angeles, California  90013-1010
   Telephone:       (213) 896-6000
6  Facsimile:       (213) 896-6600

7  **Attorneys For Plaintiffs**
   Atmel Corporation;
8  Atmel Switzerland;
   Atmel France; and
9  Atmel SARL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ATMEL CORPORATION, a Delaware corporation; ATMEL SWITZERLAND, a corporation; ATMEL FRANCE, a corporation; and ATMEL SARL, a corporation,<br><br>Plaintiffs,<br><br>v.<br><br>AUTHENTEC, INC., a Delaware corporation,<br><br>Defendant | Case No.  C 06-02138 CW (EDL)<br>Case No. 07-CV-3331 CW<br><br>**EXHIBIT D:  DOCUMENT PRODUCED BY AUTHENTEC** |

**MANUAL FILING NOTIFICATION**

Regarding:     EXHIBIT D TO DECLARATION OF DR. DIRK COLBRY


This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant on this case, this filing will be served in hard-copy shortly.

1     For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

    This filing was not e-filed for the following reason:

        ITEM FILED UNDER SEAL

                                            Respectfully Submitted,

DATED: March 21, 2008            By:  *s/ Olivia M. Kim*
                                                    Edward G. Poplawski
                                                    Denise L. McKenzie
                                                    Franklin D. Kang
                                                    Olivia M. Kim
                                                    SIDLEY AUSTIN LLP
                                                    555 West Fifth Street, Suite 4000
                                                    Los Angeles, California 90013-1010
                                                    Telephone: (213) 896-6000
                                                    Facsimile: (213) 896-6600

                                                    Attorneys for Plaintiffs,
                                                    Atmel Corporation;
                                                    Atmel Switzerland;
                                                    Atmel France; and
                                                    Atmel SARL