Edward G. Poplawski (SBN 113590)
*epoplawski@sidley.com*
Denise L. McKenzie (SBN 193313)
*dmckenzie@sidley.com*
Olivia M. Kim (SBN 228382)
*okim@sidley.com*
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California  90013-1010
Telephone:        (213) 896-6000
Facsimile:         (213) 896-6600

**Attorneys For Plaintiffs**
Atmel Corporation;
Atmel Switzerland;
Atmel France; and
Atmel SARL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ATMEL CORPORATION, a Delaware corporation; ATMEL SWITZERLAND, a corporation; ATMEL FRANCE, a corporation; and ATMEL SARL, a corporation,<br><br>Plaintiffs,<br><br>v.<br><br>AUTHENTEC, INC., a Delaware corporation,<br><br>Defendant | Case No.  C 06-02138 CW (EDL)<br>Case No. 07-CV-3331 CW<br><br>**EXHIBIT E:  DOCUMENT PRODUCED BY AUTHENTEC** |

**MANUAL FILING NOTIFICATION**

Regarding:    EXHIBIT E TO DECLARATION OF DR. DIRK COLBRY

    This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

    If you are a participant on this case, this filing will be served in hard-copy shortly.

1 | For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason:

    ITEM FILED UNDER SEAL

Respectfully Submitted,

DATED: March 21, 2008    By:  *s/ Olivia M. Kim*
    Edward G. Poplawski
    Denise L. McKenzie
    Franklin D. Kang
    Olivia M. Kim
    SIDLEY AUSTIN LLP
    555 West Fifth Street, Suite 4000
    Los Angeles, California 90013-1010
    Telephone: (213) 896-6000
    Facsimile: (213) 896-6600

    Attorneys for Plaintiffs,
    Atmel Corporation;
    Atmel Switzerland;
    Atmel France; and
    Atmel SARL