1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ATMEL CORPORATION, a Delaware corporation; ATMEL SWITZERLAND, a corporation; ATMEL FRANCE, a corporation; and ATMEL SARL, a corporation,<br><br>Plaintiffs,<br><br>v.<br><br>AUTHENTEC, INC., a Delaware corporation,<br><br>Defendant | Case No.  C 06-02138 CW (EDL)<br>Case No. C 07-03331 CW<br><br>**[PROPOSED] ORDER STRIKING THE DECLARATION OF DR. ROGER D. MCWILLIAMS** |

This matter comes before the Court on Plaintiffs' MOTION TO STRIKE THE DECLARATION OF DR. ROGER D. MCWILLIAMS.

The Court, having reviewed and considered the parties' respective briefing and arguments in this matter, hereby GRANTS Plaintiffs' Motion and STRIKES the Declaration of Dr. Roger D. McWilliams.

**[PROPOSED] ORDER**
**C 06-02138 CW (EDL); C 06-03331 CW**

LA1 1155906v.1

1   IT IS SO ORDERED.

2

3
    Dated: _____     _____
4                                              CLAUDIA WILKEN
                                               United States District Judge
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  **[PROPOSED] ORDER**                        2
    **C 06-02138 CW (EDL)**