1  Edward G. Poplawski (SBN 113590)
   *epoplawski@sidley.com*
2  Denise L. McKenzie (SBN 193313)
   *dmckenzie@sidley.com*
3  Olivia M. Kim (SBN 228382)
   *okim@sidley.com*
4  SIDLEY AUSTIN LLP
   555 West Fifth Street, Suite 4000
5  Los Angeles, California  90013-1010
   Telephone:       (213) 896-6000
6  Facsimile:       (213) 896-6600

7  **Attorneys For Plaintiffs**
   Atmel Corporation;
8  Atmel Switzerland;
   Atmel France; and
9  Atmel SARL

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                           OAKLAND DIVISION

13
   ATMEL CORPORATION, a Delaware            )  Case No.  C 06-02138 CW (EDL)
14 corporation; ATMEL SWITZERLAND, a        )
   corporation; ATMEL FRANCE, a corporation;)  **ADMINISTRATIVE MOTION TO FILE**
15 and ATMEL SARL, a corporation,           )  **UNDER SEAL**
                                            )
16                        Plaintiffs,       )  **[Civil L.R. 79-5(b)]**
                                            )
17 v.                                       )
                                            )  Date:      May 1, 2008
18                                          )  Time:      2 PM
   AUTHENTEC, INC., a Delaware corporation, )  Location:  Courtroom 2, 4th Floor
19                                          )  Judge:     Hon. Claudia Wilken
                         Defendant          )
20                                          )

21

22

23

24

25

26

27

28

LA1 1155913v.1

Pursuant to Civil L.R. 7-11 and Civil L.R. 79-5(b), Plaintiffs Atmel Corporation, Atmel Switzerland, Atmel France and Atmel SARL (collectively "Atmel") respectfully brings this administrative motion to file under seal the following documents being lodged with the Clerk of the Court:

1.   Un-redacted version of *Plaintiffs' Responsive Brief on Its Combined Motion for Partial Summary Judgment of Infringement and Opening* Markman *Brief and Its Opposition to Defendant's Motion for Summary Judgment of Noninfringement, Claim Construction and Exceptional Case Finding;* and

2.   Exhibits T, U, and PP to *Declaration of Denise L. McKenzie in Support of Plaintiffs' Responsive Brief on Its Combined Motion for Partial Summary Judgment of Infringement and Opening* Markman *Brief and Its Opposition to Defendant's Motion for Summary Judgment of Noninfringement, Claim Construction and Exceptional Case Finding*.

A declaration establishing that the above document is sealable is filed concurrently.

Respectfully Submitted,

DATED: March 21, 2008            By:   *s/ Olivia M. Kim*
                                        Edward G. Poplawski
                                        Denise L. McKenzie
                                        Olivia M. Kim
                                        SIDLEY AUSTIN LLP
                                        555 West Fifth Street, Suite 4000
                                        Los Angeles, California 90013-1010
                                        Telephone: (213) 896-6000
                                        Facsimile: (213) 896-6600

                                        Attorneys for Plaintiffs,
                                        Atmel Corporation;
                                        Atmel Switzerland;
                                        Atmel France; and
                                        Atmel SARL

**Motion to File Under Seal**
**C 06-02138 CW (EDL); C 07-03331 CW**                 1

LA1 1155913v.1