1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

8

NORTHERN DISTRICT OF CALIFORNIA

9

OAKLAND DIVISION

10
11
12

ATMEL CORPORATION, a Delaware
corporation; ATMEL SWITZERLAND, a
corporation; ATMEL FRANCE, a corporation;
and ATMEL SARL, a corporation,

)
)
)
)
)

Case No.  C 06-02138 CW (EDL)
Case No. C 07-03331 CW (EDL)

**[PROPOSED] ORDER PLACING
DOCUMENT UNDER SEAL**

13

Plaintiffs,

)
)

14

v.

)
)

15
16

AUTHENTEC, INC., a Delaware corporation,

)
)

17

Defendant

)
)

18
19

Plaintiffs filed *Administrative Motion to File Under Seal* pursuant to Civil L.R. 79-5(b)

20

accompanied by a declaration establishing that the lodged documents are highly confidential under

21

the Protective Order.  Accordingly, it is ORDERED that the following documents be placed under

22

seal:

23

1.     Un-redacted version of *Plaintiffs' Responsive Brief on Its Combined Motion for*

24

*Partial Summary Judgment of Infringement and Opening* Markman *Brief and Its Opposition to*

25

*Defendant's Motion for Summary Judgment of Noninfringement, Claim Construction and*

26

*Exceptional Case Finding;* and

27
28

**[PROPOSED] ORDER**
**C 06-02138 CW (EDL); C 07-03331 CW**

1

2.      Exhibits T, U, and PP to *Declaration of Denise L. McKenzie in Support of Plaintiffs'*

2   *Responsive Brief on Its Combined Motion for Partial Summary Judgment of Infringement and*

3   *Opening* Markman *Brief and Its Opposition to Defendant's Motion for Summary Judgment of*

4   *Noninfringement, Claim Construction and Exceptional Case Finding.*

5

6

Dated: _____        _____

7                                                                    CLAUDIA WILKEN
                                                                      United States District Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   **[PROPOSED] ORDER**                      2
     **C 06-02138 CW (EDL)**

LA1 1155912v.1