Edward G. Poplawski (SBN 113590)
*epoplawski@sidley.com*
Denise L. McKenzie (SBN 193313)
*dmckenzie@sidley.com*
Olivia M. Kim (SBN 228382)
*okim@sidley.com*
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California  90013-1010
Telephone:      (213) 896-6000
Facsimile:       (213) 896-6600

**Attorneys For Plaintiffs**
Atmel Corporation;
Atmel Switzerland;
Atmel France; and
Atmel SARL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ATMEL CORPORATION, a Delaware corporation; ATMEL SWITZERLAND, a corporation; ATMEL FRANCE, a corporation; and ATMEL SARL, a corporation,<br><br>Plaintiffs,<br><br>v.<br><br>AUTHENTEC, INC., a Delaware corporation,<br><br>Defendant | Case No.  C 06-02138 CW (EDL)<br><br>**DECLARATION OF OLIVIA M. KIM ESTABLISHING SEALABLE DOCUMENT**<br><br>**[Civil L.R. 79-5(b)]**<br><br>Date:        May 1, 2008<br>Time:        2 PM<br>Location:   Courtroom 2, 4th Floor<br>Judge:        Hon. Claudia Wilken |

LA1 1155915v.1

I, Olivia M. Kim, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am an associate of the law firm of Sidley Austin LLP, attorneys of record for Plaintiffs Atmel Corporation, Atmel Swtizerland, Atmel France and Atmel SARL (collectively "Atmel"). If called as a witness, I could and would competently testify to all facts within my personal knowledge except where stated upon information and belief. This declaration is submitted to establish sealable documents pursuant to Civil L.R. 79-5(b) in support of Atmel's *Administrative Motion to File Under Seal*.

2. The following documents are being lodged with the Clerk and contains Atmel's highly confidential information under the Protective Order which should be filed under seal:

    A. Un-redacted version of *Plaintiffs' Responsive Brief on Its Combined Motion for Partial Summary Judgment of Infringement and Opening* Markman *Brief and Its Opposition to Defendant's Motion for Summary Judgment of Noninfringement, Claim Construction and Exceptional Case Finding*, which contains Atmel's highly confidential information under the Protective Order; and

    B. Exhibits T to *Declaration of Denise L. McKenzie in Support of Plaintiffs' Responsive Brief on Its Combined Motion for Partial Summary Judgment of Infringement and Opening* Markman *Brief and Its Opposition to Defendant's Motion for Summary Judgment of Noninfringement, Claim Construction and Exceptional Case Finding* ("McKenzie Declaration"), deposition testimony of Jean-Francois Mainguet containing Atmel's highly confidential information under the Protective Order;

    C. Exhibit U to McKenzie Declaration, Atmel's internal document containing Atmel's highly confidential information; and

    D. Exhibit PP to McKenzie Declaration, deposition testimony of Julie Mar-Spinola containing Atmel's highly confidential information.

**DECL. OF OLIVIA M. KIM ESTABLISHING SEALABLE DOCUMENT**
**C 06-02138 CW (EDL)**

1

LA1 1155915v.1

1  I declare under penalty of perjury of the laws of the United States of America that the
2  foregoing is true and correct and that this Declaration is executed this 21st day of March, 2008, at
3  Los Angeles, California.

*s/ Olivia M. Kim*
Olivia M. Kim

**DECL. OF OLIVIA M. KIM ESTABLISHING SEALABLE DOCUMENT**
**C 06-02138 CW (EDL)**

2

LA1 1155915v.1