| | |
|---|---|
| 1 | Edward G. Poplawski (SBN 113590) |
|   | *epoplawski@sidley.com* |
| 2 | Denise L. McKenzie (SBN 193313) |
|   | *dmckenzie@sidley.com* |
| 3 | Olivia M. Kim (SBN 228382) |
|   | *okim@sidley.com* |
| 4 | SIDLEY AUSTIN LLP |
|   | 555 West Fifth Street, Suite 4000 |
| 5 | Los Angeles, California 90013-1010 |
|   | Telephone: (213) 896-6000 |
| 6 | Facsimile: (213) 896-6600 |

**Attorneys For Plaintiffs**
Atmel Corporation;
Atmel Switzerland;
Atmel France; and
Atmel SARL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ATMEL CORPORATION, a Delaware corporation; ATMEL SWITZERLAND, a corporation; ATMEL FRANCE, a corporation; and ATMEL SARL, a corporation, | Case No. C 06-02138 CW (EDL) |
|   | Case No. C 07-03331 CW |
|   | **ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| Plaintiffs, | |
|   | **[Civil L.R. 79-5(d)]** |
| v. | |
|   | Date: May 1, 2008 |
| AUTHENTEC, INC., a Delaware corporation, | Time: 2 PM |
|   | Location: Courtroom 2, 4th Floor |
| Defendant | Judge: Hon. Claudia Wilken |

LA1 1155924v.1

Pursuant to Civil L.R. 7-11 and Civil L.R. 79-5(d), Plaintiffs Atmel Corporation, Atmel Switzerland, Atmel France and Atmel SARL (collectively "Atmel") respectfully bring this administrative motion to file under seal the following documents being lodged with the Clerk of the Court:

1. Exhibit O, W, Z, EE, GG, HH, KK, LL, and OO to *Declaration of Denise L. McKenzie in Support of Plaintiffs' Responsive Brief on Its Combined Motion for Partial Summary Judgment of Infringement and Opening* Markman *Brief and Its Opposition to Defendant's Motion for Summary Judgment of Noninfringement, Claim Construction and Exceptional Case Finding* ("McKenzie Declaration"), true and correct copies of documents produced by AuthenTec;

2. Exhibit V, Y, DD, II, and NN to McKenzie Declaration, true and correct copies of relevant portions of deposition testimony of Peter Sherlock, Art Stewart, Larry Ciaccia, Katy Recob, and Roger D. McWilliams;

3. Exhibit CC to McKenzie Declaration, a true and correct copy of a CD containing video clips produced by AuthenTec;

4. *Declaration of Dr. Dirk Colbry*;

5. Exhibits C-E to *Declaration of Dr. Dirk Colbry*, true and correct copies of documents produced by AuthenTec; and

6. Un-redacted version of *Atmel's Notice of Motion and Motion to Strike the Declaration of Dr. Roger D. McWilliams*.

**Motion to File Under Seal**
**C 06-02138 CW (EDL)**                                    1

LA1 1155924v.1

The allegedly confidential information attached to or contained within the above identified documents is information designated as such by AuthenTec. Thus, pursuant to Civil L.R. 79-5(d), AuthenTec is to file, within five court days, (i) a declaration establishing that the above information is sealable and (ii) a proposed order.

Respectfully Submitted,

DATED: March 21, 2008      By:   *s/ Olivia M. Kim*
Edward G. Poplawski
Denise L. McKenzie
Olivia M. Kim
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

Attorneys for Plaintiffs,
Atmel Corporation; Atmel Switzerland;
Atmel France; and Atmel SARL

**Motion to File Under Seal**
**C 06-02138 CW (EDL)**                           2

LA1 1155924v.1