1
2
3
4
5
6

Edward G. Poplawski (SBN 113590)
*epoplawski@sidley.com*
Denise L. McKenzie (SBN 193313)
*dmckenzie@sidley.com*
Olivia M. Kim (SBN 228382)
*okim@sidley.com*
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013-1010
Telephone:       (213) 896-6000
Facsimile:        (213) 896-6600

7
8
9

**Attorneys For Plaintiffs**
Atmel Corporation;
Atmel Switzerland;
Atmel France; and
Atmel SARL

10

UNITED STATES DISTRICT COURT

11

NORTHERN DISTRICT OF CALIFORNIA

12

OAKLAND DIVISION

13
14
15

ATMEL CORPORATION, a Delaware
corporation; ATMEL SWITZERLAND, a
corporation; ATMEL FRANCE, a corporation;
and ATMEL SARL, a corporation,

16

                                    Plaintiffs,

17

v.

18

AUTHENTEC, INC., a Delaware corporation,

19

20

                                    Defendant

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.  C 06-02138 CW (EDL)

**PROOF OF SERVICE OF DOCUMENTS FILED UNDER SEAL**

Date:          May 1, 2008
Time:          2 PM
Location:     Courtroom 2, 4th Floor
Judge:        Hon. Claudia Wilken

21
22
23
24
25
26
27
28

LAI 1155925v.1

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Sidley Austin LLP, 555 West Fifth Street, Suite 4000, Los Angeles, California 90013-1010.

On March 21, 2008, I served:

- **Un-redacted version of *Plaintiffs' Responsive Brief on Its Combined Motion for Partial Summary Judgment of Infringement and Opening* Markman *Brief and Its Opposition to Defendant's Motion for Summary Judgment of Noninfringement, Claim Construction and Exceptional Case Finding* (Filed Under Seal);**

- **Exhibits O, T-U, V-W, Y-Z, CC-EE, GG-II, KK-LL, AND NN-PP to *Declaration of Denise L. McKenzie in Support of Plaintiffs' Responsive Brief on Its Combined Motion for Partial Summary Judgment of Infringement and Opening* Markman *Brief and Its Opposition to Defendant's Motion for Summary Judgment of Noninfringement, Claim Construction and Exceptional Case Finding* (Filed Under Seal);**

- ***Declaration of Dr. Dirk Colbry* (Filed Under Seal);**

- **Exhibits C, D, and E to *Declaration of Dr. Dirk Colbry* (Filed Under Seal); and**

- **Un-redacted version of *Atmel's Notice of Motion and Motion to Strike the Declaration of Dr. Roger D. McWilliams* (Filed Under Seal).**

on all interested parties in this action as follows:

**PLEASE SEE ATTACHED SERVICE LIST**

☒    (VIA OVERNIGHT COURIER) I caused each such document to be sent by Quick International Courier for priority overnight delivery. The above-mentioned documents would have been deposited with Quick International Courier on March 21, 2008.

☒    (VIA E-MAIL) I caused the foregoing document (except for Exhibit C, D, E to *Declaration of Dr. Dirk Colbry*) to be served by email from my desktop to each interested party as shown in the

Proof of Service
C 06-02138 CW (EDL)                                1

1  attached list. Each delivery was reported as complete and without error. A delivery receipt was

2  properly issued for each interested party served.

3       I declare that I am employed in the office of a member of the bar of this Court whose

4  direction the service was made.

5       Executed on March 21, 2008, at Los Angeles, California.

6

7

8  Melody Gutierrez

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  **Proof of Service**
    **C 06-02138 CW (EDL)**         2

1

## SERVICE LIST

2

**VIA QUICK INTERNATIONAL COURIER SERVICE:**

3

Matthew Greinert
GreinertM@howrey.com

4

Howrey LLP
525 Market Street, Suite 3600

5

San Francisco, CA  94105-2708
Tel:  (415) 848-4936

6

7

**Attorneys for Defendant AuthenTec, Inc.**

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LA1 1155925v.1