# EXHIBIT 39



## EXHIBIT A:  Accused AuthenTec Product EntréPad® AES 2501

The chart below identifies specifically where each element of the asserted claims is found in the AuthenTec EntréPad® AES2501.

### '114 PATENT CLAIMS:

| Claim 1 of the '114 patent | AuthenTec EntréPad® AES2501 |
|---|---|
| 1. A fingerprint reading system comprising:<br><br>means for reading a fingerprint including a sensor having | "The new EntréPad® AES2501 slide sensor is AuthenTec's latest and lowest cost fingerprint sensor" (Exh. A-1, AML000501-2, EntréPad® AES2501 Fingerprint Sensor For USB Applications, p. 1.) |
| a sensing surface coupled to a matrix of contact sensitive elements | EntréPad® AES2501 Detection Matrix:<br><br>• 192 x 16 pixels<br><br>• 9.75 mm x 0.81mm<br><br>• 500 ppi high-resolution images<br><br>(*Id.*) |
| for generating a series of partial images of a finger, placed in direct contact with said sensing surface, from relative sliding contact between said sensing surface and said finger, | The EntréPad® AES2501 delivers "multiple images of the fingerprint (called image slices) as the finger is pulled across the sensor." (*Id.*) AuthenTec's technology is "adapted for sliding finger motions." (*Id.*)<br><br>"During enrollment a maximum of 113 slices are recorded by the system.  For Enrollment, slices are 1705 bytes and 1192 bytes for verification.  The '113' number is set by AuthenTec based on extensive research." (Exh. A-2,  AML000503-23, Application Note entitled "Interfacing the AuthenTec Fingerprint Sensor to the ML696201/69Q6203 Series," February 2006, Rev. 1.0, p.4.) |
| said sensing surface having a surface area smaller than a surface area of said fingerprint to be read; and | AuthenTec has adapted its technology to read fingerprints while the finger is pulled across the EntréPad® AES2501's rectangular surface. (Exh. A-1, AML000501-2, EntréPad® AES2501 Fingerprint Sensor For USB Applications, p. 1.)  In this manner, the full fingerprint is acquired while the sensor is substantially reduced in size. (*Id.*)  The EntréPad® AES2501 has an "ultra small size." (*Id.*) |



| Claim 2 of the '114 patent | AuthenTec EntréPad® AES2501 |
|---|---|
| 2. A fingerprint-reading system according to claim 1, wherein the sensor is fixed to a frame, the relative motion of the finger with respect to the sensor being done by the sliding of the finger on the sensor. | AuthenTec has adapted its technology to read fingerprints while the finger is pulled across the AES2501's rectangular surface. (Exh. A-1, AML000501-2, EntréPad® AES2501 Finger Print Sensor for USB Applications, p. 1.)<br><br>AuthenTec's technology is "adapted for sliding finger motions." (*Id.*) |

| Claim 4 of the '114 patent | AuthenTec EntréPad® AES2501 |
|---|---|
| 4. A fingerprint-reading system according to any of the claims **1**, **2** or **3**, wherein the sensor is an integrated circuit comprising a matrix of sensitive elements integrated into a semiconductor substrate into which there is integrated a multiplexer enabling the individual measurement of a signal generated in the active layer of the sensor during the relative shift of the finger and the sensor with respect to each other. | EntréPad® AES2501 Detection Matrix:<br><br>• 192 x 16 pixels<br><br>• 9.75 mm x 0.81mm<br><br>• 500 ppi high-resolution images<br><br>(*Id.*) |

| Claim 8 of the '114 patent | AuthenTec EntréPad® AES2501 |
|---|---|
| 8. A fingerprint-reading system according to claim **4**, wherein the sensitive element of the sensor is rectangular. | AuthenTec has adapted its technology to read fingerprints while the finger is pulled across the EntréPad® AES2501's rectangular surface. (*Id.*) In this manner, the full fingerprint is acquired while the sensor is substantially reduced in size. (*Id.*) |

Exhibit A to Disclosure of Asserted Claims and Preliminary Infringement Contentions of Plaintiffs
LA1 842049v.1

| Claim 15 of the '114 patent | AuthenTec EntréPad® AES2501 |
|---|---|
| 15. A fingerprint-reading system according to any one of the claims **2**, **3** or **1**, comprising partial image processing means provided by the sensor, making it possible in particular to provide contours of fingerprint ridge lines, the image reconstitution means setting up, on the basis of these contours, a total fingerprint image in the form of contours. | An AuthenTec PowerPoint slide shows finger print matching options, one of which is stitched image segments. (Exh. A -3, AML000524-37, AuthenTec PowerPoint presentation, p. 12.)<br><br>Also "[u]sing a GUI [graphical user interface] available from AuthenTec application engineering, the captured fingerprint image can be displayed in a bitmap format as shown in Figure 2-10. The GUI is called 'SlideToFullImage.exe' and takes the raw image, processes it, and produces the bitmap. The picture shows the pre and post RSR (Redundant Slice Removal) fingerprint." (Exh. A-2, AML000503-23, Application Note entitled "Interfacing the AuthenTec Fingerprint Sensor to the ML696201/69Q6203 Series," February 2006, Rev. 1.0, p. 8.)<br><br>On information and belief, at least one product that includes an AuthenTec EntréPad® 25xx series sweep sensor, the Fujitsu FOMA F900i mobile phone, displays a reconstituted total image of a fingerprint. |

| Claim 17 of the '114 patent | AuthenTec EntréPad® AES2501 |
|---|---|
| 17. A fingerprint reading system comprising:<br><br>means for reading a fingerprint including a sensor having | "The new EntréPad® AES2501 slide sensor is AuthenTec's latest and lowest cost fingerprint sensor." (Exh. A-1, AML000501-2, EntréPad® AES2501 Fingerprint Sensor for USB Applications, p. 1.) |
| a sensing surface coupled to a matrix of several lines of sensing elements | EntréPad® AES2501 Detection Matrix:<br><br>⊚   192 x 16 pixels<br><br>⊚   9.75 mm x 0.81mm<br><br>⊚   500 ppi high-resolution images<br><br>(*Id.*) |
| for generating a series of overlapping successive partial images of a finger placed in contact with said sensing surface from relative *sliding contact between said sensing surface* | The EntréPad® AES2501 delivers "multiple images of the fingerprint (called image slices) as the finger is pulled across the sensor." (*Id.*) AuthenTec's technology is adapted for sliding |

Exhibit A to Disclosure of Asserted Claims and Preliminary Infringement Contentions of Plaintiffs
LA1 842049v.1

**'804 PATENT CLAIMS**

| Claim 1 of the '804 patent | AuthenTec EntréPad® AES2501 |
|---|---|
| 1. A process for reading a fingerprint, comprising: | AuthenTec has adapted its technology to read fingerprints while the finger is pulled across the AES2501's rectangular surface. (Exh. A-1, AML000501-2, EntréPad® AES2501 Fingerprint Sensor for USB Application, p. 1.) |
| obtaining a series of partial images of the fingerprint during a sliding relative motion between a finger and a sensor, | The EntréPad® AES2501 delivers "multiple images of the fingerprint (called image slices) as the finger is pulled across the sensor." (*Id.*) AuthenTec's technology is adapted for sliding finger motions. (*Id.*) Each image slice is analyzed. (*Id.*)<br><br>"During enrollment a maximum of 113 slices are recorded by the system. For Enrollment, slices are 1705 bytes and 1192 bytes for verification. The '113' number is set by AuthenTec based on extensive research." (Exh. A-2, AML000503-23, Application Note entitled "Interfacing the AuthenTec Fingerprint Sensor to the ML696201/69Q6203 Series," February 2006, Rev. 1.0, p.4.) |
| said sensor having a sensing surface area smaller than a surface of area of an image on said sensor of said fingerprint to be read, | AuthenTec has adapted its technology to read fingerprints while the finger is pulled across the EntréPad® AES2501's rectangular surface. (Exh. A-1, AML000501-2, EntréPad® AES2501 Fingerprint Sensor for USB Application, p. 1.) In this manner, the full fingerprint is acquired while the sensor is substantially reduced in size. (*Id.*) The EntréPad® AES2501 has an "ultra small size." (*Id.*)<br><br>EntréPad® AES2501 Ultra Small Form Factor:<br><br>  ○  48 Ball Grid Array (BGA)<br><br>  ○  13.8 mm x 5mm x 1.3 mm<br><br>(*Id.*) |
| and having several lines of sensing elements, each partial image partially overlapping a previous partial image, and | EntréPad® AES2501 Detection Matrix:<br><br>  ○  192 x 16 pixels<br><br>  ○  9.75 mm x 0.81mm |

Exhibit A to Disclosure of Asserted Claims and Preliminary Infringement Contentions of Plaintiffs
LA1 842049v.1



| Claim 1 of the '804 patent | AuthenTec EntréPad® AES2501 |
|---|---|
|  | ○   500 ppi high-resolution images<br>(*Id.*) |
| reconstructing a global image of said fingerprint to be read by correlation of overlapping partial images. | An AuthenTec PowerPoint slide shows finger print matching options, one of which contains stitched image segments. (Exh. A-3, AML000524-37, AuthenTec PowerPoint presentation, p. 12.) |
|  | Also "[u]sing a GUI [graphical user interface] available from AuthenTec application engineering, the captured fingerprint image can be displayed in a bitmap format as shown in Figure 2-10.  The GUI is called 'SlideToFullImage.exe' and takes the raw image, processes it, and produces the bitmap. The picture shows the pre and post RSR (Redundant Slice Removal) fingerprint." (Exh. A-2, AML000503-23, Application Note entitled "Interfacing the AuthenTec Fingerprint Sensor to the ML696201/69Q6203 Series," February 2006, Rev. 1.0, p. 8.) |
|  | On information and belief, at least one product that includes an AuthenTec EntréPad® 25xx series sweep sensor, the Fujitsu FOMA F900i mobile phone, displays a reconstituted total image of a fingerprint. |

| Claim 10 of the '804 patent | AuthenTec EntréPad® AES2501 |
|---|---|
| 10.  [A] process for reading a fingerprint, comprising: | AuthenTec has adapted its technology to read fingerprints while the finger is pulled across the AES2501's rectangular surface.  (Exh. A-1, AML000501-2, EntréPad® AES2501 Fingerprint Sensor for USB Application, p. 1.) |
| obtaining a series of partial images of the fingerprint during a sliding relative motion between a finger and a sensor, | The EntréPad® AES2501 delivers "multiple images of the fingerprint (called image slices) as the finger is pulled across the sensor."  (*Id.*) AuthenTec's technology is adapted for sliding finger motions.  (*Id.*)  Each image slice is analyzed.  (*Id.*) |
|  | "During enrollment a maximum of 113 slices are recorded by the system.  For Enrollment, |

