1  Henry C. Bunsow (SBN 60707)
   bunsowh@howrey.com
2  Denise De Mory (SBN 168076)
   demoryd@howrey.com
3  Brian A.E. Smith (SBN 188147)
   smithbrian@howrey.com
4  HOWREY LLP
   525 Market Street, Suite 3600
5  San Francisco California 94105
   Telephone:  (415) 848-4900
6  Facsimile:  (415) 848-4999

7
   Attorneys for Defendant
8  AuthenTec, Inc.

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                         OAKLAND DIVISION

12

| | |
|---|---|
| ATMEL CORPORATION, a Delaware corporation; ATMEL SWITZERLAND, a corporation;  ATMEL FRANCE, a corporation; and ATMEL SARL, a corporation,<br><br>Plaintiffs,<br><br>v.<br><br>AUTHENTEC, INC., a Delaware corporation,<br><br>Defendant. | Case No. C06-2138 CW (EDL)<br>Case No. C07-3331 CW (EDL)<br><br>**NOTICE OF MANUAL FILING OF EXHIBITS 40-44 TO THE DECLARATION OF DENISE M. DE MORY IN SUPPORT OF DEFENDANT AUTHENTEC, INC.'S REPLY MARKMAN BRIEF AND MOTION FOR SUMMARY JUDGMENT OF NONINFRINGEMENT AND FOR AN EXCEPTIONAL CASE FINDING AND THE SUPPLEMENTAL DECLARATION OF ERIC KRAEMER**<br><br>Date:         May 1, 2008<br>Time:        2:00 p.m.<br>Location:   Courtroom 2, 4th Floor<br>Judge:       Hon. Claudia Wilken |

### MANUAL FILING NOTIFICATION

Regarding:  EXHIBITS 40-44 TO THE DECLARATION OF DENISE M. DE MORY IN SUPPORT OF AUTHENTEC'S REPLY MARKMAN BRIEF AND MOTION FOR SUMMARY JUDGMENT OF NONINFRINGEMENT AND FOR AN EXCEPTIONAL CASE FINDING and THE SUPPLEMENTAL DECLARATION OF ERIC KRAEMER

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant in this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

_____   Voluminous Document (PDF file size larger than efiling system allowance).

_____   Unable to Scan Documents.

_____   Physical Object (description): _____.

_____   Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media.

  X     Items Under Seal.

_____   Conformance with the Judicial Conference Privacy Policy (General Order 53).

_____   Other (description): _____.

-2-

Case No.  C06-2138 CW (EDL)
DE MORY DECL ISO AUTHENTEC"S REPLY MARKMAN BR.,
MOT FOR SJ & EXCEPTIONAL CASE FINDING

DM_US:21139184_1