1  Henry C. Bunsow (SBN 60707)
   bunsowh@howrey.com
2  Denise De Mory (SBN 168076)
   demoryd@howrey.com
3  Brian A.E. Smith (SBN 188147)
   smithbrian@howrey.com
4  HOWREY LLP
   525 Market Street, Suite 3600
5  San Francisco California 94105
   Telephone:  (415) 848-4900
6  Facsimile:  (415) 848-4999

7  Attorneys for Defendant
   AUTHENTEC, INC.
8

9                  UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                        OAKLAND DIVISION

12

| ATMEL CORPORATION, a Delaware corporation; ATMEL SWITZERLAND, a corporation; ATMEL FRANCE, a corporation; and ATMEL SARL, a corporation,<br><br>Plaintiffs,<br><br>v.<br><br>AUTHENTEC, INC., a Delaware corporation,<br><br>Defendant. | Case No. 06 CV 2138 CW<br>Case No. 07 CV 3331 CW<br><br>**ADMINISTRATIVE MOTION FOR AN ORDER PLACING DOCUMENT UNDER SEAL (CIVIL L.R. 79-5(d))**<br><br>Date:      May 1, 2008<br>Time       2:00 p.m.<br>Location:  Courtroom 2, 4th Floor<br>Judge:     Hon. Claudia Wilken |
|---|---|

**HOWREY LLP**

Case No.  06 CV 2138 CW
ADM MTN FOR AN ORDER PLACING DOCUMENTS
UNDER SEAL (Civil L.R. 79-5(d))

DM_US:21139119_1

.,

Pursuant to Civil L.R. 7-11, Defendant AuthenTec, Inc. ("AuthenTec") hereby brings this administrative motion for an order to file under seal the following documents being lodged with the Clerk of the Court on April 7, 2008:

1.   Exhibits 40-44 attached to Declaration of Denise M. De Mory In Support of Defendant AuthenTec, Inc.'s Reply Markman Brief and Motion for Summary Judgment of Noninfringement and For An Exceptional Case Finding ("De Mory Declaration").  Exhibits 40-44 are documents containing AuthenTec's nonpublic technical or business information that could cause AuthenTec competitive harm were it to become publicly known.

2.   Defendant AuthenTec, Inc.'s Reply Markman Brief and Motion for Summary Judgment of Noninfringement and For An Exceptional Case Finding (a Redacted Public Version is filed concurrently herewith).

3.   The Supplemental Declaration of Eric Kraemer contains AuthenTec's nonpublic technical or business information that could cause AuthenTec competitive harm were it to become publicly known.

3.   Exhibit 43 attached to De Mory Declaration, is a document designated highly confidential by plaintiffs Atmel Corporation, Atmel Switzerland, Atmel France, and Atmel SARL ("Atmel").

4.   The only allegedly confidential information contained within Defendant AuthenTec, Inc.'s Reply Markman Brief and Motion for Summary Judgment of Noninfringement and For An Exceptional Case Finding and Exhibit 43 is information designated as such by Atmel.  Thus, pursuant to Civil L.R. 79-5(d), Atmel is to file, within five court days, (i) a declaration establishing that the above information is sealable and (ii) a proposed order.

Dated:  April 7, 2008                              Respectfully submitted,

HOWREY LLP


By:      */s/Denise M. De Mory*
        Denise M. De Mory
        Attorneys for Defendant
        AUTHENTEC, INC.