UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ATMEL CORPORATION, a Delaware corporation; ATMEL SWITZERLAND, a corporation; ATMEL FRANCE, a corporation; and ATMEL SARL, a corporation,<br><br>Plaintiffs,<br><br>v.<br><br>AUTHENTEC, INC., a Delaware corporation,<br><br>Defendant. | Case No. 06 CV 2138 CW (EDL)<br>Case No. 07 CV 3331 CW (EDL)<br><br>**[PROPOSED] ORDER PLACING DOCUMENTS UNDER SEAL**<br><br>Judge:       Hon. Claudia Wilken |

Defendant AuthenTec, Inc. filed on April 7, 2008 an Administrative Motion to File Under Seal and lodging documents with the Clerk of Court containing information designated by Defendant AuthenTec as highly confidential. AuthenTec has filed a declaration establishing that the lodged documents are highly confidential under the Protective Order entered in this case.

Accordingly, it is ORDERED that the following documents be placed under seal:

1.  Defendant AuthenTec, Inc.'s Reply Markman Brief and Motion for Summary Judgment of Noninfringement and for an Exceptional Case Finding.

2. Exhibits 40-44 to Declaration of Denise M. De Mory In Support of Defendant AuthenTec, Inc.'s Reply Markman Brief and Motion for Summary Judgment of Noninfringement and For An Exceptional Case Finding.

3. The Supplemental Declaration of Eric Kraemer.

DATED: _____

                                        Hon. Claudia Wilken
                                     United States District Judge