1 | Henry C. Bunsow (SBN 60707)
bunsowh@howrey.com
2 | Denise De Mory (SBN 168076)
demoryd@howrey.com
3 | Brian A.E. Smith (SBN 188147)
smithbrian@howrey.com
4 | HOWREY LLP
525 Market Street, Suite 3600
5 | San Francisco California 94105
Tel: 415-848-4900
6 | Fax: 415-848-4999

7 | Attorneys for Defendant
AuthenTec, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| ATMEL CORPORATION, a Delaware corporation; ATMEL SWITZERLAND, a corporation; ATMEL FRANCE, a corporation; and ATMEL SARL, a corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>AUTHENTEC, INC., a Delaware corporation,<br><br>    Defendant. | Case No. 06 CV 2138 CW (EDL)<br>Case No. 07 CV 3331 CW<br><br>**DECLARATION OF DENISE M. DE MORY ESTABLISHING SEALABLE DOCUMENTS (CIVIL L.R. 79-5(d))**<br><br>Date:       May 1, 2008<br>Time:      2:00 p.m.<br>Location:  Courtroom 2, 4th Floor<br>Judge:     Hon. Claudia Wilken |

**HOWREY LLP**

Case No. 06-CV-2138 CW
DECLARATION OF DENISE M. DE MORY
ESTABLISHING SEALABLE DOCUMENTS
DM_US:21139100_1

I, Denise M. De Mory declare as follows:

1. I am a partner at the law firm of Howrey LLP, counsel of record for AuthenTec, Inc., ("AuthenTec") in the above-captioned action. I am a member in good standing of the State Bar of California and have been admitted to practice before this Court. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. Defendant AuthenTec on April 7, 2008, lodged with the Clerk of Court the following documents containing information AuthenTec designated under the Protective Order and that should be sealed.

    A. Defendant AuthenTec, Inc.'s Reply Markman Brief and Motion for Summary Judgment of Noninfringement and For An Exceptional Case Finding (a Redacted Public Version is filed concurrently herewith).

    B  Exhibit 40 to Declaration of Denise M. De Mory In Support of Defendant AuthenTec, Inc.'s Reply Markman Brief and Motion for Summary Judgment of Noninfringement and For An Exceptional Case Finding ("De Mory Declaration"), a true and correct copy of copy of excerpts from AuthenTec product datasheets for the Entrepad AES2502 and AES2501A, and product/hardware specifications for the Entrepad AES2510, AES2501B, AES1510 and AES1610 containing nonpublic information related to AuthenTec's products that could cause AuthenTec competitive harm were it to become publicly known.

    C. Exhibit 41 to De Mory Declaration, a true and correct copy of excerpts from AuthenTec product datasheets for the Entrepad AES1710, AES1711, AES2550, and AES2810 containing nonpublic technical information related to AuthenTec's products that could cause AuthenTec competitive harm were it to become publicly known.

    D. Exhibit 42 to De Mory Declaration, a true and correct copy of excerpts from an internal AuthenTec presentation titled "AuthenTec Packaging Summit Roadmap & Deployment Activity," dated June 5, 2006 and containing nonpublic technical information related to AuthenTec's products that could cause AuthenTec competitive harm were it to become publicly known.

1    E.    Exhibit 44 to De Mory Declaration, a true and correct copy of excerpts from the
2 transcript of Mr. Peter Sherlock's November 8, 2007 deposition testimony containing nonpublic
3 business information related to AuthenTec's products that could cause AuthenTec competitive harm
4 were it to become publicly known.

5    F.    The Supplemental Declaration of Eric Kraemer containing nonpublic business
6 information related to AuthenTec's products that could cause AuthenTec competitive harm were it to
7 become publicly known.

8    I declare under penalty of perjury under the laws of the United States of America that the
9 foregoing is true and correct.

10    Executed this 7th day of April, 2008 at San Francisco, California.

  /s/*Denise M. De Mory*  
  Denise M. De Mory