IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATMEL CORPORATION, a Delaware corporation; ATMEL SWITZERLAND, a corporation; ATMEL FRANCE, a corporation; ATMEL SARL, a corporation,<br><br>    Plaintiffs,<br><br>    v.<br><br>AUTHENTEC, INC., a Delaware corporation,<br><br>    Defendant.<br>_____/ | Nos. C 06-2138 CW<br>     C 07-3331 CW<br><br>ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL<br><br>[06-2138 Docket No. 466]<br>[07-3331 Docket No. 32] |

    On March 31, 2008, Plaintiffs filed an administrative motion pursuant to Civil Local Rule 79-5(d) to file under seal several exhibits to the declaration of Denise L. McKenzie, the declaration of Dirk Colbry, several exhibits to Colbry's declaration and an unredacted version of their motion to strike the declaration of Dr. Roger D. McWilliams.  Because the information is designated as confidential by Defendant, it filed an affidavit in support of the administrative motion on March 27, 2008.  Although some of the materials are covered by the Court's protective order, some are not.

    Accordingly, and good cause appearing therefor:

(1) The following documents shall be filed under seal:

    (a) exhibits O, V, W, Y, Z, CC, DD, GG[1], HH, II, KK, LL, NN and OO to the declaration of Denise L. McKenzie in Support of Plaintiffs' Responsive Brief;

    (b) the declaration of Dirk Colbry;

    (c) exhibits C, D and E to the declaration of Dirk Colbry;

    (d) an unredacted version of Plaintiffs' motion to strike the declaration of Roger D. McWilliams.

(2) Plaintiffs shall file the following exhibits in the public record:

    (a) exhibit EE to the declaration of Denise L. McKenzie in Support of Plaintiffs' Responsive Brief;

    (b) the video clips contained on exhibit CC to the McKenzie declaration labeled with production numbers AUTH-A050807, AUTH-A053506, AUTH-A053545, and AUTH-053547.

IT IS SO ORDERED.

Dated: 4/16/08

                                  CLAUDIA WILKEN
                                  United States District Judge

---

[1] The document attached as exhibit GG to the McKenzie declaration is not legible. Therefore, Plaintiffs shall file three additional copies of this document--two to be filed under seal and one copy for chambers. If necessary, Plaintiffs shall enlarge the document to make it legible.

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

3