1
2
3
4
5
6
7                                    UNITED STATES DISTRICT COURT
8                                    NORTHERN DISTRICT OF CALIFORNIA
9                                             OAKLAND DIVISION

| | |
|---|---|
| ATMEL CORPORATION, a Delaware corporation; ATMEL SWITZERLAND, a corporation; ATMEL FRANCE, a corporation; and ATMEL SARL, a corporation,<br><br>Plaintiffs,<br><br>v.<br><br>AUTHENTEC, INC., a Delaware corporation,<br><br>Defendant | Case No. C 06-02138 CW (EDL)<br><br>**ORDER PLACING DOCUMENTS UNDER SEAL** |

Defendant AuthenTec, Inc. filed *Administrative Motion for an Order Placing Documents Under Seal (Civil L.R. 79-5(d))* (Dkt. No. 436) lodging documents that contain information designated by Plaintiffs as highly confidential. Plaintiffs have filed a declaration establishing that the lodged documents are highly confidential under the Protective Order.

**[PROPOSED] ORDER**
**C 06-02138 CW (EDL)**

1   Accordingly, it is ORDERED that the following documents be placed under seal:

2   1. Defendant AuthenTec, Inc.'s Opening Markman Brief, Opposition to Motion for Partial Summary Judgment, and Motion for Summary Judgment of Noninfringement and for an Exception Case Finding; and

2. Exhibits 1-3, 13-16, 37 and 38 attached to Declaration of Denise M. De Mory in Support of Defendant AuthenTec, Inc.'s Opening Markman Brief, Opposition to Motion for Partial Summary Judgment, and Motion for Summary Judgment of Noninfringement and for an Exception Case Finding.

Dated: 4/16/08

_____
CLAUDIA WILKEN
United States District Judge

**[PROPOSED] ORDER**
**C 06-02138 CW (EDL)**

2

LA1 1148626v.1