UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ATMEL CORPORATION, a Delaware corporation; ATMEL SWITZERLAND, a corporation; ATMEL FRANCE, a corporation; and ATMEL SARL, a corporation,<br><br>Plaintiffs,<br><br>v.<br><br>AUTHENTEC, INC., a Delaware corporation,<br><br>Defendant | Case No.  C 06-02138 CW (EDL)<br>Case No. C 07-03331 CW (EDL)<br><br>**ORDER PLACING DOCUMENT UNDER SEAL** |

Plaintiffs filed *Administrative Motion to File Under Seal* pursuant to Civil L.R. 79-5(b) accompanied by a declaration establishing that the lodged documents are highly confidential under the Protective Order. Accordingly, it is ORDERED that the following documents be placed under seal:

1. Un-redacted version of *Plaintiffs' Responsive Brief on Its Combined Motion for Partial Summary Judgment of Infringement and Opening* Markman *Brief and Its Opposition to Defendant's Motion for Summary Judgment of Noninfringement, Claim Construction and Exceptional Case Finding;* and

2. Exhibits T, U, and PP to *Declaration of Denise L. McKenzie in Support of Plaintiffs' Responsive Brief on Its Combined Motion for Partial Summary Judgment of Infringement and Opening* Markman *Brief and Its Opposition to Defendant's Motion for Summary Judgment of Noninfringement, Claim Construction and Exceptional Case Finding*.

Dated: 4/16/08

_____
CLAUDIA WILKEN
United States District Judge

**[PROPOSED] ORDER**
**C 06-02138 CW (EDL)**

2

LA1 1155912v.1