1  Edward G. Poplawski (SBN 113590)
   *epoplawski@sidley.com*
2  Denise L. McKenzie (SBN 193313)
   *dmckenzie@sidley.com*
3  Olivia M. Kim (SBN 228382)
   *okim@sidley.com*
4  SIDLEY AUSTIN LLP
   555 West Fifth Street, Suite 4000
5  Los Angeles, California  90013-1010
   Telephone:      (213) 896-6000
6  Facsimile:       (213) 896-6600

7  **Attorneys For Plaintiffs**
   Atmel Corporation;
8  Atmel Switzerland;
   Atmel France; and
9  Atmel SARL

10                    UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                           OAKLAND DIVISION

13  ATMEL CORPORATION, a Delaware              ) Case No.  C 06-02138 CW (EDL)
14  corporation; ATMEL SWITZERLAND, a          ) Case No. C 07-03331 CW
    corporation; ATMEL FRANCE, a corporation;  )
15  and ATMEL SARL, a corporation,             ) **EXHIBITS CC AND EE TO**
                                               ) **DECLARATION OF DENISE L.**
16                                 Plaintiffs, ) **McKENZIE IN SUPPORT OF PLAINTIFFS'**
                                               ) **RESPONSIVE BRIEF**
17  v.                                         )
                                               ) Date:       May 1, 2008
18                                             ) Time:       2 PM
    AUTHENTEC, INC., a Delaware corporation,   ) Location:   Courtroom 2, 4th Floor
19                                             ) Judge:      Hon. Claudia Wilken
                                   Defendant   )
20                                             )

21

22

23

24

25

26

27

28

LA1 1170464v.1

Pursuant to the April 16, 2008 Order (Dkt. No. 497), Plaintiffs Atmel Corporation, Atmel Switzerland, Atmel France and Atmel SARL (collectively "Atmel") respectfully submit the following documents for public record:

1. The video clips contained on Exhibit CC to *Declaration of Denise L. McKenzie in Support of Plaintiffs' Responsive Brief on Its Combined Motion for Partial Summary Judgment of Infringement and Opening* Markman *Brief and Its Opposition to Defendant's Motion for Summary Judgment of Noninfringement, Claim Construction and Exceptional Case Finding* ("McKenzie Declaration") (Dkt. No. 460) labeled with production numbers AUTH-A 050807, AUTH-A 053506, AUTH-A 053545, and AUTH-A 053547; and

2. Exhibit EE to McKenzie Declaration.

Respectfully Submitted,

DATED: April 17, 2008                    By:    *s/ Olivia M. Kim*
                                                Edward G. Poplawski
                                                Denise L. McKenzie
                                                Olivia M. Kim
                                                SIDLEY AUSTIN LLP
                                                555 West Fifth Street, Suite 4000
                                                Los Angeles, California 90013-1010
                                                Telephone: (213) 896-6000
                                                Facsimile: (213) 896-6600

                                                Attorneys for Plaintiffs,
                                                Atmel Corporation;
                                                Atmel Switzerland;
                                                Atmel France; and
                                                Atmel SARL