# Exhibit EE

Case 4:07-cv-03331-CW    Document 51-3    Filed 04/17/2008    Page 1 of 4



# AuthenTec
## The Power of Touch

# Update and Overview

**September 2006**

*Larry Ciaccia*
*President*

*AuthenTec Confidential*

1  27-Jan-07  12:09

ATTORNEYS' EYES ONLY

AUTH-A 001487



ATTORNEYS' EYES ONLY

AUTH-A 001491

## Actual Testing of Participants

*Click on the image to run a short movie clip of actual participants testing!..... (must be in slideshow mode)*



**AuthenTec** — The Power of Touch

*AuthenTec Confidential*

40   27-Jan-07

ATTORNEYS' EYES ONLY

AUTH-A 001526