```
 1  Edward G. Poplawski (SBN 113590)
    epoplawski@sidley.com
 2  Denise L. McKenzie (SBN 193313)
    dmckenzie@sidley.com
 3  Olivia M. Kim (SBN 228382)
    okim@sidley.com
 4  SIDLEY AUSTIN LLP
    555 West Fifth Street, Suite 4000
 5  Los Angeles, California  90013-1010
    Telephone:      (213) 896-6000
 6  Facsimile:      (213) 896-6600

 7  Attorneys For Plaintiffs
    Atmel Corporation;
 8  Atmel Switzerland;
    Atmel France; and
 9  Atmel SARL
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ATMEL CORPORATION, a Delaware corporation; ATMEL SWITZERLAND, a corporation; ATMEL FRANCE, a corporation; and ATMEL SARL, a corporation,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>AUTHENTEC, INC., a Delaware corporation,<br><br>　　　　　　　　Defendant | Case No.  C 06-02138 CW (EDL)<br>Case No.  C 07-03331 CW<br><br>**PROOF OF SERVICE OF DOCUMENTS FILED UNDER SEAL**<br><br>Date:　　　May 1, 2008<br>Time:　　　2:00 p.m.<br>Location:　Courtroom 2, 4th Floor<br>Judge:　　　Hon. Claudia Wilken |

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Sidley Austin LLP, 555 West Fifth Street, Suite 4000, Los Angeles, California 90013-1010.

On April 17, 2008, I served:

- **Legible copy of Exhibits GG to** *Declaration of Denise M. McKenzie in Support of Plaintiffs' Responsive Brief on Its Combined Motion for Partial Summary Judgment of Infringement and Opening Markman Brief and Its Opposition to Defendant's Motion for Summary Judgment of Noninfringement, Claim Construction and Exceptional Case Finding* **(Filed Under Seal);**

on all interested parties in this action as follows:

**PLEASE SEE ATTACHED SERVICE LIST**

☒ (VIA FEDERAL EXPRESS) I caused each such document to be sent by Federal Express for priority overnight delivery. The above-mentioned documents would have been deposited with Federal Express on April 17, 2008.

☒ (VIA E-MAIL) I caused the foregoing documents to be served by email from my desktop to each interested party as shown in the attached list. Each delivery was reported as complete and without error. A delivery receipt was properly issued for each interested party served.

I declare that I am employed in the office of a member of the bar of this Court whose direction the service was made.

Executed on April 17, 2008, at Los Angeles, California.

*/s/ Melody Gutierrez*
Melody Gutierrez

Proof of Service
C 06-02138 CW (EDL)

1

LA1 1170522v.1

# SERVICE LIST

**VIA FEDERAL EXPRESS:**

Matthew Greinert
GreinertM@howrey.com
Howrey LLP
525 Market Street, Suite 3600
San Francisco, CA 94105-2708
Tel: (415) 848-4936

**Attorneys for Defendant AuthenTec, Inc.**

Proof of Service
C 06-02138 CW (EDL)

2

LA1 1170522v.1