1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10                              OAKLAND DIVISION

11

12   ATMEL CORPORATION, a Delaware              Case No. 06 CV 2138 CW (EDL)
     corporation; ATMEL SWITZERLAND, a          Case No. 07 CV 3331 CW (EDL)
13   corporation;  ATMEL FRANCE, a corporation;
     and ATMEL SARL, a corporation,

14              Plaintiffs,                      **ORDER PLACING DOCUMENTS UNDER
                                                SEAL**
15         v.

16   AUTHENTEC, INC., a Delaware corporation,   Judge:        Hon. Claudia Wilken

17              Defendant.

18

19

20         Defendant AuthenTec, Inc. filed on April 7, 2008 an Administrative Motion to File Under Seal

21   and lodging documents with the Clerk of Court containing information designated by Defendant

22   AuthenTec as highly confidential.  AuthenTec has filed a declaration establishing that the lodged

23   documents are highly confidential under the Protective Order entered in this case.

24         Accordingly, it is ORDERED that the following documents be placed under seal:

25         1.     Defendant AuthenTec, Inc.'s Reply Markman Brief and Motion for Summary Judgment

26   of Noninfringement and for an Exceptional Case Finding.

27

28

-2-

1    2.    Exhibits 40-44 to Declaration of Denise M. De Mory In Support of Defendant

2  AuthenTec, Inc.'s Reply Markman Brief and Motion for Summary Judgment of Noninfringement and

3  For An Exceptional Case Finding.

4    3.    The Supplemental Declaration of Eric Kraemer.

5        4/29/08

6  DATED: _____

7

8                            _____
                                   Hon. Claudia Wilken
                                   United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No.  06 CV 2138 CW (EDL)              -2-
[PROPOSED] ORDER PLACING DOCUMENTS UNDER
SEAL

DM_US:21139122_1