UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ATMEL CORPORATION,

    Plaintiff,

v.

AUTHENTEC INC,

    Defendant.

NO. C 06-02138 CW
C 07-03331 CW

**MINUTE ORDER**
Date: 5/1/08

**The Honorable Claudia Wilken, Presiding**
**Clerk: Sheilah Cahill**    **Court Reporter:** Diane Skillman

**Appearances for Plaintiff:**
Edward Poplawski; Denise McKenzie

**Appearances for Defendant:**
Denise DeMory; Brian Smith; Matthew Greinert

### Motions:

| | | |
|---|---|---|
| Plaintiff's | Combined mo. for partial summary judgment of infringement/claim construction | Under Submission |
| Plaintiff's | Mo. to strike declaration of Dr. Roger D. McWilliams | Under Submission |
| Defendant | Mo. for summary judgment of noninfringement and for an exceptional case finding | Under Submission |

Further briefing due:
Order to be prepared by:  Court

**Further Case Management Conference Held?: No**

Notes:  Motions taken under submission.  FCMC continued to 7/1/08 at 2:00 p.m.

Copies to:  Chambers