1
2
3
4
5
6
7                           UNITED STATES DISTRICT COURT
8                          NORTHERN DISTRICT OF CALIFORNIA
9                                  OAKLAND DIVISION
10

| | |
|---|---|
| ATMEL CORPORATION, a Delaware corporation; ATMEL SWITZERLAND, a corporation; ATMEL FRANCE, a corporation; and ATMEL SARL, a corporation,<br><br>                              Plaintiffs,<br><br>v.<br><br>AUTHENTEC, INC., a Delaware corporation,<br><br>                              Defendant. | Case Nos. C 06-02138 CW (EDL) and 4:07-cv-03331-CW<br><br>**STIPULATION AND ORDER OF CONDITIONAL DISMISSAL** |
| AUTHENTEC, INC., a Delaware Corporation,<br><br>                              Plaintiff,<br><br>v.<br><br>ATMEL CORPORATION, a Delaware corporation; ATMEL SWITZERLAND, a corporation; ATMEL FRANCE, a corporation; and ATMEL SARL, a corporation,<br><br>                              Defendants | |

1  WHEREAS, the following related actions are presenting pending before this Court: Atmel Corp. *et al.* v. AuthenTec, Inc., Case No. C 06-02138 CW (EDL), and AuthenTec, Inc. v. Atmel Corp. *et al.*, Case No. 4:07-cv-03331-CW (related case).

WHEREAS, the parties have reached a settlement in principle of the Actions and all claims, counterclaims, and outstanding issues therein, and are currently in the process of reducing the agreement to writing;

WHEREAS, for the sake of judicial economy and efficiency, the parties desire to conserve judicial resources and minimize any burden to the Court;

Therefore, the parties hereby stipulate and respectfully request an order conditionally dismissing the case as follows:

1.  The parties to this action having represented to the Court that they have reached a settlement in principle of all outstanding issues in the Actions, and Magistrate Judge Elizabeth Laporte having been advised of the parties' present Stipulation, the Actions are conditionally dismissed.

2.  However, that if any party hereto certifies to this Court, with proof of service of a copy thereon on opposing counsel, within thirty-five (35) days of the date of this Order, that finalization of the settlement has not in fact occurred, the foregoing order shall be vacated and this cause shall forthwith be restored to the calendar for further proceedings.

3.  Upon execution of an agreement fully resolving the Actions, the parties will file a Stipulated Dismissal with prejudice, at which time, the Clerk shall be directed to close the files in the Actions.

**STIPULATION AND [PROPOSED] ORDER OF CONDITIONAL DISMISSAL**                   1

**STIPULATED AND AGREED.**

DATED: July 14, 2008                          By:   *s/ Edward G. Poplawski*
                                                    Edward G. Poplawski
                                                    Denise L. McKenzie
                                                    Olivia M. Kim
                                                    SIDLEY AUSTIN LLP
                                                    555 West Fifth Street, Suite 4000
                                                    Los Angeles, California 90013-1010
                                                    Telephone: (213) 896-6000
                                                    Facsimile: (213) 896-6600

                                                    Attorneys for Atmel Corporation;
                                                    Atmel Switzerland;
                                                    Atmel France; and
                                                    Atmel SARL

DATED: July 14, 2008                          By:   *s/ Denise De Mory*
                                                    Henry C. Bunsow
                                                    Denise De Mory
                                                    Brian A.E. Smith
                                                    HOWREY LLP
                                                    525 Market Street, Suite 3600
                                                    San Francisco, California 94105
                                                    Telephone: (415) 848-4900
                                                    Facsimile: (415) 848-4999

                                                    Attorneys for AuthenTec, Inc.

**STIPULATION AND [PROPOSED] ORDER**
**OF CONDITIONAL DISMISSAL**                          2

1 | **IT IS SO ORDERED.**

2

3 DATED: _7/29/08_                                    _____
                                                        United States District Judge