UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ATMEL CORPORATION, a Delaware corporation; ATMEL SWITZERLAND, a corporation; ATMEL FRANCE, a corporation; and ATMEL SARL, a corporation,<br><br>          Plaintiffs,<br><br>v.<br><br>AUTHENTEC, INC., a Delaware corporation,<br><br>          Defendant. | Case Nos.  C 06-02138 CW (EDL) &<br>              C 07-03331 CW<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |
| AUTHENTEC, INC., a Delaware corporation,<br><br>          Plaintiff,<br><br>v.<br><br>ATMEL CORPORATION, a Delaware corporation; ATMEL SWITZERLAND, a corporation; ATMEL FRANCE, a corporation; and ATMEL SARL, a corporation,<br><br>          Defendant. | |

Case Nos. C06-2138 CW (EDL) & C07-3331 CW
JOINT STIPULATION AND [PROPOSED
] ORDER OF DISMISSAL WITH PREJUDICE
DM_US:21483021_1

1      IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above captioned matters, Atmel Corporation, Atmel Switzerland, Atmel France, and ATMEL SARL (collectively, "Atmel"), and AuthenTec, Inc. ("AuthenTec"):

   1.   All claims and counterclaims in asserted in Case No. C 06-02138 CW (EDL) are hereby dismissed with prejudice.

   2.   All claims and counterclaims asserted in Case No. C 07-03331 CW, originally captioned *AuthenTec, Inc. v. Atmel Corporation, Atmel Switzerland, Atmel France, Atmel SARL*, Civil Action No. 6:07-cv-734-Orl-28UAM in United States District Court for the Middle District of Florida, are hereby dismissed with prejudice.

   3.   Each party shall bear its own costs and expenses.

   STIPULATED AND AGREED.

DATED: September 18, 2008    By:  */s/ Edward G. Poplawski*

Edward G. Poplawski
Denise L. McKenzie
Olivia M. Kim
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

Attorneys for Plaintiffs
Atmel Corporation;
Atmel Switzerland;
Atmel France; and
Atmel SARL

DATED: September 18, 2008    By:  */s/ Denise M. De Mory*

Henry C. Bunsow
Denise De Mory
Brian A.E. Smith
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, California 94105
Telephone: (415) 848-4900
Facsimile: (415) 848-4999

Attorneys for Defendant
AuthenTec, Inc.

Case Nos. C06-2138 CW (EDL) & C07-3331 CW
JOINT STIPULATION AND [PROPOSED
] ORDER OF DISMISSAL WITH PREJUDICE
DM_US:21483021_1

1
2
3
4
5
6
7                    UNITED STATES DISTRICT COURT
8                   NORTHERN DISTRICT OF CALIFORNIA
9                           OAKLAND DIVISION

| | |
|---|---|
| ATMEL CORPORATION, a Delaware corporation; ATMEL SWITZERLAND, a corporation; ATMEL FRANCE, a corporation; and ATMEL SARL, a corporation,<br><br>       Plaintiffs,<br><br>v.<br><br>AUTHENTEC, INC., a Delaware corporation,<br><br>       Defendant. | Case Nos.  C 06-02138 CW (EDL) &<br>     C 07-03331 CW<br><br>**[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |
| AUTHENTEC, INC., a Delaware corporation,<br><br>       Plaintiff,<br><br>v.<br><br>ATMEL CORPORATION, a Delaware corporation; ATMEL SWITZERLAND, a corporation; ATMEL FRANCE, a corporation; and ATMEL SARL, a corporation,<br><br>       Defendant. | |

Case Nos. C06-2138 CW (EDL) & C07-3331 CW
JOINT STIPULATION AND [PROPOSED]
ORDER OF DISMISSAL WITH PREJUDICE
DM_US:21483021_1

Pursuant to Fed. R. Civ. P. 41(a)(1), and as a result of an agreement reached between the parties to the above-captioned actions, Atmel Corporation, Atmel Switzerland, Atmel France, and ATMEL SARL (collectively, "Atmel"), and AuthenTec, Inc. ("AuthenTec"), IT IS HEREBY ORDERED, ADJUDGE AND DECREED as follows:

All claims and counterclaims in asserted in Case No. C 06-02138 CW (EDL) are hereby dismissed with prejudice.

2. All claims and counterclaims asserted in Case No. C 07-03331 CW, originally captioned *AuthenTec, Inc. v. Atmel Corporation, Atmel Switzerland, Atmel France, Atmel SARL*, Civil Action No. 6:07-cv-734-Orl-28UAM in United States District Court for the Middle District of Florida, are hereby dismissed with prejudice.

3. Each party shall bear its own costs and expenses.

4. The clerk is directed to close the files in the above-captioned matters.

**IT IS SO ORDERED.**

Dated: September ____, 2008

Hon. Claudia Wilken
Judge, United States District Court