9

| Claim 10 of the '804 patent | AuthenTec EntréPad® AES2501 |
|---|---|
| | slices are 1705 bytes and 1192 bytes for verification.  The '113' number is set by AuthenTec based on extensive research." (Exh. A-2, AML000503-23, Application Note entitled "Interfacing the AuthenTec Fingerprint Sensor to the ML696201/69Q6203 Series," February 2006, Rev. 1.0, p.4.) |
| said sensor having several lines of sensing elements and | EntréPad® AES2501 Detection Matrix: <br> ○ 192 x 16 pixels <br> ○ 9.75 mm x 0.81mm <br> ○ 500 ppi high-resolution images <br> (Exh. A-1, AML000501-2, EntréPad® AES2501 Fingerprint Sensor for USB Application, p. 1.) |
| having a sensing surface area capable of encompassing not more than a small portion of the fingerprint to be read, | AuthenTec has adapted its technology to read fingerprints while the finger is pulled across the EntréPad® AES2501's rectangular surface. (*Id.*)  In this manner, the full fingerprint is acquired while the sensor is substantially reduced in size.  (*Id.*)  The EntréPad® AES2501 has an "ultra small size."  (*Id.*) <br> EntréPad® AES2501 Ultra Small Form Factor: <br> ○ 48 Ball Grid Array (BGA) <br> ○ 13.8 mm x 5mm x 1.3 mm <br> (*Id.*) |
| each partial image formed on said sensing surface area during said sliding movement corresponding to a different part of the fingerprint partially overlapping a previous part; and | The EntréPad® AES2501 delivers "multiple images of the fingerprint (called image slices) as the finger is pulled across the sensor."  (*Id.*) AuthenTec's technology is adapted for sliding finger motions.  (*Id.*) |
| reconstructing a global image of said fingerprint to be read by correlation of overlapping partial images. | An AuthenTec PowerPoint slide shows finger print matching options, one of which is stitched image segments. (Exh.A-3, AML000524-37, AuthenTec PowerPoint presentation, p. 12.) <br> Also "[u]sing a GUI [graphical user interface] available from AuthenTec application engineering, the captured fingerprint image can be displayed in a bitmap format as shown in |

10

 

**EXHIBIT B:  Accused AuthenTec Product EntréPad® 2501A**

The chart below identifies specifically where each element of the asserted claims is found in the AuthenTec EntréPad® 2501A.

**'114 PATENT CLAIMS:**

| Claim 1 of the '114 patent | AuthenTec EntréPad® 2501A |
|---|---|
| 1.  A fingerprint reading system comprising:<br><br>means for reading a fingerprint including a sensor having | The EntréPad® 2501A is a slide sensor. (Exh. B-1, AML000538-9, AuthenTec EntréPad® 2501A, p. 1.) The EntréPad® 2501A sensor is "able to read virtually every fingerprint." (*Id.*) |
| a sensing surface coupled to a matrix of contact sensitive elements | EntréPad® 2501A Detection Matrix:<br><br>    ◉  192 x 16 pixels @ 500 ppi<br>    ◉  9.75 mm x 0.81 mm<br><br>(*Id.* at p. 2.) |
| for generating a series of partial images of a finger, placed in direct contact with said sensing surface, from relative sliding contact between said sensing surface and said finger, | "All of AuthenTec's EntréPad® and FingerLoc sensors utilize TruePrint technology." (Exh. A-1, AML000501-2, EntréPad® AES2501, Fingerprint Sensor For USB Applications, p. 1.) The TruePrint technology allows the EntréPad® 2501A sensor to "deliver multiple images of the fingerprint (called image slices) as the finger is pulled across the sensor." (*Id.*)<br><br>"During enrollment a maximum of 113 slices are recorded by the system.  For Enrollment, slices are 1705 bytes and 1192 bytes for verification.  The '113' number is set by AuthenTec based on extensive research." (Exh. A-2, AML000503-23, Application Note entitled "Interfacing the AuthenTec Fingerprint Sensor to the ML696201/69Q6203 Series," February 2006, Rev. 1.0, p.4.) |
| said sensing surface having a surface area smaller than a surface area of said fingerprint to be read; and | AuthenTec has adapted its TruePrint technology to read fingerprints while the finger is pulled across the EntréPad® 2501A sensor's rectangular surface. (Exh. A-1, AML000501-2, EntréPad® AES2501, Fingerprint Sensor For USB Applications, p. 1.) In this manner, the full fingerprint is acquired while the sensor is substantially reduced in size. (*Id.*) The EntréPad® 2501A has a Small Form Factor:<br><br>    ◉  48 Ball Grid Array (BGA) |

| Claim 2 of the '114 patent | AuthenTec EntréPad® AES2501 |
|---|---|
| 2. A fingerprint-reading system according to claim 1, wherein the sensor is fixed to a frame, the relative motion of the finger with respect to the sensor being done by the sliding of the finger on the sensor. | "All of AuthenTec's EntréPad® and FingerLoc sensors utilize TruePrint technology."  (Exh. A-1, AML000501-2, EntréPad® AES2501, Fingerprint Sensor For USB Applications, p. 1.).  The TruePrint technology allows the EntréPad® 2501A sensor to "deliver multiple images of the fingerprint (called image slices) as the finger is pulled across the sensor."  (*Id.*) |

| Claim 4 of the '114 patent | AuthenTec EntréPad® 2501A |
|---|---|
| 4. A fingerprint-reading system according to any of the claims **1**, **2** or **3**, wherein the sensor is an integrated circuit comprising a matrix of sensitive elements integrated into a semiconductor substrate into which there is integrated a multiplexer enabling the individual measurement of a signal generated in the active layer of the sensor during the relative shift of the finger and the sensor with respect to each other. | EntréPad® 2501A Detection Matrix:<br><br>• 192 x 16 pixels @500 ppi<br>• 9.75 mm x 0.81 mm<br><br>(Exh. B-1, AML000538-9, AuthenTec EntréPad® 2501A, p. 2.) |

| Claim 8 of the '114 patent | AuthenTec EntréPad® 2501A |
|---|---|
| 8. A fingerprint-reading system according to claim **4**, wherein the sensitive element of the sensor is rectangular. | "All of AuthenTec's EntréPad® and FingerLoc sensors utilize TruePrint technology."  (Exh. A-1, AML000501-2, EntréPad® AES2501, Fingerprint Sensor For USB Applications, p. 1.)  AuthenTec has adapted its TruePrint technology to read fingerprints while the finger is pulled across the EntréPad® 2501A's rectangular surface. (*Id.*) |

Exhibit B to Disclosure of Asserted Claims and Preliminary Infringement Contentions of Plaintiffs
LA1 842165v.1

| Claim 15 of the '114 patent | AuthenTec EntréPad® 2501A |
|---|---|
| 15. A fingerprint-reading system according to any one of the claims 2, 3 or 1, comprising partial image processing means provided by the sensor, making it possible in particular to provide contours of fingerprint ridge lines, the image reconstitution means setting up, on the basis of these contours, a total fingerprint image in the form of contours. | An AuthenTec PowerPoint slide shows finger print matching options, one of which is stitched image segments. (Exh. A-3, AML000524-37, AuthenTec PowerPoint presentation, p. 12.) |
| | Also "[u]sing a GUI [graphical user interface] available from AuthenTec application engineering, the captured fingerprint image can be displayed in a bitmap format as shown in Figure 2-10. The GUI is called 'SlideToFullImage.exe' and takes the raw image, processes it, and produces the bitmap. The picture shows the pre and post RSR (Redundant Slice Removal) fingerprint." (Exh. A-2, AML000503-23, Application Note entitled "Interfacing the AuthenTec Fingerprint Sensor to the ML696201/69Q6203 Series," February 2006, Rev. 1.0, p. 8.) |
| | The EntréPad® 2501A sensor is "able to read virtually every fingerprint." (Exh. B-1, AML000538-9, AuthenTec EntréPad® 2501A, p. 1.) |
| | On information and belief, at least one product that includes an AuthenTec 25xx series sweep sensor, the Fujitsu FOMA F900i mobile phone, displays a reconstituted total image of a fingerprint. |

| Claim 17 of the '114 patent | AuthenTec EntréPad® 2501A |
|---|---|
| 17. A fingerprint reading system comprising:<br><br>means for reading a fingerprint including a sensor having | The EntréPad® 2501A is a slide sensor. (Exh. B-1, AML000538-9, AuthenTec EntréPad® 2501A, p. 1.) The EntréPad® 2501A sensor is "able to read virtually every fingerprint." (*Id.*) |
| a sensing surface coupled to a matrix of several lines of sensing elements | EntréPad® 2501A Detection Matrix:<br><br>⊙ 192 x 16 pixels @ 500 ppi<br><br>⊙ 9.75 mm x 0.81 mm<br><br>(*Id.* at p. 2.) |
| for generating a series of overlapping | "All of AuthenTec's EntréPad® and FingerLoc |

Exhibit B to Disclosure of Asserted Claims and Preliminary Infringement Contentions of Plaintiffs
LA1 842165v.1

**'804 PATENT CLAIMS:**

| Claim 1 of the '804 patent | AuthenTec EntréPad® 2501A |
|---|---|
| 1. A process for reading a fingerprint, comprising: | The EntréPad® 2501A sensor is "able to read virtually every fingerprint." (Exh. B-1, AML000538-9, AuthenTec EntréPad® 2501A, p. 1.) |
| Obtaining a series of partial images of the fingerprint during a sliding relative motion between a finger and a sensor | "All of AuthenTec's EntréPad® and FingerLoc sensors utilize TruePrint technology." (Exh. A-1, AML000501-2, EntréPad® AES2501, Fingerprint Sensor For USB Applications, p. 1.). The TruePrint technology allows the EntréPad® 2501A sensor to "deliver multiple images of the fingerprint (called image slices) as the finger is pulled across the sensor. (*Id.*) Each image slice is analyzed…" (*Id.*) |
| | "During enrollment a maximum of 113 slices are recorded by the system. For Enrollment, slices are 1705 bytes and 1192 bytes for verification. The '113' number is set by AuthenTec based on extensive research." (Exh. A-2, AML000503-23, Application Note entitled "Interfacing the AuthenTec Fingerprint Sensor to the ML696201/69Q6203 Series," February 2006, Rev. 1.0, p.4.) |
| Said sensor having a sensing surface area smaller than a surface of area of an image on said sensor of said fingerprint to be read, | AuthenTec has adapted its TruePrint technology to read fingerprints while the finger is pulled across the EntréPad® 2501A sensor's rectangular surface. (*Id.*) In this manner, the full fingerprint is acquired while the sensor is substantially reduced in size. (*Id.*) The EntréPad® 2501A has a Small Form Factor:<br><br>  ◉ 48 Ball Grid Array (BGA)<br><br>  ◉ 13.8 mm x 5 mm x 1.3 mm<br><br>(Exh. B-1, AML000538-9, AuthenTec EntréPad® 2501A, p. 2.) |
| And having several lines of sensing elements, each partial image partially overlapping a previous partial image, and | EntréPad® 2501A Detection Matrix:<br><br>  ◉ 192 x 16 pixels @ 500 ppi<br><br>  ◉ 9.75 mm x 0.81 mm<br><br>(*Id.*) |
| Reconstructing a global image of said | An AuthenTec PowerPoint slide shows finger |

Exhibit B to Disclosure of Asserted Claims and Preliminary Infringement Contentions of Plaintiffs
LA1 842165v.1



| Claim 1 of the '804 patent | AuthenTec EntréPad® 2501A |
|---|---|
| fingerprint to be read by correlation of overlapping partial images. | print matching options, one of which contains stitched image segments. (Exh. A-3, AML000524-37, AuthenTec PowerPoint presentation, p. 12.) |
| | Also "[u]sing a GUI [graphical user interface] available from AuthenTec application engineering, the captured fingerprint image can be displayed in a bitmap format as shown in Figure 2-10. The GUI is called 'SlideToFullImage.exe' and takes the raw image, processes it, and produces the bitmap. The picture shows the pre and post RSR (Redundant Slice Removal) fingerprint." (Exh. A-2, AML000503-23, Application Note entitled "Interfacing the AuthenTec Fingerprint Sensor to the ML696201/69Q6203 Series," February 2006, Rev. 1.0, p. 8.) |
| | The EntréPad® 2501A sensor is "able to read virtually every fingerprint." (Exh. B-1, AML000538-9, AuthenTec EntréPad® 2501A, p. 1.) |
| | On information and belief, at least one product that includes an AuthenTec 25xx series sweep sensor, the Fujitsu FOMA F900i mobile phone, displays a reconstituted total image of a fingerprint. |

| Claim 10 of the '804 patent | AuthenTec EntréPad® 2501A |
|---|---|
| 10. [A] process for reading a fingerprint, comprising: | The EntréPad® 2501A sensor is "able to read virtually every fingerprint." (Exh. B-1, AML000538-9, AuthenTec EntréPad® 2501A, p. 1.) |
| Obtaining a series of partial images of the fingerprint during a sliding relative motion between a finger and a sensor, | "All of AuthenTec's EntréPad® and FingerLoc sensors utilize TruePrint technology." (Exh. A-1, AML000501-2, EntréPad® AES2501, Fingerprint Sensor For USB Applications, p. 1.) The TruePrint technology allows the EntréPad® 2501A sensor to "deliver multiple images of the fingerprint (called image slices) as the finger is pulled across the sensor. Each image slice is analyzed..." (*Id.*) |

9

| Claim 10 of the '804 patent | AuthenTec EntréPad® 2501A |
|---|---|
| | "During enrollment a maximum of 113 slices are recorded by the system. For Enrollment, slices are 1705 bytes and 1192 bytes for verification. The '113' number is set by AuthenTec based on extensive research." (Exh. A-2, AML000503-23, Application Note entitled "Interfacing the AuthenTec Fingerprint Sensor to the ML696201/69Q6203 Series," February 2006, Rev. 1.0, p.4.) |
| said sensor having several lines of sensing elements and | EntréPad® 2501A Detection Matrix:<br><br>⊙ 192 x 16 pixels @ 500 ppi<br><br>⊙ 9.75 mm x 0.81 mm<br><br>(Exh. B-1, AML000538-9, AuthenTec EntréPad® 2501A, p. 2.) |
| having a sensing surface area capable of encompassing not more than a small portion of the fingerprint to be read, | AuthenTec has adapted its TruePrint technology to read fingerprints while the finger is pulled across the EntréPad® 2501A sensor's rectangular surface. (*Id.*) In this manner, the full fingerprint is acquired while the sensor is substantially reduced in size. (*Id.*) The EntréPad® 2501A has a Small Form Factor:<br><br>⊙ 48 Ball Grid Array (BGA)<br><br>⊙ 13.8 mm x 5 mm x 1.3 mm<br><br>(*Id.*) |
| each partial image formed on said sensing surface area during said sliding movement corresponding to a different part of the fingerprint partially overlapping a previous part; and | "All of AuthenTec's EntréPad® and FingerLoc sensors utilize TruePrint technology." (Exh. A-1, AML000501-2, EntréPad® AES2501, Fingerprint Sensor For USB Applications, p. 1.) The TruePrint technology allows the EntréPad® 2501A sensor to "deliver multiple images of the fingerprint (called image slices) as the finger is pulled across the sensor. Each image slice is analyzed…" (*Id.*) |
| Reconstructing a global image of said fingerprint to be read by correlation of overlapping partial images. | An AuthenTec PowerPoint slide shows finger print matching options, one of which is stitched image segments. (Exh. A-3, AML000524-37, AuthenTec PowerPoint presentation, p. 12.)<br><br>Also "[u]sing a GUI [graphical user interface] |

Exhibit B to Disclosure of Asserted Claims and Preliminary Infringement Contentions of Plaintiffs
LA1 842165v.1



## EXHIBIT C:  Accused AuthenTec Product EntréPad® 2501B

The chart below identifies specifically where each element of the asserted claims is found in the AuthenTec EntréPad® 2501B.

### '114 PATENT CLAIMS:

| Claim 1 of the '114 patent | AuthenTec EntréPad® 2501B |
|---|---|
| 1.  A fingerprint reading system comprising:<br><br>means  for  reading  a  fingerprint  including  a  sensor  having | The EntréPad® 2501B is a slide sensor. (Exh. C-1, AML000540-1, AuthenTec EntréPad® 2501B, p. 1.) The EntréPad® 2501B sensor is "able to read virtually every fingerprint." (*Id.*) |
| a sensing surface coupled to a matrix of contact sensitive elements | EntréPad® 2501B Detection Matrix:<br><br>• 192 x 16 pixels @ 500 ppi<br><br>• 9,75 mm x 0.81 mm<br><br>(*Id.* at p. 2.) |
| for generating a series of partial images of a finger, placed in direct contact with said sensing surface, from relative sliding contact between said sensing surface and said finger, | "All of AuthenTec's EntréPad® and FingerLoc sensors utilize TruePrint technology." (Exh. A-1, AML000501-2, EntréPad® AES2501, Fingerprint Sensor For USB Applications, p. 1.) The TruePrint technology allows the EntréPad® 2501B sensor to "deliver multiple images of the fingerprint (called image slices) as the finger is pulled across the sensor." (*Id.*)<br><br>"During enrollment a maximum of 113 slices are recorded by the system.  For Enrollment, slices are 1705 bytes and 1192 bytes for verification. The '113' number is set by AuthenTec based on extensive research." (Exh. A-2, AML000503-23, Application Note entitled "Interfacing the AuthenTec Fingerprint Sensor to the ML696201/69Q6203 Series," February 2006, Rev. 1.0, p.4.) |
| said sensing surface having a surface area smaller than a surface area of said fingerprint to be read; and | AuthenTec has adapted its TruePrint technology to read fingerprints while the finger is pulled across the EntréPad® 2501B sensor's rectangular surface. (Exh. A-1, AML000501-2, EntréPad® AES2501, Fingerprint Sensor For USB Applications, p. 1.)  In this manner, the full fingerprint is acquired while the sensor is substantially reduced in size. (*Id.*)  The EntréPad® 2501B has a Small Form Factor: |



| Claim 2 of the '114 patent | AuthenTec EntréPad® 2501B |
|---|---|
| 2. A fingerprint-reading system according to claim 1, wherein the sensor is fixed to a frame, the relative motion of the finger with respect to the sensor being done by the sliding of the finger on the sensor. | "All of AuthenTec's EntréPad® and FingerLoc sensors utilize TruePrint technology." (Exh. A-1, AML000501-2, EntréPad® AES2501, Fingerprint Sensor For USB Applications, p.1.) The TruePrint technology allows the EntréPad® 2501B sensor to "deliver multiple images of the fingerprint (called image slices) as the finger is pulled across the sensor." (*Id.*) |

| Claim 4 of the '114 patent | AuthenTec EntréPad® 2501B |
|---|---|
| 4. A fingerprint-reading system according to any of the claims **1**, **2** or **3**, wherein the sensor is an integrated circuit comprising a matrix of sensitive elements integrated into a semiconductor substrate into which there is integrated a multiplexer enabling the individual measurement of a signal generated in the active layer of the sensor during the relative shift of the finger and the sensor with respect to each other. | EntréPad® 2501B Detection Matrix:<br><br>• 192 x 16 pixels @ 500 ppi<br><br>• 9.75 mm x 0.81 mm<br><br>(Exh. C-1, AML000540-1, AuthenTec EntréPad® 2501B, p. 2.) |

| Claim 8 of the '114 patent | AuthenTec EntréPad® 2501B |
|---|---|
| 8. A fingerprint-reading system according to claim **4**, wherein the sensitive element of the sensor is rectangular. | "All of AuthenTec's EntréPad® and FingerLoc sensors utilize TruePrint technology." (Exh. A-1, AML000501-2, EntréPad® AES2501, Fingerprint Sensor For USB Applications, p. 1.) AuthenTec has adapted its TruePrint technology to read fingerprints while the finger is pulled across the EntréPad® 2501B's rectangular surface. (*Id.*) |

3



| Claim 15 of the '114 patent | AuthenTec EntréPad® 2501B |
|---|---|
| 15.  A fingerprint-reading system according to any one of the claims **2**, **3** or **1**, comprising partial image processing means provided by the sensor, making it possible in particular to provide contours of fingerprint ridge lines, the image reconstitution means setting up, on the basis of these contours, a total fingerprint image in the form of contours. | An AuthenTec PowerPoint slide shows finger print matching options, one of which is stitched image segments.  (Exh. A-3, AML000524-37, AuthenTec PowerPoint presentation, p. 12.)<br><br>Also "[u]sing a GUI [graphical user interface] available from AuthenTec application engineering, the captured fingerprint image can be displayed in a bitmap format as shown in Figure 2-10.  The GUI is called 'SlideToFullImage.exe' and takes the raw image, processes it, and produces the bitmap. The picture shows the pre and post RSR (Redundant Slice Removal) fingerprint."  (Exh. A-2, AML000503-23, Application Note entitled "Interfacing the AuthenTec Fingerprint Sensor to the ML696201/69Q6203 Series", February 2006, Rev. 1.0, p. 8.)<br><br>The EntréPad® 2501B sensor is "able to read virtually every fingerprint."  (Exh. C-1, AML000540-1, AuthenTec EntréPad® 2501B, p. 1.)<br><br>On information and belief, at least one product that includes an AuthenTec 25xx series sweep sensor, the Fujitsu FOMA F900i mobile phone, displays a reconstituted total image of a fingerprint. |

| Claim 17 of the '114 patent | AuthenTec EntréPad® 2501B |
|---|---|
| 17.  A fingerprint reading system comprising:<br><br>means for reading a fingerprint including a sensor having | The EntréPad® 2501B is a slide sensor.  (Exh. C-1, AML000540-1, AuthenTec EntréPad® 2501B, p. 1.)  The EntréPad® 2501B sensor is "able to read virtually every fingerprint."  (*Id.*) |
| a sensing surface coupled to a matrix of several lines of sensing elements | EntréPad® 2501B Detection Matrix:<br><br>• 192 x 16 pixels @ 500 ppi<br><br>• 9.75 mm x 0.81 mm<br><br>(*Id.* at p. 2.) |
| for generating a series of overlapping successive partial images of a finger placed in | "All of AuthenTec's EntréPad® and FingerLoc sensors utilize TruePrint technology."  (Exh. |

5

**'804 PATENT CLAIMS:**

| Claim 1 of the '804 patent | AuthenTec EntréPad® 2501B |
|---|---|
| 1. A process for reading a fingerprint, comprising: | The EntréPad® 2501B sensor is "able to read virtually every fingerprint." (Exh. C-1, AML000540-1, AuthenTec EntréPad® 2501B, p. 1.) |
| obtaining a series of partial images of the fingerprint during a sliding relative motion between a finger and a sensor | "All of AuthenTec's EntréPad® and FingerLoc sensors utilize TruePrint technology." (Exh. A-1, AML000501-2, EntréPad® AES2501, Fingerprint Sensor For USB Applications, p. 1.) The TruePrint technology allows the EntréPad® 2501B sensor to "deliver multiple images of the fingerprint (called image slices) as the finger is pulled across the sensor. Each image slice is analyzed..." (*Id.*) |
| | "During enrollment a maximum of 113 slices are recorded by the system. For Enrollment, slices are 1705 bytes and 1192 bytes for verification. The '113' number is set by AuthenTec based on extensive research." (Exh. A-2, AML000503-23, Application Note entitled "Interfacing the AuthenTec Fingerprint Sensor to the ML696201/69Q6203 Series," February 2006, Rev. 1.0, p.4.) |
| said sensor having a sensing surface area smaller than a surface of area of an image on said sensor of said fingerprint to be read, | AuthenTec has adapted its TruePrint technology to read fingerprints while the finger is pulled across the EntréPad® 2501B sensor's rectangular surface. (*Id.*) In this manner, the full fingerprint is acquired while the sensor is substantially reduced in size. (*Id.*) The EntréPad® 2501B has a Small Form Factor: <br>• 48 Ball Grid Array (BGA) <br>• 13.8 mm x 5 mm x 1.3 mm <br>(Exh. C-1, AML000540-1, AuthenTec EntréPad® 2501B, p. 2.) |
| and having several lines of sensing elements, each partial image partially overlapping a previous partial image, and | EntréPad® 2501B Detection Matrix: <br>• 192 x 16 pixels @ 500 ppi <br>• 9.75 mm x 0.81 mm <br>(*Id.*) |
| reconstructing a global image of said | An AuthenTec PowerPoint slide shows finger |

8



| Claim 1 of the '804 patent | AuthenTec EntréPad® 2501B |
|---|---|
| fingerprint to be read by correlation of overlapping partial images. | print matching options, one of which contains stitched image segments. (Exh. A-3, AML000524-37, AuthenTec PowerPoint presentation, p. 12.) |
| | Also "[u]sing a GUI [graphical user interface] available from AuthenTec application engineering, the captured fingerprint image can be displayed in a bitmap format as shown in Figure 2-10. The GUI is called 'SlideToFullImage.exe' and takes the raw image, processes it, and produces the bitmap. The picture shows the pre and post RSR (Redundant Slice Removal) fingerprint." (Exh. A-2, AML000503-23, Application Note entitled "Interfacing the AuthenTec Fingerprint Sensor to the ML696201/69Q6203 Series," February 2006, Rev. 1.0, p. 8.) |
| | The EntréPad® 2501B sensor is "able to read virtually every fingerprint." (Exh. C-1, AML000540-1, AuthenTec EntréPad® 2501B, p. 1.) |
| | On information and belief, at least one product that includes an AuthenTec EntréPad® 25xx series sweep sensor, the Fujitsu FOMA F900i mobile phone, displays a reconstituted total image of a fingerprint. |

| Claim 10 of the '804 patent | AuthenTec EntréPad® 2501B |
|---|---|
| 10. [A] process for reading a fingerprint, comprising: | The EntréPad® 2501B sensor is "able to read virtually every fingerprint." (Exh. C-1, AML000540-1, AuthenTec EntréPad® 2501B, p. 1.) |
| obtaining a series of partial images of the fingerprint during a sliding relative motion between a finger and a sensor, | "All of AuthenTec's EntréPad® and FingerLoc sensors utilize TruePrint technology." (Exh. A-1, AML000501-2, EntréPad® AES2501, Fingerprint Sensor For USB Applications, p. 1.) The TruePrint technology allows the EntréPad® sensor to "deliver multiple images of the fingerprint (called image slices) as the finger is pulled across the sensor. Each image slice is analyzed..." (*Id.*) |

9



| Claim 10 of the '804 patent | AuthenTec EntréPad® 2501B |
|---|---|
|  | "During enrollment a maximum of 113 slices are recorded by the system. For Enrollment, slices are 1705 bytes and 1192 bytes for verification. The '113' number is set by AuthenTec based on extensive research." (Exh. A-2, AML000503-23, Application Note entitled "Interfacing the AuthenTec Fingerprint Sensor to the ML696201/69Q6203 Series," February 2006, Rev. 1.0, p.4.) |
| said sensor having several lines of sensing elements and | EntréPad® 2501B Detection Matrix: <br> • 192 x 16 pixels @ 500 ppi <br> • 9.75 mm x 0.81 mm <br> (Exh. C-1, AML000540-1, AuthenTec EntréPad® 2501B, p. 2.) |
| having a sensing surface area capable of encompassing not more than a small portion of the fingerprint to be read, | AuthenTec has adapted its TruePrint technology to read fingerprints while the finger is pulled across the EntréPad® sensor's rectangular surface. (*Id.*) In this manner, the full fingerprint is acquired while the sensor is substantially reduced in size. (*Id.*) The EntréPad® 2501B has a Small Form Factor: <br> • 48 Ball Grid Array (BGA) <br> • 13.8 mm x 5 mm x 1.3 mm <br> (*Id.*) |
| each partial image formed on said sensing surface area during said sliding movement corresponding to a different part of the fingerprint partially overlapping a previous part; and | "All of AuthenTec's EntréPad® and FingerLoc sensors utilize TruePrint technology." (Exh. A-1, AML000501-2, EntréPad® AES2501, Fingerprint Sensor For USB Applications, p. 1.) The TruePrint technology allows the EntréPad® sensor to "deliver multiple images of the fingerprint (called image slices) as the finger is pulled across the sensor. Each image slice is analyzed." (*Id.*) |
| reconstructing a global image of said fingerprint to be read by correlation of overlapping partial images. | An AuthenTec PowerPoint slide shows finger print matching options, one of which is stitched image segments. (Exh. A-3, AML000524-37, AuthenTec PowerPoint presentation, p. 12.) <br><br> Also "[u]sing a GUI [graphical user interface] available from AuthenTec application |

Exhibit C to Disclosure of Asserted Claims and Preliminary Infringement Contentions of Plaintiffs
LAI 842194v.1



**EXHIBIT D:  Accused AuthenTec Product EntréPad® AES 2502**

The chart below identifies specifically where each element of the asserted claims is found in the AuthenTec EntréPad® AES2502.

**'114 PATENT CLAIMS:**

| Claim 1 of the '114 patent | AuthenTec EntréPad® AES2502 |
|---|---|
| 1.  A fingerprint reading system comprising:<br><br>means for reading a fingerprint including a sensor having | "The new EntréPad® AES2502 slide sensor is AuthenTec's latest and lowest cost fingerprint sensor" (Exh. D-1, AML000542-3, EntréPad® AES2502 Fingerprint Sensor For Serial Interface Applications, p. 1.) |
| a sensing surface coupled to a matrix of contact sensitive elements | EntréPad® AES2502 Detection Matrix:<br><br>• 192 x 16 pixels<br><br>• 9.75 mm x 0.81mm<br><br>• 500 ppi high-resolution images<br><br>(*Id.*) |
| for generating a series of partial images of a finger, placed in direct contact with said sensing surface, from relative sliding contact between said sensing surface and said finger, | The EntréPad® AES2502 delivers "multiple images of the fingerprint (called image slices) as the finger is pulled across the sensor." (*Id.*) AuthenTec's technology is adapted for sliding finger motions.  (*Id.*)<br><br>"During enrollment a maximum of 113 slices are recorded by the system.  For Enrollment, slices are 1705 bytes and 1192 bytes for verification.  The '113' number is set by AuthenTec based on extensive research." (Exh. A-2,  AML000503-23, Application Note entitled "Interfacing the AuthenTec Fingerprint Sensor to the ML696201/69Q6203 Series," February 2006, Rev. 1.0, p.4.) |
| said sensing surface having a surface area smaller than a surface area of said fingerprint to be read; and | AuthenTec has adapted its technology to read fingerprints while the finger is pulled across the EntréPad® AES2502's rectangular surface. (Exh. D-1, AML000542-3, EntréPad® AES2502 Fingerprint Sensor For Serial Interface Applications, p. 1.)  In this manner, the full fingerprint is acquired while the sensor is substantially reduced in size.  (*Id.*)  The EntréPad® AES2502 has an "ultra small size." (*Id.*) |



| Claim 2 of the '114 patent | AuthenTec EntréPad® AES2502 |
|---|---|
| 2. A fingerprint-reading system according to claim 1, wherein the sensor is fixed to a frame, the relative motion of the finger with respect to the sensor being done by the sliding of the finger on the sensor. | AuthenTec has adapted its technology to read fingerprints while the finger is pulled across the AES2502's rectangular surface. (Exh. D-1, AML000542-3, EntréPad® AES2502 Finger Print Sensor For Serial Interface Applications, p. 1.) <br><br>AuthenTec's technology is "adapted for sliding finger motions." (*Id.*) |

| Claim 4 of the '114 patent | AuthenTec EntréPad® AES2502 |
|---|---|
| 4. A fingerprint-reading system according to any of the claims **1, 2** or **3**, wherein the sensor is an integrated circuit comprising a matrix of sensitive elements integrated into a semiconductor substrate into which there is integrated a multiplexer enabling the individual measurement of a signal generated in the active layer of the sensor during the relative shift of the finger and the sensor with respect to each other. | EntréPad® AES2502 Detection Matrix: <br><br>• 192 x 16 pixels <br><br>• 9.75 mm x 0.81mm <br><br>• 500 ppi high-resolution images <br><br>(*Id.*) |

| Claim 8 of the '114 patent | AuthenTec EntréPad® AES2502 |
|---|---|
| 8. A fingerprint-reading system according to claim **4**, wherein the sensitive element of the sensor is rectangular. | AuthenTec has adapted its technology to read fingerprints while the finger is pulled across the EntréPad® AES2502's rectangular surface. (*Id.*) In this manner, the full fingerprint is acquired while the sensor is substantially reduced in size. (*Id.*) |

3

| Claim 15 of the '114 patent | AuthenTec EntréPad® AES2502 |
|---|---|
| 15.  A fingerprint-reading system according to any one of the claims **2**, **3** or **1**, comprising partial image processing means provided by the sensor, making it possible in particular to provide contours of fingerprint ridge lines, the image reconstitution means setting up, on the basis of these contours, a total fingerprint image in the form of contours. | An AuthenTec powerpoint slide shows finger print matching options, one of which is stitched image segments. (Exh. A-3, AML000524-37, AuthenTec powerpoint presentation, p. 12.) |
|  | Also "[u]sing a GUI [graphical user interface] available from AuthenTec application engineering, the captured fingerprint image can be displayed in a bitmap format as shown in Figure 2-10.  The GUI is called 'SlideToFullImage.exe' and takes the raw image, processes it, and produces the bitmap. The picture shows the pre and post RSR (Redundant Slice Removal) fingerprint." (Exh. A-2, AML000503-23, Application Note entitled "Interfacing the AuthenTec Fingerprint Sensor to the ML696201/69Q6203 Series", February 2006, Rev. 1.0, p. 8.) |
|  | On information and belief, at least one product that includes an AuthenTec EntréPad® 25xx series sweep sensor, the Fujitsu FOMA F900i mobile phone, displays a reconstituted total image of a fingerprint. |

| Claim 17 of the '114 patent | AuthenTec EntréPad® AES2502 |
|---|---|
| 17.  A fingerprint reading system comprising:<br><br>means for reading a fingerprint including a sensor having | The new EntréPad® AES2502 slide sensor is AuthenTec's latest and lowest cost fingerprint sensor"  (Exh. D-1, AML000542-3, EntréPad® AES2502 Fingerprint Sensor For Serial Interface Applications, p. 1.) |
| a sensing surface coupled to a matrix of several lines of sensing elements | EntréPad® AES2502 Detection Matrix:<br><br>• 192 x 16 pixels<br><br>• 9.75 mm x 0.81mm<br><br>• 500 ppi high-resolution images<br><br>(*Id.*) |
| for generating a series of overlapping successive partial images of a finger placed in contact with said sensing surface from relative *sliding* contact between said sensing surface | The EntréPad® AES2502 delivers "multiple images of the fingerprint (called image slices) as the finger is pulled across the sensor."  (*Id.*) AuthenTec's technology is adapted for sliding |

5



**'804 PATENT CLAIMS:**

| Claim 1 of the '804 patent | AuthenTec AES2502 |
|---|---|
| 1.  A process for reading a fingerprint, comprising: | AuthenTec has adapted its technology to read fingerprints while the finger is pulled across the EntréPad® AES2502's rectangular surface. (Exh. D-1, AML000542-3, EntréPad® AES2502 Fingerprint Sensor For Serial Interface Applications, p. 1.) |
| obtaining a series of partial images of the fingerprint during a sliding relative motion between a finger and a sensor | The AES2502 delivers "multiple images of the fingerprint (called image slices) as the finger is pulled across the sensor." (*Id.*)  AuthenTec's technology is adapted for sliding finger motions. (*Id.*)  Each image slice is analyzed. (*Id.*)<br><br>"During enrollment a maximum of 113 slices are recorded by the system.  For Enrollment, slices are 1705 bytes and 1192 bytes for verification.  The '113' number is set by AuthenTec based on extensive research." (Exh. A-2,  AML000503-23, Application Note entitled "Interfacing the AuthenTec Fingerprint Sensor to the ML696201/69Q6203 Series," February 2006, Rev. 1.0, p.4.) |
| said sensor having a sensing surface area smaller than a surface of area of an image on said sensor of said fingerprint to be read, | AuthenTec has adapted its technology to read fingerprints while the finger is pulled across the AES2502's rectangular surface.  (Exh. D-1, AML000542-3, EntréPad® AES2502 Fingerprint Sensor For Serial Interface Applications, p. 1.)  In this manner, the full fingerprint is acquired while the sensor is substantially reduced in size. (*Id.*)  The EntréPad® AES2502 has an "ultra small size." (*Id.*)<br><br>EntréPad® AES2502 Ultra Small Form Factor:<br><br>&bull;   48 Ball Grid Array (BGA)<br><br>&bull;   13.8 mm x 5mm x 1.3 mm<br><br>(*Id.*) |
| and having several lines of sensing elements, each partial image partially overlapping a previous partial image, and | EntréPad® AES2502 Detection Matrix:<br><br>&bull;   192 x 16 pixels<br><br>&bull;   9.75 mm x 0.81mm |

Exhibit D to Disclosure of Asserted Claims and Preliminary Infringement Contentions of Plaintiffs
LA1 842081v.1



| Claim 1 of the '804 patent | AuthenTec AES2502 |
|---|---|
| | • 500 ppi high-resolution images<br><br>(*Id.*) |
| reconstructing a global image of said fingerprint to be read by correlation of overlapping partial images. | An AuthenTec PowerPoint slide shows finger print matching options, one of which contains stitched image segments. (Exh. A-3, AML000524-37, AuthenTec PowerPoint presentation, p. 12.)<br><br>Also "[u]sing a GUI [graphical user interface] available from AuthenTec application engineering, the captured fingerprint image can be displayed in a bitmap format as shown in Figure 2-10. The GUI is called 'SlideToFullImage.exe' and takes the raw image, processes it, and produces the bitmap. The picture shows the pre and post RSR (Redundant Slice Removal) fingerprint." (Exh. A-2, AML000503-23, Application Note entitled "Interfacing the AuthenTec Fingerprint Sensor to the ML696201/69Q6203 Series", February 2006, Rev. 1.0, p. 8.)<br><br>On information and belief, at least one product that includes an AuthenTec EntréPad® 25xx series sweep sensor, the Fujitsu FOMA F900i mobile phone, displays a reconstituted total image of a fingerprint. |

| Claim 10 of the '804 patent | AuthenTec AES2502 |
|---|---|
| 10. [A] process for reading a fingerprint, comprising: | AuthenTec has adapted its technology to read fingerprints while the finger is pulled across the EntréPad® AES2502's rectangular surface. (Exh. D-1, AML000542-3, EntréPad® AES2502 Fingerprint Sensor For Serial Interface Applications, p. 1.) |
| obtaining a series of partial images of the fingerprint during a sliding relative motion between a finger and a sensor, | The EntréPad® AES2502 delivers "multiple images of the fingerprint (called image slices) as the finger is pulled across the sensor." (*Id.*) AuthenTec's technology is adapted for sliding finger motions. (*Id.*) Each image slice is analyzed. (*Id.*)<br><br>"During enrollment a maximum of 113 slices |

9

| Claim 10 of the '804 patent | AuthenTec AES2502 |
|---|---|
| | are recorded by the system. For Enrollment, slices are 1705 bytes and 1192 bytes for verification. The '113' number is set by AuthenTec based on extensive research." (Exh. A-2, AML000503-23, Application Note entitled "Interfacing the AuthenTec Fingerprint Sensor to the ML696201/69Q6203 Series," February 2006, Rev. 1.0, p.4.) |
| said sensor having several lines of sensing elements and | EntréPad® AES2502 Detection Matrix:<br><br>• 192 x 16 pixels<br><br>• 9.75 mm x 0.81mm<br><br>• 500 ppi high-resolution images<br><br>(Exh. D-1, AML000542-3, EntréPad® AES2502 Fingerprint Sensor For Serial Interface Applications, p. 1.) |
| having a sensing surface area capable of encompassing not more than a small portion of the fingerprint to be read, | AuthenTec has adapted its technology to read fingerprints while the finger is pulled across the AES2502's rectangular surface. (*Id.*) In this manner, the full fingerprint is acquired while the sensor is substantially reduced in size. (*Id.*) The EntréPad® AES2502 has an "ultra small size." (*Id.*)<br><br>EntréPad® AES2502 Ultra Small Form Factor:<br><br>• 48 Ball Grid Array (BGA)<br><br>• 13.8 mm x 5mm x 1.3 mm<br><br>(*Id.*) |
| having a sensing surface area capable of encompassing not more than a small portion of the fingerprint to be read, | AuthenTec has adapted its technology to read fingerprints while the finger is pulled across the AES2502's rectangular surface. In this manner, the full fingerprint is acquired while the sensor is substantially reduced in size. (*Id.*) The EntréPad® AES2502 has an "ultra small size." (*Id.*)<br><br>EntréPad® AES2502 Ultra Small Form Factor:<br><br>• 48 Ball Grid Array (BGA)<br><br>• 13.8 mm x 5mm x 1.3 mm<br><br>(*Id.*) |

Exhibit D to Disclosure of Asserted Claims and Preliminary Infringement Contentions of Plaintiffs
LA1 842081v.1



**EXHIBIT E:  Accused AuthenTec Product EntréPad® AES2510**

The chart below identifies specifically where each element of the asserted claims is found in the AuthenTec EntréPad® AES2510.

**'114 PATENT CLAIMS:**

| Claim 1 of the '114 patent | AuthenTec EntréPad® AES2510 |
|---|---|
| 1.  A fingerprint reading system comprising:<br><br>means for reading a fingerprint including a sensor having | "The new EntréPad® AES2510 slide sensor is AuthenTec's latest and lowest cost fingerprint sensor" (Exh. E-1, AML000544-45, EntréPad® AES2510 Fingerprint Sensor, p. 1.) |
| a sensing surface coupled to a matrix of contact sensitive elements | EntréPad® AES2510 Detection Matrix:<br><br>• 192 x 16 pixels<br><br>• 9.75 mm x 0.81mm<br><br>• 500 ppi high-resolution images<br><br>(Exh. E-1, AML000544-45, EntréPad® AES2510 Fingerprint Sensor, p. 1.) |
| for generating a series of partial images of a finger, placed in direct contact with said sensing surface, from relative sliding contact between said sensing surface and said finger, | The EntréPad® AES2510 delivers "multiple images of the fingerprint (called image slices) as the finger is pulled across the sensor." (*Id.*) AuthenTec's technology is adapted for sliding finger motions. (*Id.*)<br><br>"During enrollment a maximum of 113 slices are recorded by the system.  For Enrollment, slices are 1705 bytes and 1192 bytes for verification.  The '113' number is set by AuthenTec based on extensive research." (Exh. A-2,  AML000503-23, Application Note entitled "Interfacing the AuthenTec Fingerprint Sensor to the ML696201/69Q6203 Series," February 2006, Rev. 1.0, p.4.)<br><br>"The AuthenTec AES2510 Fingerprint Sensor the latest, lowest cost fingerprint sensor IC.  AuthenTed has adapted its patented, award winning TruePrint Technology to read fingerprints while the finger is pulled across the AES2510's rectangular surface.  In this manner, the fingerprint images are acquired AND the sensor is substantially reduced in size." (Exh. A-2, AML000503-23, Application Note entitled "Interfacing the AuthenTec |

| Claim 1 of the '114 patent | AuthenTec EntréPad® AES2510 |
|---|---|
|  | entitled "Interfacing the AuthenTec Fingerprint Sensor to the ML696201/69Q6203 Series," February 2006, Rev. 1.0, p. 8.) |
|  | Also, an AuthenTec PowerPoint slide shows finger print matching options, one of which is stitched image segments. (Exh. A-3, AML000524-37, AuthenTec PowerPoint presentation, p. 12.) |
|  | On information and belief, at least one product that includes an AuthenTec 25xx series sweep sensor, the Fujitsu FOMA F900i mobile phone, displays a reconstituted total image of a fingerprint. |

| Claim 2 of the '114 patent | AuthenTec EntréPad® AES2510 |
|---|---|
| 2.  A fingerprint-reading system according to claim 1, wherein the sensor is fixed to a frame, the relative motion of the finger with respect to the sensor being done by the sliding of the finger on the sensor. | AuthenTec has adapted its technology to read fingerprints while the finger is pulled across the EntréPad® AES2510's rectangular surface. (Exh. E-1, AML000544-45, EntréPad® AES2510 Fingerprint Sensor, p. 1.) |
|  | AuthenTec's technology is "adapted for sliding finger motions." (*Id.*) |
|  | "The AuthenTec AES2510 Fingerprint Sensor the latest, lowest cost fingerprint sensor IC. AuthenTed has adapted its patented, award winning TruePrint Technology to read fingerprints while the finger is pulled across the AES2510's rectangular surface.  In this manner, the fingerprint images are acquired AND the sensor is substantially reduced in size." (Exh. A-2, AML000503-23, Application Note entitled "Interfacing the AuthenTec Fingerprint Sensor to the ML696201/69Q6203 Series,"  February 2006, Rev. 1.0, p. 11.) |

3



| Claim 9 of the '114 patent | AuthenTec EntréPad® AES2510 |
|---|---|
| 9.  A fingerprint reading system according to claim **1**, wherein said means for reading comprises:<br><br>means for reading a fingerprint including said sensor for providing said series of partial images of said finger corresponding to respective portions of said finger directly in contact with a surface of said sensor. | The EntréPad® AES2510 delivers "multiple images of the fingerprint (called image slices) as the finger is pulled across the sensor."  (Exh. E-1, AML000544-45, EntréPad® AES2510 Fingerprint Sensor, p. 1.)<br><br>"During enrollment a maximum of 113 slices are recorded by the system.  For Enrollment, slices are 1705 bytes and 1192 bytes for verification.  The '113' number is set by AuthenTec based on extensive research." (Exh. A-2,  AML000503-23, Application Note entitled "Interfacing the AuthenTec Fingerprint Sensor to the ML696201/69Q6203 Series," February 2006, Rev. 1.0, p.4.) |

| Claim 10 of the '114 patent | AuthenTec EntréPad® AES2510 |
|---|---|
| 10.  A fingerprint-reading system according to any of the claims **2**, **3** or **1**, wherein the sensor takes the form of a small bar with a length far smaller than its width. | AuthenTec has adapted its technology to read fingerprints while the finger is pulled across the EntréPad® AES2510's rectangular surface. (Exh. E-1, AML000544-45, EntréPad® AES2510 Fingerprint Sensor, p. 1.)  In this manner, the full fingerprint is acquired while the sensor is substantially reduced in size. (*Id.*)<br><br>EntréPad® AES2510 Ultra Small Form Factor:<br><br>• 48 Ball Grid Array (BGA)<br><br>• 13.8 mm x 5mm x 1.3 mm<br><br>(*Id.*)<br><br>"The AuthenTec AES2510 Fingerprint Sensor the latest, lowest cost fingerprint sensor IC. AuthenTed has adapted its patented, award winning TruePrint Technology to read fingerprints while the finger is pulled across the AES2510's rectangular surface.  In this manner, the fingerprint images are acquired AND the sensor is substantially reduced in size." (Exh. A-2, AML000503-23, Application Note entitled "Interfacing the AuthenTec Fingerprint Sensor to the ML696201/69Q6203 Series,"  February 2006, Rev. 1.0, p. 11.) |

| Claim 17 of the '114 patent | AuthenTec EntréPad® AES2510 |
|---|---|
| | the AES2510's rectangular surface. In this manner, the fingerprint images are acquired AND the sensor is substantially reduced in size." (Exh. A-2, AML000503-23, Application Note entitled "Interfacing the AuthenTec Fingerprint Sensor to the ML696201/69Q6203 Series," February 2006, Rev. 1.0, p. 11.) |
| means for reconstituting a total image of the fingerprint from said overlapping partial images. | Atmel contends that the "means for reconstituting" is governed by 35 U.S.C. § 112(6). One of the structures for reconstituting is the AuthenTec graphical user interface ("GUI") discussed below: |
| | "[u]sing a GUI available from AuthenTec application engineering, the captured fingerprint image can be displayed in a bitmap format as shown in Figure 2-10. The GUI is called 'SlideToFullImage.exe' and takes the raw image, processes it, and produces the bitmap. The picture shows the pre and post RSR (Redundant Slice Removal) fingerprint." (Exh. A-2, AML000503-23, Application Note entitled "Interfacing the AuthenTec Fingerprint Sensor to the ML696201/69Q6203 Series," February 2006, Rev. 1.0, p. 8.) |
| | Also, an AuthenTec PowerPoint slide shows finger print matching options, one of which is stitched image segments. (Exh. A-3, AML000524-37, AuthenTec PowerPoint presentation, p. 12.) |
| | On information and belief, at least one product that includes an AuthenTec EntréPad® 25xx series sweep sensor, the Fujitsu FOMA F900i mobile phone, displays a reconstituted total image of a fingerprint. |

8

**'804 PATENT CLAIMS:**

| Claim 1 of the '804 patent | AuthenTec EntréPad® AES2510 |
|---|---|
| 1. A process for reading a fingerprint, comprising: | AuthenTec has adapted its technology to read fingerprints while the finger is pulled across the AES2510's rectangular surface. (Exh. E-1, AML000544-45, EntréPad® AES2510 Fingerprint Sensor, p. 1.) |
| obtaining a series of partial images of the fingerprint during a sliding relative motion between a finger and a sensor | The EntréPad® AES2510 delivers "multiple images of the fingerprint (called image slices) as the finger is pulled across the sensor." (Exh. E-1, AML000544-45, EntréPad® AES2510 Fingerprint Sensor, p. 1.) AuthenTec's technology is adapted for sliding finger motions. (*Id.*) |
| | "During enrollment a maximum of 113 slices are recorded by the system. For Enrollment, slices are 1705 bytes and 1192 bytes for verification. The '113' number is set by AuthenTec based on extensive research." (Exh. A-2, AML000503-23, Application Note entitled "Interfacing the AuthenTec Fingerprint Sensor to the ML696201/69Q6203 Series," February 2006, Rev. 1.0, p.4.) |
| | "The AuthenTec AES2510 Fingerprint Sensor the latest, lowest cost fingerprint sensor IC. AuthenTed has adapted its patented, award winning TruePrint Technology to read fingerprints while the finger is pulled across the AES2510's rectangular surface. In this manner, the fingerprint images are acquired AND the sensor is substantially reduced in size." (Exh. A-2, AML000503-23, Application Note entitled "Interfacing the AuthenTec Fingerprint Sensor to the ML696201/69Q6203 Series," February 2006, Rev. 1.0, p. 11.) |
| said sensor having a sensing surface area smaller than a surface of area of an image on said sensor of said fingerprint to be read, | AuthenTec has adapted its technology to read fingerprints while the finger is pulled across the EntréPad® AES2510's rectangular surface. (Exh. E-1, AML000544-45, EntréPad® AES2510 Fingerprint Sensor, p. 1.) In this manner, the full fingerprint is acquired while the sensor is substantially reduced in size. (*Id.*) The EntréPad® AES2502 has an "ultra small |

9

| Claim 1 of the '804 patent | AuthenTec EntréPad® AES2510 |
|---|---|
| | size." (*Id.*) |
| | EntréPad® AES2510 Ultra Small Form Factor: |
| | • 48 Ball Grid Array (BGA) |
| | • 13.8 mm x 5mm x 1.3 mm |
| | (*Id.*) |
| | "The AuthenTec AES2510 Fingerprint Sensor the latest, lowest cost fingerprint sensor IC. AuthenTed has adapted its patented, award winning TruePrint Technology to read fingerprints while the finger is pulled across the AES2510's rectangular surface. In this manner, the fingerprint images are acquired AND the sensor is substantially reduced in size." (Exh. A-2, AML000503-23, Application Note entitled "Interfacing the AuthenTec Fingerprint Sensor to the ML696201/69Q6203 Series," February 2006, Rev. 1.0, p. 11.) |
| and having several lines of sensing elements, each partial image partially overlapping a previous partial image, and | EntréPad® AES2510 Detection Matrix: |
| | • 192 x 16 pixels |
| | • 9.75 mm x 0.81mm |
| | • 500 ppi high-resolution images |
| | (Exh. E-1, AML000544-45, EntréPad® AES2510 Fingerprint Sensor, p. 1.) |
| reconstructing a global image of said fingerprint to be read by correlation of overlapping partial images. | An AuthenTec PowerPoint slide shows finger print matching options, one of which contains stitched image segments. (Exh. A-3, AML000524-37, AuthenTec PowerPoint presentation, p. 12.) |
| | Also "[u]sing a GUI [graphical user interface] available from AuthenTec application engineering, the captured fingerprint image can be displayed in a bitmap format as shown in Figure 2-10. The GUI is called 'SlideToFullImage.exe' and takes the raw image, processes it, and produces the bitmap. The picture shows the pre and post RSR (Redundant Slice Removal) fingerprint." (Exh. A-2, AML000503-23, Application Note entitled "Interfacing the AuthenTec Fingerprint |

10



**EXHIBIT G:  Accused AuthenTec Product EntréPad® 1610**

The chart below identifies specifically where each element of the asserted claims is found in the AuthenTec EntréPad® 1610

**'114 PATENT CLAIMS:**

| Claim 1 of the '114 patent | AuthenTec EntréPad® 1610 |
|---|---|
| 1.  A fingerprint reading system comprising: means for reading a fingerprint including a sensor having | The EntréPad® 1610 is a slide sensor.  (Exh. G-1, AML000548-9, AuthenTec EntréPad® 1610, p. 1.)  The EntréPad® 1610 sensor is "able to read virtually every fingerprint."  (*Id.*) |
| a sensing surface coupled to a matrix of contact sensitive elements | EntréPad® 1610 Detection Matrix: <ul><li>128 x 8 pixels @ 500 ppi</li><li>6.5 mm x 0.41 mm</li></ul> (*Id.* at p. 2.) |
| for generating a series of partial images of a finger, placed in direct contact with said sensing surface, from relative sliding contact between said sensing surface and said finger, | "All of AuthenTec's EntréPad® and FingerLoc sensors utilize TruePrint technology." (Exh. A-1, AML000501-2, EntréPad® AES2501, Fingerprint Sensor For USB Applications, p. 1.)  The TruePrint technology allows the EntréPad® 1610 sensor to "deliver multiple images of the fingerprint (called image slices) as the finger is pulled across the sensor." (*Id.*)  "During enrollment a maximum of 113 slices are recorded by the system.  For Enrollment, slices are 1705 bytes and 1192 bytes for verification.  The '113' number is set by AuthenTec based on extensive research." (Exh. A-2,  AML000503-23, Application Note entitled "Interfacing the AuthenTec Fingerprint Sensor to the ML696201/69Q6203 Series," February 2006, Rev. 1.0, p.4.) |
| said sensing surface having a surface area smaller than a surface area of said fingerprint to be read; and | AuthenTec has adapted its TruePrint technology to read fingerprints while the finger is pulled across the EntréPad® 1610 sensor's rectangular surface. (Exh. A-1, AML000501-2, EntréPad® AES2501, Fingerprint Sensor For USB Applications, p. 1.)  In this manner, the full fingerprint is acquired while the sensor is substantially reduced in size.  (*Id.*)  The EntréPad® 1610 has a Small Form Factor: |

| Claim 2 of the '114 patent | AuthenTec EntréPad® 1610 |
|---|---|
| 2. A fingerprint-reading system according to claim 1, wherein the sensor is fixed to a frame, the relative motion of the finger with respect to the sensor being done by the sliding of the finger on the sensor. | "All of AuthenTec's EntréPad® and FingerLoc sensors utilize TruePrint technology." (Exh. A-1, AML000501-2, EntréPad® AES2501, Fingerprint Sensor For USB Applications, p. 1.) The TruePrint technology allows the EntréPad® 1610 sensor to "deliver multiple images of the fingerprint (called image slices) as the finger is pulled across the sensor." (*Id.*) |

| Claim 4 of the '114 patent | AuthenTec EntréPad® 1610 |
|---|---|
| 4. A fingerprint-reading system according to any of the claims **1**, **2** or **3**, wherein the sensor is an integrated circuit comprising a matrix of sensitive elements integrated into a semiconductor substrate into which there is integrated a multiplexer enabling the individual measurement of a signal generated in the active layer of the sensor during the relative shift of the finger and the sensor with respect to each other. | EntréPad® 1610 Detection Matrix:<br><br>• 128 x 8 pixels @ 500 ppi<br><br>• 6.5 mm x 0.41 mm<br><br>(Exh. G-1, AML000548-9, AuthenTec EntréPad® 1610, p. 2.) |

| Claim 8 of the '114 patent | AuthenTec EntréPad® 1610 |
|---|---|
| 8. A fingerprint-reading system according to claim **4**, wherein the sensitive element of the sensor is rectangular. | "All of AuthenTec's EntréPad® and FingerLoc sensors utilize TruePrint technology." (Exh. A-1, AML000501-2, EntréPad® AES2501, Fingerprint Sensor For USB Applications, p. 1.) AuthenTec has adapted its TruePrint technology to read fingerprints while the finger is pulled across the EntréPad® 1610's rectangular surface. (*Id.*) |

| Claim 15 of the '114 patent | AuthenTec EntréPad® 1610 |
|---|---|
| 15. A fingerprint-reading system according to any one of the claims **2**, **3** or **1**, comprising partial image processing means provided by the sensor, making it possible in particular to provide contours of fingerprint ridge lines, the image reconstitution means setting up, on the basis of these contours, a total fingerprint image in the form of contours. | An AuthenTec PowerPoint slide shows finger print matching options, one of which is stitched image segments. (Exh. A-3, AML000524-37, AuthenTec PowerPoint presentation, p. 12.)<br><br>Also "[u]sing a GUI [graphical user interface] available from AuthenTec application engineering, the captured fingerprint image can be displayed in a bitmap format as shown in Figure 2-10. The GUI is called 'SlideToFullImage.exe' and takes the raw image, processes it, and produces the bitmap. The picture shows the pre and post RSR (Redundant Slice Removal) fingerprint." (Exh. A-2, AML000503-23, Application Note entitled "Interfacing the AuthenTec Fingerprint Sensor to the ML696201/69Q6203 Series," February 2006, Rev. 1.0, p. 8.)<br><br>The EntréPad® 1610 sensor is "able to read virtually every fingerprint." (Exh. G-1, AML000548-9, AuthenTec EntréPad® 1610, p. 1.)<br><br>On information and belief, at least one product that includes an AuthenTec 25xx series sweep sensor, the Fujitsu FOMA F900i mobile phone, displays a reconstituted total image of a fingerprint. |

| Claim 17 of the '114 patent | AuthenTec EntréPad® 1610 |
|---|---|
| 17. A fingerprint reading system comprising:<br><br>means for reading a fingerprint including a sensor having | The EntréPad® 1610 is a slide sensor. (Exh. G-1, AML000548-9, AuthenTec EntréPad® 1610, p. 1.) The EntréPad® 1610 sensor is "able to read virtually every fingerprint." (*Id.*) |
| a sensing surface coupled to a matrix of several lines of sensing elements | EntréPad® 1610 Detection Matrix:<br><br>• 128 x 8 pixels @ 500 ppi<br><br>• 6.5 mm x 0.41 mm<br><br>(*Id.* at p. 2.) |
| for generating a series of overlapping successive partial images of a finger placed in | "All of AuthenTec's EntréPad® and FingerLoc sensors utilize TruePrint technology." (Exh. |

5



**'804 PATENT CLAIMS:**

| Claim 1 of the '804 patent | AuthenTec EntréPad® 1610 |
|---|---|
| 1. A process for reading a fingerprint, comprising: | The EntréPad® 1610 sensor is "able to read virtually every fingerprint." (Exh. G-1, AML000548-9, AuthenTec EntréPad® 1610, p. 1.) |
| Obtaining a series of partial images of the fingerprint during a sliding relative motion between a finger and a sensor | "All of AuthenTec's EntréPad® and FingerLoc sensors utilize TruePrint technology." (Exh. A-1, AML000501-2, EntréPad® AES2501, Fingerprint Sensor For USB Applications, p. 1.) The TruePrint technology allows the EntréPad® 1610 sensor to "deliver multiple images of the fingerprint (called image slices) as the finger is pulled across the sensor. Each image slice is analyzed…" (*Id.*) "During enrollment a maximum of 113 slices are recorded by the system. For Enrollment, slices are 1705 bytes and 1192 bytes for verification. The '113' number is set by AuthenTec based on extensive research." (Exh. A-2, AML000503-23, Application Note entitled "Interfacing the AuthenTec Fingerprint Sensor to the ML696201/69Q6203 Series," February 2006, Rev. 1.0, p.4.) |
| said sensor having a sensing surface area smaller than a surface of area of an image on said sensor of said fingerprint to be read, | AuthenTec has adapted its TruePrint technology to read fingerprints while the finger is pulled across the EntréPad® sensor's rectangular surface. (Exh. A-1, AML000501-2, EntréPad® AES2501, Fingerprint Sensor For USB Applications, p. 1.) In this manner, the full fingerprint is acquired while the sensor is substantially reduced in size. (*Id.*) The EntréPad® 1610 has a Small Form Factor:<br><br>• 40 Ball Grid Array (BGA)<br>• 12.0 mm x 5 mm<br><br>(Exh. G-1, AML000548-9, AuthenTec EntréPad® 1610, p. 2.) |

Exhibit G to Disclosure of Asserted Claims and Preliminary Infringement Contentions of Plaintiffs
LA1 842190v.1



| Claim 1 of the '804 patent | AuthenTec EntréPad® 1610 |
| --- | --- |
| and having several lines of sensing elements, each partial image partially overlapping a previous partial image, and | EntréPad® 1610 Detection Matrix:<br>• 128 x 8 pixels @ 500 ppi<br>• 6.5 mm x 0.41 mm<br>(*Id.*) |
| reconstructing a global image of said fingerprint to be read by correlation of overlapping partial images. | An AuthenTec PowerPoint slide shows finger print matching options, one of which contains stitched image segments. (Exh. A-3, AML000524-37, AuthenTec PowerPoint presentation, p. 12.)<br><br>Also "[u]sing a GUI [graphical user interface] available from AuthenTec application engineering, the captured fingerprint image can be displayed in a bitmap format as shown in Figure 2-10. The GUI is called 'SlideToFullImage.exe' and takes the raw image, processes it, and produces the bitmap. The picture shows the pre and post RSR (Redundant Slice Removal) fingerprint." (Exh. A-2, AML000503-23, Application Note entitled "Interfacing the AuthenTec Fingerprint Sensor to the ML696201/69Q6203 Series," February 2006, Rev. 1.0, p. 8.)<br><br>The EntréPad® 1610 sensor is "able to read virtually every fingerprint." (Exh. G-1, AML000548-9, AuthenTec EntréPad® 1610, p. 1.)<br><br>On information and belief, at least one product that includes an AuthenTec EntréPad® 25xx series sweep sensor, the Fujitsu FOMA F900i mobile phone, displays a reconstituted total image of a fingerprint. |

| Claim 10 of the '804 patent | AuthenTec EntréPad® 1610 |
| --- | --- |
| 10. [A] process for reading a fingerprint, comprising: | The EntréPad® 1610 sensor is "able to read virtually every fingerprint." (Exh. G-1, AML000548-9, AuthenTec EntréPad® 1610, p. 1.) |
| Obtaining a series of partial images of the fingerprint during a sliding relative motion | "All of AuthenTec's EntréPad® and FingerLoc sensors utilize TruePrint technology." (Exh. |

9

| Claim 10 of the '804 patent | AuthenTec EntréPad® 1610 |
|---|---|
| between a finger and a sensor, | A-1, AML000501-2, EntréPad® AES2501, Fingerprint Sensor For USB Applications, p. 1.) The TruePrint technology allows the EntréPad® sensor to "deliver multiple images of the fingerprint (called image slices) as the finger is pulled across the sensor.  Each image slice is analyzed…"  (*Id.*)<br><br>"During enrollment a maximum of 113 slices are recorded by the system.  For Enrollment, slices are 1705 bytes and 1192 bytes for verification.  The '113' number is set by AuthenTec based on extensive research." (Exh. A-2,  AML000503-23, Application Note entitled "Interfacing the AuthenTec Fingerprint Sensor to the ML696201/69Q6203 Series," February 2006, Rev. 1.0, p.4.) |
| said sensor having several lines of sensing elements and | EntréPad® 1610 Detection Matrix:<br>• 128 x 8 pixels @ 500 ppi<br>• 6.5 mm x 0.41 mm<br>(Exh. G-1, AML000548-9, AuthenTec EntréPad® 1610, p. 2.) |
| having a sensing surface area capable of encompassing not more than a small portion of the fingerprint to be read, | AuthenTec has adapted its TruePrint technology to read fingerprints while the finger is pulled across the EntréPad® sensor's rectangular surface.  (*Id.*) In this manner, the full fingerprint is acquired while the sensor is substantially reduced in size.  (*Id.*)  The EntréPad® 1610 has a Small Form Factor:<br>• 40 Ball Grid Array (BGA)<br>• 12.0 mm x 5 mm<br>(*Id.*) |
| each partial image formed on said sensing surface area during said sliding movement corresponding to a different part of the fingerprint partially overlapping a previous part; and | "All of AuthenTec's EntréPad® and FingerLoc sensors utilize TruePrint technology." (Exh. A-1, AML000501-2, EntréPad® AES2501, Fingerprint Sensor For USB Applications, p. 1.) The TruePrint technology allows the EntréPad® 1610 sensor to "deliver multiple images of the fingerprint (called image slices) as the finger is pulled across the sensor.  Each image slice is analyzed…" (*Id.*) |
| reconstructing a global image of said | An AuthenTec PowerPoint slide shows finger |

10